No. 25-761

# In the United States Court of Appeals for the Ninth Circuit

NICHOLAS ROLOVICH,
Plaintiff-Appellant,

v.

WASHINGTON STATE UNIVERSITY, ET AL.,
Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Washington
Honorable Thomas O. Rice
(2:22-cv-319-TOR)

## EXCERPTS OF RECORD
## INDEX VOLUME

ERIC N. KNIFFIN
KNIFFIN LAW, PLLC
102 S. Tejon St., Suite 1100
Colorado Springs, CO 80903

ERIC J. SEESE
FROST BROWN TODD LLP
1801 California St., Ste. 2700
Denver, CO 80202

JOSEPH C. DAVIS
  *Counsel of Record*
LUKE W. GOODRICH
ANGELA WU HOWARD
REED M. BARTLEY
THE BECKET FUND FOR
 RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*jdavis@becketfund.org*

*Counsel for Plaintiff-Appellant*

# INDEX VOLUME

| Dkt. | Date | Document Description | Volume | Page |
|---|---|---|---|---|
| 138 | 1/8/2025 | Order Correcting Clerical Mistakes | 1 | 1-ER-2 |
| 136 | 1/6/2025 | Judgment | 1 | 1-ER-4 |
| 135 | 1/6/2025 | Order on Cross Motions for Summary Judgment | 1 | 1-ER-5 |
| 33 | 5/30/2023 | Order on Motions to Dismiss | 1 | 1-ER-13 |
| 127 | 11/18/2024 | Defendant's Reply Statement of Material Facts Not in Dispute | 2 | 2-ER-42 |
| 123 | 11/5/2024 | Declaration of Liam Ryan | 2 | 2-ER-197 |
| 122 | 11/5/2024 | Declaration of Konner Gomness | 2 | 2-ER-200 |
| 121 | 11/5/2024 | Declaration of Nicholas Rolovich | 2 | 2-ER-203 |
| 120-35 | 11/5/2024 | Excerpts of Annual Report: WSU System Strategic Plan 2022-2023 | 2 | 2-ER-213 |
| 120-34 | 11/5/2024 | Excerpts of Annual Report: WSU System Strategic Plan 2021-2022 | 2 | 2-ER-215 |

| 120-31 | 11/5/2024 | Employment Agreement Between WSU and Stanley Franks, Jr., Football Coach | 2 | 2-ER-217 |
|---|---|---|---|---|
| 120-30 | 11/5/2024 | Excerpts of Transcript of Deposition of Lisa Gehring, Assistant Vice President of Human Resources | 2 | 2-ER-225 |
| 120-27 | 11/5/2024 | Office of Governor Jay Inslee, *FAQs for vaccine mandate for some state employees and certain private employers* (Aug. 9, 2021) | 2 | 2-ER-229 |
| 120-25 | 11/5/2024 | Excerpts of Transcript of Deposition of Bonnie Dennler, Human Resources Manager | 2 | 2-ER-232 |
| 120-22 | 11/5/2024 | Email Exchange re: WSU's Exemption-Review Process | 2 | 2-ER-234 |
| 120-21 | 11/5/2024 | WSU's 30(b)(6) Deposition Outline | 2 | 2-ER-239 |
| 120-20 | 11/5/2024 | Email Exchange re: WSU's Exemption-Review Process | 2 | 2-ER-244 |

ii

| 120-19 | 11/5/2024 | WSU Press Release and Talking Points Following Denial of Rolovich's Exemption Request | 2 | 2-ER-247 |
|---|---|---|---|---|
| 120-18 | 11/5/2024 | WSU's Talking Points re: Vaccination Exemption Process | 2 | 2-ER-250 |
| 120-17 | 11/5/2024 | Email Containing WSU's Draft Internal Procedures for Reviewing Religious Exemption Requests | 2 | 2-ER-251 |
| 120-16 | 11/5/2024 | Patrick Chun Text Message Thread Predetermining Rolovich's Firing | 2 | 2-ER-254 |
| 120-15 | 11/5/2024 | Email Message from WSU President Kirk Schulz to WSU's Board of Regents Conveying Disappointment with Rolovich's Religious Exemption Request | 2 | 2-ER-255 |
| 120-14 | 11/5/2024 | Text Message Thread Between President Schulz and Chair of the Board of Regents, Marty Dickinson | 2 | 2-ER-259 |

iii

| 120-13 | 11/5/2024 | Text Message Thread Between President Schulz and Chair Dickinson | 2 | 2-ER-289 |
|---|---|---|---|---|
| 120-12 | 11/5/2024 | Text Message Thread Between President Schulz and Chair Dickinson re: "Rolo strategy" | 2 | 2-ER-290 |
| 120-11 | 11/5/2024 | Text Message Thread Between President Schulz and Patrick Chun | 2 | 2-ER-291 |
| 120-10 | 11/5/2024 | Text Message Thread Between Regent Cerna and President Schulz re: "game plan in dealing with Rolovich" | 2 | 2-ER-292 |
| 120-9 | 11/5/2024 | Email Thread Between Chair Dickinson and President Schulz Describing Donor Anger at Rolovich's Termination | 2 | 2-ER-294 |
| 120-7 | 11/5/2024 | 2021-2022 NCAA Recruiting Calendar for Division I Football Bowl Subdivision | 2 | 2-ER-296 |
| 120-5 | 11/5/2024 | 2020-2021 NCAA Recruiting Calendar for Division I Football Bowl Subdivision | 2 | 2-ER-299 |

iv

| 120-4 | 11/5/2024 | NCAA, *DI Council extends recruiting dead period through May 31* (Feb. 17, 2021) | 2 | 2-ER-302 |
|---|---|---|---|---|
| 120-1 | 11/5/2024 | Defendant's Answers and Objections to Plaintiff's Third Set of Interrogatories | 2 | 2-ER-304 |
| 109 | 10/14/2024 | Declaration of Mitchell Straub | 2 | 2-ER-314 |
| 108 | 10/14/2024 | Rolovich's Appeal to President Schulz of the Denial of His Religious Exemption and President Schulz's Denial thereof | 3 | 3-ER-335 |
| 107 | 10/14/2024 | Declaration of Teddi Phares in Support of Defendant's Cross-Motion for Summary Judgment | 3 | 3-ER-411 |
| 106 | 10/14/2024 | Declaration of Dr. Guy H. Palmer in Support of Defendant's Cross-Motion for Summary Judgment | 3 | 3-ER-424 |
| 105 | 10/14/2024 | Pac-12 Medical Guidance Effective August 1, 2021 | 4 | 4-ER-582 |
| 104 | 10/14/2024 | Declaration of Dr. John Lynch in Support of Defendant's Cross-Motion for Summary Judgment | 4 | 4-ER-648 |

| 98 | 10/14/2024 | Rolovich's Contemporaneous Notes re: Imposition of Vaccine Mandate | 4 | 4-ER-781 |
|---|---|---|---|---|
| 98 | 10/14/2024 | Excerpts of Transcript of Deposition of Nicholas Rolovich | 4 | 4-ER-781 |
| 97 | 10/14/2024 | Declaration of Patrick Chun in Support of Defendant's Cross-Motion for Summary Judgment | 5 | 5-ER-790 |
| 96 | 10/14/2024 | Declaration of David Bones in Support of Defendant's Cross-Motion for Summary Judgment | 5 | 5-ER-920 |
| 89-17 | 9/23/2024 | Patrick Chun's Notice of Decision to Terminate Rolovich for Just Cause | 5 | 5-ER-988 |
| 89-16 | 9/23/2024 | Patrick Chun's Written Notice of Intent to Terminate Rolovich for Just Cause | 5 | 5-ER-1001 |
| 89-15 | 9/23/2024 | Email from WSU Human Resource Services to Nicholas Rolovich Notifying Him of the Denial of His Exemption Request | 5 | 5-ER-1004 |

| 89-14 | 9/23/2024 | Defendant's Answers and Objections to Plaintiff's First Set of Requests for Admission | 5 | 5-ER-1006 |
|---|---|---|---|---|
| 89-12 | 9/23/2024 | Email from WSU's Athletics Department Challenging the Review Committee's Determination that Rolovich's Request was Sincere | 5 | 5-ER-1021 |
| 89-11 | 9/23/2024 | Email from Human Resource Services to Patrick Chun, Indicating that HRS Was Considering Approving Rolovich's Request Subject to the Athletics Department's Accommodation Determination | 5 | 5-ER-1024 |
| 89-10 | 9/23/24 | Guidance for Washington State Agencies on Evaluating Religious Exemption Requests | 5 | 5-ER-1026 |
| 89-9 | 9/23/2024 | Article by Jon Wilner, *Would WSU actually fire Nick Rolovich?*, The Mercury News (Oct. 7, 2021) | 5 | 5-ER-1032 |

vii

| 89-8 | 9/23/2024 | Article by WSU Communications Staff, *Nearly 90% of WSU employees are vaccinated* (Oct. 8, 2021) | 5 | 5-ER-1034 |
|------|-----------|---------------------------------------------|---|-----------|
| 89-7 | 9/23/2024 | Expert Report of M. Therese Lysaught, PhD, Defendant's Expert on Roman Catholic Moral Theology | 5 | 5-ER-1039 |
| 89-6 | 9/23/2024 | Rolovich's Religious Exemption Application Submitted to Human Resource Services | 6 | 6-ER-1089 |
| 89-4 | 9/23/2024 | Letter by Bishop Thomas Daly, Catholic Diocese of Spokane | 6 | 6-ER-1095 |
| 89-3 | 9/23/2024 | Text Thread Between Nicholas Rolovich and Fr. Paul Heric | 6 | 6-ER-1096 |
| 89-2 | 9/23/2024 | Declaration of Nicholas Rolovich | 6 | 6-ER-1159 |
| 89 | 9/23/2024 | Plaintiff's Statement of Material Facts Not in Dispute | 6 | 6-ER-1162 |
| 59 | 11/7/2023 | Defendant WSU's Answer to Plaintiff's Second Amended Complaint | 6 | 6-ER-1176 |

| 53 | 9/19/2023 | Second Amended Complaint | 6 | 6-ER-1207 |
|---|---|---|---|---|
| 29 | 4/12/2023 | Declaration of Brian Fahling in Support of Nicholas Rolovich's Opposition to WSU Defendants' Motion to Dismiss | 6 | 6-ER-1240 |
| 140 | 2/4/2025 | Notice of Appeal | 7 | 7-ER-1378 |
| n/a | n/a | District Court Docket Report | 7 | 7-ER-1381 |
| 120-24 | 11/5/2024 | SEALED Exhibit X to Declaration of Eric Job Seese – Appendix B, History of WSU Exemption Requests | 8 | 8-ER-1396 |

ix