No. 25-761

# In the United States Court of Appeals for the Ninth Circuit

NICHOLAS ROLOVICH,
Plaintiff-Appellant,

v.

WASHINGTON STATE UNIVERSITY, ET AL.,
Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Washington
Honorable Thomas O. Rice
(2:22-cv-319-TOR)

## EXCERPTS OF RECORD
## VOLUME 4 OF 8

ERIC N. KNIFFIN
KNIFFIN LAW, PLLC
102 S. Tejon St., Suite 1100
Colorado Springs, CO 80903

ERIC J. SEESE
FROST BROWN TODD LLP
1801 California St., Ste. 2700
Denver, CO 80202

JOSEPH C. DAVIS
  *Counsel of Record*
LUKE W. GOODRICH
ANGELA WU HOWARD
REED M. BARTLEY
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
(202) 955-0095
*jdavis@becketfund.org*

*Counsel for Plaintiff-Appellant*

(2 of 208), Page 2 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 2 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3962    Page 1
of 66

1  ROBERT W. FERGUSON
   Attorney General
2
   SPENCER W. COATES, WSBA #49683
3  Assistant Attorney General
   800 Fifth Avenue, Suite 2000
4  Seattle, WA  98104-3188
   (206) 464-7744
5
   ZACHARY J. PEKELIS, WSBA #44557
6  Special Assistant Attorney General
   PACIFICA LAW GROUP LLP
7  1191 2nd Avenue, Suite 2000
   Seattle, WA  98101-3404
8  (206) 245-1700

9

10           **UNITED STATES DISTRICT COURT**
             **EASTERN DISTRICT OF WASHINGTON**
11

12  NICHOLAS ROLOVICH,                    NO. 2:22-cv-00319-TOR

                    Plaintiff,            DECLARATION OF
13                                        ANNE MCCOY IN SUPPORT OF
        v.                                WSU'S CROSS-MOTION FOR
14                                        SUMMARY JUDGMENT
    WASHINGTON STATE
15  UNIVERSITY,

16                  Defendant.

17

18

19

20

21

22

23

DECLARATION OF ANNE MCCOY                    1
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I, ANNE MCCOY, declare as follows:

1.     I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge.

### Professional Background

2.     I am currently the Director of Athletics at Washington State University (WSU). I served as the Interim Director of Athletics for the prior three months following the departure of my predecessor, Pat Chun, before being hired permanently to this role on July 1, 2024.

3.     As Athletics Director, I lead the Athletics Department and its roughly 175 full-time employees to ensure our intercollegiate athletics program advances the academic, competitive, social, and other needs of WSU's roughly 480 student-athletes. I supervise, evaluate, and manage the performance and daily operation of the Intercollegiate Athletics Department. My role is to provide strategic leadership, management, and sound decision-making with regard to all Athletics matters, including fiscal affairs, personnel matters, strategic planning, facilities, public relations, general operations, and student-athlete success and well-being. I am expected to provide leadership that adheres to the highest standards of integrity in all athletic, academic, and business matters; setting conditions and promoting an environment that fosters each student athlete's health and welfare, academic and athletic achievement, and overall growth and development; leading the development of Athletics fundraising goals, meeting with donors and prospective donors as part of ongoing fundraising activities, as well as promoting Athletics, internally and externally, throughout the university

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

2

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  community. I provide effective communication as the spokesperson for the

2  media, alumni, donors, fans, parents, and prospective athletes. I am charged with

3  establishing and maintaining effective working relationships between Athletics

4  and a diverse group of faculty, administrators, staff, student body, alumni,

5  friends, booster clubs, and the local community; ensuring full compliance with

6  all applicable federal, state, NCAA, conference, and University rules and

7  regulations, including Title IX of the Education Amendments Act of 1972;

8  participating actively in applicable conference meetings and activities; and

9  serving as a member of the President's senior leadership team.

10      4.      I report directly to the University President, Kirk Schulz.

11      5.      I have been employed in the WSU Athletics Department since 2001.

12  Before becoming the Interim Athletics Director, I was the Senior Deputy Director

13  of Athletics from Fall 2023 until March 2024, the Deputy Director of Athletics

14  from 2013 to 2023 and Senior Woman Administrator from 2007 until July 2024.

15  In this role, among other duties, I supervised all of the day-to-day operations of

16  the Athletics Department, most recently oversaw women's basketball, women's

17  soccer, women's volleyball, and women's rowing, event management and

18  facility operations, was the primary liaison to WSU Human Resource Services

19  (HRS), and served as the liaison to WSU's Compliance and Civil Rights Office

20  regarding Title IX. In 2023, I was awarded the WSU Chancellor's Award for

21  Leadership.

22      6.      While at WSU, I have served on a number of national and

23  conference committees, including twice being Vice President of the Pac-10/12

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(5 of 208), Page 5 of 208      Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 5 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3965    Page 4
of 66

1    Executive Committee and serving on the Pac-12 Women's Basketball

2    Tournament and Nominating Committees, the Pac-12 Diversity Leadership

3    Initiative, the Pac-10 Senior Woman Administrator and Television committees,

4    the Pac-10 Budget, Finance, Compliance and Enforcement committee and was

5    past chair of the NCAA Division I Women's Rowing Committee.

6        7.    While at WSU, I have also served in the senior administrative

7    positions of Senior Associate Director of Athletics from 2004 to 2013, Associate

8    Director of Athletics from 2001 to 2004. I was also the Interim Athletics Director

9    in Spring 2010.

10       8.    Before joining WSU, I was the Senior Associate Director of

11   Athletics and Senior Woman Administrator at Portland State University, where I

12   worked from 1996 to 2001. At Portland State University, I managed all internal

13   staff and the daily operations of the department, representing the Director of

14   Athletics as needed.

15       9.    Prior to joining Portland State University, I worked from 1995 to

16   1996 as Assistant Director of Athletics for Business and Finance in the Athletics

17   Department at Saint Louis University. From 1989–1995 I worked in the Athletics

18   Department at the University of Maine, ultimately attaining the role of Associate

19   Director of Athletics and Senior Woman Administrator.

20       10.   I graduated from the University of Massachusetts with a Bachelor's

21   degree in Sports Management in 1989.

22

23

DECLARATION OF ANNE MCCOY                    4
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(6 of 208), Page 6 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 6 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3966    Page 5
of 66

### The Head Football Coach Position

11.     The role of head football coach at a university is high-profile, multi-faceted, and extremely demanding, requiring the coach to engage in many activities directly and indirectly related to the football program. Because head football coaches are often the most recognizable public figure at the university and work directly and closely with over 100 student-athletes each year, it is important for them to serve as a positive influence and leader and, above all, to prioritize the health and well-being of the student-athletes on their team and beyond. There is a reason, in most Division I universities (including WSU), the head football coach is the highest paid university employee—and often the highest paid public employee in the state: when done well, it is a grueling, heavily scrutinized, all-consuming job.

12.     The most obvious responsibility of a head football coach is to lead the almost 150 assistant coaches, support staff, and players who together support the football team. This includes working closely, and in close proximity, with players and other coaches during practices—whether during the season, spring ball, summer or pre-season training camp—to demonstrate and instruct them on specific skills, play schematics, and other technical aspects of the game. The head football coach also meets daily, for many hours, in person with assistant coaches, position groups, other football and athletic department staff, and individual players, to discuss game strategy, assess play-calling and schematics, review and analyze practice and game footage, and provide further instruction, guidance, and leadership.

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

5

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(7 of 208), Page 7 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 7 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3967    Page 6
of 66

13.     Before, during, and after games, the head coach's responsibilities are numerous, dynamic, highly interactive, and require near-constant in-person contacts. For away games, the head football coach travels with the team— generally the day before gameday (i.e., usually Fridays). This travel is by buses and/or plane, depending on the location of the game. The football team and coaching staff stay at local hotels for home games, to which they travel to and from by buses. The night before each game there are position meetings, a team walkthrough, team dinner and the head football coach generally makes remarks to the full team at the team hotel, which can last anywhere from 30 to 60 minutes. Before the game, the head coach will interact with assistant coaches and players while they stretch, warm up, and run pre-game drills. Invariably, the head coach will also interact pre-game with the officiating crew, members of the media, coaches and players from the opposing team, fans, donors, and VIPs with field access passes, Athletics Department staff, and other University officials. The head coach addresses the team for inspiration in the locker room minutes before they run out for the game.

14.     During games, the head coach generally calls plays, in addition to or in collaboration with the offensive and defensive coordinators. The head coach speaks with (often at loud volumes and in close proximity to) any number of people in the course of the game—from other coaches, to medical staff, to equipment/headset staff, to players, to game officials, to members of the media (for halftime interviews). Throughout the game, including during most timeouts and other stoppages in play, the head coach may huddle with players and other

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

coaches in close proximity to provide feedback and explain strategies, scenarios, and schematics for upcoming plays. During halftime, the head coach accompanies the team to the locker room and addresses, in close proximity, the entire team, specific position groups, and individual players and coaches.

15.   After the game, the head coach traditionally shakes hands with and/or embraces the opposing team's head coach, speaks with various players or assistant coaches from both the opposing team and his own team, addresses his own team in the locker room, and makes remarks to and takes questions from the media. For away games, the team then travels via charter buses and/or plane back to Pullman.

16.   Beyond the practice and game fields, a key responsibility of the head football coach is recruiting players to join the football program. This requires the head football coach to travel to watch players compete and to meet with the players and their families to assess whether the player would be a good fit for the program and to encourage players to join the program. Other times, prospective players will visit with the head football coach on campus as well.

17.   Other than perhaps coaching itself, the most important responsibility of a head football coach is to recruit high school, junior college, and transfer student-athletes for future teams. With college football players' playing careers typically limited to four years, a successful recruiting program is critical to ensuring the sustained success of the football team, with new recruits arriving to replenish the roster with the loss of graduating seniors (or others who have entered the transfer portal or departed for the NFL). It is not uncommon, then, for

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

7

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ER0588

(9 of 208), Page 9 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 9 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3969    Page 8
of 66

1    head football coaches to spend nearly 100%of their time at certain times of the

2    year on recruiting alone—including traveling to watch high school or junior

3    college games or other competitions, and/or meeting in person with recruits, their

4    families, or coaches, and hosting recruits on campus.

5        18.    The ability to conduct in-person recruiting where the recruits live

6    and play football is critically important for a head coach to develop the necessary

7    rapport with recruits and their families to show them the benefits of attending

8    WSU. In order to successfully recruit, however, head coaches must follow all

9    local rules and health ordinances, such as the masking and social distancing

10   requirements for unvaccinated people in 2021, so that their ability to access

11   recruits from those institutions would not be jeopardized.

12       19.    Another critical responsibility of a head football coach at a

13   university is to meet and engage with donors and potential donors in order to

14   encourage them to donate to the football program, the Athletics Department, or

15   the university. As the most high-profile, public face of the University, the head

16   football coach is generally the most in-demand University employee for donor

17   engagement. Accordingly, the head football coach's job duties require frequent

18   in-person meetings individually with donors or at larger events with groups of

19   donors and potential donors. I would estimate that the head football coach

20   appears at between 15 and 20 donor events each year, which can range from 30

21   minutes to several hours. The head football coach will even occasionally go on

22   donor cultivation trips, which can last several days.

23       20.    Given the high profile of university head football coaches, another

DECLARATION OF ANNE MCCOY                    8
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

responsibility of the head football coach is to participate in media events to promote the university and the football program. This could be one-on-one interviews, radio shows, or larger media events. In many cases, the Athletics Department has contractual agreements for the head football coach to appear at and participate in certain media events. There is often intense media scrutiny of university head football coaches, so it is important for them to represent the university in a positive way.

21.    As described above, the head football coach position at WSU requires near-constant interactions in person with a wide range of different people—from student-athletes, to other coaches, to Athletics Department staff, to WSU donors, to members of the media.

### WSU's Hiring of Nick Rolovich

22.    In 2019, the late Mike Leach, who had been the head football coach at WSU since 2012, left WSU for the head football coach position at Mississippi State University. Coach Leach had four consecutive winning seasons with WSU, closing the season ranked in the Top 10 nationwide in 2018 and winning Pac-12 Coach of the Year in 2015 and 2018.  He was also the American Football Coaches Association (AFCA) National Coach of the Year in 2018. Given Leach's success, hiring the right replacement was very important for the Athletics Department and the University.

23.    I participated in interviewing candidates for the head football coach position following Leach's departure from WSU. After interviewing Nick Rolovich, I felt that he was a great candidate for the role because he seemed to

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

9

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ER0590**

(11 of 208), Page 11 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 11 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3971    Page 10
of 66

1    be a team player, a natural leader and "player's coach," a community-focused

2    person, and he laid out a solid plan for the football program.

3        24.    WSU announced Rolovich's hiring as head football coach on

4    January 14, 2020. WSU and Rolovich executed an employment agreement in

5    April 2020. Attached as **Exhibit A** is a true and correct copy of Rolovich's

6    executed employment agreement with WSU.

7                        **The COVID-19 Pandemic**

8        25.    In the months following Rolovich's hiring, the COVID-19

9    pandemic spread and became a serious health and safety concern for WSU and

10   the Athletics Department. The Athletics Department worked to implement

11   policies such as masking and social distancing to try to limit the risk of infection

12   and transmission among its staff, student-athletes, and the WSU community.

13       26.    As COVID-19 continued to spread, WSU ended up making the

14   difficult decision to cancel the spring 2020 sports seasons in order to protect the

15   health and safety of our student-athletes.

16       27.    From the beginning, it appeared to me that Rolovich did not take

17   COVID-19 protocols seriously and that he did not exercise his leadership position

18   to implement or enforce policies in place among his players and staff, which

19   comprises a significant number of individuals in the athletic department

20   population. Rolovich had to be frequently reminded to wear his mask during

21   promotional shoots and team activities, and was seen on video numerous times

22   removing his mask during interviews, practice, and games. It was also a constant

23   struggle to enforce masking, social distancing, and testing requirements of our

DECLARATION OF ANNE MCCOY          10
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    student-athletes—and nowhere was this more challenging than among our

2    football players. Complaints were also received from campus over football player

3    non-compliance in public spaces as well. Rolovich did not, from what I could

4    observe, address these health and safety concerns with his players and coaches in

5    a meaningful, proactive, or effective way.

6         28.    In January 2021, the Pac-12 conference released "Return to Play"

7    guidance that outlined masking and COVID-19 testing requirements for all sports

8    programs. This guidance designated football as a "higher risk of transmission"

9    sport that was required to adhere to the strictest requirements. Attached as

10   **Exhibit B** is a true and correct copy of the Pac-12 Conference Return to Play and

11   Testing Summary.

12        29.    In August 2021, the Pac-12 Conference Covid-19 Medical Advisory

13   Committee released additional guidance that set out testing, quarantine, travel,

14   and masking guidance. Per the Pac-12 guidance, unvaccinated individuals were

15   required to take COVID-19 tests at least weekly, while unvaccinated players and

16   coaches were not required to conduct surveillance testing. Unvaccinated

17   individuals who were known to have come into contact with someone who tested

18   positive for COVID-19 were required to quarantine for ten days, while

19   asymptomatic vaccinated coaches were not required to quarantine. Additionally,

20   unvaccinated individuals returning to campus after non-team-related travel were

21   required to quarantine for several days and test for COVID-19 (during which they

22   would be unable or have limited ability to participate in in-person activities,

23   especially with other unvaccinated people) whereas vaccinated individuals had

DECLARATION OF ANNE MCCOY                    11          PACIFICA LAW GROUP  LLP
IN SUPPORT OF WSU'S CROSS-MSJ                            1191 SECOND AVENUE
                                                              SUITE 2000
NO. 2:22-cv-00319-TOR                             SEATTLE, WASHINGTON  98101-3404
                                                    TELEPHONE: (206) 245-1700
                                                    FACSIMILE: (206) 245-1750

1    no quarantine and testing requirements. Attached as **Exhibit C** is a true and

2    correct copy of the guidance issued by the Pac-12 conference.

3        30.    The health and safety of student-athletes and Athletics Department

4    coaches and staff was a key concern for the Athletics Department during fall

5    2021. WSU Athletics released COVID-19 policies for teams in August 2021.

6    This guidance provided that unvaccinated coaches were required to wear masks

7    during all training, practices, and competitions, and required anyone traveling

8    with the team to wear a KN95 mask during any travel. The guidance also required

9    unvaccinated coaches to take a PCR COVID-19 test weekly and to test daily

10   using an antigen test, with some exceptions for off days that required no athletics-

11   related activities.

### The Vaccine Mandate

13       31.    On August 20, 2021, Governor Inslee issued Proclamation 21.14.1,

14   which required education workers, which included Athletics Department

15   personnel at WSU, to be vaccinated or receive an accommodation by October 18,

16   2021, in order to continue working.

17       32.    The Athletics Department received notifications from WSU's

18   Human Resource Services (HRS) indicating that eleven Athletics Department

19   employees    (excluding    student-employees)    had    requested    religious

20   accommodations from the COVID-19 vaccination requirement. Of these eleven

21   employees, eight were involved with the football program, including Rolovich.

22   The other football staff members requesting religious accommodations were:

23   Kolney Cassel (assistant coach – offensive quality control); Stanley Franks

DECLARATION OF ANNE MCCOY              12
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ER0593

(assistant coach – defensive quality control); Ricky Logo (assistant coach – defensive tackles); Samie Parker (recruiting assistant); John Richardson (assistant head coach, cornerbacks coach, recruiting coordinator); Craig Stutzmann (co-offensive coordinator and quarterbacks coach); and Mark Weber (assistant coach – defensive line).

33.     Based on the instructions in the HRS notification emails and my discussions with HRS, I understood that it was the Athletics Department's responsibility to determine whether it could reasonably accommodate each employee requesting an accommodation, i.e., whether the employee could remain in their position unvaccinated without endangering the health and safety of others or imposing any other undue hardship on the Athletics Department and WSU. In addition, based on the instructions in the HRS notification emails and my discussions with HRS, I also understood that the Athletics Department could (and should) provide any additional information it had to HRS that was relevant to whether an employee requesting a religious accommodation had a sincerely held religious belief against COVID-19 vaccination.

34.     For each Athletics Department employee seeking a religious accommodation, we carefully considered the employee's role, responsibilities, and work environment to determine whether or not the employee could satisfy their job requirements unvaccinated without risking the health and safety of others. Because we understood that COVID-19 spreads through person-to-person interactions, and that unvaccinated persons presented a greater risk both of contracting and spreading the virus, a primary criterion in our accommodation

DECLARATION OF ANNE MCCOY          13
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(15 of 208), Page 15 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 15 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3975    Page 14
of 66

1  analysis was the extent to which employees' jobs necessarily involved significant

2  in-person contacts.

3      35.    Of the three non-football employees who sought religious

4  accommodations, one was a maintenance mechanic, another was a fiscal

5  specialist, and the third was a video coordinator for the women's basketball team.

6      36.    After reviewing the job duties and working environment for the

7  maintenance mechanic, the Athletics Department determined he could not be

8  accommodated without risking health and safety because his job duties involved

9  necessary and frequent interactions with others, including daily in-person

10  interactions with multiple groups (Athletics Department staff, student-athletes,

11  student workers, commercial vendors, and the general public) during a normal

12  business day and at athletic events. The maintenance mechanic was not subject

13  to an employment contract and his WSU employment was terminated following

14  his failure to comply with the Proclamation by the deadline of October 18, 2021.

15      37.    After reviewing the job duties and working environment of the fiscal

16  specialist, the Athletics Department determined that he could safely be

17  accommodated because he was able to perform his job duties (predominantly data

18  entry) without interacting with others, i.e., while working remotely or isolated in

19  an office.

20      38.    After reviewing the job duties and working environment of the video

21  coordinator, the Athletics Department determined that he could safely be

22  accommodated because he was able to perform his job duties without interacting

23  with others, i.e., while working at an isolated work station and socially

DECLARATION OF ANNE MCCOY           14
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(16 of 208), Page 16 of 208   Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 16 of 208
Case 2:22-cv-00319-TOR   ECF No. 105   filed 10/14/24   PageID.3976   Page 15
of 66

1    distancing.

2        39.    As part of their approved accommodations, both the fiscal specialist

3    and the video coordinator were required while on WSU property to: (1) wear a

4    face covering; (2) maintain at least six feet of distance from others or wear a mask

5    if unable to do so; and (3) limit any interactions with others to fewer than ten

6    minutes.

7                    **Evaluation of Football Employees' Accommodation Requests**

8        40.    In evaluating the accommodation requests of Rolovich and the

9    seven other football employees, the Athletics Department carefully reviewed

10   their essential job functions, duties, and working environments to determine

11   whether they could be accommodated and continue working in their roles

12   unvaccinated without risking the health and safety of themselves and others. In

13   evaluating these accommodation requests, then-Deputy Athletics Director Bryan

14   Blair (the Athletics Department's sport administrator for football) and I worked

15   closely with Chun, who as Athletics Director was the decision-maker. I also

16   consulted with HRS and the WSU Division of the Washington Attorney

17   General's Office (AGO) to ensure the Athletics Department's approach was

18   consistent with applicable WSU policies and laws.

19       41.    Although to some extent we analyzed the various football coaches'

20   accommodation requests in tandem, we also made sure to individually evaluate

21   each requesting employee's specific job and working environment to the extent

22   it differed from those of other football employees. For example, as head football

23   coach, Rolovich's job clearly demanded the most extensive forms and most

DECLARATION OF ANNE MCCOY                15          PACIFICA LAW GROUP LLP
IN SUPPORT OF WSU'S CROSS-MSJ                             1191 SECOND AVENUE
                                                              SUITE 2000
NO. 2:22-cv-00319-TOR                             SEATTLE, WASHINGTON 98101-3404
                                                      TELEPHONE: (206) 245-1700
                                                      FACSIMILE: (206) 245-1750

(17 of 208), Page 17 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 17 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3977    Page 16
of 66

1    frequent instances of interpersonal contacts compared with the other football

2    employees. On the other hand, as a football recruiting assistant, Samie Parker's

3    job duties were different in some respects from assistant football coaches—

4    although they, too, necessitated significant and regular interactions with others.

5    Ultimately, the Athletics Department determined that none of the eight football

6    employees who requested accommodations could continue in their positions

7    unvaccinated without posing a health and safety risk to other WSU employees,

8    student-athletes, and others.

9        42.    On October 13, 2021, the Athletics Department provided HRS with

10   two memoranda regarding Rolovich's accommodation request. The first

11   memorandum explained that, after reviewing Rolovich's essential duties, the

12   Athletics Department had determined that it would cause undue hardship to

13   accommodate Rolovich by allowing him to remain unvaccinated as the head

14   football coach. The second memorandum provided additional information to

15   HRS regarding Rolovich's professed objections to the COVID-19 vaccine and

16   explained that these prior statements cast doubt on the sincerity of Rolovich's

17   religious accommodation request. Both memoranda were prepared with the

18   assistance of and in consultation with AGO.

19       43.    For each Athletics Department employee who sought an

20   accommodation from the vaccine mandate, WSU's Environmental Health and

21   Safety (EH&S) team reviewed the employee's job description and work

22   environment and sent the Athletics Department a list of suggested minimum

23   requirements that would need to be met for the employee to remain in their

DECLARATION OF ANNE MCCOY              16          PACIFICA LAW GROUP  LLP
IN SUPPORT OF WSU'S CROSS-MSJ                         1191 SECOND AVENUE
                                                          SUITE 2000
NO. 2:22-cv-00319-TOR                          SEATTLE, WASHINGTON  98101-3404
                                                   TELEPHONE: (206) 245-1700
                                                   FACSIMILE: (206) 245-1750

1  position unvaccinated. As part of the Athletics Department's accommodation

2  determination, we reviewed the EH&S summaries and considered whether, based

3  on the employee's essential job duties, requirements, and working environment,

4  the employee could comply with the mitigation measures, whether additional

5  measures would be required, and whether it would cause the Athletics

6  Department undue hardship to accommodate the employee.

7      44.    On Thursday, October 14, 2021, EH&S emailed the Athletics

8  Department its assessment of Rolovich's position. Upon receiving and reviewing

9  the assessment from EH&S, Chun, Blair, and I continued to believe that Rolovich

10  could not be accommodated without causing undue hardship to the Athletics

11  Department for a number of reasons. Indeed, the EH&S memo only confirmed

12  our determination.

13      45.    One reason Rolovich could not continue in his role unvaccinated

14  without causing undue hardship was that Rolovich's job required him to work in

15  close contact with student-athletes and football program personnel in order to

16  effectively coach and develop the team. Based on public health data and guidance

17  at the time—including from the CDC, the Washington Department of Health, and

18  from WSU itself—we understood that unvaccinated persons had a much higher

19  risk of contracting and transmitting the virus (as well as developing severe illness

20  due to COVID-19) than unvaccinated persons. Relying on that guidance, we

21  believed that, had Rolovich remained unvaccinated in his position, he would have

22  jeopardized the health and safety of student-athletes, other coaches, and Athletics

23  Department staff that Rolovich was required to interact with regularly. This

DECLARATION OF ANNE MCCOY          17          PACIFICA LAW GROUP  LLP
IN SUPPORT OF WSU'S CROSS-MSJ                  1191 SECOND AVENUE
                                               SUITE 2000
NO. 2:22-cv-00319-TOR                          SEATTLE, WASHINGTON  98101-3404
                                               TELEPHONE: (206) 245-1700
                                               FACSIMILE: (206) 245-1750

1    concern was compounded by the fact that seven other football coaches and

2    personnel were also seeking accommodations in addition to Rolovich.

3           46.    Additionally, if Rolovich were to contract COVID-19 and become

4    severely ill during the season such that he was hospitalized or away from the team

5    for weeks, this would seriously harm the team as Rolovich was the team's leader

6    both on and off the field. Indeed, even if Rolovich had mild symptoms, he would

7    still have had to quarantine for at least 10 days, and therefore miss numerous

8    practices, team meetings, position group meetings, and at least one game. Those

9    absences by themselves would have been highly unusual and extremely

10    problematic for the Athletics Department and the football team.

11           47.    The heightened health and safety danger of unvaccinated coaches

12    contracting and transmitting COVID-19 created a related risk that, if an outbreak

13    had spread to enough members of the team, WSU would have had to forfeit

14    games under the Pac-12's policy for the 2021 football season. Not only would a

15    cancellation or forfeiture have damaged morale for the team and University, but

16    it would have carried significant adverse financial consequences for WSU in the

17    form of lost ticket sales, lost media revenue, and other impacts. As one article

18    noted, the Pac-12's policy "could create a competitive advantage for the

19    programs that are able to avoid outbreaks during the upcoming season."[1] For this

20

21    _____

22         [1] Rob Goldberg, *Pac-12 Announces Football Games Canceled Due to*

23    *COVID-19 Will Result in Forfeits*, Bleacher Report, Aug. 12, 2021,

DECLARATION OF ANNE MCCOY        18
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(20 of 208), Page 20 of 208   Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 20 of 208
Case 2:22-cv-00319-TOR   ECF No. 105   filed 10/14/24   PageID.3980   Page 19
of 66

reason, too, the Athletics Department leadership sought to do everything we could to avoid outbreaks on the football team.

48. Rolovich's role as head football coach also required him to travel with the team, but if he was unvaccinated he would have had to travel separately (as would the other unvaccinated coaches), which would have caused increased logistical and financial issues for the Athletics Department. Again, this concern was compounded by the fact that seven other football coaches and personnel also sought accommodations to remain unvaccinated.

49. Additionally, Rolovich would not be able to effectively recruit players for the football team while unvaccinated because many places where he would have to travel to conduct recruiting activities, such as high schools and training facilities, required vaccination, as the EH&S memo noted. For example, Snoqualmie Valley School District's policy during 2021 limited unvaccinated individuals on campus to "only those necessary to run our programs," required visits to be less than 15 minutes, and required all unvaccinated individuals to wear masks. Similarly, Kennedy Catholic High School only allowed unvaccinated visitors on campus on a "case-by-case basis". Rolovich had previously recruited players from both during his initial in-person recruiting visits in January 2020. Attached hereto as **Exhibits D & E** are true and correct copies of the Covid-19 policies of Snoqualmie Valley School District and

_____

https://bleacherreport.com/articles/10010217-pac-12-announces-football-games-canceled-due-to-covid-19-will-result-in-forfeits.

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

19

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

Kennedy Catholic High School that appeared on their respective websites in October 2021, which are accessible by viewing their websites through the Internet Archive's Wayback Machine (https://web.archive.org/).

50.     Even if Rolovich could have traveled to recruit, he would have been subject to five-day quarantine requirements upon return to campus that would have kept him away from the team and his regular coaching duties for significant periods of time.

51.     Without effective recruiting, it would be very difficult to develop a successful football program for the following years. It would be particularly hard for Rolovich to effectively recruit when all other head football coaches in the Pac-12 conference at that time were vaccinated and could travel to meet with potential recruits in person.

52.     Based on his unvaccinated status, Rolovich also would not be able to fully and effectively participate in media appearances and obligations without putting others at risk. Rolovich had already cancelled in-person media events due to his unvaccinated status, including the Pac-12 conference football media day.

53.     Rolovich also would not be able to participate in many donor events that are essential in cultivating significant donations for the football program and Athletics Department. In fact, Rolovich had already cancelled in-person events with donors based on his unvaccinated status. And many donors expressed anger and disappointment that Rolovich refused to get vaccinated and threatened to withhold future donations.

54.     In addition to these concerns, the Athletics Department had concerns

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

20

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  about Rolovich's willingness to comply with any accommodations that would be

2  put in place to protect health and safety. Throughout the COVID-19 pandemic,

3  Rolovich appeared to maintain a lax, and even oppositional, approach to COVID-

4  19 safety measures, including masking, social distancing, and testing. During

5  games in 2020 and, more importantly, 2021, Rolovich himself was frequently

6  observed—and filmed—removing his mask to speak to players, other coaches,

7  and game officials in close proximity. The Athletics Department was not

8  confident that Rolovich would change course and take seriously the safety

9  protocols that were required as part of any accommodation. Even if he had,

10  however, Rolovich had demonstrated that he could not effectively coach football

11  games without removing even his basic cloth mask—something that would have

12  made adhering to the "minimum" requirement EH&S outlined of constantly

13  wearing a N95 respirator during games nearly impossible.[2]

14      55.   After careful review and consideration, Chun ultimately

15  concluded—with my wholehearted agreement—that it would cause undue

16  hardship to the Athletics Department and the University to accommodate

17  _____

18      [2] Based on what I know about "NIOSH certified N95 respirators," these masks

19  are thicker than the cloth face coverings that Rolovich previously wore at times

20  during games and practices in 2021. Moreover, because these masks have no

21  valve, they make audible speech difficult even in quiet environments. I believe it

22  would have been a great struggle for Rolovich to effectively communicate during

23  games and travel while constantly wearing the N95 respirator.

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

21

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  Rolovich in his role as head football coach based on risks to health and safety,

2  financial implications, and concerns about the development and future of the

3  football program at WSU. Chun made the same decision with respect to the other

4  seven unvaccinated football staff members, and I again fully agreed with that

5  judgment.

6  56.    Because on October 18, 2021, Rolovich and the other football staff

7  members were unvaccinated and did not receive an approved accommodation,

8  they were not in compliance with the Governor's Proclamation and could not

9  legally work for WSU after that date. WSU therefore began the process of

10  terminating their employments for just cause pursuant to the terms of their

11  employment agreements.

12  57.    It was disappointing and difficult to have to lose our head football

13  coach and seven other football staff members in the middle of the 2021 football

14  season. However, based on our assessment of their job duties and the dangerous

15  state of the COVID-19 pandemic at that time, the Athletics Department could not

16  allow them to continue in their positions while unvaccinated because it would

17  have created significant risks to the safety and health of their Athletics

18  Department coworkers, WSU students, and others, and imposed other significant

19  costs and burdens on the Athletics Department and the University.

20

21

22

23

DECLARATION OF ANNE MCCOY          22
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ER0603

(24 of 208), Page 24 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 24 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3984    Page 23
of 66

1      I declare under penalty of perjury that the foregoing is true and correct.

2      EXECUTED this _10th_ day of October, 2024, at _Pullman_, Washington.

3

4                      _s/_

5                     ANNE MCCOY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF ANNE MCCOY         23
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

(25 of 208), Page 25 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 25 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3985    Page 24
of 66

**CERTIFICATE OF SERVICE**

On the <u>14th</u> day of October, 2024, I caused to be served, via ECF

electronic service, a true copy of the foregoing document upon all

counsel registered for e-service.

DATED this <u>14th</u> day of October, 2024.

Erica Knerr, Legal Assistant

DECLARATION OF ANNE MCCOY
IN SUPPORT OF WSU'S CROSS-MSJ
NO. 2:22-cv-00319-TOR

24

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ER0605**

(26 of 208), Page 26 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 26 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3986    Page 25
of 66

# EXHIBIT A

(27 of 208), Page 27 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 27 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3987    Page 26
of 66

# EMPLOYMENT AGREEMENT

This Employment Agreement (Agreement) is made between Washington State University (University) and Nicholas R. Rolovich (Employee), and it cancels and replaces any and all prior employment agreements or understandings, whether in writing or otherwise, between these two parties.

1.    **Employment Position**

    1.1.    **Employment as Employee of University**. Employee shall serve as the Head Coach of the University's Intercollegiate Football Program (Football) and shall perform the duties outlined in Section 1.2 herein during the term of this Agreement. Employee is subject to and governed by the terms and conditions of the Agreement.

    1.2    **Description of Employee's responsibilities**

        1.2.1    **Recognition of duties**. Employee agrees to devote Employee's best efforts to the performance of their duties for the University, and to comply with and support all rules, regulations, policies, and decisions established or issued by the University. Employee agrees to abide by all provisions of law, including the Washington State Ethics in Public Service Law, RCW 42.52. Employee also agrees during the term of this Agreement that Employee will not engage, directly or indirectly, in any business that would detract from Employee's ability to apply their best efforts to the performance of their duties hereunder. Employee also agrees not to usurp any economic opportunities of the University.

            1.2.1.1    **General duties and responsibilities**.  Employee agrees to undertake and perform properly, efficiently, to the best of Employee's ability, and consistent with the standards of the University all duties and responsibilities (as defined in Section **1.2.1.2** and/or Athletic Director) attendant to the position of Head Coach of the University's Football Program. Employee further agrees to abide by and comply with the constitution, bylaws, and interpretations of the National Collegiate Athletic Association (NCAA) and Pac-12 Conference (Pac-12), Title IX of the Education Amendments Act of 1972 (Title IX) including, but not limited to, ensuring that all Title IX matters are reported in accordance with applicable law, NCAA, Pac-12 and University policy, and all NCAA, Pac-12, and University rules and regulations relating to the conduct and administration of the Football Program as now constituted or as may be amended during the term hereof. In the event Employee becomes aware, or has reasonable cause to believe, that violations of any of the aforementioned rules or regulations may have taken place, Employee shall promptly report the same to the Athletic Director, Director of Compliance, or Faculty Athletic Representative of the University, and cooperate and comply with any related inquiries or investigations. Employee agrees to adhere to, respect, and to follow the academic standards and requirements of the University in regard to the recruitment and eligibility of prospective and current student-athletes for the Football Program. All academic standards, requirements, and policies of the University shall also be observed by Employee at all times.

            1.2.1.2    **Specific duties and responsibilities.** Employee is accountable for the following list of specific duties and responsibilities.  This list supplements Employee's other general duties and responsibilities provided elsewhere in this Agreement.

                a.  Integrate the Football program into the whole spectrum of academic life to complement the University and its mission in the state and community;

                b.  Evaluate, recruit, train, and develop student-athletes to compete successfully against major college competition in a quality Division I Football program;

1

**ER0607**

WSU_00003241

(28 of 208), Page 28 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 28 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3988    Page 27
of 66

    c.  Maintain a competitive Football program consistent with the Athletic Director's goals, which will reasonably be established upon consultation with Employee;

    d.  Cooperate with and support the University's faculty and administrative officials to ensure that student-athletes participating in the Football program meet all academic requirements;

    e.  Conduct the Football program with integrity and maintain financial responsibility consistent with the Football program budget, standards, and reasonable expectations of the Athletic Department and the University;

    f.  Recommend to the Athletic Director the appointment and discharge of assistant Football coaches and all other contracted staff specific to Football. Employee and the Athletic Director shall consult regarding those issues and make reasonable efforts to reach agreement. The Athletic Director shall then make the final decision;

    g.  Manage the Football program, including, but not limited to, assisting the Athletic Director, or his designee, with Football budget preparation and administration, and the supervision and evaluation of the Football program's staff;

    h.  Under the direction of the Athletic Director, participate in events, activities, and/or efforts to foster support for the University's Athletic Department and/or the Football program;

    i.  Serve as director of instructional youth Football programs to be held in athletic facilities at the University's Pullman campus if deemed applicable;

    j.  The Athletic Director or his designee may reasonably assign other duties from time to time that are consistent with customary duties of a Head Football Coach at a Division I Football program;

    k.  Cooperate with any investigation relating to the University's athletic programs, including the Football Program;

    l.  Ensure full compliance with Title IX of the Education Amendments Act of 1972 (Title IX), including but not limited to, ensuring that all Title IX matters are reported in accordance with applicable law, NCAA and Pac-12 policy and univeristy policies and regulations; and

    m.  Any other reasonable duties as assigned by the Athletic Director.

1.3    **Employee subject to discipline for violations of NCAA rules and regulations.** If Employee is found to be in violation of NCAA rules and regulations, including, but not limited to, the ethical conduct expectations as stated in NCAA Bylaws 10.1, 11.1.1, 11.1.2, 11.1.2.1, and 19.01.2, whether while employed by the University or during prior employment at another NCAA member institution, Employee shall be subject to disciplinary or corrective action as set forth through the NCAA enforcement procedures. Further, the University may suspend Employee for a period of time, without pay, or may terminate employment as provided in Section 4.1 hereof if Employee is found to have been involved in or condoned a major violation or a pattern of uncorrected secondary violations of NCAA, Pac-12, or University rules and regulations.

2

**ER0608**

WSU_00003242

(29 of 208), Page 29 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 29 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3989    Page 28
of 66

1.4  **Reporting relationship.** Employee shall report to the Athletic Director, or to such other person as the Athletic Director may designate.

1.5  **Staffing.** The University will provide Employee with a full-time staff as allowed by NCAA and Pac-12 rules.

## 2.  Term of Employment

The University hereby employs and Employee accepts employment for the period beginning on January 14, 2020 and ending on June 30, 2025, subject, however, to prior termination in accordance with the provisions set forth in Section 4. Employee is solely responsible for obtaining legal employment status in the United States and is required to report legal status to University. Employee must immediately inform University if legal employment status is denied or revoked. The University may terminate this agreement if Employee is unable to maintain legal employment status in the U.S. On or before May 31, 2025, Employee will receive written notification from the University of its intent to renew or not renew the Agreement. If Employee obtains new employment commencing prior to June 30, 2025, Employee shall notify University immediately, and all payments and fringe benefits under this Agreement shall cease on the date Employee's new employment commences.

## 3.  Compensation

In consideration for the promises he has made in entering into this Agreement, Employee shall be entitled to the compensation set forth herein. All payments from the University are subject to normal deductions and withholding for state, local, and federal taxes and for any retirement or other benefits to which Employee is entitled or in which Employee participates, and are subject to the terms and conditions of Section 4 concerning termination of this Agreement.

3.1  **Base salary**. The base salary paid by the University to Employee for services and satisfactory performance of the terms and conditions of this Agreement shall be at the annual salary rate of $2,000,000 payable by the University in accord with payroll dates and procedures applicable to University employees generally. Employee shall be eligible for consideration for salary increases to the base salary that are authorized and funded by the state of Washington, subject to a determination by the Athletic Director.

3.2  **Compensation for all collateral opportunities.** University shall pay Employee supplemental compensation in the amount of $1,000,000 each employment year for the term of this contract in consideration of any collateral opportunity available to Employee as a Head Coach of the Football team. This supplemental compensation is intended to reflect income paid by third parties to the University for the types of collateral opportunities described herein. Employee is entitled to receive additional compensation directly from third parties for collateral opportunities not arranged by or in conflict with arrangements made previously by the University with the understanding that Employee must receive prior written approval from the University, which approval shall not be unreasonably withheld. University agrees to pay Employee said compensation in accordance with payroll dates and procedures applicable to general University employees.

3.3  **Fringe benefits**. During the term of this Agreement, the University will provide Employee with the fringe benefits described in this Section 3.2 and no others.

3.3.1  **Standard University fringe benefits**. Employee shall be entitled to the standard University fringe benefits, including group life insurance, family medical coverage, and retirement plan contributions. Retirement contributions shall be made in accordance with the retirement plan selected by Employee and offered through the University. If any benefit/consideration is based in whole or in part upon the salary paid to Employee, such benefit/consideration shall be made without including any collateral compensation or

3

**ER0609**

(30 of 208), Page 30 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 30 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3990    Page 29
of 66

incentive or supplemental compensation. Notwithstanding the above, Employee shall not accrue nor be entitled to use annual leave.

3.3.2    **Expenses**. The University will reimburse Employee at the rate authorized by state law and University regulations for all travel and out-of-pocket expenses reasonably incurred by Employee for the purpose of and in connection with the performance of Employee's duties under this Agreement.

3.3.3    **Vehicle**. During the term of this Agreement, the University may provide Employee with either: (a) a donated vehicle on a loan basis; or (b) a stipend in the amount of $450 per month in lieu of a donated vehicle. The University has the sole discretion to determine whether to provide the use of the loaned vehicle or the stipend. Employee shall use, maintain, and service any vehicle provided in compliance with the University's written policies and procedures regarding courtesy cars, as those policies now exist or may be amended. The University's courtesy car program is structured as an "accountable plan" for tax purposes, and Employee understands and agrees that Employee shall be taxed on the annual percentage of personal use of the vehicle, which will be calculated from the mileage records submitted by Employee. Employee shall not remove any dealer identification markings placed on the vehicle for promotional purposes.

3.3.4    **Tickets**. University will provide Employee with use of a 12-seat family suite in Martin Stadium for each WSU home Football contest, and up to twenty (20) tickets for each home, away and post-season Football contest in which the University's Football team competes during the term of this Agreement. Tickets to each home game of the University's other varsity intercollegiate athletic teams will be provided in non-priority seating sections according to the provisions of the athletic department's ticket policy for staff members. Employee understands and acknowledges that the value of tickets and passes may be considered income to Employee and will be so reported by the University. Employee also understands that the use of tickets and passes will be subject to normal compliance review for complimentary tickets.

3.3.5    **Guest Travel**. Employee may bring spouse and two guests with the Football team on all away team travel trips; or, Employee may bring spouse and dependent children on all away team travel trips on a space available basis. Employee cannot bring two guests and dependent children on the same away team travel trip, however, dependent children can be considered as part of the permissible two guests. Employee, spouse and any guests or children must be traveling with team on the same trip. The University will pay as compensation to Employee all travel and lodging costs associated with bringing spouse and guests or children on the road trips and related activities in accordance with University travel regulations and, where relevant, NCAA and/or Pac-12 Conference regulations. Compensation paid by the University shall not exceed costs associated with bringing Employee's spouse and guests or children to the contest, including airfare, ground transportation, lodging, and cost of admission to the games and related events. Employee understands and acknowledges that the value of such travel may be considered income to Employee and will be so reported by the University. Travel expenses shall be paid in accordance with applicable IRS regulations.

3.3.6    **Guest travel for post-season competition**. Whenever Employee attends post-season athletic competition because the Football team is participating in the event, Employee may elect to bring their spouse and dependent children, regardless of age, to the event and related activities. The University will pay as compensation to Employee all costs associated with bringing Employee's spouse or partner and dependent children to the event and its related activities in accordance with University travel regulations and, where relevant, NCAA and/or Pac-12 regulations. Compensation paid by the University shall not exceed costs associated with bringing Employee's spouse and dependent children to the event, including, but not limited to, airfare, other travel costs such as rental car or bus fare,

4

**ER0610**

WSU_00003244

(31 of 208), Page 31 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 31 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3991    Page 30
of 66

lodging, subsistence, and cost of admission to the game and related events. Employee understands and acknowledges that the value of such travel may be considered income to Employee and will be so reported by the University.

3.3.7 **Alaska Lounge**. The University will pay Employee's membership dues to the Alaska Airlines Lounge. Employee understands and acknowledges that the value of this membership may be considered income to the Employee and will be so reported by the University.

3.3.8 **Parking**. The University will provide Employee with two (2) permits for parking purposes for each of the University's home Football contests in Pullman, Washington. Employee understands and acknowledges that the value of tickets and passes may be considered income to Employee and will be so reported by the University.

3.3.9 **One-time payment.** The University will pay Employee a one-time payment of $561,803 (five hundred sixty-one thousand, eight hundred and three dollars) in order to reimburse Employee for payment of contractual buy-out obligation to former employer. Employee is solely responsible for satisfying any contractual obligations to the former employer. Employee understands and acknowledges that this payment shall be subject to standard withholding applicable to salary payments for Employee's position at the University.

3.3.10 **Golf club membership.** The University, as additional compensation, will pay Employee's membership dues at the Palouse Ridge Country Club. The University will also pay the Employee's fee for joining the club, if any. Employee understands and acknowledges that the value of such membership may be considered income to the Employee and will be so reported by the University.

3.3.11 **On-campus summer camp**. The University has the exclusive right to operate summer youth Football camps on its campus using University facilities. Pursuant to Section 1.2.1.2(i) hereof and subject to Section 3.3.11 hereof, Employee shall direct and participate in the University's summer Football camps. Notwithstanding the provisions of Section 4.3.2 hereof, the coaches of the University's Football program will be compensated for their performance of duties in said on-campus summer camps consistent with athletic department policies.

3.3.12 **Outside income**. Employee may be compensated for outside activities appropriate to the promotion of athletic programs, provided such activities do not conflict or interfere with the discharge of duties under this Agreement. Employee must receive prior approval from the Athletic Director, or from such other person as the Athletic Director may designate, for all such outside compensation. Such activities must comply with the state ethics law and University policy.

3.4 **Incentive Compensation.** Each employment year during the term of this Agreement, in addition to the base salary and supplemental compensation, the University shall pay Employee any applicable incentive compensation as provided in Section 3.4. The University shall pay Employee incentive compensation for an employment year within a reasonable time (generally, 30 days) after the University has determined the amount of the payment and whether the conditions of payment have been met. The University shall annually pay Employee the incentive compensation for the following achievement(s):

| Achievement | Amount of Incentive Payment |
|---|---|
| • Pac-12 North Champion * | $50,000 |
| • Pac-12 Conference Champion * | $100,000 (non-inclusive) |
| | |
| • Final National Ranking Top 25 (CFP, AP, USA Today) * | $50,000 |
| • Final National Ranking Top 10 (CFP, AP, USA Today,) * | $100,000 (non-inclusive) |

5

**ER0611**

WSU_00003245

(32 of 208), Page 32 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 32 of 208
Case 2.22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3992    Page 31
of 66

| | |
|---|---|
| • Pac-12 Public School Graduation Rate #1 *<br>   *(based on the WSU Football NCAA GSR)* | $25,000 |
| • Pac-12 Public School Graduation Rate Top 4 *<br>   *(based on the WSU Football NCAA GSR)* | $15,000 (non-inclusive) |
| • 7+ Regular Season wins and participation in Bowl Game<br>   not Sugar, Rose, Orange, Cotton, Peach, Fiesta * | $25,000 |
| • Sugar, Rose, Orange, Cotton, Peach or Fiesta Bowl Game * | $100,000 (non-inclusive) |
| • College Football Playoff appearance * | $200,000 (non-inclusive) |
| • National Championship Game appearance* | $300,000 (non-inclusive) |
| • National Championship Game victory* | $400,000 (non-inclusive) |
| • Pac-12 Coach of the Year | $25,000 |
| • National Coach of Year (AP, AFCA)** | $50,000 |

\*One Payment only in each incentive category for highest level reached
\*\*One Payment only, even if multiple awards

4.    **Termination**

4.1    **Termination by University for just cause**. The University shall have the right to terminate this Agreement for just cause (Just Cause) prior to its normal expiration. The term Just Cause shall include, in addition to and as examples of its normally understood meaning in employment contracts, any of the following:

4.1.1    Deliberate and serious violations of the duties outlined in Section 1.2 of this Agreement or refusal or unwillingness to perform such duties in good faith and to the best of Employee's abilities;

4.1.2    Deliberate and serious violations by Employee of any of the other terms and conditions of this Agreement not remedied after fourteen (14) days' written notice to Employee or, if the violation cannot reasonably be remedied within that period, Employee's failure to make reasonable efforts to cure such violation;

4.1.3    Any act of misconduct by Employee including, but not limited to, acts of criminal conduct (excluding minor traffic offenses, that don't impede Employee's ability to perform duties), an act of dishonesty, theft or misappropriation of University property, moral turpitude, insubordination, or act injuring, abusing, or endangering others, including physical, psychological, or sexual abuse, misconduct or violence, or acts that constitute use of excessive exercise or training for punitive purposes, or repeated acts of insubordination or a single act of insubordination of significant magnitude;

4.1.4    An intentional or major violation or repeated instances of secondary violations by Employee, or by any person under Employee's supervision where Employee had knowledge of the intended violation and failed to intervene, or by student-athletes in the Football Program where Employee had knowledge of the intended violation and failed to intervene, of any law, rule, regulation, constitutional provision, bylaw or interpretation of the University, the NCAA, or the Pac-12 which may in the reasonable judgment of the University reflect adversely upon the University or its athletic program including, but not limited to, any such violation which may result in the University being placed on probation

6

**ER0612**

WSU_00003246

by the Pac-12 or the NCAA and including any such violation which may have occurred during prior employment of Employee at another NCAA member institution;

**4.1.5**   Conduct of Employee seriously prejudicial to the best interests of the University or its athletic program; or

**4.1.6**   Prolonged absence from duty without the consent of Employee's supervisor.

**4.2**   **Determination of Just Cause and hearing provision**. Just Cause sufficient to satisfy the provisions of Section 4.1 shall initially be determined in good faith by the Athletic Director of the University. The Athletic Director shall give Employee written notice of the provisions of the Agreement alleged to have been violated, together with a statement of the factual basis for those allegations. Employee will have fifteen (15) calendar days within which to respond to the Athletic Director, in writing, with reasons Employee should not be terminated. The Athletic Director, after considering any response provided by Employee, will issue a decision regarding termination for Just Cause. If a summary suspension has been issued in accordance with paragraph 4.3.1, the Athletic Director must issue a decision regarding termination within five (5) calendar days of receipt of Employee's response. If a summary suspension has not been ordered, the Athletic Director shall issue a decision regarding termination within ten (10) calendar days of receipt of Employee's response.

Employee's right to receive any payment under this Agreement, including all portions of Section 3, shall cease the day following the issuance of the decision to terminate for Just Cause.

**4.3**   **Appeal of termination for Just Cause**. Employee may appeal the Athletic Director's decision to terminate for Just Cause to the University President or designee. Such appeal must be made in writing within fifteen (15) calendar days' notice of the Athletic Director's determination and must contain a statement of the reasons Employee requests the President to set aside the decision to terminate for Just Cause. Employee must provide a copy of the appeal to the Athletic Director at the time it is delivered to the Office of the President. The Athletic Director may, within seven (7) calendar days of receipt of the notice of appeal, provide to the President an additional written statement supporting the Athletic Director's decision and shall provide the President with: 1) the written notice of termination sent to Employee; 2) Employee's written response, if any; and 3) the written decision of termination. The President may allow oral statements in the President's discretion. The President shall render a final decision within thirty (30) calendar days of receiving the materials provided by the Athletic Director, which shall be the final decision of the University.

Employee shall not be entitled to receive any compensation under this Agreement pending the appeal. Should Employee be reinstated by the President, Employee shall be entitled to back pay for compensation not paid during the pendency of the appeal.

**4.3.1**   **Summary suspension**. Once the preliminary determination of intent to terminate for Just Cause is made, the Athletic Director shall have the administrative authority to order suspension of Employee from Employee's duties and salary pending termination of this Agreement, provided that notice of any such suspension shall be delivered to Employee in writing, detailing the reasons for such suspension. This notice may be contained in the same document as the written notice of termination. Summary suspension may also be imposed if the Athletic Director finds that Employee has committed gross misconduct or poses an immediate threat to the safety of persons or property. The Athletic Director has the authority to issue immediate summary suspension if facts show that Employee has committed gross misconduct or poses an immediate threat to the safety of persons or property. Employee may respond to the notice of summary suspension together with Employee's response, if any, to the notice of termination.

Employee shall not be entitled to receive any compensation under this Agreement during the summary suspension period.

7

(34 of 208), Page 34 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 34 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3994    Page 33
of 66

4.3.2 **University's obligations upon termination for Just Cause**. In the event this Agreement is terminated for Just Cause in accordance with the provisions of Sections 4.1 and 4.2, all obligations of the University to make further payments under this Agreement and/or to provide any other consideration shall cease. In no case shall the University be liable to Employee for the loss of any collateral business opportunities or any other benefits, perquisites, or athletically-related income from any other source, nor shall Employee be liable to the University for the loss of any such collateral business opportunities. Employee will be paid all compensation earned up to the date of termination for Just Cause.

4.4 **Termination by University without Just Cause**. The University reserves the right to terminate this Agreement prior to its normal expiration without cause. Termination by the University without cause shall be effectuated by delivering to Employee written notice, signed by the President of the University or by the Athletic Director or such other person as the President may designate, of the University's intent to terminate this Agreement without cause. In such event, University will pay Coach liquidated damages, in lieu of any and all other legal remedies or equitable relief.

4.4.1 **Liquidated damages upon termination by University without Just Cause**. The parties agree that actual damages resulting from termination without just cause would be difficult to calculate and that the payment of liquidated damages by University to Employee shall constitute sufficient and reasonable compensation to Employee for any loss, damages, or injury suffered by Employee because of termination without just cause by University. The parties further agree that the payment of liquidated damages shall not be construed as a penalty.

If the University terminates this Agreement without just cause at any time prior to June 30, 2025, the University shall pay Employee liquidated damages in an amount equal to sixty percent (60%) of the remaining base salary due under the terms of this Agreement specifically in Section 3.1. This payment shall be paid in full, either in one lump sum or a series of payments at the discretion of the University, by no later than March 15 of the calendar year following the effective date of termination, In no case shall the University be liable for the loss of any business opportunities or any other benefits, perquisites, supplemental income or athletically related income from any other source. The parties intend that the provisions of this Agreement comply with, or meet an exemption from, Section 409A of the Code, and the regulations thereunder and all provisions of this Agreement shall be construed in a manner consistent with the requirements for avoiding taxes or penalties thereunder, and neither party shall have the right to accelerate, defer or otherwise modify the manner of payment of any amount set forth in this Section 5.01(e), except for the University's right to determine the payment schedule. Employee shall have no mitigation obligation and WSU shall have no offset rights against any compensation earner or received by Employee subsequent to such termination.

4.5 **Termination by Employee**

4.5.1 **Written notice by Employee**. Employee may terminate this Agreement during its term by giving the University fourteen (14) calendar days' advance written notice of the termination, or affirmatively communicates to the Director of Athletics or their delegate of an intention to leave or accept a coaching position elsewhere. Payment of remaining salary will cease on the date Employee submits a resignation, fails to report to work, or otherwise engages in actions that clearly establish employment with another party.

4.5.2 **Liquidated damages upon termination by employee.** Employee recognizes that University is making a highly valuable investment in their continued employment by entering into this Agreement and that investment would be lost if they were to resign prior to the expiration of this Agreement. The parties agree actual damage to University in such case would be extremely difficult to calculate. The parties further agree that the payment

8

**ER0614**

WSU_00003248

(35 of 208), Page 35 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 35 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.3995    Page 34
of 66

of liquidated damages by Employee and acceptance by University shall constitute sufficient and reasonable compensation to University for injury and that it shall be enforceable as liquidated damages and not as a penalty.

If Employee terminates this Agreement during the initial term of this Agreement, Employee shall pay liquidated damages to the University as follows:

- On or before June 30, 2021: $8,000,000
- July 1, 2021, through June 30, 2022 (inclusive): $6,000,000
- July 1, 2022, through June 30, 2023 (inclusive): $5,000,000
- July 1, 2023, through June 30, 2024 (inclusive): $2,000,000
- July 1, 2024, through June 30, 2025 (inclusive): $1,000,000

## 5.    Restriction on Competition

Employee agrees and specifically promises that Employee will neither directly nor indirectly through an agent actively seek, negotiate for, or accept employment, under any circumstances, as a coach or in any other capacity related to intercollegiate athletics with any member institution of the NCAA or with any football team participating in any professional league or conference in the United States or elsewhere requiring performance of duties prior to the expiration date of the term of this Agreement or any extension without first notifying the Athletic Director and obtaining permission from the Athletic Director to seek such described employment opportunities, such permission to not be unreasonably withheld.

## 6.    Choice of Law

This Agreement has been entered into under, and shall be governed by, the laws of the State of Washington. In the event that either party for the enforcement or construction of any of the provisions of this Agreement commences litigation, the actions shall be brought in the Superior Court of the State of Washington and the venue shall be in Whitman County, Washington.

## 7.    Alternate Dispute Resolution

Except as otherwise provided in this Agreement, when a dispute arises between the parties and it cannot be resolved by direct negotiation, the parties agree to participate in good faith mediation. The mediator shall be chosen by agreement of the parties. If the parties cannot agree on a mediator, the parties shall use a mediation service that selects the mediator for the parties. The cost of the mediation, if any, shall be shared equally by the parties, unless otherwise agreed. The parties agree that mediation shall precede any action in a judicial tribunal.

Nothing in this Agreement shall be construed to limit the parties' choice of a mutually acceptable alternative resolution method such as a disputes hearing, a Disputes Resolution Panel, or arbitration.

## 8.    Merger Clause

This Agreement supersedes all prior understandings and agreements, oral or written, regarding Employee's employment by the University, including University handbooks or manuals.

## 9.    Amendments to Agreement

This Agreement may be amended at any time only by a written instrument duly approved by the University through its designated representative and accepted by Employee, such approval and acceptance to be acknowledged in writing.

9

**ER0615**

WSU_00003249

10.    **Acknowledgment**

Employee acknowledges that Employee has read and understands the foregoing provisions of this Agreement and that such provisions are reasonable and enforceable and that Employee agrees to abide by this Agreement and the terms and conditions set forth herein. Employee further acknowledges that Employee has been provided an opportunity to seek the advice of legal counsel before entering into this Agreement.

11.    **Severability**

If any provision of this Agreement is found to be unenforceable, either in whole or in part, then such provision shall be deemed amended to delete or modify, as necessary, the offending provision or provisions or to alter the bound thereof in order to render said provision valid and enforceable. The remainder of this Agreement will not be affected, and will remain in full force and effect to the extent provided by law.

**IN WITNESS WHEREOF, the PARTIES have executed this AGREEMENT.**

WASHINGTON STATE UNIVERSITY                    EMPLOYEE

Patrick Chun                                   Nicholas R. Rolovich
Director of Athletics
Date:    April 7, 2020                         Date:    Apr 6, 2020

Kirk H. Schulz
Office of the President
Date:

Approved as to form:

Office of the Attorney General
Date:    4/10/20

10

**ER0616**                                   WSU_00003250

# EXHIBIT B

**PAC-12 CONFERENCE**
**RETURN TO PLAY AND TESTING SUMMARY**
Sept – Dec 2020

**1.  RETURN TO PLAY:**

- Resumption of full athletic activity and competition by an institution is contingent upon:

  - compliance with local and state regulations,
  - institution's capacity to implement minimum testing requirements for the applicable sport,
  - individual campus approval.

- Upon satisfaction of the above conditions, an institution may resume full activity and competition in each sport as follows:

  - <u>Football</u>: Full activity at any time and competition on November 6, 2020.

  - <u>Basketball</u>: Full activity at any time and competition on NCAA-designated competition start date (November 25).

  - <u>Other Winter Sports</u>: Full activity at any time and competition on NCAA-designated competition start dates (varies).

  - <u>Fall Sports (previously postponed)</u>: Full athletic activity at any time and competition aligned with the new NCAA playing and practice calendar.

**2.  TESTING:**

- **Daily Testing:**  For higher risk of transmission sports (HROT), <u>daily testing</u> for each day a student-athlete participates in higher-risk of transmission (non-distanced) activity (e.g., close-contact practices).

- **Other Sports:**  For lower or medium/intermediate risk of transmission sports (LROT/MROT), testing protocols will comply with the protocols provided in the Pac-12 medical recommendations (as updated from time-to-time).

- **Non-Conference:** Non-conference competition is contingent upon non-conference opponents implementing minimum testing protocols established by the Pac-12 Covid-advisory board.

ER0618                                             WSU_00004189

## PAC-12 COVID-ADVISORY GROUP
## COVID-19 TESTING SUMMARY
---
### HROT SPORTS

For sports designated as higher risk of transmission (HROT), minimum testing includes:

| Student-Athletes | Coaches |
|---|---|
| **Weekly/Practice (In Season)** | **Weekly/Practice (In Season)** |
| 1x week PCR test, *and*<br>Daily point-of-care test (POCT)* each day of HROT activity participation (e.g., close contact practice)<br>- Any positive antigen test confirmed by PCR test<br>- Any confirmed positive receives cardiac workup<br>- POCT should be performed on same day as PCR when possible | 2x week POCT for:<br>- Coaches who cannot socially distance<br>- Any positive antigen test confirmed by PCR test |
| **Travel** | **Travel** |
| POCT day of travel<br>PCR within 48 hours prior to departure (may fulfill weekly PCR requirement)<br>- Results prior to boarding/departure<br>- Plane/bus/car with multiple travel party members | POCT day of travel<br>- Results prior to boarding/departure<br>- Plane/bus/car with multiple travel party members |
| **Competition** | **Competition** |
| POCT on game day, results prior to contest<br>- Morning contests (1:05 pm or prior), tests may be done the afternoon/evening prior to game time.** | POCT on game day, results prior to contest<br>- Morning contests (1:05 pm or prior), tests may be done the afternoon/evening prior to game time. |

| Officials (FB, Single Conference Officials) | Officials (BK, Multi Conference Officials) |
|---|---|
| **General** | **Weekly** |
| *See Officials page (below)* | *See Officials page (below)* |
| | **Competition** |
| | POCT on game day, results prior to contest<br>- Morning contests (1:05 pm or prior), tests may be done the afternoon/evening prior to game time. |
| | **Scrimmage** |
| | POCT on game day, results prior to contest<br>- Morning contests (1:05 pm or prior), tests may be done the afternoon/evening prior to game time. |

| Travel Party^ | Non-Conference Opponents |
|---|---|
| **Travel** | **Week of Competition** |
| POCT day of travel<br>- Prior to boarding/departure<br>- Plane/bus/car with multiple travel party members | One (1) added test to NCAA testing cadence (3x week, non-consecutive days), resulting in:<br>- Test on the day prior to contest<br>- POCT on game day<br>- Tests results received prior to contest |
| **Competition** | **Min. Testing Cadence Options** |
| POCT on game day, results prior to contest<br>- Morning contests (1:05 pm or prior), tests may be done the afternoon/evening prior to game time.<br><br>*^ Individuals in the visiting team "travel party" travelling together in same transport*<br>**Travel Party^** | |

Min. Testing Cadence Options table 1:

| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Game | Day 7 |
|---|---|---|---|---|---|---|
| | Test | | Test | Test | Test | |

Min. Testing Cadence Options table 2:

| Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Game | Day 7 |
|---|---|---|---|---|---|---|
| Test | | Test | | Test | Test | |

UPDATED 1/20/2021

**ER0619**

WSU_00004190

| Multi-Team Events (MTEs)^ |
|---|
| **NCAA Rules** |
| All participating teams will comply with NCAA's MTE testing requirements: |
| **Prior to Arrival (Tier 1)***<br>NCAA weekly testing cadence (min. 3x week, non-consecutive days), including: |
| - negative POCT within 1 day of arrival |
| **On-Site (Tier 1)**<br>POCT date of arrival<br>POCT each game day<br><br>*^Neutral site MTEs and "home hosted" multi-team contests* |

\*   All references to POCT may be fulfilled through antigen test or daily PCR with < 24 hr turnaround

\*\*  For game day tests done the day prior, individuals should remain in a controlled environment from testing until game time.

\*\*\* See NCAA FAQ: Principles of Resocialization of Collegiate Basketball and Testing Considerations for All Sports.

These testing recommendations are a minimum recommendations and institutions and conference administration are free to establish additional requirements

HROT SPORTS                                                                          UPDATED 1/20/2021

**ER0620**                                          WSU_00004191

(42 of 208), Page 42 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 42 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.4002    Page 41
of 66

**PAC-12 COVID-ADVISORY GROUP**
**COVID-19 TESTING SUMMARY**
---
**LROT SPORTS**

For sports designated as lower risk of transmission (LROT), a surveillance strategy to screen for active infection should be adopted based on the risk for transmission of the activity, local prevalence, and percent positive tests, including the following minimums:

| Student-Athletes |
|---|
| **Weekly/Practice (In Season)** |
| PCR test upon -<br>- return to campus from extended break<br>- presentation of Covid-19 symptoms<br>- high-risk contact with another individual with presumed/known Covid-19 infection |
| **Competition** |
| No additional testing required prior to home competition. |
| **Travel** |
| Test prior to departure:<br>- PCR test within 48 hrs prior to departure *or*<br>- POCT on day of departure, results prior to travel<br>- Plane/bus/car with multiple travel party members |

| Coaches |
|---|
| **Weekly/Practice (In Season)** |
| PCR test upon -<br>- return to campus from extended break<br>- presentation of Covid-19 symptoms<br>- high-risk contact with another individual with presumed/known Covid-19 infection |
| **Competition** |
| No additional testing required prior to home competition. |
| **Travel** |
| Test prior to departure<br>- PCR test within 48 hrs prior to departure *or*<br>- POCT on day of departure, results prior to travel<br>- Plane/bus/car with multiple travel party members |

| Officials |
|---|
| *See Officials page (below)* |

| Travel Party^ |
|---|
| **Travel (if applicable)** |
| Test prior to departure<br>- PCR test within 48 hrs prior to departure *or*<br>- POCT on day of departure, results prior to travel<br>- If sharing plane/bus/car with multiple travel party members |

| Non-Conference Opponents |
|---|
| **Week of Competition** |
| Compliance with NCAA recommended testing for "low transmission risk" sports.**<br><br>"Low transmission risk: Testing is performed in conjunction with a school plan for all students, plus additional testing for symptomatic and high infection risk individuals as warranted." (10/21/2020) |

*   *All unspecified references to Test may be fulfilled through antigen test or PCR*

**   *See NCAA FAQ: Principles of Resocialization of Collegiate Basketball and Testing Considerations for All Sports.*

<u>These testing recommendations are a minimum recommendations and institutions and conference administration are free to establish additional requirements.</u>

LROT SPORTS

UPDATED 1/20/2021

ER0622

WSU_00004193

**PAC-12 COVID-ADVISORY GROUP**
**COVID-19 TESTING SUMMARY**
---
**MROT SPORTS**

For sports designated as intermediate or medium risk of transmission (MROT), minimum testing should include the following:

| Student-Athletes |
| --- |
| **Weekly/Practice (In Season)** |
| 1x week PCR test *or* |
| 3x week POCT* may be used in the alternative |
| **Competition** |
| -    PCR within 48 hours prior to departure (may fulfill weekly PCR requirement) *or* |
| -    POCT on day of travel |
| **Travel** |
| Weekly PCR test should be administered within 48 hrs prior to first game of the week (or prior to departure to first game of the week if traveling) |
| -    If using 3x week POCT cadence, POCT on day of departure. |

| Coaches |
| --- |
| **Weekly/Practice (In Season)** |
| 1x week PCR test |
| |
| |
| **Travel** |
| Weekly PCR test should be administered within 48 hrs prior to first game of the week (or prior to departure to first game of the week if traveling) |
| -    If using 3x week POCT cadence, POCT on day of departure. |

| Officials |
| --- |
| |
| *See Officials page (below)* |
| |

| Travel Party^ |
| --- |
| **Travel (if applicable)** |
| Test within 48 hrs prior to departure |
| -    If sharing plane/bus/car with multiple travel party members |

| Non-Conference Opponents |
| --- |
| **Week of Competition** |
| 1x week PCR test *or* 3x week POCT* |

*    All references to POCT may be fulfilled through antigen test or daily PCR with < 24 hr turnaround

These testing recommendations are a minimum recommendations and institutions and conference administration are free to establish additional requirements.

ER0623

WSU_00004194

ER0624

WSU_00004195

(45 of 208), Page 45 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 45 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.4005    Page 44
of 66

**PAC-12 COVID-ADVISORY GROUP**
**COVID-19 TESTING SUMMARY**
---
**BASKETBALL SPECIFIC**

In addition to the HROT Sports Summary, the following will apply for basketball:

### GAME DAY TESTING

- **Game Day Testing:** Institutions will administer a "home team" testing model. The Home team will coordinate with the Visiting team in order for the Home team to schedule and administer testing.

- **Testing Groups:** Game day tests will be administered to:
  - Home team bench group
  - Visiting team's travel party
  - On-court officials

- **PCR Inventory:** If there is a positive antigen test result on game day (or prior to shootarounds) and the Home team has the capability of performing a confirmatory rapid or lab-based PCR prior to game time, the Home team may utilize the confirmatory PCR to confirm or clear an antigen positive test result as long as it also makes the same capability available to the Visiting team prior to game time.

- **Test Logistics:**
  - <u>Visiting Team</u>:
    - o The Home team will coordinate with the Visiting team in order for the Home team to schedule and administer testing. Home team personnel (athletics trainers, basketball operations) will communicate with the Visiting team and discuss protocols no later than the week prior to the game.
    - o Visiting teams may choose to utilize the testing services of the Home team or arrange for their own testing that meets the Pac-12 game day testing requirements.
    - o <u>Lab requirements (data, protocols, etc.) vary institution-to-institution.</u> If using the Home team lab, the Visiting team must follow the lab requirements of the Home team. Those requirements will be shared to the Pac-12 SAHWBI Board before the beginning of the season. Visiting teams using the Home team lab may observe the processing of samples as reasonably coordinated between the teams.
    - o Team medical staff should reference and adhere to the *Pac-12 Basketball Gameday Testing Protocol* collectively established by Pac-12 SAHWBI Board and testing coordinators.
    - o Games that tip-off prior to 1:05 pm may occur in the afternoon/evening prior to contest.

  - <u>Officials Testing</u>:
    - o Home team will manage and supervise game day testing for on-court officials.
    - o Time and location of testing should be coordinated and communicated by Home team event manager, Conference officiating coordinator, and officials at least 72 hours before date of testing.
    - o Games that tip-off prior to 1:05 pm may occur in the afternoon/evening prior to contest.

  - <u>Results Communication</u>:
    - o <u>Visiting Team Results</u>:
      - ▪ Positive test results must be communicated immediately to the designated point of contact for results. If one has not been identified communication should be directed to team AT.
      - ▪ After testing, negative test results can be communicated to the designated point of contact. Printed test results will be provided to designated point of contact on the same day.
    - o <u>Officials Results</u>:
      - ▪ All positive results communicated immediately to designated officiating coordinator point of contact for results. If one has not been identified, communication should be direct to the event manager responsible for referee coordination.
      - ▪ At the conclusion of testing, negative results can be communicated to event manager. Official's name will be handwritten on their printed result sheet and tendered to the referee on the same day testing has been conducted.

UPDATED 1/20/2021

**ER0625**

WSU_00004196

**PAC-12 COVID-ADVISORY GROUP**
**COVID-19 TESTING SUMMARY**
---
**OFFICIALS**

| Sport | Testing Minimums (Regular Season) |
|---|---|
| **Acrobatics & Tumbling** | No testing.<br>Masks required during competition/while on-site. |
| **Baseball** | Home Plate Official (including alternate or other official who may take over for home plate official):<br>-   PCR within three days prior to first scheduled competition for that week.<br>-   POCT on game day, results prior to contest<br>Other Officials: No testing.<br>Masks required during competition/while on-site. Use of hand signals preferred. |
| **Basketball (more than one game and one team per week)** | 1 game in a week:<br>-   PCR test prior to travel, coordinated by Conference office<br>-   POCT on game day, results prior to contest<br>Masks required during non-playing time conversations. Whistle with pouch or electronic whistles. |
| **Basketball (one or two games per week with same team at same location, not separated by > one day)** | 2 or more games in a week:<br>-   Min 3 x week testing non-consecutive days<br>-   POCT on game day, results prior to contest (POCT may be included in 3x week testing cadence)<br>Masks required during non-playing time conversations. Whistle with pouch or electronic whistle. |
| **Beach Volleyball** | No testing.<br>Masks required during competition/while on-site. |
| **Cross Country** | No testing.<br>Masks required during competition/while on-site. |
| **Fencing** | No testing.<br>Masks required during competition/while on-site. |
| **Field Hockey** | No testing.<br>Masks required during competition/while on-site.<br>Masks required during non-playing time conversations. |
| **Football** | Testing prior to competition:<br>-   PCR: within three days prior to scheduled competition for that week.<br>-   POCT on game day, results prior to contest<br>Masks required during non-playing time conversations. |
| **Golf** | No testing.<br>Masks required during competition/while on-site. |
| **Gymnastics** | No testing.<br>Masks required during competition/while on-site. |
| **Ice Hockey (more than one game and one team per week)** | PCR or antigen test three times per week on non-consecutive days.<br>Masks required during non-playing time conversations.<br>Whistle with pouch or electronic. |
| **Ice Hockey (one or two games per week with same team at same location, not separated by > one day)** | PCR test within three days prior to scheduled game, or, if two games, prior to second scheduled game, OR<br>Antigen/rapid PCR test same day as each scheduled game.<br>Masks required during non-playing time conversations.<br>Whistle with pouch or electronic. |
| **Indoor Track and Field** | No testing.<br>Masks required during competition/while on-site. |
| **Lacrosse (Men's and Women's)** | No testing if masking maintained.<br>Masks required during competition/while on-site. |
| **Outdoor Track and Field** | No testing.<br>Masks required during competition/while on-site. |
| **Rowing** | No testing.<br>Masks required during competition/while on-site. |

UPDATED 1/20/2021

**ER0626**

WSU_00004197

| Skiing | No testing.<br>Masks required during competition/while on-site. |
|---|---|
| Soccer | No testing.<br>Masks required during competition/while on site. |
| Softball | Home Plate Official (including alternate or other official who may take over for home plate official):<br>- PCR: within three days prior to first scheduled competition for that week.<br>- POCT on game day, results prior to contest<br>Other Officials: No testing.<br>Masks required during competition/while on-site. Use of hand signals preferred. |
| Swimming & Diving | No testing.<br>Masks required during competition/while on-site.<br>May need to have multiple masks due to humidity.<br>Whistle with pouch or electronic. |
| Tennis | No testing.<br>Masks required during competition/while on-site. |
| Volleyball | No testing.<br>Masks required during competition/while on-site. |
| Water Polo | No testing.<br>Masks required during competition/while on-site. |
| Wrestling | - PCR: within three days prior to scheduled meet/competition for that week, or within three days of the second meet if back-to-back.<br>- POCT on game day, results prior to contest<br>Masks required during competition/while on-site. |

OFFICIALS

UPDATED 1/20/2021

ER0627

WSU_00004198

(48 of 208), Page 48 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 48 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.4008    Page 47
of 66

## PAC-12 COVID-ADVISORY GROUP
## COVID-19 TESTING SUMMARY
---
### GENERAL

### UNIVERSAL MASKING

- **Coaches and Staff:** Coaches and staff must wear face coverings over the nose and mouth at all times.

- **Student-Athletes:** Student-athletes must wear face coverings over the nose and mouth at all times when not actively conditioning, practicing, and competing (and may use them even during these activities).
  - Face coverings should be replaced before talking to or interacting with coaches or staff whenever possible.
  - Face coverings should be replaced on the sideline/bench.

- **Exceptions:** Face coverings may be removed while hydrating or eating in a physically distanced manner.

### SPORTS DESIGNATIONS

| Higher Risk of Transmission (HROT) | | Medium/Intermediate Risk of Transmission (MROT) | | Lower Risk of Transmission (HROT) | |
|---|---|---|---|---|---|
| Basketball | Indoor | Baseball | Outdoor | Beach Volleyball* | Outdoor |
| Football | Outdoor | Field Hockey | Outdoor | Cross Country* | Outdoor |
| Ice Hockey | Indoor | Lacrosse | Outdoor | Fencing* | Indoor |
| Rugby | Outdoor | Rowing (2 or more) | Outdoor | Golf | Outdoor |
| Water Polo | Indoor/Outdoor | Soccer | Outdoor | Gymnastics* | Indoor |
| Wrestling | Indoor | Softball | Outdoor | Rowing (single skull) | Outdoor |
| Acrobatics & Tumbling | Indoor | Track & Field (indoor) | Indoor | Skiing | Outdoor |
| Volleyball (unmasked) | Indoor | Volleyball (masked)* | Indoor | Swimming & Diving* | Indoor |
| | | | | Tennis | Outdoor |
| | | | | Track & Field (outdoor) | Outdoor |
| | | | | Triathlon* | Outdoor |

*Requires additional modifications. Consult the Pac-12 Return to Play Considerations document for more detailed guidance on higher, medium, and lower risk activities within each sport to identify and mitigate risk within each sport during practice and competition.*

- "The Pac-12 Covid Advisory Medical Committee recognizes that some sports can be performed at a high level while wearing a mask without impeding athletic performance. The Committee recommends that when a sport can effectively be performed while masking, that masking be implemented during practice and competition to best protect the student athlete."

- Sports managers should work closely with their sports medicine staffs to plan and implement reasonable modifications to allow for physical distancing and masking when possible.

### AFFILIATE TEAMS

- **Minimum Testing Requirements:** Pac-12 affiliate teams must comply with non-conference opponent minimum testing requirements for competition with Pac-12 teams.

### POST-RECOVERY TEST EXEMPTION

- **Post-Recovery Testing Exemption:**
  - Following recovery of from a Covid-19 infection, individuals are exempt from the surveillance testing cadence for one hundred fifty (150) days.
  - A test should be administered upon presentation of any Covid-19 symptoms.
  - Post-recovery testing exemption periods are subject to more restrictive local/state regulations and campus policies.

- **Non-Conference Opponents:**
  - Pac-12 teams may compete with non-conference teams with alternate post-recovery testing policies.
  - Non-conference opponent testing minimums will still apply for all individuals who are not in their respective team's post-recovery exemption period.

**ER0628**

WSU_00004199

### POSITIVE ANTIGEN TESTS

- **Minimum Positive Antigen Test Confirmation/Clearance:** Administer a lab-based RT-PCR test within 24 hours of a positive antigen or rapid PCR test result. If the RT-PCR test is negative, the student-athlete may be reinstated to daily antigen testing cadence and may return to activity (subject to local/state regulations and if deemed appropriate by institution's medical staff).

  Example of the positive antigen or rapid PCR test confirmation/clearance cadence. Red = confirmation of infection/placement into institution's isolation/quarantine protocol. Green = "false positive" and clearance to return to activity and resume regular antigen testing cadence.



| A | | B | |
|---|---|---|---|
| Day 1* | Day 2 | Day 1 | Day 2 |
| Antigen (+) | X | Antigen (+) | Antigen (-) |
| PCR (+) | | PCR (-) | |

*\*PCR should be administered within 24 hours of first Antigen (+), which may occur the day following Day 1. Second antigen should not be administered until after PCR results are received.*

- **Incongruent Antigen/PCR Tests:** Rare individuals who have multiple consecutive antigen or rapid PCR positive tests followed by at least two consecutive RT-PCR negative tests administered over the subsequent 48-72 hours may move to a min. 3x/week PCR testing cadence in lieu of antigen testing (subject to local/state regulations and if deemed appropriate by institution's medical staff). A negative PCR completed within 48 hrs of game time is required to participate.

  Example of the incongruent tests cadence. Yellow = incongruent antigen/PCR. Red = confirmation of infection. Green = "false positive" and clearance to return to activity and begin alternative min. 3x/week PCR cadence.

| C | | | D | | | E | | |
|---|---|---|---|---|---|---|---|---|
| Day 1* | Day 2-3 | Day 3-4 | Day 1 | Day 2-3 | Day 3-4 | Day 1 | Day 2-3 | Day 3-4 |
| Antigen (+) | Antigen (+) | PCR (-) | Antigen (+) | Antigen (+) | X | Antigen (+) | Antigen (+) | PCR (+) |
| PCR (-) | PCR (-) | | PCR (-) | PCR (+) | | PCR (-) | PCR (-) | |

### ATTESTATION

- **HROT:** conference and non-conference competition
- **MROT:** non-conference competition only
- **LROT:** not required
- **Attestation Process:**
  - Online gameday attestation form must be submitted by each team physician (or medical staff designee) and athletic director (or administrator designee) after completion of game day testing attesting that:
    - each team has complied with minimum testing requirements,
    - no individual present at the game has:
      - · received a presumptive positive test result (without clearance),
      - · received a confirmed positive test result,
      - · had high-risk contact, or
      - · is exhibiting symptoms of Covid-19,
    - any individuals not receiving game day testing have been infected with Covid-19, have recovered, and are within the exemption time period enforced by their respective conference.
  - Attestation is due prior to competition. If any attestation will be completed following the attestation deadline, the Conference sports manager should be notified of the impediment to timely completion.

**ER0629**

WSU_00004200

(50 of 208), Page 50 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 50 of 208
Case 2:22-cv-00319-TOR     ECF No. 105     filed 10/14/24     PageID.4010     Page 49
of 66

## GAME DAY MEDICAL TRANSPORT

- **Game Day Transport for Infected Individuals:** Pac-12 has engaged with AirMed International air ambulance service to provide game day transport for individuals who test positive while travelling for competition.

  - Each institution will designate an AirMed point of contact.

  - Campus point of contact will provide the Conference coordinator (Shannon Ward) an updated list of covered individuals by the 1st of each month.

  - If an individual tests positive and requires transport to their home location, the campus point of contact will coordinate with team medical staff, team operations staff, and AirMed to complete travel logistics.

## NOTICE OF POSITIVE RESULT

- **Game or Scrimmage:** If an individual present at a competition (or intersquad scrimmage) tests positive within 48 hours after the competition, the following communications will be made to allow for the determination and performance of any necessary contact tracing:

  - <u>Team Member</u>: If a team member, that teams' physician or athletic trainer will immediately notify: 1) the opposing team's physician or athletic trainer, and 2) the Conference medical liaison.

  - <u>Officiating or Conference Personnel</u>: If an official or conference personnel, the Conference medical liaison will immediately notify the team physician or athletic trainer of each participating team.
  - <u>Notice of High-Risk Contact</u>: If any high-risk contacts are identified through contact tracing, each institution will be responsible for notifying its affiliated individuals that are identified as high-risk contacts (e.g., designated institution staff will notify any impacted team player, staff, etc.; designated Conference staff will notify any impacted Conference personnel).

GENERAL

UPDATED 1/20/2021

**ER0630**

WSU_00004201

# EXHIBIT C

(52 of 208), Page 52 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 52 of 208
Case 2:22-cv-00319-TOR    ECF No. 105    filed 10/14/24    PageID.4012    Page 51
of 66

**Pac-12 Conference Covid-19 Medical Advisory Committee**

**Health and Well Being Considerations for Pac-12 Institutions:**
**Guidance for Local Planning for Return to Sporting Activity**

**Effective Date: August 1, 2021**

The Pac-12 COVID-19 Medical Advisory Committee has continued to engage in calls and discussions reviewing and analyzing developing information regarding the COVID-19 pandemic. The Committee includes the Pac-12 Student-Athlete Health and Well-being Initiative (SAHWBI) Board and national experts in public health, infectious disease, laboratory medicine, epidemiology, and cardiology. In addition, Pac-12 SAHWBI board members are also involved in discussions at the national level including the Autonomy 5 Medical Group, the NCAA COVID Advisory Group, the AMSSM-NCAA COVID Working Group, and the Autonomy 5 Physicians Discussion Group. Finally, SAHWBI board members have been liaising with other stakeholder groups in the Pac-12 infrastructure including the broader group of Pac-12 physicians and athletic trainers, strength and conditioning groups, coaches, administrator groups, operations, officials' groups, and student-athletes and their parents. The following recommendations have been informed by these collaborations.

This document is based on the most up-to-date information available as of July 28, 2021, and reflects current and projected trends and replaces previous documents: *Health and Well Being Considerations for Pac-12 Institutions in The Local Planning for Return to Sporting Activity* (5/22/20) and subsequent updates (8/10/20), (9/17/2020), (12/4/2020) and (5/21/21).

The Pac-12 COVID-19 Medical Advisory Committee continues to recommend unanimously that all student athletes, staff, and personnel associated with athletics be vaccinated unless there is a medical or religious reason not to do so. With the increase in number and prevalence of variants, the role of vaccinations continues to remain a key mitigation step in sport participation. CDC unequivocally states that all currently available vaccines in the United States are safe and effective. One is considered fully vaccinated beginning at two weeks after the second dose of a two-dose of an mRNA vaccine (Pfizer or Moderna) or two weeks after a one-dose vaccine (Janssen/Johnson and Johnson).  Medical staffs are encouraged to provide education and address questions regarding vaccines for student athletes, staff, and personnel. Vaccination status should be communicated with each institution's medical staff so that appropriate surveillance can be maintained.

**Each institution remains subject to the applicable restrictions, regulations, and laws; policies of the individual institution; and federal, local and state health departments. These may be stricter or add additional elements not contained in this document.**

**SUMMARY OF KEY CHANGES FOR 2021-2022**

- Fully vaccinated (to COVID-19) individuals:

    o No surveillance testing required (except as indicated in the Sustained Increased Transmission section below).

    o No quarantine required after exposure to an individual with COVID-19 necessary for asymptomatic individuals.

    o Mask must be worn after exposure to an individual with COVID-19 for 14 days or until a negative PCR test on day 3-5 following exposure

- Unvaccinated individuals:

    o Testing and quarantine upon return to campus following non-team related travel.

1

            WSU_00033782

- o  Quarantine for the locally required period of time following high-risk COVID-19 exposure.

- o  Regular surveillance testing, minimum of one molecular PCR test per week (or 3 times a week antigen testing on non-consecutive days).

- o  Mask while indoors.

- <u>Team vaccination rates</u>: Mitigation guidance for teams regarding masking, travel protocols, and indoor facility use may be modified if 85% of team is vaccinated.

- <u>Single risk standard</u>: Sport risk of transmission categories eliminated.

## GENERAL PRINCIPLES APPLIED THROUGHOUT

- Teams and institutions should recognize that uncertainties remain with regard to the evolution of the pandemic, mitigation strategies, and vaccination.  Public Health guidance has and will continue to change.
- Nothing contained herein is intended to restrict team medical staff from following any additional practices that they deem appropriate in light of the conditions existing in their respective locales, information received from their local, state, and national public health officials, and/or their own medical judgment.
- Institutions may do more than any minimum standard outlined and may create additional institutional standards in areas not identified below.
- Consistent with NCAA Constitution 3.2.4.19, the institution's medical staff has unchallengeable autonomous authority to determine medical management and return-to-play decisions related to student-athletes.
- Testing of symptomatic individuals is required, regardless of vaccination status.

## RETURN TO CAMPUS FOLLOWING NON-TEAM RELATED TRAVEL

Consistent with current CDC guidelines, when using public forms of transportation (planes, buses, trains, etc.), a mask must be worn over the nose and mouth. Individuals should not travel back to campus following personal or non-team related travel if symptomatic or positive for Covid-19 unless arrangements have been made by with the university for isolation and care.

*Unvaccinated individuals* who are not experiencing or exhibiting symptoms of Covid-19, should quarantine upon arrival to campus until receiving the results of a negative PCR test performed 3-5 days after completed travel and may also consider obtaining a negative PCR test within 72 hours prior to travel back to campus.

*Vaccinated individuals* who are asymptomatic do not need to test prior to travel, quarantine or receive a PCR test upon arrival to campus unless otherwise required to do so by university, local, or state requirements.

## MENTAL HEALTH SCREEN RECOMMENDATIONS

The impact of the COVID-19 pandemic on mental health is under study. Devoting resources for assessment and treatment of negative consequences on mental health due to the stressors of the COVID-19 pandemic are recommended.

## COVID-19 TESTING RECOMMENDATIONS

Anyone who has regular close physical interaction with student-athletes, including student-athletes, coaches, sport support staff, team travel party (those travelling with the team or regularly having close

2

WSU_00033783

(54 of 208), Page 54 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 54 of 208
Case 2:22-cv-00319-TOR   ECF No. 105   filed 10/14/24   PageID.4014   Page 53
of 66

physical interactions with the team while travelling) is considered "Tier 1" for purposes of this document. Tier 1 individuals are subject to the following testing requirements:

- Symptomatic: Anyone who exhibits symptoms of COVID-19 must be tested regardless of previous infection or vaccination status.

- Unvaccinated: Unvaccinated individuals must be tested a minimum of once per week by molecular PCR test *or* three times per week antigen testing.

- Vaccinated:

  o Fully vaccinated individuals are not required to receive surveillance testing (except as indicated below).

  o Fully vaccinated people who have a known exposure to someone with suspected or confirmed COVID-19 are to be tested 3-5 days after exposure and wear a mask in public indoor settings until they receive a negative test.

- Sustained Increased Transmission: a) 3 or more positive cases or b) positive cases in 5% or more of a team cohort (whichever is greatest) within a two-week period may indicate a sustained increase in transmission. In the event of a sustained increase in transmission, testing all members of a team *regardless of vaccination status* should be considered depending on updated variant information and community spread. Daily monitoring of symptoms is also recommended. Contact tracing and the nature of the cases will determine the frequency of repeat testing and need for quarantine. "Team cohort" includes team players, team coaches, and team-specific staff. A single household is considered one case.

- Testing Exemption Period: An individual who tests positive with surveillance testing is not subject to further surveillance testing for 90 days from the positive test.

- Confirmatory Testing: Antigen tests are considered presumptive positives. If an athlete has a positive antigen test the athlete is to be isolated and a PCR test used to confirm the diagnosis.

- Officials and other operations staff who cannot distance from Tier 1 individuals in the course of their duties who are unvaccinated a minimum of one molecular PCR test per week which must be within 72 hours prior to competition.


**ISOLATION, QUARANTINE AND CONTACT TRACING**

- Member institutions should follow contact tracing protocols per institution, federal, local and state guidelines. Note: The CDC defines close contact as within 6 feet for a cumulative total of 15 consecutive minutes or more in a 24-hour period.

- Vaccinated Individuals:

  o Fully vaccinated individuals who have a known exposure to someone with suspected or confirmed COVID-19 and remain asymptomatic for symptoms of COVID-19 do not need to quarantine. (See above for masking and testing guidance.)

- Unvaccinated Individuals:

  o Duration of quarantine for unvaccinated individuals following exposure to someone with suspected or confirmed COVID-19 is determined by local guidelines. The following are consistent with current CDC guidelines:

    ▪ Quarantine may end after day 10 without testing if patient is asymptomatic.

    ▪ Quarantine may end after 7 days if patient is asymptomatic *and* obtains a negative molecular PCR test on days 5-7.

3

WSU_00033784

- **Infected Individuals (Vaccinated or Unvaccinated)**: Isolation is required for anyone who tests positive for COVID-19. Isolation is maintained for at least 10 days from the onset of either positive test or symptoms of COVID-19 AND minimum of 24 hours afebrile without use of antipyretics and improvement of respiratory symptoms. An isolated individual may not participate in physical training or team training activities.

- **Notice of Positive Result**: If an individual participating in a competition or intersquad scrimmage tests positive within 48 hours following the competition, the following communications will be made to allow for the determination and performance of necessary contact tracing:

  o **Team Member**: If a team member, that team's physician or athletic trainer will immediately notify 1) the opposing team's physician or athletic trainer, and 2) the Conference medical liaison.

  o **Officiating or Conference Personnel**: If an official or conference personnel, the Conference medical liaison or sport administrator will immediately notify the team physician or athletic trainer of each participating team.

  o **Notice of High-Risk Contact**: If any high-risk contacts are identified through contact tracing, each institution will be responsible for notifying its affiliated individuals who are identified as high-risk contacts (e.g., designated institution staff will notify any impacted team player, staff, etc.; designated Conference staff will notify any impacted official or Conference personnel.)


**RESPONSE TO INFECTION / PRESUMED INFECTION**

Infected Person

Individuals with infection must isolate as described above. The individual should be remotely monitored for worsening or development of symptoms and managed medically as indicated. Student-athletes who become infected with COVID-19 should not exercise until they are cleared from isolation. Particularly in young persons, many infections will either not have symptoms or only have mild symptoms. Currently, CDC guidelines for asymptomatic, mildly, or moderately symptomatic persons is isolation for 10 days. Asymptomatic individuals may be released from isolation 10 days after their positive test. Symptomatic patients should have improvement in symptoms and should be afebrile for 24 hours without the aid of fever reducing agents. For those with severe symptoms or immunocompromised persons, a minimum of 20 days isolation is recommended, and the student-athlete must have resolution of fever and improvement in symptoms prior to return. The student-athlete should be evaluated and cleared by the team physician prior to beginning a return to exercise. Those that have more prolonged or severe illness should have individualized management.

Diagnosis While Traveling

If a member of the travel party is diagnosed while traveling, they are to be isolated upon diagnosis and may not travel back with the team or use public forms of transportation. The host medical staff should assist the visiting institution regarding transportation, access to testing and medical evaluation as appropriate. The Pac-12 has contracted with AirMed as an option for institutions to use for transportation of individuals diagnosed with COVID-19. High-risk contacts unable to travel by private vehicle should be placed in a surgical mask, KN95 or N95 mask and transported back to school. Every attempt should be made to minimize contact with others.

Post-Infection

Once cleared from isolation, the student-athlete should meet with a team physician for clearance prior to return to activity, return to exercise should include a gradual, graded return. Current recommendations for return to exercise can be found here.

4

WSU_00033785

## USE OF ATHLETIC FACILITIES

Activities completed outdoors or in larger indoor spaces with increased ventilation (HVAC adjustments, open windows) are less likely to promote viral transmission.  To accommodate for increasing numbers of student-athletes without increasing density in the facility, utilizing outdoor spaces as the primary workout location and creative use of larger spaces such as indoor practice facilities and fieldhouses should be considered whenever possible. Local and institutional guidelines should be followed for capacity limitations.

Unvaccinated individuals must mask while indoors when not engaged in training and competition. All individuals—regardless of vaccination—should consider masking indoors when variants or local community prevalence is at high transmission.

Daily monitoring for symptoms of COVID-19 is recommended.

No one who is ill or has symptoms should report to campus for any activities without prior approval from the medical staff.

Team Vaccination Rates: If Covid-19 vaccination rates of Tier 1 individuals of a single team reach 85% *and* there are no active cases within the team, mitigation standards may be relaxed as determined by the sports medicine staff and subject to institutional, local, state, and federal guidelines. Note: Local prevalence of COVID-19 disease should be considered in this recommendation.


## TRAVEL

Travel enhances close contact between individuals. Certain mitigation standards were put in place during the 2020 season to enhance physical distancing prior to vaccine availability.  Moving forward, travel guidelines may be determined by the local institution.

It is recommended that these interventions be continued if < 85% of a team is vaccinated.:

- Single seats on buses or decreased capacity in vehicles

- Limited travel party for away events

- Single rooms when in hotels

- Single serving take-out food or single-line buffets

- Modified or virtual team meetings

If ≥ 85% of the team is vaccinated, these standards may be relaxed as determined by medical personnel. Consideration should still be given to large, well-ventilated meeting rooms and large rooms for team meals or eating in shifts.


## COMPETITION

Sidelines/team areas are encouraged to be limited to the team cohort and personnel with a working purpose.  Extended sidelines are recommended where possible.  Unvaccinated persons located on sidelines or within facilities are to remain physically distanced from Tier 1 individuals and wear a face covering.

### Officials

Officials regularly interact closely with student-athletes and team staff in the course of their duties. All officials are encouraged to be vaccinated.  Unvaccinated officials must have a negative PCR test within 72 hours prior to an event and at least once a week if covering multiple events in the same location. Unvaccinated officials are to use face coverings and remain physically distanced from Tier 1 individuals whenever possible.

5

WSU_00033786

### Discordant Results

*Positive Antigen Test Confirmation or Clearance:* Obtain a PCR test within 24 hours of a positive antigen test result. If the PCR test is negative, the student-athlete may be reinstated to daily antigen testing cadence and may return to activity (subject to local/state regulations and if deemed appropriate by institution's medical staff).

**Figure 1: Example of the positive antigen test confirmation/clearance cadence.**
Red = confirmation of infection/placement into institution's isolation/quarantine protocol.
Green = "false positive" and clearance to return to activity/resume regular antigen testing cadence.

| A | | B | |
|---|---|---|---|
| Day 1* | Day 2 | Day 1 | Day 2 |
| Antigen (+) | X | Antigen (+) | Antigen (-) |
| PCR (+) | | PCR (-) | |

*\*PCR should be administered within 24 hours of first Antigen (+), which may occur the day following Day 1. Second antigen should not be administered until after PCR results are received.*

*Incongruent Antigen/PCR Tests:* If it appears that there are rare individuals who repeatedly have positive antigen tests which are not confirmed by PCR. These individuals are eligible for alternative testing. To qualify, they should have multiple positive antigen tests followed by at least two consecutive PCR negative tests administered over the subsequent 48 – 72 hours. These individuals may switch to a minimum 3x/week PCR testing cadence in lieu of antigen testing (subject to local/state regulations and if deemed appropriate by institution's medical staff). A negative PCR completed within 48 hours of game time is required to participate in competition.

**Figure 2: Example of the incongruent antigen/PCR tests cadence.**
Yellow = incongruent antigen/PCR.
Red = confirmation of infection.
Green = "false positive" and clearance to return to activity and begin alternative min. 3x/week PCR cadence.

| C | | | D | | | E | | |
|---|---|---|---|---|---|---|---|---|
| Day 1* | Day 2-3 | Day 3-4 | Day 1 | Day 2-3 | Day 3-4 | Day 1 | Day 2-3 | Day 3-4 |
| Antigen (+) | Antigen (+) | PCR (-) | Antigen (+) | Antigen (+) | X | Antigen (+) | Antigen (+) | PCR (+) |
| PCR (-) | PCR (-) | | PCR (-) | PCR (+) | | PCR (-) | PCR (-) | |

Results from testing will be recorded in the Presagia system and de-identified results will be available to inform on-going testing strategy. In addition, results from consented student-athletes will imported into the research portal for further review and analysis.

Frequent testing can present enormous logistical challenges for the medical staff, in particular the athletic training staff. Athletic departments should consider augmenting the sports medicine staffs with additional personnel or managing current staff workload by limiting the number of student-athletes participating.

6

WSU_00033787

# EXHIBIT D

The Wayback Machine - https://web.archive.org/...5/https://www.svsd410.org/site/default.aspx?...

Skip to Main Content

**DISTRICT** 

# SNOQUALMIE VALLEY SCHOOL DISTRICT

MENU ≡

[Return to Headlines](#)

## NEW Requirements for Visitors, Volunteers, and Contractors at School

The Governor's directive (issued August 20) requires everyone, including volunteers, working for public and private K-12 schools to be fully vaccinated against COVID-19, or obtain a medical or religious exemption, by October 18, 2021.

This requirement includes **volunteers** who engage or are reasonably likely to engage in work near others while physically present at a school building for longer periods of time, as well as **contractors** employed by the district who work in-person with others. The requirement does not apply to volunteers/contractors who are only physically on-site for brief periods of time and will not be in close physical proximity to others, according to OSPI guidance.

Brief **visitors** to a school building, including family members or vendors delivering supplies or mail, are not required to be vaccinated, however, they must follow all other safety requirements, which includes wearing masks. At this time, we prefer that all meetings with families be held via Zoom/video conference or outdoors, weather permitting. Meetings indoors may be available upon request. However, if the family member(s) attending are unvaccinated, the meeting must be limited to less than 15 minutes.

**PLEASE NOTE:**  **During the school day, we are limiting visitors/volunteers to only those necessary to run our programs.** This is intended to help minimize the potential for community transmission in schools and help keep schools open. Schools have discretion to determine who is allowed to be on campus during this time.

ER0639

**Protocols upon arrival:**

- All visitors must check in at the main office and follow health and safety requirements, including wearing masks.
- Office staff/administrators will decide who may be on campus – based on whether their presence is necessary for school programs.
- Visitors:
    - Brief visits (less than 15 min.) do not require proof of vaccination but access to the school is limited.
    - For longer parent/guardian meetings (15 min. or more), we suggest zoom meetings, meeting outdoors (pending weather), or an indoor meeting (upon request) if fully vaccinated.
- Volunteers:
    - Prior to October 18, 2021, volunteers who will be working with others are asked to show proof of vaccination or a negative COVID test within 72 hours prior to the visit.
    - Starting October 18, volunteers working with others are required to show proof that they are fully vaccinated or have obtained a religious or medical exemption. Verification information for volunteers will not be stored at the school and must be presented at each visit.
- Contractors:
    - Starting October 18, contractors working near others on site are required to be fully vaccinated or have obtained a religious or medical exemption through their employer. Contract agreements issued through the District will require all vendors ensure that all contractors assigned to our district comply with all requirements.


**Proof of Vaccination**, as defined by the Governor's mandate, includes:

- CDC COVID-19 vaccination card or photo of the card;
- Documentation of vaccination from a health care provider or electronic health record;
- State immunization information system record; or
- For an individual who was vaccinated outside of the U.S., a reasonable equivalent of any of the above.

Personal attestation does not qualify as an acceptable form of verification of COVID-19 vaccination.

**ER0640**



*Posted September 3, 2021*

# EXHIBIT E

The Wayback Machine - https://web.archive.org/web/20211016142523/https://www.kennedyhs.or...



**MENU**

**SEARCH**

Kennedy Catholic is monitoring news and information about the spread of COVID-19 in our region. Below you will find updates, information, and resources for our community. We encourage you to check back regularly for the latest information.

# New Messaging for 2021-22 School Year

President's Message

Mission and Philosophy

History

Equity and Inclusion

Strategic Plan

Advisory Board

News and Events

Calendar

Contact Us

Employment

COVID-19 Information

Team Recognition

ER0643

# COVID-19 Resources

Centers for Disease Control and Prevention
Washington State Department of Health Dashboard
King County COVID-19 Resources
Washington Office of Superintendent of Public Instruction

# Frequently Asked Questions

**—  Safety**

**—   What are the protocols for entering campus?**

Health screening protocols include the following procedures:

a. Individuals coming to campus are expected to monitor themselves for symptoms of COVID-19 per CDC recommendations.

b. Due to the risks posed by the Delta variant of COVID-19 to the community at-large, the State of Washington has mandated masks for all individuals during the school day,

**ER0644**

regardless of
vaccination status. While two-layer cloth
masks (fully covering the nose and
mouth) satisfy state
criteria, we encourage everyone to
explore the options that may provide
higher levels of protection
when properly used (such as KN-95, KF-94, FFP2 and their equivalents). Gaiters
do not meet the
minimal requirements.
c. We are requiring proof of vaccination
status for faculty, staff, coaches,
contractors, and volunteers. This
collection of information is
recommended by the DOH guidance and
necessary for our ongoing
efforts to protect the Kennedy Catholic
community from this ever-evolving
pandemic. Unvaccinated individuals will
be permitted on a case-by-case basis.

**✚   Does everyone have to wear a face mask?**

**✚   Will visitors be allowed on campus during the school day?**

**✚   Have the ventilation systems been fully vetted to ensure we meet all CDC requirements?**

**✚   What happens if a teacher/student/staff tests positive for COVID-19?**

**✚   Academic Programming**

**✚   Technology**

ER0645

**+**   Support Services

**+**   Co-Curricular Programming

**+**   What is the schedule?

**+**   Will grading requirements change?

**+**   Whom should I contact with questions?

**+**   Are previous Zoom sessions recorded and available for families who weren't able to attend?

**+**   How can a person receive an exemption to the vaccine requirement?

# International Student Frequently Asked Questions

**+**   If Kennedy Catholic transitions from a hybrid or in-person to distance learning again later in the year, will I be required to go back to my home country?

**+**   Upon arrival in the US, during distance learning, do I need to report to the Kennedy Catholic campus?

**+**   If I cannot arrive in time for Fall or Spring semester, what can I do?

# COVID Response Archive

**+**   Messages From President/Principal Mohs

**+**   Lancer Hybrid Learning Plan 2020-21



1  ROBERT W. FERGUSON
   Attorney General
2

3  ZACHARY J. PEKELIS, WSBA #44557
   Special Assistant Attorney General
4  PACIFICA LAW GROUP LLP
   1191 2nd Avenue, Suite 2000
5  Seattle, WA 98101-3404
   (206) 245-1700
6

7  SPENCER W. COATES, WSBA #49683
   Assistant Attorney General
8  800 Fifth Avenue, Suite 2000
   Seattle, WA 98104-3188
9  (206) 464-7744

10

11              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
12

13

14   NICHOLAS ROLOVICH,              No. 2:22-cv-00319-TOR

15              Plaintiff,           DECLARATION OF
                                     DR. JOHN LYNCH IN
16   v.                              SUPPORT OF DEFENDANT'S
                                     CROSS-MOTION FOR
17   WASHINGTON STATE                SUMMARY JUDGMENT
     UNIVERSITY,
18

19              Defendant.
                        .
20

21        I, Dr. John Lynch, declare as follows:

22        1.    I am over the age of eighteen (18) years,, competent to testify to the

23   matters contained in this declaration, and testify based on my personal knowledge

24   DECLARATION OF DR. JOHN LYNCH – 1
     No. 2:22-cv-00319-TOR
25

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ER0648**

and information.

2.    I am a board-certified physician in infectious disease, an active infectious diseases clinician, a Professor of Medicine at the University of Washington School of Medicine, and an Associate Medical Director of Harborview Medical Center.

3.    I have been retained by the defendant in the above-captioned case to render expert opinions in this case. I have reviewed the materials described in my expert report, and I make this declaration on the basis of my training, professional expertise, and research. For my work in this case, I am being compensated at a rate of $300 per hour.

4.    Attached hereto as Exhibit A is a true and correct copy of the expert report and supporting exhibits. My report is based on my training, professional experience, and research. My report contains a complete statement of the opinions to which I would testify if called as a witness at trial.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 9 day of October, 2024, at Seattle , Washington.

s/

DR. JOHN LYNCH

DECLARATION OF DR. JOHN LYNCH – 2
No. 2:22-cv-00319-TOR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

ER0649

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

On the 14th day of October, 2024, I caused to be served, via ECF electronic service, a true copy of the foregoing document upon all counsel registered for e-service.

DATED this 14th day of October, 2024.

_____

Erica Knerr, Legal Assistant

DECLARATION OF DR. JOHN LYNCH – 3
No. 2:22-cv-00319-TOR

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**ER0650**

(71 of 208), Page 71 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 71 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3832    Page 4
of 133

# EXHIBIT A

(72 of 208), Page 72 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 72 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3833    Page 5
of 133

# Expert Report of John B. Lynch, MD, MPH

**Prepared for Defendant Washington State University in**

**Eastern District of Washington Case No. 2:22-cv-00319-TOR**

***Nicolas Rolovich*, plaintiff**

*v.*

***Washington State University*, defendant.**

Dated: August 9, 2024

Signed: _____
John B. Lynch, MD, MPH

(73 of 208), Page 73 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 73 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3834    Page 6
of 133

## BACKGROUND AND QUALIFICATIONS

1.    I am a board-certified physician in infectious disease, an active infectious diseases clinician, a Professor of Medicine at the University of Washington School of Medicine, and an Associate Medical Director of Harborview Medical Center. In my role as an Associate Medical Director, I am responsible for Harborview Medical Center's Infection Prevention & Control, Antimicrobial Stewardship, Employee Health, and Sepsis programs. I served on the Board of Directors of the Infectious Diseases Society of America (IDSA) from 2019–2022 and was recognized as a Fellow of IDSA (FIDSA) in 2020.

2.    I was the Lead for the Medical-Technical Team for UW Medicine's COVID-19 Emergency Operations Center (EOC) from February 2020 until December 2023 when the Medical-Technical Team was no longer required. In this capacity, I helped guide UW Medicine's response to the COVID-19 pandemic, including with respect to UW Medicine's decision to require COVID-19 vaccinations for its clinical employees.

3.    I earned my Doctor of Medicine (MD) from the University of Washington School of Medicine in 2002 and my Master's in Public Health (MPH) in epidemiology and global health from the University of Washington School of Public Health in 2011. After completing my internship and residency in internal medicine at the Massachusetts General Hospital in 2005, I did my clinical fellowship in infectious diseases at the UW School of Medicine (2005–2009) and was a post-doctoral fellow at the Overbaugh Lab at the Fred Hutchinson Cancer Research Center (now the Fred Hutchinson Cancer Center.

4.    A copy of my CV, which contains additional information regarding my qualifications and a list of publications authored or co-authored, is attached as **Exhibit A**.

5.    I am being compensated $300 per hour for my expert work on this matter.

Expert Report of John B. Lynch, MD, MPH – Page 2

**ER0653**

(74 of 208), Page 74 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 74 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3835    Page 7
of 133

## FACTS OR DATA CONSIDERED

6.    In addition to the medical studies and news reports cited herein and knowledge I have gained in my decades of working in public health and epidemiology, I considered the following materials in forming the opinions set forth in this report:

- October 13, 2021 Memo from Athletic Department to WSU Environmental Health & Safety Regarding Nicholas Rolovich

- October 13, 2021 Supplemental Memo from Athletic Department to WSU Environmental Health & Safety

- October 14, 2021 Memo from WSU Environmental Health & Safety to Patrick Chun Regarding Nicholas Rolovich

- October 18, 2021 Letter from Patrick Chun to Nicholas Rolovich with Notice of Intent to Terminate for a Just Cause

- November 12, 2021, Notice of Decision to Terminate for Just Cause

- Second Amended Complaint of Nicholas Rolovich and Exhibits

## THE COVID-19 PANDEMIC

7.    COVID-19 is a disease that can result in serious illness or death. It is caused by the SARS-CoV-2 virus, which is a coronavirus not identified in humans or animals prior to December 2019 and spreads easily from person to person.

8.    As I describe in more detail later in this report, the COVID-19 virus has continued to evolve since December 2019 and there have been (and continue to be) many variants of the virus. While these variants have different characteristic, some characteristics have remained consistent across the variants that have developed since December 2019. These include:

- COVID-19 spreads mainly from person to person through very small airborne respiratory droplets, such as those in aerosols, produced when an infected person breaths out, coughs, sneezes, or talks.

- There is a delay of at least a few days after infection before onset of symptoms.

Expert Report of John B. Lynch, MD, MPH – Page 3

ER0654

- People can spread the virus before their symptoms begin (pre-symptomatic transmission) and during an asymptomatic infection. In both situations people can unknowingly spread the virus to others.

- Although many people experience mild to moderate symptoms, or no symptoms, some people experience severe or critical illness requiring hospitalization and intensive care treatment, such as the use of ventilators (intubation).

- A subset of those with severe disease will die.

- Older adults and people of any age with certain underlying medical conditions are at higher risk for severe COVID-19 illness.

- Some COVID-19 survivors experience long-term health complications (sometimes called "long COVID"). These complications include the development of chronic symptoms including debilitating fatigue and body system abnormalities affecting the brain, heart, lung, and other systems.

9.    On January 20, 2020, the U.S. Centers for Disease Control & Prevention (CDC) and the Washington State Department of Health (DOH) announced what was then believed to be the first confirmed case of COVID-19 in the United States in Snohomish County, Washington.[1] By late February/early March, public health officials recognized the spread of COVID-19 in Washington, including an individual with COVID-19 from Snohomish County who had not traveled and an outbreak in the Life Care Center, a skilled nursing facility in Kirkland, associated with at least 167 cases and 43 deaths.[2] On February 29, 2020, DOH announced that a patient had died in the EvergreenHealth Medical Center in Kirkland, which was then believed to be the first

---

[1] CDC, *CDC Museum COVID-19 Timeline*, Mar. 14, 2023, https://www.cdc.gov/museum/timeline/covid19.html; Heather P. McLaughlin, et al., *COVID-19 Response Efforts of Washington State Public Health Laboratory: Lessons Learned*, 111(5) Am. J. Public Health 867 (May 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8034017/.

[2] *See* Asia Fields & Paige Cornwell, *Coronavirus killed hundreds at Washington state's long-term care facilities. Widespread testing may finally be near*, Seattle Times, Apr. 18, 2020, https://www.seattletimes.com/seattle-news/coronavirus-killed-hundreds-at-washington-states-long-term-care-facilities-six-weeks-later-widespread-testing-may-finally-near/ (updated May 8, 2020).

Expert Report of John B. Lynch, MD, MPH – Page 4

COVID-19 death in the United States. (In April, it was determined that the first known COVID-19 death had occurred in early February in California.)[3]

10.    On January 30, 2020, the World Health Organization declared the COVID-19 outbreak a "public health emergency of international concern."[4] On January 31, then-U.S. Health and Human Services Secretary Alex M. Azar II declared a public health emergency.[5]

11.    Over the course of 2020, public health measures designed to limit the spread of COVID-19 (e.g., "lockdown" or "stay home" policies, masking and testing requirements, and social distancing measures) caused enormous disruption to life and work in the United States, Washington State, and the WSU community.

12.    In Washington State, Governor Jay Inslee proclaimed a state of emergency due to the COVID-19 pandemic on February 29, 2020.[6]

13.    On March 23, 2020, recognizing the severity of the COVID-19 pandemic and that the virus spread easily from person to person, Governor Inslee implemented a statewide stay home

---

[3] Thomas Fuller & Mike Baker, *Coronavirus Death in California Came Weeks Before First Known U.S. Death*, N.Y. Times (updated May 7, 2020), https://www.nytimes.com/2020/04/22/us/coronavirus-first-united-states-death.html.

[4] World Health Organization, *WHO Director-General's statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)*, January 30, 2020, https://www.who.int/director-general/speeches/detail/who-director-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov). The World Health Organization declared that COVID-19 was an established and ongoing health issue which no longer constitutes a public health emergency of international concern on May 5, 2023. World Health Organization, *Statement on the fifteenth meeting of the IHR (2005) Emergency Committee on the COVID-19 pandemic*, May 5, 2023, https://www.who.int/news/item/05-05-2023-statement-on-the-fifteenth-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-coronavirus-disease-(covid-19)-pandemic.

[5] Administration for Strategic Preparedness and Response, *Determination That a Public Health Emergency Exists*, Jan. 31, 2020, https://aspr.hhs.gov/legal/PHE/Pages/2019-nCoV.aspx. The federal public health emergency expired on May 11, 2023. *See* Department of Health and Human Services, *HHS Secretary Xavier Becerra Statement on End of COVID-19 Public Health Emergency*, May 11, 2023, https://www.hhs.gov/about/news/2023/05/11/hhs-secretary-xavier-becerra-statement-on-end-of-the-covid-19-public-health-emergency.html.

[6] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 20-05, Feb. 29, 2020, https://governor.wa.gov/sites/default/files/2023-01/20-05%20Coronavirus%20%28final%29.pdf.

---

Expert Report of John B. Lynch, MD, MPH – Page 5

order.[7]  That proclamation also included an appendix, which listed Essential Critical Infrastructure Workers.[8]

14.    On May 4, 2020, after COVID-19 cases and hospitalizations had slowed, Governor Inslee adopted a phased "reopening plan" via Proclamation 20-25.3, which he called "Safe Start Washington."[9]

15.    Amid Washington's phased reopening of summer 2020, COVID-19 cases began to rise significantly in August and September. Then-unprecedented rises in hospitalizations and deaths soon followed in November and December. This winter surge in COVID-19 disease activity continued into 2021.[10]

16.    As a result of the exponential growth of COVID-19 cases, Governor Inslee announced temporary capacity restrictions on social gatherings and other public activities. These temporary capacity restrictions extended until January 2021.[11]

17.    On January 5, 2021, Governor Inslee announced a new phased reopening plan called "Healthy Washington – Roadmap to Recovery," which replaced the temporary restrictions that had been in place starting in December 2020.[12]  Under the Roadmap to Recovery, Washington was

---

[7] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 20-25, Mar. 23, 2020, https://governor.wa.gov/sites/default/files/proclamations/20-25%20Coronavirus%20Stay%20Safe-Stay%20Healthy%20%28tmp%29%20%28002%29.pdf.

[8] Office of Washington Governor Jay Inslee, *Proclamations*, Appendix to Procl. 20-25, Mar. 23, 2020, https://governor.wa.gov/sites/default/files/2023-01/WA%20Essential%20Critical%20Infrastructure%20Workers%20%28Final%29.pdf.

[9] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 20-25.3, May 4, 2020, https://governor.wa.gov/sites/default/files/proclamations/20-25.3%20-%20COVID-19%20Stay%20Home%20Stay%20Healthy%20-%20Reopening%20%28tmp%29.pdf.

[10] Washington State Department of Health, *COVID-19 Annual Report 2020*, May 31, 2023, https://doh.wa.gov/sites/default/files/2023-05/421038-2020Covid19AnnualReport.pdf.

[11] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 20-25.9, Dec. 10, 2020, https://governor.wa.gov/sites/default/files/proclamations/proc_20-25.9.pdf.

[12] WA Governor's Office, *Inslee announces "Healthy Washington—Roadmap to Recovery"*, Medium, Jan. 5, 2021, https://medium.com/wagovernor/inslee-announces-healthy-washington-roadmap-to-recovery-229b880a6859; Office of Washington Governor Jay Inslee,

Expert Report of John B. Lynch, MD, MPH – Page 6

separated into regions, which we categorized into different phases, which in turn determined the applicable public health restrictions.[13] If a region met four metrics, they would advance from Phase One to Phase Two. Those metrics were: (1) a decreasing trend in two-week rate of COVID-19 cases per 100k population; (2) a decreasing trend in two-week rate of new COVID-19 hospital admission rates per 100k population; (3) ICU occupancy of less than 90%; and (4) a COVID-19 test positivity rate of less than 10%. Once a region had entered Phase Two, it was subject to less stringent public health regulations.

18.    The Healthy Washington reopening plan coincided with the availability and dissemination of the COVID-19 vaccines.

19.    On March 11, 2021, Governor Inslee announced that the phased reopening plan would shift to a county-by-county approach, rather than regional assessments.[14] He also announced that all counties would enter Phase 3, with reduced public health measures in place. The change in the reopening plan was the result of "the progress we've made by decreasing our case rates and hospitalizations, as well as our tremendous efforts to get more people vaccinated."[15]

20.    On April 12, 2021, the Governor announced that three Washington counties, including Whitman County, had failed to meet the Phase 3 metrics, and would roll back to Phase 2, with increased public health restrictions.[16] Three days later, on April 15, 2021, all

---

*Proclamations*, Procl. 20-25.12, Jan. 11, 2021,
https://governor.wa.gov/sites/default/files/proclamations/proc_20-25.12.pdf.

[13] *Ibid.*

[14] WA Governor's Office, *Inslee announces statewide move to Phase 3 of recovery plan, return to spectator events and Phase 1B, Tier 2 vaccine eligibility*, Medium, Mar. 11, 2021, https://medium.com/wagovernor/inslee-announces-statewide-move-to-phase-3-of-recovery-plan-return-to-spectator-events-and-tier-2-4a53000f2724.

[15] *Ibid.*

[16] WA Governor's Office, *Inslee announces three counties to rollback to Phase 2*, Medium, Apr. 12, 2021, https://medium.com/wagovernor/inslee-announces-three-counties-to-rollback-to-phase-2-19d2bde8b8ad.

Expert Report of John B. Lynch, MD, MPH – Page 7

ER0658

(79 of 208), Page 79 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 79 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3840    Page 12
of 133

Washingtonians over the age of 16 were eligible to receive COVID-19 vaccines.[17]

21.     On May 21, 2021, Governor Inslee announced that all counties had moved to the third and final phase of the Healthy Washington Plan, marking a significant milestone in the state's pandemic response.[18]

22.     After the ebb in COVID-19 cases, hospitalizations, and deaths in the spring and early summer of 2021, the emergence of the Delta variant caused cases in Washington to spike dramatically in July and August of 2021. The rise of the Delta variant caused the seven-day average daily case rate to jump from 375 on July 3 to 3,476 on August 31. This represented, at the time, the highest average daily case rate at any point throughout the pandemic. Attached as **Exhibit B** is a true and correct copy of DOH, *COVID-19 transmission across Washington State*, dated September 22, 2021.[19]

23.     Unfortunately, the Delta surge coincided with a steady slow-down in vaccination rates in Washington and Whitman County. Statewide, the number of COVID-19 vaccine doses administered daily declined from 93,128 doses on April 16, 2021, to 7,447 doses on July 24. In Whitman County, which has a population of just under 50,000, daily doses declined from a peak of 1,798 on April 23 to just 40 on July 20, 2021. Attached as **Exhibit C** and **Exhibit D** are true and correct copies of screenshots taken from DOH's Respiratory Illness Data dashboard showing daily COVID-19 vaccinations administered in Washington State and Whitman County,

---

[17] *Ibid.*

[18] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 20-25.13, May 21, 2021, https://governor.wa.gov/sites/default/files/proclamations/proc_20-25.13.pdf.

[19] Washington State Department of Health, *COVID-19 transmission across Washington State*, Sep. 22, 2021, https://doh.wa.gov/sites/default/files/2022-03/820-114-SituationReport-20210922.pdf.

Expert Report of John B. Lynch, MD, MPH – Page 8

(80 of 208), Page 80 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 80 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3841    Page 13
of 133

respectively. [20]

24.    Hospitalization rates increased drastically in most of Washington. Both total beds and intensive care unit (ICU) beds occupied by COVID-19 patients increased, exceeding the previous high point of winter's third wave. The seven-day rolling average for hospital admissions declined to a low of 29 on June 16, 2021 and remained low through July 8, 2021. As of August 27, 2021, however, the seven-day average of admissions climbed to 190. Hospitalizations also increased in younger ages, notably in the 20 to 29 and 30 to 39 age ranges, as shown in on page 5 of Exhibit B.

25.    At that time, the health care system experienced extreme stress as hospitals across the State were near or at capacity. Hospitals around the State expanded their ICUs into nontraditional settings to care for patients. The State and local public health authorities were doing all they could to avoid implementing crisis standards of care. A declaration of crisis standards of care would permit hospitals to ration care, lowering the level of care some patients receive.

26.    In August of 2021, hospital admission rates were at least nine times higher among unvaccinated people than among vaccinated people, across all age groups. (See Exhibit B at 10.) In September of 2021, unvaccinated 65+ year-olds were 4 times more likely to get COVID-19, 10 times more likely to be hospitalized with COVID-19, and 9 times more likely to die of COVID-19 compared with fully vaccinated 65+ year-olds. Attached as **Exhibit E** is a true and correct copy of the following report: DOH, *COVID-19 Hospitalizations and Deaths by Vaccination Status in Washington State*, dated September 29, 2021. These results are consistent with the published literature on the topic. For example, in a study of Indian healthcare workers in 2021, infection rates were approximately 30% lower in the vaccinated population compared to the unvaccinated

---

[20] Washington State Department of Public Health, *COVID-19 Vaccination Data*, https://doh.wa.gov/data-statistical-reports/health-behaviors/immunization/covid-19-vaccination-data, (last accessed on July 21, 2024).

Expert Report of John B. Lynch, MD, MPH – Page 9

population.[21] In another study, this protection extended even to vaccinated healthcare workers with household exposures.[22] In that study, unvaccinated individuals were between 3.7 and 7.7 times more likely to be infected and nearly two times more likely to have symptoms compared to the vaccinated population. Since symptomatic individuals are more likely to transmit COVID-19, it is reasonable to consider that vaccination reduced disease transmission.

27.    In light of this continued crisis, there was (and remains) wide consensus among public health officials that developing an effective COVID-19 vaccine, and that vaccine being widely administerd, was crucial to returning to some semblance of "normal life."

## FDA AUTHORIZATION AND APPROVAL OF VACCINES

28.    Scientists began developing COVID-19 vaccines in January of 2020. Recognizing the severe impact of COVID-19 worldwide, and drawing on significant work from before the COVID-19 emergency was declared, scientists were able to develop safe, reliable, COVID-19 vaccines with unprecedented speed.[23]

29.    On December 11, 2020, the U.S. Food and Drug Administration (FDA) issued an Emergency Use Authorization ("EUA") for the use of Pfizer and BioNTech's COVID-19 vaccine (the "Pfizer vaccine").

30.    On December 18, 2020, the FDA issued an EAU for Moderna TX, Inc.'s COVID-19 vaccine (the "Moderna vaccine").

---

[21] See Narayan P., et al., *Uptake and impact of vaccination against COVID-19 among healthcare workers-evidence from a multicentre study. Am J Infect Control*, 2022 Mar;50(3):361-363. doi: 10.1016/j.ajic.2021.10.036. Epub 2021 Nov 12. PMID: 34774894; PMCID: PMC8585558.

[22] See Passaretti CL, et al., *Reducing the rates of household transmission: The impact of COVID-19 vaccination in healthcare workers with a known household exposure*, Vaccine. 2022 Feb 23;40(9):1213-1214. doi: 10.1016/j.vaccine.2022.01.020. Epub 2022 Jan 19. PMID: 35115196; PMCID: PMC8768015.

[23] See National Institutes of Health, *Decades in the Making: MRNA COVID-19 Vaccines*, https://covid19.nih.gov/nih-strategic-response-covid-19/decades-making-mrna-covid-19-vaccines.

Expert Report of John B. Lynch, MD, MPH – Page 10

31.    On February 27, 2021, the FDA issued an EUA for the use of the Janssen (Johnson & Johnson) COVID-19 Vaccine (the "J&J vaccine").

32.    The Pfizer and Moderna vaccines are messenger RNA ("mRNA") vaccines, which teach human cells how to make a SARS-CoV-2 virus "spike protein" that elicits a protective immune response that protects the body against future COVID-19 infection. Genetic information encoded in our cells' DNA is transferred to mRNA, which is used as a template for protein production. The benefit of mRNA vaccines—like all vaccines—is that those vaccinated gain protection against a virus without having to risk the serious consequences of getting sick or dying. Researchers have been studying and working on mRNA vaccine technology for decades. In the 1980s, for example, researchers explored ways to produce mRNA without cell culture, known as *in vitro* transcription. It would take several decades, however, before scientists would determine how to translate that process into an effective vaccine. In 2023, Dr. Katalin Karikó and Dr. Drew Weissman were jointly awarded the Nobel Prize in Physiology or Medicine for their "discoveries concerning nucleoside base modifications that enabled the development of effective mRNA vaccines against COVID-19."[24] The COVID-19 vaccines have been held to the same rigorous

---

[24] *See* Nobel Prize, Press Release, Oct. 2, 2023, https://www.nobelprize.org/prizes/medicine/2023/press-release/. The Nobel Prize Committee's Press Release announcing the award describes the 2005 breakthrough the ultimately led to the mRNA vaccines:

> Karikó and Weissman noticed that dendritic cells recognize *in vitro* transcribed mRNA as a foreign substance, which leads to their activation and the release of inflammatory signaling molecules. They wondered why the in *vitro* transcribed mRNA was recognized as foreign while mRNA from mammalian cells did not give rise to the same reaction. Karikó and Weissman realized that some critical properties must distinguish the different types of mRNA.

> RNA contains four bases, abbreviated A, U, G, and C, corresponding to A, T, G, and C in DNA, the letters of the genetic code. Karikó and Weissman knew that bases in RNA from mammalian cells are frequently chemically modified, while *in vitro* transcribed mRNA is not. They wondered if the absence of altered bases in the *in vitro* transcribed RNA could explain the unwanted inflammatory reaction. To investigate this, they produced different variants of mRNA, each with unique chemical alterations in their bases, which they delivered to dendritic cells. The results were striking: The inflammatory response was almost abolished when base modifications were included in the mRNA. This was a paradigm change in our understanding of how cells recognize and respond to different forms of mRNA. Karikó and Weissman immediately understood that their discovery had profound significance for using mRNA as therapy. These seminal results were published in 2005, fifteen years before the COVID-19 pandemic.

*Ibid.*

Expert Report of John B. Lynch, MD, MPH – Page 11

safety and effectiveness standards as all other types of vaccines in the United States. These mRNA vaccines initially required administration of two doses for maximum immunity, to be received 21 days apart (for Pfizer) or 28 days apart (for Moderna).

33.    The J&J vaccine is an adenovirus-based vaccine. It is a viral vector vaccine that uses a weakened live virus (*i.e.*, an adenovirus) as the delivery method for transporting a recombinant vaccine for COVID-19. Recombinant vaccines use a small piece of genetic material from the virus to trigger an immune response like the response generated by the two mRNA viruses. Only one dose was initially needed for the J&J vaccine.

34.    EUAs are used by the FDA during public health emergencies to provide access to medical products that may be effective in preventing or treating a disease. In determining whether to issue an EUA for a vaccine, the FDA evaluates the available evidence and assesses any known or potential risks and any known or potential benefits of the vaccine. If the risk-benefit assessment is favorable, the vaccine is made available during the public health emergency. For the COVID-19 vaccines, the agency evaluated data submitted by the manufacturers about the vaccine's safety and effectiveness, and conducted its own analyses, before reaching each decision and found the data to be "clear and compelling" to support the use of the vaccine for the prevention of COVID-19.[25]

35.    The FDA's evaluation of the Pfizer vaccine's safety included approximately 38,000 participants who enrolled in an ongoing, randomized, placebo-controlled international study, the majority of whom were U.S. participants. These participants, 18,801 of whom received the vaccine and 18,785 of whom received a saline placebo, were followed for a median of two months after receiving the second dose. The most reported side effects, which typically lasted several days, were pain at the injection site, tiredness, headache, muscle pain, hills, joint pain, and fever. The

---

[25] *See* FDA, *The Path for a COVID-19 Vaccine from Research to Emergency Use Authorization*, https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/covid-19-vaccines#eua-vaccines.

Expert Report of John B. Lynch, MD, MPH – Page 12

trials "did not raise any specific safety concerns."[26] Efficacy in preventing confirmed COVID-19 cases was 95.0%, with 8 COVID-19 cases in the vaccine group and 162 COVID-19 cases in the placebo group.[27]

36.    The FDA's evaluation of the Moderna vaccine's safety and efficacy included a randomized, double-blinded, and placebo-controlled trial of approximately 30,400 participants. Efficacy in preventing confirmed COVID-19 cases occurring at least 14 days after the second dose of the vaccine was 94.5% percent, with five COVID-19 cases in the vaccine group and 90 COVID-19 cases in the placebo group. Safety data from a November 11, 2020, interim analysis of approximately 30,350 participants with a median of seven weeks of follow-up after the second dose supported a favorable safety profile, with no specific safety concerns identified that would preclude the issuance of an EUA. The most common adverse reactions were pain at the injection site, fatigue, headache, muscle pain, joint pain, and chills.[28]

37.    The FDA's evaluation of the J&J vaccine included a randomized, double-blinded, and placebo-controlled trial of a single dose of the vaccine in approximately 40,000 participants.[29] Efficacy in preventing COVID-19 cases occurring at least 14 days after the single-dose vaccination was 66.9%. Safety analysis supported a favorable safety profile with no specific safety concerns identified that would preclude the issuance of an EUA. The most common adverse reactions were injection site pain, headache, fatigue, and myalgia. Although the J&J vaccine can in rare cases cause a serious type of blood clots, they have occurred in fewer than one in a million cases. This rare but serious side effect led the FDA in May 2022 to modify its EUA for the J&J vaccine to "individuals 18 years of age and older for whom other authorized or approved COVID-19 vaccines

---

[26] *See* FDA, *Emergency Use Authorization (EUA) for an Unapproved Product Review Memorandum: Pfizer-BioNTech COVID-19 Vaccine* (Dec. 11, 2020), https://www.fda.gov/media/144416/download.

[27] *Ibid.* at 9.

[28] *See* FDA, *Emergency Use Authorization (EUA) for an Unapproved Product Review Memorandum: Moderna COVID-19 Vaccine/mRNA-1273* (Dec. 18, 2020), https://www.fda.gov/media/144673/download.

[29] *See* FDA, *Emergency Use Authorization (EUA) for an Unapproved Product Review Memorandum: Janssen COVID-19 vaccine (Ad26.COV2.S)* (Feb. 27, 2021), https://www.fda.gov/media/146338/download.

are not accessible or clinically appropriate, and to individuals 18 years of age and older who elect
to receive the Janssen COVID-19 Vaccine because they would otherwise not receive a COVID-
19 vaccine."[30]

38.    These positive clinical results held true in the real world after the EUAs were issued.
In April 2021, Pfizer announced that its vaccine had 91.3% efficacy against COVID-19, based on
how well it prevented symptomatic COVID-19 infection seven days through up to six months after
the second dose.[31] It also found it to be 100% effective in preventing severe disease as defined by
the U.S. Centers for Disease Control & Prevention (CDC), and 95.3% effecting in preventing
severe disease as defined by the FDA.[32] Similarly, Moderna announced in April 2021 that its
vaccine had greater than 90% efficacy against cases of COVID-19 and more than 95% efficacy
against severe cases.[33]

39.    Initially, the COVID-19 vaccines were approved for emergency use only by adults 18
and over who are not pregnant and have healthy immune systems. After additional study, however,
the FDA later extended the authorization of all three COVID-19 vaccines for pregnant women,
moderately or severely immunocompromised individuals, and the Pfizer vaccine for all people 12
years of age and older. Thus, the only group for whom the Pfizer and Moderna vaccines (together,
the "mRNA vaccines") are contraindicated are those acutely allergic to their ingredients—

---

[30] FDA, *Coronavirus (COVID-19) Update: FDA Limits Use of Janssen COVID-19
Vaccine to Certain Individuals*, (May 5, 2022),
https://www.fda.gov/media/158318/download#:~:text=Specifically%2C%20CBER%20has%20d
etermined%20that,elect%20to%20receive%20the%20Janssen.

[31] *Pfizer and BioNTech Confirm High Efficacy and No Serious Safety Concerns Through
Up to Six Months Following Second Dose in Updated Topline Analysis of Landmark COVID-19
Vaccine Study*, Pfizer (April 1, 2021), https://www.pfizer.com/news/press-release/press-release-
detail/pfizer-and-biontech-confirm-high-efficacy-and-no-serious.

[32] *Ibid.*

[33] Berkeley Lovelace, Jr., *Moderna says new data shows its Covid vaccine is more than
90% effective against virus six months after second shot*, CNBC (April 13, 2021),
https://www.cnbc.com/2021/04/13/covid-vaccine-moderna-says-new-data-shows-its-90percent-
effective-six-months-after-second-dose.html; Kathy Katella, *Comparing the COVID-19
Vaccines: How Are They Different*, Yale Medicine, Aug. 26, 2021,
https://www.yalemedicine.org/news/covid-19-vaccine-comparison.

Expert Report of John B. Lynch, MD, MPH – Page 14

specifically polyethylene glycol or polysorbate—which is estimated to occur in only 2.5 to 11.1 cases per 1 million doses.[34]

40.     On August 23, 2021, the FDA approved the first vaccine—the Pfizer vaccine—for the prevention of COVID-19 disease in individuals 16 years of age and older.[35]

41.     On January 31, 2022, the FDA announced the second approval of a COVID-19 vaccine—the Moderna COVID-19 vaccine for the prevention of COVID-19 disease in individuals 18 years of age and older.[36]

42.     On June 17, 2022, the FDA extended the EUAs of both mRNA vaccines to include use in children as young as six months of age.[37]

43.     Data also shows that COVID-19 vaccination is safe for pregnant people. Studies assessing vaccination early in pregnancy did not find an increased risk of miscarriage among pregnant people who received an mRNA COVID-19 vaccine.[38] The CDC has instead recommended that pregnant people get vaccinated against COVID-19, in part because they are at a higher risk of becoming severely ill from the disease compared to non-pregnant people.[39]

---

[34] *See* Kimberly G. Blumenthal et al.*, Acute Allergic Reactions to mRNA COVID-19 Vaccines*, 325 JAMA 1562 (2021) https://jamanetwork.com/journals/jama/fullarticle/2777417; CDC, *Interim Clinical Consideration for Use of COVID-19 Vaccines in the United States*, Apr. 4, 2023, https://www.cdc.gov/vaccines/covid-19/clinical-considerations/interim-considerations-us.html.

[35] *See* Letter of Authorization, FDA (Aug. 23, 2021), https://www.fda.gov/media/144416/download.

[36] *See* Letter of Authorization, FDA (Jan. 31, 2022), https://www.fda.gov/media/155815/download.

[37] *See* CDC Advisory Committee On Immunization Practices, *Grading of Recommendations, Assessment, Development and Evaluation (GRADE): Pfizer-BioNTech COVID-19 Vaccine for Children Aged 6 Months-4 Years*, https://www.cdc.gov/vaccines/acip/recs/grade/covid-19-pfizer-biontech-vaccine-6-months-4-years.html.

[38] CDC, Pregnancy or Breastfeeding, https://www.cdc.gov/covid/vaccines/pregnant-or-breastfeeding.html (updated July 2, 2024); Tom T. Shimabukuro, et al., *Preliminary Findings of mRNA Covid-19 Vaccine Safety in Pregnant Persons*, 384 New England J. Med. 2273 (2021), https://www.nejm.org/doi/full/10.1056/nejmoa2104983.

[39] CDC, *COVID-19 Vaccines While Pregnant and Breastfeeding*, https://www.cdc.gov/covid/vaccines/pregnant-or-breastfeeding.html (updated July 2, 2024).

44.     According to the World Health Organization, as of November 2023, more than 13.5 billion COVID-19 vaccine doses had been administered around the world, and more than 5.4 billion people (67% of the global population) had received a complete primary series of a COVID-19 vaccine.[40] More than 270 million Americans (81.4% of the population) have received at least one COVID-19 vaccine dose, and 230 million Americans (69.5%) have completed a primary series.[41] Screenshots of this data are attached as **Exhibit F**.

**IMPORTANCE OF COVID-19 VACCINATION**

45.     People should get vaccinated regardless of whether they already were infected with COVID-19 for several reasons. First, research has not yet shown how long a person who had COVID-19 will be protected from getting COVID-19 again after recovery.[42] Individuals who have had COVID-19 might have some antibodies after their infection has passed that provide protection against COVID-19. But the amount of protection that these individuals have against the virus varies from person to person, wanes over time, and may not provide any protection against subsequent variants. As these individuals' natural immunity decreases, their risk of contracting COVID-19 increases.

46.     Second, studies show that being vaccinated provides better protection as compared to having recovered from COVID-19, including studies available in the summer of 2021, when Governor Inslee adopted Proclamation 21-14. A CDC study of individuals with previous COVID-19 infections through June 2021 found that those who were unvaccinated had 2.34 times the odds of reinfection compared with those who had completed the primary vaccine series.[43] These

---

[40] World Health Org., *COVID-19 vaccination, World data* (Dec. 31, 2023), https://data.who.int/dashboards/covid19/vaccines.

[41] CDC, *COVID-19 Vaccinations in the United States* (final update May 11, 2023), https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-people-booster-percent-pop5.

[42] Frequently Asked Questions, CDC, https://www.cdc.gov/covid/vaccines/faq.html (updated Oct. 4, 2021, May 15, 2023, Oct. 4, 2023).

[43] Alyson M. Cavanaugh, et al., *Reduced Risk of Reinfection with SARS-CoV-2 after COVID-19—Kentucky, May–June 2021*, 70 Morbidity & Mortality Weekly Report 1081 (Aug. 13, 2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e1.htm?s_cid=mm7032e1_w.

Expert Report of John B. Lynch, MD, MPH – Page 16

**ER0667**

(88 of 208), Page 88 of 208  Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 88 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3849    Page 21
of 133

findings, among others, suggest that among people who have had COVID-19 previously, getting vaccinated provides additional protection against reinfection.[44]

47.     Other studies have found stronger immune response with vaccination after infection COVID-19, including both higher levels of antibodies and longer duration of protection.[45]

48.     The evidence also suggests that the vaccines are effective at reducing the risk and severity of so-called "long COVID."[46]

49.     The CDC and FDA do not recommend that people use antibody or serology tests, which look for antibodies from a previous infection or from vaccination, to assess the need for vaccination in an unvaccinated person or assess immunity to SARS-CoV-2.[47] This is because antibody tests currently authorized under an EUA have variable sensitivity, specificity, as well as positive and negative predictive values, and are not authorized for the assessment of immune response in vaccinated people. Furthermore, the serologic correlates of protection have not been established, and antibody testing does not evaluate the cellular immune response, which may also play a role in vaccine-mediated protection.

---

[44] *See also* Leonidas Stamatatos, et al., *mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection*, 372 Science 1413 (2021), https://pubmed.ncbi.nlm.nih.gov/33766944/.

[45]*See* Thomas W. McDade, et al., *Durability of antibody response to vaccination and surrogate neutralization of emerging variants based on SARS-CoV-2 exposure history*, 11 Scientific Reports 17325 (Aug. 30, 2021), https://www.nature.com/articles/s41598-021-96879-3; Alice Cho, et al., *Anti- SARS-CoV-2 Reporter Binding Domain Antibody Evolution after mRNA*, 600 Nature 517-522 (2021), https://www.biorxiv.org/content/10.1101/2021.07.29.454333v2.

[46] Greg Vanichkachorn, et al., *Potential reduction of post-acute sequelae of SARS-CoV-2 symptoms via vaccination*, 71 Journal of Investigative Medicine 8 (2023), https://journals.sagepub.com/doi/10.1177/10815589231191812; Oyungerel Byambasuren, et al., *Effect of covid-19 vaccination on long covid: systemic review*, 2 BMJ 1 (2023), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9978692/.

[47] CDC*, Interim Guidelines for COVID-19 Antibody Testing*, https://archive.cdc.gov/www_cdc_gov/coronavirus/2019-ncov/hcp/testing/antibody-tests-guidelines.html#:~:text=Antibody%20testing%20should%20not%20be,vaccination%20in%20an%20unvaccinated%20person (updated Sept. 10, 2021 & Dec. 16, 2022); FDA, *Antibody Testing is not Currently Recommended to Assess Immunity After COVID19 Vaccination: FDA Safety Commission*, May 19, 2021, https://www.fda.gov/news-events/press-announcements/fda-brief-fda-advises-against-use-sars-cov-2-antibody-test-results-evaluate-immunity-or-protection#:~:text=Today%2C%20the%20U.S.%20Food%20and,received%20a%20COVID%2D19%20vaccination.

Expert Report of John B. Lynch, MD, MPH – Page 17

(89 of 208), Page 89 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 89 of 208
Case 2:22-cv-00319-TOR ECF No. 104 filed 10/14/24 PageID.3850 Page 22
of 133

50.     Antibody or T-cell tests are also of limited value in assessing any protection from subsequent infection. Generally, these tests do not quantitate the level of immune response, and the outcome is only "positive" or "negative." Having a positive result indicates only that there is a high likelihood that the person was infected at some time in the past. It does not imply that the person has any protection from subsequent infection, nor does it impact any recommendation to be vaccinated.[48]

51.     Someone who would rather get infected with SARS-CoV-2 and subsequently develop COVID-19 as a means to developing some level of temporary immunity would not be making a rational choice from either a personal or a public health perspective. During the emergency phase of the pandemic, that choice would have entailed substantial risks to one's own health and to the health of others. COVID-19 infection continues to be associated with a range of outcomes including severe acute illness and death, serious, persistent symptoms due to long COVID, and other connected gastrointestinal, pulmonary, reproductive, immune, nervous, and cardiovascular system syndromes.[49] This novel virus and the diseases that it causes continue to be studied and with our limited understanding an intervention like vaccination that decreases infection and/or disease severity is extraordinarily important and warranted. Infected individuals also risk infecting others in their family, social community, work circles, and anyone else with whom they come in contact. Infection with COVID-19 can quickly spread to others; each afflicted person can be a public health threat given the highly infectious nature of the virus, especially when COVID-19 was raging in late 2021 and early 2022. All these issues outweigh any infection-mediated immunity benefits. Vaccines are safe, effective, and associated with mild side effects and a greatly reduced risk of severe illness or death.

---

[48] *See* Sudeb C. Dalai, et al., *Clinical Validation of a Novel T-Cell Receptor Sequencing Assay for Identification of Recent or Prior Severe Acute Respiratory Syndrome Coronavirus 2 Infection*, 75 Clinical Infectious Diseases 2079 (May 6, 2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9129217/.

[49] *See* Davis et al., *Long COVID: major findings, mechanisms and recommendations*, 21 Nature Reviews Microbiology 133, (Apr. 17, 2023), https://doi.org/10.1038/s41579-022-00846-2; Jin-Gyu Cheong, et al., *Epigenetic memory of coronavirus infection in innate immune cells and their progenitors*, 2023 Cell 186, 1-21, https://doi.org/10.1016/j.cell.2023.07.019.

Expert Report of John B. Lynch, MD, MPH – Page 18

52.    Providing an alternative to vaccination, such as regular COVID-19 testing, would not have been an adequate public health strategy to defeat COVID-19. Unvaccinated people, subject to regular testing, are among positive cases that have caused outbreaks in Washington State. For example, past opt-out testing policies for unvaccinated staff in congregate facilities have not been effective at preventing new COVID-19 infections—adversely affecting employees, clients, and families, and even the lives of dedicated staff. Workplace outbreaks in 2021 were also common.[50]

53.    In addition, tests are not 100% accurate. For example, in a study reviewing publications through March 2021 concluded that even for indicated use (a symptomatic person), the rapid (antigen) tests fail to positively detect infection 30% to 40% of the time.[51] For asymptomatic individuals, sensitivity of the rapid (antigen) tests (the ability to detect infection when infection is actually present) ranges from 35.8% to 71%. In a review of studies of rapid (antigen) tests used for this purpose, researchers found that roughly half of those identified by PCR tests as infected had a negative rapid (antigen) test.[52] The conclusion of the study authors was as follows: "The results of this rapid review indicate serious issues in misidentifying asymptomatic individuals as COVID-19 negative, when in fact they are infected and carrying the SARS-CoV2 virus."[53]

54.    It is also possible for a worker to test negative on a given day, contract COVID-19 the next day, and be contagious before the next test occurs. In the meantime, that unvaccinated individual could have potentially exposed their families, colleagues, patients, or students to COVID-19. The turn-around time from obtaining a test swab to having an actionable result also

---

[50] Sara Luckhaupt, et al., *COVID-19 Outbreaks Linked to Workplaces, 23 US Jurisdictions, August-October 2021*, 138 Public Health Report 333 (2023), https://pubmed.ncbi.nlm.nih.gov/36482712/.

[51] Dinnes, J., et al., *Rapid, point-of-care antigen tests for diagnosis of SARS-CoV-2 infection*, 7 Cochrane Database of Systemic Reviews 2022, https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD013705.pub3/full (originally published August 26, 2020 and updated March 24, 2021, and July 22, 2022).

[52] Alyssa M. Indelicato, et al., *Rapid Antigen Test Sensitivity for Asymptomatic COVID-19 Screening*, 6 PRiMER 18 (2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9258726/#:~:text=Sensitivity%20ranged%20from%2035.8%25%20to,the%20higher%20number%20about%20exposur.

[53] *Ibid.*

Expert Report of John B. Lynch, MD, MPH – Page 19

varies. For the more accurate polymerase chain reaction (PCR) tests, result times vary from, at a minimum 6 to 8 hours, to days. During this time, infected employees would be exposing all those around them. Rapid antigen tests allow for faster results but have a significantly higher rate of false negatives. A false negative would also result in infected employees exposing all those around them.[54]

55.     Further, at various points during the emergency phase of the pandemic there were shortages of rapid antigen tests, which would create serious issues for protocols that are over-reliant on testing to prevent infected individuals from spreading the virus.[55]

56.     Likewise, use of personal protective equipment is a complement—not a substitute—for getting vaccinated. Masks and vaccines share the goal of preventing infection, disease, and virus transmission, and they accomplish it in complementary ways. Masks shore up protection on the outside; vaccines shore up security through immunity from the inside. Moreover, a work-based masking requirement applies only while employees are at work. Those employees, who may not necessarily choose to wear a mask outside the workplace, may become infected while outside of work. Vaccines, on the other hand, are effective around the clock. There is no combination of mitigations for individuals who are going to work on-site that are equivalent to those same mitigations, or a subset of those mitigations, in addition to vaccination.

57.     Additionally, the benefits of some equipment thought of as protective are not supported by research findings. For example, plastic barriers or shields were frequently deployed during the pandemic as a "common-sense" intervention to prevent transmission when physical distancing was not possible. The basis for the use of these physical barriers was to block the flow of infectious droplets from the infected person to the uninfected person on the other side of the barrier. Critically, there were no real data to support the use of these tools, especially after it was established that the primary mode of COVID-19 transmission was aerosol-based and not

---

[54] *See* CDC, *COVID-19 Testing: What You Need to Know*, Sept. 25, 2023, https://www.cdc.gov/covid/testing/.

[55] *See* CDC, *Lab Advisory: Shortage of COVID-19 Rapid Tests May Increase Demand for Laboratory Testing*, Sept. 2, 2021, https://www.cdc.gov/locs/2021/09-02-2021-lab-advisory-Shortage_COVID-19_Rapid_Tests_Increase_Demand_Laboratory_Testing_1.html.

Expert Report of John B. Lynch, MD, MPH – Page 20

droplets.[56] Aerosols, as floating "clouds" of invisible particles can easily move around and around barriers, and through any openings in the barriers. In a study by Cadnum, *et al.*, it was shown that barriers with any openings were ineffective.[57] The same research group published another study highlighting that barriers can increase the risk of transmission to the person behind the barrier.[58] Air is brought into and removed from built environments based on the known structure of that environment and plastic barriers interfere with mechanical ventilation and airflow and can increase the concentration of infectious aerosols on the "protected" side of the barrier.[59,60] Notably, the CDC does not include the use of plastic barriers as a tool to reduce the risk of COVID-19.[61] Protective equipment like these plastic barriers are not effective tools for mitigation, especially when compared to vaccination programs.

58.    Researchers from the Yale School of Public Health estimated by the end of June 30, 2021, COVID-19 vaccines prevented nearly 280,000 deaths and 1.25 million hospitalizations in the United States.[62]

---

[56] *See* JC Chamary, *Why Face Shields and Plexiglass Barriers Don't Block* Coronavirus, Forbes, Oct 23, 2020, https://www.forbes.com/sites/jvchamary/2020/10/23/covid19-coronavirus-aerosols/?sh=5c3f82bc1541.

[57] Cadnum JL, et al., *Do plexiglass barriers reduce the risk for transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2)?*, 44 Infection Control & Hospital Epidemiology 1010 (2023), https://pubmed.ncbi.nlm.nih.gov/34726150/ (e-published in Nov. 2021).

[58] Cadnum JL, et al., *Real-World Evidence on the Effectiveness of Plexiglass Barriers in Reducing Aerosol Exposure*, 4 Pathogens & Immunity 66 (2022), https://pubmed.ncbi.nlm.nih.gov/36381131/.

[59] Tara Paker-Pope, *Those Anti-Covid Plastic Barriers Probably Don't Help and May Make Things Worse*, N.Y. Times, Aug. 19, 2021, https://www.nytimes.com/2021/08/19/well/live/coronavirus-restaurants-classrooms-salons.html.

[60] Vuorinen V, et al., *Modelling aerosol transport and virus exposure with numerical simulations in relation to SARS-CoV-2 transmission by inhalation indoors*, 130 Safety Science (2020), https://pubmed.ncbi.nlm.nih.gov/32834511/.

[61] *See* CDC, *Ventilation in Building*, https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html (updated May 12, 2023).

[62] *See* Alison Galvani, et al., *Deaths and Hospitalizations Averted by Rapid U.S. Vaccination Rollout*, The Commonwealth Fund, Jul. 7, 2021, https://www.commonwealthfund.org/publications/issue-briefs/2021/jul/deaths-and-hospitalizations-averted-rapid-us-vaccination-rollout.

Expert Report of John B. Lynch, MD, MPH – Page 21

59.    By December 2021, those estimates increased to vaccines preventing over 1 million deaths and 10 million hospitalizations in the United States.[63] The majority of these prevented deaths and hospitalizations would have occurred in the late summer and fall of 2021.[64]

60.    At the end of 2022, those estimated had increased yet again. Researchers now estimate that vaccines in the U.S. prevented over 3 million deaths and 18 million hospitalizations.[65]

**WASHINGTON'S 2021 VACCINE REQUIREMENTS AND POST-VACCINE VARIANTS**

61.    As described earlier in this report, in the late summer and early fall of 2021, Governor Inslee issued several iterations of Proclamation 21-14 (together, "Vaccine Proclamation"), which collectively prohibited most state employees from working after October 18, 2021, without being fully vaccinated against COVID-19.[66] When it took effect, the Vaccine Proclamation applied to three covered sectors—state government, healthcare, and education.

62.    At the time of the Vaccine Proclamation, COVID-19 cases were spiking due to the Delta variant despite other strategies in place. Hospitalizations in the state due to COVID-19 were at an all-time high in late August of 2021.[67] At the time, unvaccinated individuals between the

---

[63] *See* Eric Schneider, et al., *The U.S. COVID-19 Vaccination Program at One Year: How Many Deaths and Hospitalizations Were Averted*, The Commonwealth Fund, Dec, 14, 2021, https://www.commonwealthfund.org/publications/issue-briefs/2021/dec/us-covid-19-vaccination-program-one-year-how-many-deaths-and.

[64] *Ibid.*

[65] *See* Megan Fitzpatrick, et al., *Two Years of U.S. COVID-19 Vaccines Have Prevented Millions of Hospitalizations and Deaths*, The Commonwealth Fund, December 13, 2022, https://www.commonwealthfund.org/blog/2022/two-years-covid-vaccines-prevented-millions-deaths-hospitalizations.

[66] Office of Washington Governor Jay Inslee, *Proclamations*, Procl. 21-14.1 at 4, Aug. 20, 2021, https://governor.wa.gov/sites/default/files/proclamations/21-14.1%20-%20COVID-19%20Vax%20Washington%20Amendment.pdf.

[67] Rich Mendez, *Washington state Covid transmission and hospitalizations hit all-time high*, CNBC, Aug. 20, 2021, https://www.cnbc.com/2021/08/20/covid-washington-state-infections-and-hospitalizations-hit-record.html.

Expert Report of John B. Lynch, MD, MPH – Page 22

**ER0673**

ages of 16 and 64 were 10 times more likely to be hospitalized than those who were vaccinated.[68]
In September of 2021, 95% of hospitalized patients were unvaccinated.[69]

63.    Data suggested the Delta variant caused more severe illness than previous variants in
unvaccinated people. In studies conducted in Scotland and Canada, patients infected with the Delta
variant were more likely to be hospitalized than patients infected with other strains of the virus.[70]
The data also suggested that the Delta variant was more infectious and that unvaccinated
individuals were likely to be infectious for longer than vaccinated individuals.[71]

64.    At the time of the Vaccine Proclamation, data also suggested that vaccination offered
higher protection than previous COVID-19 infection. In a CDC study spanning from January to
September of 2021, participants were over five times more likely to have COVID-19 again if they
were unvaccinated and had a prior infection.[72] A separate September 2021 CDC report indicated
that unvaccinated people were five times more likely to contract, ten times more likely to be
hospitalized with, and eleven times more likely to die from COVID-19 than those who were fully
vaccinated.[73] And, as the CDC stated in August 2021, "[t]he Delta variant causes more infections

---

[68] *Ibid.*

[69] Kate Walter, *Washington state Covid-19 hospitalizations still at 'sobering' levels*,
KUOW, Sep. 13, 2021, https://www.kuow.org/stories/washington-state-covid-19-
hospitalizations-still-at-sobering-levels.

[70] *See* CDC, *Delta Variant: What We Know About the Science*, August 6, 2021,
https://stacks.cdc.gov/view/cdc/108671.

[71] *Ibid.*

[72] CDC, *Vaccination Offers Higher Protection then Previous COVID-19 Infection*, Oct.
29, 2021, https://archive.cdc.gov/#/details?url=https://www.cdc.gov/media/releases/2021/s1029-
Vaccination-Offers-Higher-Protection.html; Catherine H. Bozio, et al., *Laboratory-Confirmed
COVID-19 Among Adults Hospitalized with COVID-19-Like Illness with Infection-Induced or
mRNA Vaccine-Induced SARS-CoV-2 Immunity – Nine States, January-September 2021*, 70
Morbidity & Mortality Weekly Report 1539 (2021), https://www.cdc.gov/mmwr/volumes/70
/wr/mm7044e1.htm.

[73] CDC, *Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by
Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021*, 70 Morbidity & Mortality
Weekly Report 1539 (2021), https://www.cdc.gov/mmwr/volumes/70/wr/mm7037e1.htm?s
_cid=mm7037e1_w.

Expert Report of John B. Lynch, MD, MPH – Page 23

ER0674

and spreads faster than earlier forms of the virus that causes COVID-19," but "[v]accines continue to reduce a person's risk of contracting the virus that causes COVID-19, including this variant."[74]

65.    The Delta variant was followed by the Omicron waves. On November 25, 2021, scientists in South Africa identified a new variant, which would later be named Omicron.[75] Less than a month after its discovery in South Africa, Omicron was the dominant strain of the virus in the United States.[76] When it came to prevention of infection, vaccine effectiveness was lower for the Omicron variant than for the Delta variant at all intervals after vaccination and for all combinations of primary courses and booster doses investigated.[77]

66.    Though breakthrough infections increased with the Omicron variant, the vaccines, particularly with booster doses, remained highly effective in preventing severe illness caused by Omicron. For example, the World Health Organization held a virtual meeting on March 15, 2022, to review evidence from several studies that assessed COVID-19 vaccine effectiveness against severe Omicron disease using several outcome definitions. After reviewing those studies, the

---

[74] CDC, *Benefits of Getting a COVID-19 Vaccine*, Aug. 16, 2021, https://web.archive.org/web/20211018080349/https://www.cdc.gov/coronavirus/2019-ncov/vaccines/vaccine-benefits.html  (web archive from Oct. 18, 2021).

[75] *South Africa detects new variant, prompting new international travel restrictions,* N.Y. Times, Nov. 26, 2021, https://www.nytimes.com/2021/11/25/world/variant-south-africa-covid.html.

[76] Travis Caldwell and Clair Colbert, *Omicron is now the dominant strain of coronavirus in the U.S. according to the CDC*, CNN, Dec. 21, 2021, https://www.cnn.com/2021/12/20/health/us-coronavirus-monday/index.html; *Omicron now dominant virus strain in King County, Western WA*, Associated Press, Dec. 21, 2023, https://apnews.com/article/coronavirus-pandemic-health-seattle-washington-e3e6671b7e863d51700e0e03bcfd70d2 ("[T]he super-infectious variant will soon overtake delta throughout the rest of the state.")

[77] Nick Andrews, et al., *Covid-19 vaccine effectiveness against the Omicron (B. 1.1. 529) variant*, 386.16 New England Journal of Medicine 1532 (2022), https://www.nejm.org/doi/10.1056/NEJMoa2119451.

Expert Report of John B. Lynch, MD, MPH – Page 24

researchers concluded that "current vaccine formulations continue to have utility in preventing the most severe forms of diseases."[78] Multiple other studies have found similar results.[79]

67.    Over time, researchers have also updated the vaccines to respond to new variants. In the fall of 2022, new bivalent boosters were introduced that were dramatically more effective at reducing severe COVID-19 cases involving the Omicron variants.[80]

68.    It is important to remember that much of what we know now about the virus and the disease was unknown at the time the State Proclamation was announced. In 2021, it was unknown exactly how the virus was transmitted and what mitigations, aside from vaccination, were the most effective. As new variants emerged with greater transmission potential and greater pathogenicity, they reshaped our understanding of transmission protection. In 2021, attention turned from a droplet-mediated form of transmission to an aerosol-form of transmission.[81] Aerosol transmission implied that infections could occur over greater distances than previously thought, and in spaces that were previously inhabited by individuals with COVID-19. This mechanism explained cases

---

[78] Daniel R. Feikin, et al., *Assessing vaccine effectiveness against severe COVID-19 disease caused by omicron variant. Report from a meeting of the World Health Organization*, 40 Vaccine 3516 (2022), https://www.sciencedirect.com/science/article/pii/S0264410X22005230?via%3Dihub.

[79] *See also* Mie Agermose Gram, et al., *Vaccine effectiveness against SARS-CoV-2 infection or COVID-19 hospitalization with the Alpha, Delta, or Omicron SARS-CoV-2 variant: A nationwide Danish cohort study*, Plos Medicine, Sept. 1, 2022, https://journals.plos.org/plosmedicine/article?id=10.1371/journal.pmed.1003992; Adam S. Lauring, et al, *Clinical severity of, and effectiveness of mRNA vaccines against, covid-19 from omicron, delta, and alpha SARS-CoV-2 variants in the United States: prospective observational study*, BMJ, Mar. 9, 2022, https://www.bmj.com/content/376/bmj-2021-069761; Mark G. Thompson, et al., *Effectiveness of a Third Dose of mRNA Vaccines Against COVID-19– Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance*, 71 Morbidity & Mortality Weekly Report 139 (2022), https://www.cdc.gov/mmwr/volumes/71/wr/mm7104e3.htm; Hung Fu Tseng, et al., *Effectiveness of mRNA-1273 against SARS-CoV-2 Omicron and Delta variants*, 28 Nature Medicine 1063 (2022), https://www.nature.com/articles/s41591-022-01753-y.

[80] *See* NIH Research Matters, *Bivalent boosters provide better protection against severe COVID-19*, Feb. 7, 2023, https://www.nih.gov/news-events/nih-research-matters/bivalent-boosters-provide-better-protection-against-severe-covid-19; Dan-Yu Lin, et al., *Effectiveness of Bivalent Boosters against Severe Omicron*, 388 New England Journal of Medicine 764 (2023, https://www.nejm.org/doi/full/10.1056/NEJMc2215471).

[81] *See* Julian W. Tang, et al., *Airborne transmission of respiratory viruses including severe acute respiratory syndrome coronavirus 2*, 29(3) Current Opinion Pulmonary Medicine 191, https://pubmed.ncbi.nlm.nih.gov/36866737/.

Expert Report of John B. Lynch, MD, MPH – Page 25

and outbreaks of transmission spread over distance and over time versus direct, near contact. Outbreaks were described in outdoor café settings and in vertically oriented apartments separated by floors and doors but connected by ventilation ducts.[82] Based on available data at the time of the Vaccine Proclamation, outdoor work was not clearly associated with a decreased risk of infection.[83] Even jobs requiring a significant amount of time spent outdoors could bring employees into proximity with others. As examples, police officers have some of the highest recorded times spent outdoors, but also have some of the highest risks of COVID-19 exposure and infection and COVID-19 was the leading cause of police officer deaths in 2020, 2021, and 2022.[84] Similarly, there was a well-documented COVID-19 outbreak among wildland firefighters in 2020.[85]

69.    In the original epidemiological descriptions of COVID-19 outbreaks, construction workers working in outdoor settings were included among those who were infected.[86] Subsequent studies have described outdoor outbreaks linked to joggers,[87] campers,[88] and outdoor market

---

[82] *See* Pengcheng Zhao, *Analysis of COVID-19 clusters involving vertical transmission in residential buildings in Hong Kong*, 16 Building Simulation 701, (August 31, 2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9430008).

[83] Elizabeth L. Yanik, et al., *Occupational characteristics associated with SARS-CoV-2 infection in the UK Biobank during August–November 2020: a cohort study*, 22 BMC Public Health 1884 (2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9549452/.

[84] *See* Department of Justice, *Line of Duty Deaths Due to COVID-19*, https://cops.usdoj.gov/ric/Publications/cops-w0902-pub.pdf; Officers Down Memorial Page, *Honoring Officers Killed in 2021*, https://www.odmp.org/search/year?year=2021; Nat'l Law Enforcement Officers Memorial Fund, *2022 End-of-Year Preliminary Law Enforcement Officers Fatalities Report*, https://nleomf.org/wp-content/uploads/2023/01/2022-EOY-Fatality-Rept-FINAL-opt.pdf (last visited Feb. 16, 2024).

[85] Amanda Reiff Metz, et al., *Investigation of COVID-19 Outbreak among Wildland Firefighters during Wildfire Response, Colorado, USA, 2020*, 28 Emerging Infectious Diseases 1551 (2022), https://wwwnc.cdc.gov/eid/article/28/8/22-0310_article.

[86] *See* Ministry of Health Singapore Press Releases, February 14, 2020, https://www.moh.gov.sg/news-highlights/details/two-more-cases-discharged-nine-new-cases-of-covid-19-infection-confirmed; David Koh, *Occupational risks for COVID-19 infection*, 70 Occupational Medicine 1 (2020); https://academic.oup.com/occmed/article/70/1/3/5763894?login=true.

[87] Li Qi, *An Outbreak of SARS-CoV-2 Omicron Subvariant BA.2.76 in an Outdoor Park - Chongqing Municipality, China, August 2022*,   PubMed (Nov. 18, 2022) https://pubmed.ncbi.nlm.nih.gov/36483192/.

[88] Na-Young Kim, et al., *The first outbreak of coronavirus disease (COVID-19) at outdoor camping site in South Korea, 2020*, 34 J. of Epidemiology (2023) https://pubmed.ncbi.nlm.nih.gov/37460295/.

Expert Report of John B. Lynch, MD, MPH – Page 26

shoppers.[89] Having football games is associated with COVID-19 case rates at universities, implying that these gatherings are risk factors for COVID-19 transmission and acquisition.[90] This is unsurprising given the transmission dynamics of COVID-19 and the fact that populations associated with colleges and universities in the U.S. experienced a very high number of outbreaks and infections in 2020 and 2021.[91]

70.　　Though some of our knowledge has evolved, what we did know in 2021 (and what is still true) is that vaccines offer protection against transmission—both indoors and outdoors—and that reducing transmission limits the development of more dangerous variants, eases pressure on extremely overwhelmed health care facilities, and saves lives.

71.　　Based on recommendations from the CDC, the Washington Department of Health, Public Health, and my own research and understanding, it is my opinion that vaccination was and is the single best tool available for stemming the spread of COVID-19 and its variants, especially when used in combination with other mitigations. Vaccination against COVID-19 is fast (each dose takes about 20 seconds to administer), extremely safe, and highly effective at preventing transmission of the virus and especially severe disease and death. It remains the most important and effective public health tool at our disposal to combat COVID-19. No other public health strategy could effectively meet WSU's goals of running a world-class university, athletic department, and NCAA football program while protecting the health, safety, and well-being of University employees, students, donors, and the public at large.

### VACCINE HESITANCY AND MISINFORMATION

72.　　Throughout the emergency phase of the pandemic and through today, people have been exposed to a great deal of information from a variety of sources, including news, public health

---

[89] Mingyu Luo, et al., *Analysis of a super-transmission of SARS-CoV-2 omicron variant BA.5.2 in the outdoor night market*, 4 Frontiers in Public Health (2023), https://pubmed.ncbi.nlm.nih.gov/37469696/.

[90] *See* Leal WE, et al., *Down, set, spread: The association between college football and COVID-19*, J Am Coll Health. 2024 May-Jun; 72(4):1255-1262. doi: 10.1080/07448481.2022.2074278. Epub 2022 May 12. PMID: 35549820.

[91] *See Tracking Coronavirus Cases in U.S. Colleges and Universities*, N.Y. Times, https://www.nytimes.com/interactive/2021/us/college-covid-tracker.html.

Expert Report of John B. Lynch, MD, MPH – Page 27

ER0678

(99 of 208), Page 99 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 99 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3860    Page 32
of 133

guidance, fact sheets, infographics, research, as well as opinions, rumors, myths, and outright falsehoods. The World Health Organization and the United Nations have characterized this unprecedented spread of information as an "infodemic."[92]

73.    Amid all this information, many people have been exposed to health misinformation—*i.e.*, information that is false, inaccurate, or misleading according to the best available evidence at the time. Misinformation has caused confusion and led people to decide not to get a COVID-19 vaccine, along with rejecting other public health measures such as masking and physical distancing.[93]

74.    For example, although the only current contraindication to the COVID-19 vaccines is a rare acute allergy to specific ingredients, a survey in 2021 indicated that more than half of unvaccinated adults believed that "getting vaccinated posed a bigger risk to their health than getting infected with the coronavirus."[94] DOH has taken steps to address this misinformation, with a particular emphasis on providing resources for communities that may be disproportionately impacted by COVID-19. For example, on June 9, 2021, DOH hosted a virtual panel entitled "Stopping Misinformation that Hurts the Black Community" that focused on preventing the spread of misinformation and providing factual statistics and resources about the COVID-19 vaccines. DOH has also collected resources and prepared outreach strategies for communities that may be disproportionately impacted by COVID-19.[95]

---

[92] *See* World Health Organization, United Nations, et al., *Managing the COVID-19 infodemic: Promoting healthy behaviors and mitigating the harm from misinformation and disinformation*, Sep. 23, 2020, https://www.who.int/news/item/23-09-2020-managing-the-covid-19-infodemic-promoting-healthy-behaviours-and-mitigating-the-harm-from-misinformation-and-disinformation.

[93] *See, e.g.*, Krista Konger, *How misinformation, medical mistrust fuel vaccine hesitancy*, Stanford Medicine, Sep. 2, 2021, https://med.stanford.edu/news/all-news/2021/09/infodemic-covid-19.html.

[94] *See* Adela Suliman, *Most unvaccinated Americans believe coronavirus vaccine poses greater health risk than the disease, poll finds*, Wash. Post., Aug. 4, 2021, https://www.washingtonpost.com/nation/2021/08/04/kff-poll-coronavirus-vaccine-unvaccinated-americans/.

[95] *See* DOH, COVID-19 Vaccine - Equity and Engagement, https://www.doh.wa.gov/Emergencies/COVID19/VaccineInformation/Engagement#heading758.

Expert Report of John B. Lynch, MD, MPH – Page 28

75.    Because vaccinated persons can become infected, that has led some people to mistakenly believe that there is no difference between vaccinated and unvaccinated persons in terms of their viral loads and/or infection rates. Experts in immunology and in vaccine development agree that there are no "perfectly" effective vaccines, just like there are no perfectly effective other medications.[96,97] There are multiple studies from 2021 that investigated this issue with the COVID-19 vaccines. For example, in a paper published in JAMA in May 2021 that tracked both symptomatic and asymptomatic healthcare workers (HCW) in Israel, the rate of symptomatic infection in vaccinated HCW was 4.7 per 100,000 person-days and 149.8 per 100,000 in the unvaccinated cohort.[98] The asymptomatic infection rate in the vaccinated group was 19.1 per 100,000 person-days and in the unvaccinated group it was 67.9 per 100,000 person-days.[99] These findings were replicated in multiple other studies supporting reduction of infection and transmission following vaccination.[100,101] Importantly, the choice to remain unvaccinated impacts not only the health of the person making this decision, having more unvaccinated people in the population increases the risk of infection for all people, vaccinated and unvaccinated.[102]

---

[96] *See* Robert Lea, *Fact Check: Is it Rare for Any Vaccine to Stop All Transmission, Infection?* Newsweek, Oct. 15, 2021, https://www.newsweek.com/fact-check-rare-vaccine-stop-all-transmission-infection-1638518.

[97] *See* CDC, *Explaining How Vaccines Work*, May 24, 2023, https://www.cdc.gov/vaccines/hcp/conversations/understanding-vacc-work.html.

[98] Yoel Angel, et al., *Association Between Vaccination with BNT162b2 and Incidence of Symptomatic and Asymptomatic SARS-CoV-2 Infections Among Healthcare Workers*, 325 JAMA 2457 (2021), https://pubmed.ncbi.nlm.nih.gov/33956048/.

[99] *Ibid.*

[100] Ottavia Prunas, et al., *Vaccination with BNT162b2 reduces transmission of SARS-CoV-2 to household contacts in Israel*, 375 Science 375 1151 (2022), https://pubmed.ncbi.nlm.nih.gov/35084937/.

[101] S.T. Tan, et al., *Infectiousness of SARS-CoV-2 breakthrough infections and reinfections during the Omicron wave*, 29 Nature Medicine 358 (2023), https://www.nature.com/articles/s41591-022-02138-x.

[102] Fisman DN, et al., *Impact of population mixing between vaccinated and unvaccinated subpopulations on infectious disease dynamics: implications for SARS-CoV-2 transmission.* 194 Canadian Medical Association Journal 573 (2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9054088/

Expert Report of John B. Lynch, MD, MPH – Page 29

76.     Even if the (unsupported) assertion that viral loads are similar is correct, the rate of
both asymptomatic and symptomatic infection in the vaccinated population is statistically and
dramatically lower. As a result, both the vaccinated person and all of those around them are at
much lower risk of infection.[103] Dismissing the benefits of vaccination by stating that some
vaccinated people get infected and that those who are infected have similar viral loads is a
cognitive error due to a misplaced focus on what happens to those individuals instead of the
cumulative, massive decrease in viral load across the population. It's like refusing to wear one's
seatbelt just because some people still get injured in car accidents even when they are wearing
their seatbelts.

77.     Later studies have found not only a reduced risk of infection and reduced severity of
symptoms once infected, but also lower viral loads for both the Delta and Omicron variants among
vaccinated frontline and essential workers following vaccination compared to unvaccinated
individuals.[104]

78.     I am aware that some people have expressed opposition to receiving the COVID-19
vaccines based on the use of HEK293 cells in the development or testing of the Pfizer and Moderna
vaccines. HEK293 cells are immortalized human embryonic kidney cells that were isolated in the
1970s. Cell lines from HEK293 cells are widely used in research and biotechnology, including in
medication testing. I have used such cells in my own research. HEK293 cells were used in the
testing of Pfizer and Moderna vaccines to confirm that certain genetic instructions would work in
human cells—they were not used to actually produce either vaccine, nor do the vaccines physically
contain HEK293 cells.[105] I also understand that medications that have similarly used HEK293 cell

---

[103] *Ibid.*

[104] Mark G. Thompson, et al., *Association of mRNA Vaccination with Clinical and Virological Features of COVID-19*, 328 JAMA 1523 (2022), https://jamanetwork.com/journals/jama/fullarticle/2797418.

[105] Priyanka Runwal, *Here are the facts about fetal cell lines and COVID-19 vaccines*, National Geographic, Nov. 19, 2021, https://www.nationalgeographic.com/science/article/here-are-the-facts-about-fetal-cell-lines-and-covid-19-vaccines. The J&J vaccine did use fetal stem cells in the development process, though there are no fetal stem cells in the actual vaccines themselves. The process used to produce the J&J vaccines was similar to the process used to

Expert Report of John B. Lynch, MD, MPH – Page 30

lines in testing include acetaminophen (Tylenol), acetylsalicylic acid (aspirin), and ibuprofen (Advil), and they are used for treatment research for diseases such as Alzheimer's and hypertension.[106] I understand that the Novavax COVID-19 vaccine did not use fetal-derived cell lines or tissues in the development, manufacture, or production of the vaccine.[107]

### DR. BHATTACHARYA'S STATEMENTS

79.    I have reviewed the statements made by Dr. Bhattacharya in Mr. Rolovich's Second Amended Complaint.[108] In my opinion, his opinions ignore or improperly discount significant studies and data. He refers to estimates of COVID-19 mortality in 2002 by Dr. John Ioannidis that indicate an overall low mortality rate in the U.S. and "negligible" risk for those under 65 years of age, despite the fact that COVID-19 was either the number 1 or number 2 killer of adults between the ages of 35 and 44 from August 2021 until the Omicron phase in January 2022.[109] He also states that "it has been found that vaccinated individuals are at least as likely to as unvaccinated individuals to be shedding live virus."[110] This ignores the studies I have cited that showed that the overall viral load experienced by vaccinated individuals is lower than their unvaccinated counterparts. So, even accepting the dubious proposition that the vaccinated individuals are "at

---

produce the vaccines we currently use for chickenpox, rubella (the "R" in the MMR vaccine), hepatitis A, and rabies. *Ibid.*

[106] *Ibid.* Other well-known drugs and medications using HEK293 cell lines in testing include: Naproxen (Aleve); Pseudoephedrine (Sudafed); Diphenhydramine (Benadryl); Loratradine (Claritin); Dextromethorphan (Robitussin); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Bismuth Subsalicylate (Pepto-Bismol); Levothyroxine (Synthroid, Levoxyl); Atorvastatin (Lipitor); Amlodipine (Norvasc); Metoprolol (Toprol, Lopressor); Omeprazole (Prilosec, Zegerid); Losartan (Cozaar); Albuterol / Salbutamol (ProAir, Ventolin); Sacubitril (Valsartan, Entesto); Tenapanor (Ibsrela); Etanercept (Enbrel); Azithromycin (Zithromax); Hydroxychloroquine (Plaquenil); Remdesivir (Veklury); Ivermectin (Stromectol). *See* Matthew Schneider, *If Any Drug Tested on HEK-293 Is Immoral, Goodbye Modern Medicine*, Patheos Blog (Nov. 6, 2021), https://www.patheos.com/blogs/throughcatholiclenses/2021/01/if-any-drug-tested-on-hek-293-is-immoral-goodbye-modern-medicine/ (collecting medical studies).

[107] Alexander Tin, *FDA authorizes Novavax as new alternative to mRNA COVID-19 vaccines*, CBS News, July 13, 2022, https://www.cbsnews.com/news/novavax-fda-authorizes-mrna-alternative-covid-19-vaccines/.

[108] SAC at ¶¶ 76-89.

[109] *See Perspectives on the Pandemic*, Dr. John Ioannidis Update 4.17.20, Episode 4, https://www.youtube.com/watch?v=cwPqmLoZA4s&t=152s.

[110] SAC ¶ 84.

Expert Report of John B. Lynch, MD, MPH – Page 31

least as likely to be shedding virus"—an idea unsupported by the data and studies I have seen—it ignores the question of *how much* virus those individuals are shedding and how likely they are to infect their coworkers, students, athletes, and peers.

80.    Dr. Bhattacharya's statement that the "probability that an asymptomatic individual will spread the disease is very low" is similarly misleading. Individuals with COVID-19 commonly have a pre-symptomatic phase prior to the onset of symptoms and regardless of the severity of the subsequent infection. In indoor areas like households, asymptomatic and presymptomatic individuals contribute to a large proportion of transmission.[111] Early in the pandemic, the presymptomatic phase, also referred to as the incubation period, was typically around five days, but that period has decreased with more recent variants.[112,113] While the probability of transmission is lower for an asymptomatic individual than a symptomatic one, the probability of either individual spreading the disease is significantly lower if they are vaccinated.[114]

81.    Dr. Bhattacharya also focuses his analysis on the "survivability rate."  But, as explained above, there are many serious health complications that can arise, even if the virus does not kill an individual. Further, the sheer number of deaths shows that, even if the "survivability rate" was high, increasing that rate would save many lives. When the Vaccine Proclamation went

---

[111] Wei Z, et al., *Household transmission of SARS-CoV-2 during the Omicron wave in Shanghai, China: A case-ascertained study*, Influenza Other Respir Viruses. 2023 Feb;17(2):e13097. doi: 10.1111/irv.13097. PMID: 36843225; PMCID: PMC9946695.

[112] *See* Li Q, et al., *Early Transmission Dynamics in Wuhan, China, of Novel Coronavirus-Infected Pneumonia*, N. Engl. J. Med. 2020 Mar 26;382(13):1199-1207. doi: 10.1056/NEJMoa2001316. Epub 2020 Jan 29. PMID: 31995857; PMCID: PMC7121484.

[113] *See* Li Y, et al., *Latent and incubation periods of Delta, BA.1, and BA.2 variant cases and associated factors: a cross-sectional study in China*, BMC Infect Dis. 2024 Mar 6;24(1):294. doi: 10.1186/s12879-024-09158-7. PMID: 38448822; PMCID: PMC10916204.

[114] *See* McEllistrem MC, et al., *Single Dose of an mRNA Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-Cov-2) Vaccine Is Associated With Lower Nasopharyngeal Viral Load Among Nursing Home Residents With Asymptomatic Coronavirus Disease 2019 (COVID-19).*, Clinical Infecctious Disease. 2021 Sep 15;73(6):e1365-e1367. doi: 10.1093/cid/ciab263. PMID: 33768222; PMCID: PMC8083695.

Expert Report of John B. Lynch, MD, MPH – Page 32

(104 of 208), Page 104 of 208Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 104 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3865    Page 37
of 133

into effect, COVID-19 had killed 732,782 Americans.[115] As of July 2024, almost 1.2 million people in the United States have died due to COVID-19.[116]

82.    Dr. Bhattacharya is a co-author of the Great Barrington Declaration (GBD), a plan issued in October 2020 that advocated for "natural herd immunity" as an answer to the pandemic.[117] This plan recommended that younger people take minimal precautions and to get infected, while isolating those at higher risk of disease progression: "The most compassionate approach that balances the risks and benefits of reaching herd immunity, is to allow those who are at minimal risk of death to live their lives normally to build up immunity to the virus through natural infection . . . ."[118] This plan presumed that by doing so, the U.S. population would rapidly (within 6 months) achieve herd immunity due to durable infection-mediated immunity. As I discussed earlier in this document, that is not the case. It also discounted the numbers of lives at risk of disease, disability, and death in lower risk categories and communities. This plan was based on multiple inaccurate assumptions about the COVID-19 virus, its transmission patterns, and the emergence of variants. There was no realistic plan to provide "focused protection" and to support those at higher risk. In fact, the Declaration implied that the lives lost due to COVID-19 among those at higher risk would be a reasonable cost. The authors of the Declaration, including Dr. Bhattacharya, also opposed masking, testing and contact tracing, physical distancing, and vaccination in other fora.[119]

---

[115] Johns Hopkins Coronavirus Resource Center, *Data Timeline: Number of Daily Deaths*, https://coronavirus.jhu.edu/region/united-states.  A screenshot of this data is attached as **Exhibit G**.

[116] U.S. Centers for Disease Control and Prevention COVID Data Tracker, https://covid.cdc.gov/covid-data-tracker/#maps_deaths-total, accessed July 21, 2024. A screenshot of this data is attached as **Exhibit H.**

[117] *See*, Great Barrington Declaration, https://gbdeclaration.org/.

[118] *Ibid.*

[119] *See Lawsuit challenging Florida's mask mandate ban in schools wraps day* two, WPTV, Aug. 24, 2021, https://www.wptv.com/rebound/state-of-education/lawsuit-challenging-floridas-mask-mandate-ban-in-schools-wraps-day-two (describing Dr. Bhattacharya as a "controversial figure who has advocated herd immunity and dismissed masking" in August of 2021).

Expert Report of John B. Lynch, MD, MPH – Page 33

83.    I am not alone in thinking that Dr. Bhattacharya's Great Barrington Declaration was severely flawed and would have resulted in significantly more death, disability, and disease if followed. Dr. Jonathan Howard is a physician and author who contributes to the respected Science-Based Medicine blog. He wrote a book titled *We Want Them Infected: How the Failed Quest for Herd Immunity Led Doctors to Embrace the Anti-Vaccine Movement and Blinded Americans to the Threat of COVID*, and has pointed out that the GBD policies were never implemented successfully anywhere in the world.[120,121] The role of the GBD has also been tied to other anti-science campaigns, as described by Drs. Dave Gorski and Gavin Yamey, in a blog article for the British Medical Journal (BMJ).[122] Within weeks of the GBD publication, an opposing group of scientists published the John Snow Memorandum to defend efforts to reduce COVID-19 mortality, keep hospitals open, and to "buy time" to get to a vaccine.[123] At no time have there been data to support Dr. Bhattacharya's recommended approach.

## WSU'S DECISION THAT IT COULD NOT ACCOMMODATE AN UNVACCINATED HEAD FOOTBALL COACH

84.    I understand that this case involves the head coach of WSU's football team who, as both a coach and a high-visibility member of the athletic department would have the job duties that included, among others:

- Coaching, in-person, 12 regular season football games and any post-season games, including significant travel to-and-from away games.
- Evaluating, recruiting, training and developing student-athletes and coaching staff

---

[120] Jonathan Howard, *We Want Them Infected: How the Failed Quest for Herd Immunity Led Doctors to Embrace the Anti-Vaccine Movement and Blinded Americans to the Threat of COVID* (2023).

[121] Jonathan Howard, *The Great Barrington Declaration Wasn't a Plan For Public Health Officials. It Was a List of Absurd Demands of Them*, Science Based Medicine, Feb, 23, 2024, https://sciencebasedmedicine.org/demands/.

[122] *Gavin Yamey & David H. Gorski, Covid-19 and the new merchants of doubt*, BMJOpinion, Sep. 13, 2021, https://blogs.bmj.com/bmj/2021/09/13/covid-19-and-the-new-merchants-of-doubt/.

[123] *See The John Snow Memorandum*, https://www.johnsnowmemo.com/ (originally published on October 14, 2020); Talha Burki, *Herd Immunity for COVID-19*, 9 The Lancet: Respiratory Medicine 2, Nov. 24, 2020 https://www.thelancet.com/article/S2213-2600(20)30555-5/fulltext.

Expert Report of John B. Lynch, MD, MPH – Page 34

- Serving as a role-model and leader for the WSU community and integrating WSU's football program into the whole spectrum of academic life at WSU.
- Leading in-person practices, training sessions, and other athletic events with student-athletes.
- Participating in in-person donor outreach and fundraising events, such as regular Friday Donor Lunches.
- Participating in in-person events and activities to foster support for the football program and the athletic department, including media and fundraising events
- Attending in-person NCAA events with other coaching staff, athletics officials, and administrators.
- Serving as director of instructional youth football programs held in WSU athletic facilities.

85.    I understand that seven other football coaches and staff at WSU also chose not to be vaccinated against COVID-19 and applied for religious exemptions and accommodations:

- Kolney Cassel
- Stanley Franks
- Ricky Logo
- Samie Parker
- John Richardson
- Craig Stutzman
- Mark Weber

86.    I understand that during the course of his work, Rolovich and the other coaches were frequently expected to meet with both individuals and large groups, sometimes indoors. I also understand that he regularly interacted with coaches, student-athletes, other members of the Athletics Department, potential recruits, and donors. These settings create risks for transmission of COVID-19 from Rolovich and the other unvaccinated coaches to others.

87.    I understand that on or around October 13, 2021, the Athletics Department provided an assessment of Rolovich's request for an exemption and concluded that Rolovich "would not be able to perform the essential functions of his job consistent with the terms and conditions of his Agreement by wearing a snugly fitting mask and engaging in social distancing and this would create an undue hardship on the Athletic Department and WSU as a whole." I understand the Athletics Department made similar determinations for the other unvaccinated coaches.

Expert Report of John B. Lynch, MD, MPH – Page 35

88.     I understand that on or around October 14, 2021, the Directors of WSU Environmental Health and Safety (EH&S) sent a memo to Director of Athletics Patrick Chun regarding an assessment of Nick Rolovich's working conditions in relation to a possible exemption for the vaccination requirement. I understand that EH&S determined that Rolovich's job required that he be in frequent contact with students (higher education), regular contact with students (K-12) and regular contact with vulnerable populations. They also noted that for his position, social distancing was generally not possible because his duties required direct face-to-face services or activities for greater than 15 minutes. They noted that he his work would require him being outside, inside WSU-controlled facilities, and inside non-WSU-controlled facilities. The memo also observed that Rolovich's job required "regular travel to locations with stringent COVID-19 protocols and safety requirements that may preclude an unvaccinated worker's attendance."

89.     I worked as a consultant for the National Football League (NFL) in 2020 and 2021 to assist that group with recommendations for mitigations to prevent COVID-19 acquisition and transmission. A novel and rigorous set of interventions were implemented when COVID-19 cases were rising. The program included on-site, frequent, and real-time PCR testing overseen by team physicians, proximity tracking devices, detailed interviews, closure of multiple indoor spaces, tiered interactions depending on team role, limits on interactions outside of team practice, physical distancing, handwashing, facility disinfection, restricted access. Wearable tracking devices allowed for the capture of second-by-second interactions among wearers within 6 feet of each other, which allowed for rapid and in-depth contact tracing. Although COVID-19 cases were reduced among NFL players and staff, one club had to close following the identification of 41 cases, including 21 that were directly connected to being physically present at the club, despite all the above interventions. As a result, additional measures were implemented, including increasing testing to 7 days a week (from 6).[124] Of note, interpretation of test results, especially with discrepant results with retesting, and testing after resolution of infection, was often highly

---

[124] Mack CD, et al, *Implementation and Evolution of Mitigation Measures, Testing, and Contact Tracing in the National Football League, August 9–November 21, 2020*, 70 Morbidity & Mortality Weekly Report 130–135, Jan. 29, 2021, http://dx.doi.org/10.15585/mmwr.mm7004e2.

Expert Report of John B. Lynch, MD, MPH – Page 36

complicated and recommendations were not always uniform. In summary, a very complex and expensive program to prevent infections did reduce, but, at best, to about half of the rate in a comparable population.[125] NFL players later required unvaccinated players to wear masks, test daily, quarantine after exposure, limit travel, not eat in the team cafeteria, not use the shower or sauna, limit use of the weight room, and could not interact with friends and family during travel. Non player employees of clubs were required to get vaccinated. It was reported that this infection control system cost over $100 Million.[126] That figure does not surprise me.

90.    Professional clubs like those seen in the NFL are in a different world compared to college football. The NFL's primary goal was to continue to have games as that is their source of revenue. College football functions as part of a college or university and the teams are composed of student athletes who are also pursuing an education (as their priority), are part of a college campus, and are younger. Unlike a professional football player who depends for their livelihood on the next game, a student athlete has competing priorities, including going to class and being a college student interacting with other college students. And even if the college athlete would choose to prioritize football, WSU as an institution must think of its primary duties as an education and research institution.

91.    In 2020, I was part of multiple responses to shared living space outbreaks among UW students. Though I cannot speak personally to WSU's budget, I know that in general colleges and universities were highly unlikely to be able to pay for the level of testing and to impose a many layered mitigation strategy that the NFL put in place. For example, the NFL had testing labs in-place at the practice facilities. Unlike the NFL, colleges and universities have other, larger segments of their populations that include individuals who are at much higher risk than the typical student athlete. A state institution with a primary mission of serving the community needs to

---

[125] Lopez MJ, et al., *Observed Versus Expected COVID-19 Infections Among National Football League Players During the 2020 Season*, 33 Epidemiology 2, Mar. 1, 2022, https://pubmed.ncbi.nlm.nih.gov/34483266/.

[126] Seifert, Kevin, *How the NFL navigated COVID-19 this season: 959,860 tests, $100 million and zero cancellations*, ESPN, Feb. 12. 2021, https://www.espn.com/nfl/story/_/id/30781978/how-nfl-navigated-covid-19-season-959860-tests-100-million-zero-cancellations.

Expert Report of John B. Lynch, MD, MPH – Page 37

ER0688

account for the risks to those populations. The NFL also had the ability to assemble a contract group of epidemiologists in addition to the Advisory Committee that I was a part of, as well as immense financial resources and virtually unlimited control of the environments. Even with all of these mitigations, they supported vaccination for players, and required it for all staff, including their coaches.[127]

92.    Based on the above, it is my opinion that at the time Rolovich and the other unvaccinated coaches were terminated from employment, the risk of being exposed to individuals (co-workers and members of the public) with COVID-19 and transmitting COVID-19 (if infected) was significantly greater in the population of individuals who were not vaccinated. Based on the public health data at the time, the risk was greater for unvaccinated individuals both locally and nationally.

93.    For those reasons, it is my opinion that allowing Rolovich and seven other football coaches or professionals to continue working in their positions unvaccinated in the fall of 2021 would have significantly increased the risk of their contracting and transmitting COVID-19 to others—including other football coaches, Athletics Department staff, student-athletes, members of the media, WSU donors, and others.

---

[127] *See NFL requiring coaches, team staff to get COVID-19 boosters*, Associated Press, Dec. 13, 2021, https://apnews.com/article/coronavirus-pandemic-nfl-sports-business-health-a7b8288f731c341d043ef465982870e3.

Expert Report of John B. Lynch, MD, MPH – Page 38

ER0689

# EXHIBIT A

(111 of 208), Page 111 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 111 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3872    Page 44
of 133

**CURRICULUM VITEA**
**JOHN LYNCH, MD, MPH**
**June 2024**

**1. Personal Data**

    Place of birth: Providence, Rhode Island

**2. Education:**

| | |
|---|---|
| 1987-1991 | BA, Anthropology/History, University of Rhode Island, Kingston, RI |
| 1998-2001 | MD, University of Washington, Seattle, WA |
| 2008-2011 | MPH, Epidemiology/Global Health, University of Washington, Seattle, WA |

**3. Postgraduate training**

| | |
|---|---|
| 2002-2005 | Internship in Internal Medicine, Massachusetts General Hospital, Boston, MA. |
| 2005-2009 | Fellow in Infectious Diseases, University of Washington, Seattle, WA. |
| 2006-2009 | Post-doctoral Fellow, Overbaugh Lab, Fred Hutchinson Cancer Research Center, Seattle, WA. |

**4. Faculty Positions Held**

| | |
|---|---|
| 2009-2010 | Acting Instructor, Department of Medicine, Division of Allergy and Infectious Diseases, University of Washington, Seattle, WA |
| 2009-2011 | Research Associate, Human Biology Division, Fred Hutchinson Cancer Research Center, Seattle, WA |
| 2010-2014 | Assistant Professor, Department of Medicine, University of Washington, Seattle, WA |
| 2014-2021 | Associate Professor, Department of Medicine, University of Washington, Seattle, WA |
| 2021- | Professor, Department of Medicine, University of Washington, Seattle, WA |

**5. Hospital Positions**

| | |
|---|---|
| 2009- | Attending Physician, Harborview Medical Center |
| 2009- | Attending Physician, University of Washington Medical Center |
| 2010- | Medical Director, Employee Health Services, Harborview Medical Center |
| 2010-2018 | Medical Director, Antimicrobial Stewardship Program, Harborview Medical Center |

| | |
|---|---|
| 2010-2014 | Assistant Medical Director, Infection Control, Harborview Medical Center |
| 2010-2014 | Medical Director, Infectious Disease Clinic, Harborview Medical Center |
| 2014- | Medical Director, Infection Prevention & Control, Harborview Medical Center |
| 2014- | Co-Chair, UW Medicine Infection Prevention & Control Committee |
| 2014- | Chair, Infection Prevention & Control Committee, Harborview Medical Center |
| 2016-2020 | Co-Chair, UW Medicine Antimicrobial Stewardship Committee |
| 2017-2020 | President of the Harborview Medical Center Medical Staff 2019-2020 |
| 2019-2020 | Medical Staff President, Harborview Medical Center |
| 2019- | Medical Director, Sepsis Program, Harborview Medical Center |
| 2019- | Associate Medical Director, Harborview Medical Center |
| 2020-2023 | Clinical Lead, Medical-Technical Team, UW Medicine COVID-19 Emergency Operations Center |

## 6. Honors

| | |
|---|---|
| 1990 | Phi Alpha Theta History Honor Society, University of Rhode Island |
| 1991 | President's Award for Academic Excellence in Anthropology, University of Rhode Island |
| 1999 | Medical Student Association President (Member 1998-2002), University of Washington School of Medicine |
| 1999, 2002 | International AIDS Research and Training Program Fellowships |
| 2002 | Gary E. Leinbach Award, University of Washington School of Medicine |
| 2002 | Alpha Omega Alpha Medical Honor Society, University of Washington School of Medicine |
| 2002 | ACP-ASIM Washington Chapter Outstanding Student in Internal Medicine |
| 2002 | M.D. Degree with Honors, University of Washington School of Medicine |
| 2005 | Morton N. Swartz Humanism in Medicine Award, Massachusetts General Hospital |
| 2006-2008 | National Institutes of Health Loan Repayment Grantee |
| 2008-2010 | University of Washington Institute for Translational Health Sciences Fellow |
| 2014 | Harborview Medical Center CARES Award, Employee Health Service |
| 2015 | Harborview Medical Center CARES Award, Infection Control Program |
| 2018 | Washington State Hospital Association Community Health Leadership Silver Award for UW Tele-Antimicrobial Stewardship Program (UW TASP) |
| 2019 | Elected to the UW Chapter of the Gold Humanism Honor Society |
| 2020 | University of Washington Distinguished Staff Award (R&T Radiological |

|      | Response Team, Clinical Lead) |
|------|-------------------------------|
| 2020 | William O. Robertson Patient Safety Award, Washington State Medical Association |
| 2021 | University of Washington David B. Thorud Leadership Award |
| 2021 | Grassroots Champion Award for Washington State, American Hospital Association |

## 7. Board Certification

| 2005-2105 | Diplomate, American Board of Internal Medicine |
|-----------|------------------------------------------------|
| 2007-2028 | Diplomate, American Board of Internal Medicine, Infectious Disease |

## 8. Current Licensure

| 2002-2005 | Massachusetts State License, Physician & Surgeon |
|-----------|--------------------------------------------------|
| 2005-     | Washington State License, Physician & Surgeon    |

## 9. Diversity, Equity, and Inclusion Activities

| 2017-     | Co-Director, Center for Stewardship in Medicine |
|-----------|-------------------------------------------------|
| 2019-2022 | Diversity Committee, Division of Allergy & Infectious Diseases, UW School of Medicine |
| 2020      | Meetings with President of the Quinault Nation and with Washington State Tribal Leaders and medical directors regarding COVID-19 |

Since 2017 I have co-led the UW Tele-Antimicrobial Stewardship Program (TASP) which has since broadened to become the Center for Stewardship in Medicine. This program provides infectious diseases, antimicrobial stewardship, and infection prevention tele-mentoring and other resources to small, rural, and critical access hospitals in the United States. We also provided guidance throughout the pandemic. As part of the UW Medicine COVID Emergency Operations Center, I was also very active in outreach to and education of communities that were disproportionally impacted by the pandemic.

## 10. Professional Organizations

| 2005- | Infectious Diseases Society of America |
|-------|----------------------------------------|
|       | - Chair, COVID PPE Guidelines Committee, 2020- |
|       | - Board of Directors, 2019-2022 |
|       | - Clinical Affairs Committee Member, 2012-2015 |
|       | - Program Committee Member, ID Week 2015-2019 |
|       | - ID Week abstract reviewer, 2013-2019 |
|       | - Antimicrobial Resistance Committee Working Group, 2015 |

Expert Report of John B. Lynch, MD, MPH – Page 42

**ER0693**

| 2005- | Infectious Diseases Society of Washington |
| 2018- | Society for Healthcare Epidemiology of America |
| 2020-2021 | International Task Force on COVID-19 Management, American Thoracic Society |
| 2020-2022 | Washington State Medical Association |

## 11. Education and Training Activities

### a. Didactic Teaching

| 2018- | Lecturer, MEDSCI 520, WWAMI Invaders and Defenders, University of Washington School of Medicine |
| 2015 | Course Chair, HUBIO 534, Microbiology, University of Washington School of Medicine |
| 2015-2017 | Block Director, MEDSCI 520, WWAMI Invaders and Defenders, University of Washington School of Medicine |
| 2010-2013 | Course Chair, MED 540/EPI 505, Prevention of Healthcare Associated Infections, University of Washington Schools of Medicine and Public Health, Winter Quarters, Seattle, WA |
| 2010-2015 | Lecturer, CONJOINT 550, Clinical Infectious Diseases, University of Washington School of Medicine, Seattle, WA |
| 2019, 2020 | Lecturer, CONJOINT 550, Clinical Infectious Diseases, University of Washington School of Medicine, Seattle, WA |
| 2010-2017 | Lecturer, Quarterly Core Medicine Clerkship Teaching for 3rd year medical students, University of Washington School of Medicine, Seattle, WA |
| 2013-2014 | Course Co-Chair, EPI 529/HSERV 536, Emerging Infections of International Public Health Importance, University of Washington School of Public Health, Winter Quarters, Seattle, WA |
| 2013 | Co-Director, Global Health and Disparities Ambulatory Block, Internal Medicine Residency Program, University of Washington School of Medicine, Seattle, WA |
| 2009-2016 | Clinical teaching, Internal Medicine, Harborview Medical Center |
| 2009- | Clinical teaching, Infectious Diseases consult, Harborview Medical Center |
| 2008 | Initiated Infectious Diseases Fellow's Board Review Series, University of Washington |

### b. Thesis Committee Membership

n/a

c. Advising/Mentorship

| | |
|---|---|
| 2015-2017 | Yuan Zhou, MD, ID Fellow (Current: private practice) |
| 2016-2017 | Margaret Lind, MPH, PhD (Current: post-doctoral fellow, Yale University) |
| 2017-2018 | Ted Wright, MD, ID Fellow (Current: private practice) |
| 2017-2018 | Chloe Bryson-Cahn, MD, ID Fellow (Current: Assistant Professor, UW) |
| 2019-2020 | Nandita Mani, MD, ID Fellow (Current: Clinical Assistant Professor, UW) |
| 2019-2023 | Dustin Long, MD, Assistant Professor, Anesthesiology and Pain Medicine/Critical Care, UW, Recipient 2019 Society for Healthcare Epidemiology of America Epi Competition Award ($20,000) |
| 2021-2022 | Alyssa Castillo, MD, ID Fellow (Current: Assistant Professor, University of Colorado) |
| 2021-2022 | Peter Bulger, MD, ID Fellow (Current: private practice) |
| 2022-2023 | William Simmons, MD, ID Fellow (Current: Assistant Professor, University of California, San Francisco) |
| 2023-2024 | Hayato Mitako, MD (Current: Assistant Professor, University of Colorado) |

**d. Curriculum and Training Program Development**
n/a

**e. Other**
n/a

**12. Editorial Responsibilities**
n/a

**13. Special Responsibilities and Service**

**a.  International**
n/a

**b.  National**

| | |
|---|---|
| 2010-2014 | Malaria section, CDC/NIH/HIVMA/IDSA Guidelines for Prevention and Treatment of Opportunistic Infections in HIV-positive Adults and Adolescents, published spring 2013. |
| 2012-2015 | Clinical Affairs Committee, Infectious Disease Society of America |

| | | |
|---|---|---|
| 2015-2019 | Program Committee, Infectious Disease Society of America |
| 2020-2024 | Chair, COVID-19 PPE Guideline Subcommittee, Infectious Diseases Society of America |
| 2020-2021 | NFL COVID-19 Advisory Committee |

**c. Regional**

| | |
|---|---|
| 2013-2014 | Lecturer and Consultant, Washington State Hospital Association, Leading Edge Advanced Practice Topics (LEAPT)/Partnership for Patients, focused on central-line associated bloodstream infections, *Clostridium difficile* infections and antimicrobial stewardship |
| 2014-2015 | Lecturer and Consultant, Washington State Hospital Association, Leading Edge Advanced Practice Topics (LEAPT)/Partnership for Patients, focused on antimicrobial stewardship and *Clostridium difficile* infection reduction |
| 2014-2020 | Hospital Infection Leaders Committee, Washington State Hospital Association, Seattle, WA |
| 2012-2016 | King County Medical Society Public Health Liaison Committee, Infectious Disease Society of Washington Representative |

**d. University of Washington**

| | |
|---|---|
| 2014-Present | Healthcare Associated Infection Advisory Board, Washington State Department of Health, Tukwila, WA |
| 2014-Present | Antimicrobial Stewardship Advisory Committee, Washington State Department of Health, Seattle, WA |
| 2020-Present | UW Advisory Committee on Communicable Diseases |
| 2019-Present | Associate Medical Director, Harborview Medical Center, Seattle, WA |
| 2019-Present | Chair, Sepsis Committee, Harborview Medical Center, Seattle, WA |
| 2019-Present | Rotating Chair, UW Medicine Sepsis Committee, UW Medicine, Seattle, WA |
| 2016-Present | Co-Director, UW Center for Stewardship in Medicine |
| 2015-Present | Harborview Medical Center Quality Improvement/Patient Safety Leadership Committee |
| 2012-Present | UW Medicine Advisory Committee on Blood-borne Pathogens |
| 2011-Present | UW Medicine Infection Control Committee, University of Washington, Seattle, WA (Co-Chair, 2014-Present) |
| 2010-Present | Infection Control Committee, Harborview Medical Center, Seattle, |

WA (Chair, 2014-Present)

2010-Present   Tuberculosis Subcommittee, Harborview Medical Center, Seattle, WA (Co-Chair, 2014-Present)

2010-2018    Pharmacy and Therapeutics Committee, Infectious Diseases Subcommittee, University of Washington, Seattle, WA

2010-Present   Organizational Improvement Committee, Harborview Medical Center, Seattle, WA

2010-Present Organizational Improvement Metrics Committee, Harborview Medical Center, Seattle, WA

2010-Present   Campus Health Services Executive Committee, University of Washington, Seattle, WA

2010-Present   Central Venous Access Device Committee, Harborview Medical Center, Seattle, WA

2010-Present   Environment of Care Committee, Harborview Medical Center, Seattle, WA

Past

2007-2018    Infectious Diseases Fellowship Curriculum Committee, University of Washington, Seattle, WA

2010- 2018    Seattle Antimicrobial Stewardship Program, Harborview Medical Center, Seattle, WA (Medical Director)

2010-2015    Surgical Care Improvement Project (SCIP), Harborview Medical Center, Seattle, WA

2010-2023    WASH Committee, Harborview Medical Center, Seattle, WA

2011-2014    Core Measures Performance, Harborview Medical Center, Seattle, WA

2013-2015    UW Medicine Hazardous Drug Control Program, Employee Health Subgroup Lead

2013-2015    Center of Occupational Health and Education Advisory Committee, University of Washington

2013-2015    UW Division of Allergy and Infectious Diseases ICD-10 Lead Physician

2013-2018    UW Division of Allergy and Infectious Diseases ID Fellowship Clinical Competency Committee

2014-2018    Co-Chair, Infectious Diseases Fellow's course, University of Washington, Seattle, WA

2010-2014    Ambulatory Care Advisory Council, Harborview Medical Center, Seattle, WA

| 2016-2017 | UW SOM Committee 4 (LCME Accreditation) |
| 2017-2019 | Faculty Council on Academic Affairs, University of Washington School of Medicine, Seattle, WA |
| 2016-2016 | Co-Chair, UW Medicine Antimicrobial Stewardship Committee |
| 2020-2023 | Clinical Lead, UW Medicine COVID-19 Response |

## 14. Clinical Activities

I continue to be a part of the HMC Infectious Diseases Consult Service as an attending, usually for 4 weeks per year. In 2020 I was unable to attend due to the volume of work with the COVID Emergency Operations Center and responding to the pandemic. I am currently also taking a hiatus (academic year 2023-2024) to rebuild the Infection Prevention & Control, Employee Health, and Sepsis programs at Harborview. I am clinically active through almost daily case reviews and evaluation of cases in the inpatient and outpatient settings. I intend to return to regularly attending the ID      consult service at HMC in the next academic year.

## 15. Research Funding

### A. Current

1. UW Center for Stewardship in Medicine (CSiM)

Award-winning program that supports the implementation and maintenance of active antimicrobial stewardship programs in small, community and critical access hospitals in Washington and moving into Oregon and north Idaho. The program is composed of weekly didactic and case discussion sessions, a website with recorded didactics, policies, protocols and toolkits for stewardship activities, site visits to each facility, and intensive quality improvement cohorts. Since launching in February 2017, UW CSiM has continued to grow and expand across the United States.

Role: Primary Investigator

### B. Past

| 2009-2010 | National Institutes of Health, National Institute for Allergy and Infectious Diseases Clinical Investigator Award, 1 K08 AI081546-01A1 ($649,350) Primary Investigator: **John Lynch**. "The Role of ADCC in Mother to Infant HIV Transmission", 5-year award, discontinued when current faculty position started. |
| 2015-2023 | ITECH Kenya Infection Prevention & Control/Antimicrobial Stewardship |

Implementation in 2 Model Hospitals (Grant title: Securing Global Public Health Through Strengthening Information Systems and Reporting in Kenya)

Multi-year CDC funded project through the UW International Training and Education Center for Health to establish and mentor infection prevention & control IPC programs in 2 hospitals in Kenya (Thika and Kitale). Working with the Ministry of Health, ITECH Kenya, and the CDC teams, ITECH, an educational curriculum was developed and deployed for staff at both facilities. Current activity is focused on rolling-out 4 quality improvement projects (hand hygiene, waste management, surgical site infection surveillance and safe injection practices). Given the lack of IPC expertise and activities in many facilities in low resource settings, this program has the potential to develop a package of materials for wider implementation in similar environments.

Role: Subject matter expert and team lead

PI: Peter Rabinowitz

Funding: CDC 5NU2GGH001721-03-00 (2017-2020)

## 16. Bibliography

### a. Peer-Reviewed Manuscripts

1. Haigwood NL, Pierce CC, Robertson MN, Watson AJ, Montefiori DC, Rabin M, **Lynch JB**, Kuller L, Thompson J, Morton WR, Benveniste RE, Hu SL, Greenberg P, Mossman SP. Protection from pathogenic SIV challenge using multigenic DNA vaccines. Immunol Lett. 1999 Mar;66(1-3):183-8. PubMed PMID: 10203053. [original work]

2. Mulvania T, **Lynch JB**, Robertson MN, Greenberg PD, Morton WR, Mullins JI. Antigen-specific cytokine responses in vaccinated Macaca nemestrina. J Med Primatol. 1999 Aug-Oct;28(4-5):181-9. PubMed PMID: 10593484. [original work]

3. Mossman SP, Pierce CC, Robertson MN, Watson AJ, Montefiori DC, Rabin M, Kuller L, Thompson J, L**ynch JB**, Morton WR, Benveniste RE, Munn R, Hu SL, Greenberg P, Haigwood NL. Immunization against SIVmne in macaques using multigenic DNA vaccines. J Med Primatol. 1999 Aug-Oct;28(4-5):206-13. PubMed PMID: 10593487. [original work]

4. **Lynch J**, Slaughter B. Recognizing animal suffering and death in medicine. West J Med. 2001 Aug;175(2):131-2. PubMed PMID: 11483562; PubMed Central PMCID:PMC1071516. [original work]

5.  **Lynch JB**. Learning about bioterrorism and chemical warfare: medical students explore key threats, Anthrax. West J Med. 2002 Jan;176(1):58-9. PubMed PMID: 11788542; PubMed Central PMCID: PMC1071656. [original work]

6.  Herz AM, Robertson MN, **Lynch JB**, Schmidt A, Rabin M, Sherbert C, Agy MB, Anderson D, Hu SL, Greenberg PD, Morton WR. Viral dynamics of early HIV infection in neonatal macaques after oral exposure to HIV-2287: an animal model with implications for maternal-neonatal HIV transmission. J Med Primatol. 2002 Feb;31(1):29-39. PubMed PMID: 12076046. [original work]

7.  **Lynch J**. Trauma ICU: sutures, scalpels, and swears. West J Med. 2002 Mar;176(2):138. PubMed PMID: 11897744; PubMed Central PMCID: PMC1071691. [original work]

8.  Gulati RK, Choudhuri J, Fulton C, Chan JD, Evans HL, **Lynch JB**, Dellit TH. Outbreak of carbapenem-resistant *Acinetobacter baumannii* among non-burn patients in a burn intensive care unit. J Hosp Infect. 2010 Dec;76(4):357-8. doi: 10.1016/j.jhin.2010.04.005. Epub 2010 Jun 26. PubMed PMID: 20580125; PubMed Central PMCID: PMC4582015. [original work]

9.  **Lynch JB**, Nduati R, Blish CA, Richardson BA, Mabuka JM, Jalalian-Lechak Z, John-Stewart G, Overbaugh J. The breadth and potency of passively acquired human immunodeficiency virus type 1-specific neutralizing antibodies do not correlate with the risk of infant infection. J Virol. 2011 Jun;85(11):5252-61. doi:10.1128/JVI.02216-10. Epub 2011 Mar 16. PubMed PMID: 21411521; PubMed Central PMCID: PMC3094986. [original work]

10. Choudhuri JA, Pergamit RF, Chan JD, Schreuder AB, McNamara E, **Lynch JB**, Dellit TH. An electronic catheter-associated urinary tract infection surveillance tool. Infect Control Hosp Epidemiol. 2011 Aug;32(8):757-62. doi: 10.1086/661103. PubMed PMID: 21768758. [original work]

11. Clemens EC, Chan JD, **Lynch JB**, Dellit TH. Relationships between vancomycin minimum inhibitory concentration, dosing strategies, and outcomes in methicillin-resistant Staphylococcus aureus bacteremia. Diagn Microbiol Infect Dis. 2011 Dec;71(4):408-14. doi: 10.1016/j.diagmicrobio.2011.08.002. Epub 2011 Sep 15. PubMed PMID: 21924852. [original work]

12. Chan JD, Dellit TH, Choudhuri JA, McNamara E, Melius EJ, Evans HL, Cuschieri J, Arbabi S, **Lynch JB**. Active surveillance cultures of methicillin-resistant Staphylococcus aureus as a tool to predict methicillin-resistant S. aureus ventilator-associated pneumonia. Crit Care Med. 2012 May;40(5):1437-42. doi:10.1097/CCM.0b013e318243168e. PubMed PMID: 22511127. [original work]

(121 of 208), Page 121 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 121 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3882    Page 54
of 133

13. Evans HL, McNamara E, **Lynch JB**, Chan JD, Taylor M, Dellit TH. Infection control for critically ill trauma patients: a systematic approach to prevention, detection, and provider feedback. Crit Care Nurs Q. 2012 Jul-Sep;35(3):241-6.doi: 10.1097/CNQ.0b013e3182542d18. PubMed PMID: 22668997. [review]

14. **Lynch JB**. Multidrug-resistant Tuberculosis. Med Clin North Am. 2013 Jul;97(4):553-79, ix-x. doi: 10.1016/j.mcna.2013.03.012. Review. PubMed PMID:23809714.

15. **Lynch JB**, Mertens K, Whimbey E, Dellit TH. Healthcare Workers and Influenza Vaccination : Do You Need a Mandate? Northwest Public Health. Spring/Summer 2013, volume 30, number 1. [original work]

16. Omenda MM, Milligan C, Odem-Davis K, Nduati R, Richardson BA, **Lynch J**, John-Stewart G, Overbaugh J. Evidence for efficient vertical transfer of maternal HIV-1 envelope-specific neutralizing antibodies but no association of such antibodies with reduced infant infection. J Acquir Immune Defic Syndr. 2013 Oct 1;64(2):163-6. doi: 10.1097/QAI.0b013e31829f6e41. PubMed PMID: 23774880; PubMed Central PMCID: PMC3805370. [original work]

17. Masur H, Brooks JT, Benson CA, Holmes KK, Pau AK, Kaplan JE; National Institutes of Health; Centers for Disease Control and Prevention; HIV Medicine Association of the Infectious Diseases Society of America. Prevention and treatment of opportunistic infections in HIV-infected adults and adolescents: Updated Guidelines from the Centers for Disease Control and Prevention, National Institutes of Health, and HIV Medicine Association of the Infectious Diseases Society of America. Clin Infect Dis. 2014 May;58(9):1308-11. doi:10.1093/cid/ciu094. Epub 2014 Feb 27. PubMed PMID: 24585567; PubMed Central PMCID: PMC3982842. [review]

18. Dellit TH, Chan JD, Fulton C, Pergamit RF, McNamara EA, Kim LJ, Ellenbogen RG, **Lynch JB**. Reduction in Clostridium difficile infections among neurosurgical patients associated with discontinuation of antimicrobial prophylaxis for the duration of external ventricular drain placement. Infect Control Hosp Epidemiol. 2014 May;35(5):589-90. doi: 10.1086/675828. PubMed PMID: 24709732.

19. Jain R, Chan JD, Rogers L, Dellit TH, **Lynch JB**, Pottinger PS. High incidence of discontinuations due to adverse events in patients treated with ceftaroline. Pharmacotherapy. 2014 Jul;34(7):758-63. doi: 10.1002/phar.1435. Epub 2014 May 7. Review. PubMed PMID: 24807197. [original work]

20. Choudhuri JA, Chan JD, Schreuder AB, Hafermann MJ, Fulton C, Melius E, McNamara E, Pergamit RF, **Lynch JB**, Dellit TH. Shared hoppers: a novel risk factor for the transmission of Clostridium difficile. Infect Control Hosp Epidemiol.2014 Oct;35(10):1314-6. doi: 10.1086/678077. PubMed PMID: 25203194. [original work]

21. Lohman-Payne B, Sandifer T, OhAinle M, Crudder C, **Lynch J**, Omenda MM, Maroa J, Fowke K, John-Stewart GC, Farquhar C. In-utero infection with HIV-1 associated with suppressed lymphoproliferative responses at birth. Clin Exp Immunol. 2014 Oct;178(1):86-93. doi: 10.1111/cei.12386. PubMed PMID: 24853045; PubMed Central PMCID: PMC4360198. [original work]

22. Szumowski JD, **Lynch JB**. Profile of delamanid for the treatment of multidrug-resistant tuberculosis. Drug Des Devel Ther. 2015 Jan 29;9:677-82. doi:10.2147/DDDT.S60923. eCollection 2015. Review. PubMed PMID: 25678771; PubMed Central PMCID: PMC4319680. [review]

23. Chu HY, Englund JA, Huang D, Scott E, Chan JD, Jain R, Pottinger PS, **Lynch JB**, Dellit TH, Jerome KR, Kuypers J. Impact of rapid influenza PCR testing on hospitalization and antiviral use: A retrospective cohort study. J Med Virol.2015 Dec;87(12):2021-6. doi: 10.1002/jmv.24279. Epub 2015 Jun 12. PubMed PMID:26017150; PubMed Central PMCID: PMC4594176. [original work]

24. **Lynch JB**. Promoting value through antimicrobial stewardship. Healthc Financ Manage. 2016 Mar;70(3):38-41. PubMed PMID: 27183757. [original work]

25. Ritter JT, **Lynch JB 3rd**, MacIntyre AT, Trotman R. Infectious Diseases Physician Compensation: An Improved Perspective. Open Forum Infect Dis. 2016 Apr 27;3(2):ofw083. doi: 10.1093/ofid/ofw083. eCollection 2016 Apr. PubMed PMID:27419159; PubMed Central PMCID: PMC4943553. [original work]

26. Beieler AM, Dellit TH, Chan JD, Dhanireddy S, Enzian LK, Stone TJ, Dwyer-O'Connor E, **Lynch JB**. Successful implementation of outpatient parenteral antimicrobial therapy at a medical respite facility for homeless patients. J Hosp Med. 2016 Aug;11(8):531-5. doi: 10.1002/jhm.2597. Epub 2016 Apr 27. Review.PubMed PMID: 27120700. [original work]

27. Zelikoff AJ, Dellit TH, **Lynch J**, McNamara EA, Makarewicz VA. Cleaning practices in the hospital setting: Are high-touch surfaces in isolation and standard precaution patient rooms cleaned to the same standard? Am J Infect Control. 2016 Nov 1;44(11):1399-1400. doi: 10.1016/j.ajic.2016.04.220. Epub 2016 Jun 14. PubMed PMID: 27317406. [original work]

28. Tulloch LG, Chan JD, Carlbom DJ, Kelly MJ, Dellit TH, Ly**nch JB**. Epidemiology and Microbiology of Sepsis Syndromes in a University-Affiliated Urban Teaching Hospital and Level-1 Trauma and Burn Center. J Intensive Care Med. 2017 May;32(4):264-272. doi: 10.1177/0885066615592851. Epub 2015 Jun 30. PubMed PMID: 26130580. [original work]

29. Chan JD, Dellit TH, **Lynch JB**. Hospital Length of Stay Among Patients Receiving Intermittent Versus Prolonged Piperacillin/Tazobactam Infusion in the Intensive Care

(123 of 208), Page 123 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 123 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3884    Page 56
of 133

Units. J Intensive Care Med. 2018 Feb;33(2):134-141. doi:10.1177/0885066617708756. Epub 2017 May 10. PubMed PMID: 28486867. [original work]

30. Ostrowsky B, Banerjee R, Bonomo RA, Cosgrove SE, Davidson L, Doron S, Gilbert DN, Jezek A, **Lynch JB 3rd,** Septimus EJ, Siddiqui J, Iovine NM; Infectious Diseases Society of America, Pediatric Infectious Diseases Society, and the Society for Healthcare Epidemiology of America. Infectious Diseases Physicians:Leading the Way in Antimicrobial Stewardship. Clin Infect Dis. 2018 Mar19;66(7):995-1003. doi: 10.1093/cid/cix1093. PubMed PMID: 29444247. [review]

31. Luther VP, Shnekendorf R, Abbo LM, Advani S, Armstrong WS, Barsoumian AE,Beeler CB, Bystritsky R, Cherabuddi K, Cohen S, Hamilton KW, Ince D, Justo JA, Logan A, **Lynch JB 3rd**, Nori P, Ohl CA, Patel PK, Pottinger PS, Schwartz BS, Stack C, Zhou Y. Antimicrobial Stewardship Training for Infectious Diseases Fellows: Program Directors Identify a Curriculum Need. Clin Infect Dis. 2018 Sep28;67(8):1285-1287. doi: 10.1093/cid/ciy332. PubMed PMID: 29668905. [original work]

32. Cheng CW, Cizik AM, Dagal AHC, Lewis L, **Lynch J**, Bellabarba C, Bransford RJ, Zhou H. Body mass index and the risk of deep surgical site infection following posterior cervical instrumented fusion. Spine J. 2019 Apr;19(4):602-609. doi:10.1016/j.spinee.2018.09.014. Epub 2018 Oct 10. PubMed PMID: 30315894. [original work]

33. Boonyaratanakornkit J, Ekici S, Magaret A, Gustafson K, Scott E, Haglund M, Kuypers J, Pergamit R, **Lynch J**, Chu HY. Respiratory Syncytial Virus Infection in Homeless Populations, Washington, USA. Emerg Infect Dis. 2019 Jul;25(7):1408-1411. doi: 10.3201/eid2507.181261. PubMed PMID: 31211675; PubMed Central PMCID: PMC6590761. [original work]

34. Meagher AD, Lind M, Senekjian L, Iwuchukwu C, **Lynch JB**, Cuschieri J, Robinson BRH. Ventilator-associated events, not ventilator-associated pneumonia, is associated with higher mortality in trauma patients. J Trauma Acute Care Surg.2019 Aug;87(2):307-314. doi: 10.1097/TA.0000000000002294. PubMed PMID: 30939576. [original work]

35. Chan JD, Bryson-Cahn C, Jain R, **Lynch JB**, Liu C. Does oral vancomycin prophylaxis during systemic antibiotic exposure prevent Clostridioides difficile infection relapses? Still in search of an answer. Infect Control Hosp Epidemiol.2019 Sep;40(9):1084-1086. doi: 10.1017/ice.2019.192. Epub 2019 Jul 10. PubMed PMID: 31288875. [review]

36. Mani NS, **Lynch JB**, Fang FC, Chan JD. Risk Factors for BI/NAP1/027 Clostridioides difficile Infections and Clinical Outcomes Compared With Non-NAP1 Strains. Open Forum Infect Dis. 2019 Oct 12;6(12):ofz433. doi: 10.1093/ofid/ofz433. eCollection 2019 Dec. PubMed PMID: 31799333; PubMed Central PMCID: PMC6884313. [original work]

(124 of 208), Page 124 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 124 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3885    Page 57
of 133

37.  Vannice K, Ricaldi J, Nanduri S, Fang FC, **Lynch J**, Bryson-Cahn C, Wright T, Duchin J, Kay M, Chochua S, Van Beneden C, Beall B. Streptococcus pyogenes pbp2x Mutation Confers Reduced Susceptibility to β-lactam antibiotics. Clin Infect Dis.2019 Oct 20. pii: ciz1000. doi: 10.1093/cid/ciz1000. [Epub ahead of print] PubMed PMID: 31630171. [original work]

38. Grange ES, Neil EJ, Stoffel M, Singh AP, Tseng E, Resco-Summers K, Fellner BJ, **Lynch JB**, Mathias PC, Mauritz-Miller K, Sutton PR, Leu MG. Responding to COVID-19: The UW Medicine Information Technology Services Experience. *Appl. Clin. Inform.* **11**, 265–275 (2020) [original work]

39. Mossa-Basha M, Medverd J, Linnau K, **Lynch JB**, Wener MH, Kicska G, Staiger T, Sahani D. Policies and Guidelines for COVID-19 Preparedness: Experiences from the University of Washington. *Radiology* 201326 (2020) [original work]

40. Roxby AC, Greninger AL, Hatfield KM, **Lynch JB**, Dellit TH, James A, Taylor J, Page LC, Kimball A, Arons M, Schieve LA, Munanga A, Stone N, Jernigan JA, Reddy SC, Lewis J, Cohen SA, Jerome KR, Duchin JS, Neme S.. Detection of SARS-CoV-2 Among Residents and Staff Members of an Independent and Assisted Living Community for Older Adults - Seattle, Washington, 2020. *MMWR Morb. Mortal. Wkly. Rep.* **69**, 416–418 (2020) [original work]

41. Kim CS, Kritek PA, **Lynch JB**, Cohen S, Staiger TO, Sayre C, Neme S, Nasenbury K, Goss JR, Dellit TH. All Hands on Deck: How UW Medicine Is Helping Its Staff Weather a Pandemic. NEJM Catalyst (2020). doi:10.1056/CAT.20.0113 [original work]

42. Kim CS, **Lynch JB**, Cohen S, Neme S, Staiger TO, Evans L, Pergam SA, Liu C, Bryson-Cahn C, Dellit TH. One Academic Health System's Early (and Ongoing) Experience Responding to COVID-19: Recommendations From the Initial Epicenter of the Pandemic in the United States. *Acad. Med.* (2020) doi:10.1097/ACM.0000000000003410 [original work]

43. Gandhi RT, **Lynch JB**, Del Rio, C. Mild or Moderate Covid-19. *N. Engl. J. Med.* (2020) doi:10.1056/NEJMcp2009249 [review]

44. Panesar K, Dodson T, **Lynch J**, Bryson-Cahn C, Chew L, Dillon J, Evolution of COVID-19 Guidelines for University of Washington Oral and Maxillofacial Surgery Patient Care, Journal of Oral and Maxillofacial Surgery (2020), doi: 10.1016/j.joms.2020.04.034. [original work]

45. Chan JD, Bryson-Cahn C, Kassamali-Escobar Z, **Lynch JB**, Schleyer A. The changing landscape in the management of uncomplicated Gram-negative bacteremia – an evidence-based appraisal to guide management in the hospital. Journal of Hospital Medicine (2020). [review]

**46.** Roxby AC, Greninger A, Dellit TH, **Lynch JB**, Jernigan JA, Reddy SC, Lewis J, James A, Hatfield KM, Cohen S, Duchin J, Schieve L, Munanga A, Jerome KR, Stone N, Arons M, Kimball A, Taylor J, Page L. Outbreak Investigation of COVID-19 Among Residents and Staff of An Independent/Assisted Living Community for Older Adults in Seattle, Washington. JAMA (2020). doi: 10.1001/jamainternmed.2020.223. [original work]

**47.** Mays JA, Greninger AL, Jerome KR, **Lynch JB**, Mathias PC. Preprocedural Surveillance Testing for SARS-CoV-2 in an Asymptomatic Population in the Seattle Region Shows Low Rates of Positivity. J Clin Microbiol. 2020 Jul 23;58(8):e01193-20. doi: 10.1128/JCM.01193-20. [original work]

**48.** Mani NS, Budak JZ, Lan F, Bryson-Cahn C, Zelikoff A., Barker GEC., Grant CW, Hart, K., Barbee, C. J., Sandoval, M. D., Dostal, C. L., Corcorran M, Ungerleider HM, Gates JO, Olin SV, Bryan A, Hoffman NG, Marquis SR, Harvey M, **Lynch JB**, Cohen SA. (2020). Prevalence of COVID-19 Infection and Outcomes Among Symptomatic Healthcare Workers in Seattle, Washington. *Clinical Infectious Diseases: An Official Publication of the Infectious Diseases Society of America*. https://doi.org/10.1093/cid/ciaa761 [original work]

**49.** Liu, C., Lan, K., Krantz, E. M., Kim, H. N., Zier, J., Bryson-Cahn, C., Chan, J. D., Jain, R., **Lynch, J. B**., Pergam, S. A., Pottinger, P. S., Sweet, A., Whimbey, E., & Bryan, A. (2020). Improving Appropriate Diagnosis of Clostridioides difficile Infection Through an Enteric Pathogen Order Set With Computerized Clinical Decision Support: An Interrupted Time Series Analysis. *Open Forum Infectious Diseases*, *7*(10), ofaa366. [original work]

**50.** Greninger AL, Jerome KR, Pottinger PS, Dellit TH, Liu C, Pergam SA, Neme S, **Lynch JB**, Kim HN, Cohen SA. Prevalence of COVID-19 Infection and Outcomes Among Symptomatic Healthcare Workers in Seattle, Washington. Clin Infect Dis. 2020 Jun 16;ciaa761. doi: 10.1093/cid/ciaa761. [original work]

**51.** Mitchell SH, Bulger EM, Duber HC, Greninger AL, Ong TD, Morris SC, Chew LD, Haffner TM, Sakata VL, Lewis J, Jerome KR, Baird G, Stern SA, Dellit TH, Simpson L, Lien O, Sugg NK, Kay M, Duchin JS, Sanders B, Dewan P, von Preyss-Friedman S, Valenzuela M, Bryson-Cahn C, Makarewicz VA, Pan H, **Lynch JB**. Western Washington State's COVID-19 Experience: The Keys to Flattening the Curve & An Effective Health System Response. J Am Coll Surg. 2020 Sep;231(3):316-324.e1. doi: 10.1016/j.jamcollsurg.2020.06.006 [original work]

**52.** **Lynch JB**, Davitkov P, Anderson DJ, Bhimraj A, Cheng VC, Guzman-Cottrill J, Dhindsa J, Duggal A, Jain MK, Lee GM, Liagn SY, McGeer A, Lavergne V, Mura MH, Mustafa RA, Morgan RL, Falck-Ytter Y, Sultan S. Infectious Diseases Society of America Guidelines on

Infection Prevention in Patients with Suspected or Known COVID-19. Clin Infect Dis.
2020 Jul 27:ciaa1063. doi: 10.1093/cid/ciaa1063 [guideline]

53. Long D, Chan JD, Bryson-Cahn C, **Lynch JB**. Epidemiology of Surgical Site Infection in
Spinal Fusion Surgery and Patterns of Discordance with Surgical Antibiotic Prophylaxis: A
Retrospective Case-Level Analysis. Spine (Phila Pa 1976). 2020 Aug 12. doi:
10.1097/BRS.0000000000003603 (2020). [original work]

54. Corcorran MA, Olin S, Rani G, Nasenbeny K, Constantino-Shor C, Holmes C, Quinnan L,
Solan W, Snoeyenbos G, Roxyby A, Greninger A, Jerome K, Neme S, **Lynch JB**, Dellit T,
Cohen S.  Prolonged Persistence of PCR-detectable Virus During an Outbreak of SARS-
CoV-2 in an Inpatient Geriatric Psychiatry Unit in King County, Washington. Am J Infect
Control. 2020 Aug 19:S0196-6553(20)30806-3. doi: 10.1016/j.ajic.2020.08.025 [original
work]

55. Horn, D. L., Roberts, E. A., Shen, J., Chan, J. D., Bulger, E. M., Weiss, N. S., **Lynch, J. B**.,
Bryson-Cahn, C., & Robinson, B. R. H. (2020). Outcomes of β-Hemolytic Streptococcal
Necrotizing Skin and Soft-tissue Infections and the Impact of Clindamycin Resistance.
*Clinical Infectious Diseases: An Official Publication of the Infectious Diseases Society of
America*. https://doi.org/10.1093/cid/ciaa976 [original work]

56. Mani, N. S., Lan, K. F., Jain, R., Bryson-Cahn, C., **Lynch, J. B.,** Krantz, E. M., Bryan, A., Liu,
C., Chan, J. D., Pottinger, P. S., & Kim, H. N. (2020). Post-Prescription Review with Threat
of Infectious Disease Consultation and Sustained Reduction in Meropenem Use Over
Four Years. *Clinical Infectious Diseases: An Official Publication of the Infectious Diseases
Society of America*. https://doi.org/10.1093/cid/ciaa1279 [original work]

57. Horn, D. L., Roberts, E. A., Shen, J., Chan, J. D., Bulger, E. M., Weiss, N. S., **Lynch, J. B**.,
Bryson-Cahn, C., & Robinson, B. R. H. (2020). Outcomes of β-Hemolytic Streptococcal
Necrotizing Skin and Soft-tissue Infections and the Impact of Clindamycin Resistance.
*Clinical Infectious Diseases: An Official Publication of the Infectious Diseases Society of
America*. https://doi.org/10.1093/cid/ciaa976 [original work]

58. Chan, J. D., Ta, A., **Lynch, J. B**. & Bryson-Cahn, C. Follow-up blood cultures in E. coli and
Klebsiella spp. bacteremia-opportunities for diagnostic and antimicrobial stewardship.
Eur. J. Clin. Microbiol. Infect. Dis. (2021) doi:10.1007/s10096-020-04141-x [review]

59. Huang, J., Kassamali Escobar, Z., Bouchard, T. S., Lansang, J. M. G., Jain, R., Chan, J. D.,

(127 of 208), Page 127 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 127 of 208

Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3888    Page 60 of 133

**Lynch, J. B**., D'Angeli, M. A., May, L. S., & Bryson-Cahn, C. (2021). Finding the path of least resistance: Locally adapting the MITIGATE toolkit in emergency departments and urgent care centers. *Infection Control and Hospital Epidemiology: The Official Journal of the Society of Hospital Epidemiologists of America*, 1–3. [original work]

60. McEwen, A. E., Cohen, S., Bryson-Cahn, C., Liu, C., Pergam, S. A., **Lynch, J.**, Schippers, A., Strand, K., Whimbey, E., Mani, N. S., Zelikoff, A. J., Makarewicz, V. A., Brown, E. R., Bakhash, S. A. M., Baker, N. R., Castor, J., Livingston, R. J., Huang, M.-L., Jerome, K. R., … Roychoudhury, P. (2021). Variants of concern are overrepresented among post-vaccination breakthrough infections of SARS-CoV-2 in Washington State. *Clinical Infectious Diseases: An Official Publication of the Infectious Diseases Society of America*. https://doi.org/10.1093/cid/ciab581 [original work]

61. Brown, A., Schwarcz, L., Counts, C. R., Barnard, L. M., Yang, B. Y., Emert, J. M., Latimer, A., Drucker, C., **Lynch, J**., Kudenchuk, P. J., Sayre, M. R., & Rea, T. (2021). Risk for Acquiring COVID-19 Illness among Emergency Medical Service Personnel Exposed to Aerosol-Generating Procedures. *Emerging Infectious Diseases*, *27*(9). https://doi.org/10.3201/eid2709.210363 [original work]

62. Lopez, M. J., Mack, C., Bliss, T., Wasserman, E. B., Myers, E., Solomon, G., **Lynch, J.,** Casolaro, A., Osterholm, M., Hanfling, D., Mayer, T., & Sills, A. K. (2022). Observed Versus Expected COVID-19 Infections Among National Football League Players During the 2020 Season. *Epidemiology* , *33*(2), 193–199. [original work]

63. Castillo AY, Zelikoff A, Chan JD, **Lynch JB**, Bryson-Cahn C. Rapid molecular severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) testing in hospital employees with mild, nonspecific respiratory symptoms facilitates expedient return to work. Infect Control Hosp Epidemiol. 2023 May;44(5):813-816. doi: 10.1017/ice.2022.24. Epub 2022 Feb 28. [original work]

64. Liu F, MacDonald B, Jain R, Bryson-Cahn C, Martinez-Paz N, **Lynch JB**, Pottinger PS, Chan JD, Kassamali Escobar Z. Prevalence and treatment of asymptomatic bacteriuria at academic and critical-access hospitals-Opportunities for stewardship efforts. Infect Control Hosp Epidemiol. 2023 Jun;44(6):979-981. doi: 10.1017/ice.2022.143. [original work]

65. Parrish C, Phares CA, Fredrickson T, **Lynch JB**, Whiteside LK, Duber HC. Evaluation of an Emergency Department Influenza Vaccination Program: Uptake Factors and Opportunities. West J Emerg Med. 2022 Aug 19;23(5):628-632. doi: 10.5811/westjem.2022.5.55227. [original work]

66. Kassamali Escobar Z, Thomasson S, Bouchard T, Kvak S, Lee KM, Lansang JM, **Lynch JB**, May L, D'Angeli M, Bryson-Cahn C. (2022). Experience with two antimicrobial prescribing tools in ambulatory care settings. Antimicrob Steward Healthc Epidemiol. 2022 Aug 11;2(1):e141. doi: 10.1017/ash.2022.278. [original work]

67. Kunapaisal T, Guo S, Gomez C, Theard MA, **Lynch JB**, Lele AV, King MA, Buckley R, Vavilala MS. (2023). Bacterial Brain Abscess and Life-Threatening Intracranial Hypertension Requiring Emergent Decompressive Craniectomy After SARS-CoV-2 Infection in a Healthy Adolescent. Cureus. 2023 Mar 16;15(3):e36258. doi: 10.7759/cureus.36258. eCollection 2023 Mar. [original work]

68. Simmons WF, Chan JD, Budak JZ, Dhanireddy S, Green ML, Jain R, Neme S, Rietberg K, Roxby AC, **Lynch JB**, Bryson-Cahn C. (2023). Antibiotic prescribing patterns for bacterial superinfection of mpox: A retrospective cohort study in an urban center. Antimicrob Steward Healthc Epidemiol. 2023 Jun 29;3(1):e108. doi: 10.1017/ash.2023.158 [original work]

69. Chow EJ, **Lynch JB**, Zerr DM, Riedo FX, Fairchok M, Pergam SA, Baliga CS, Pauk J, Lewis J, Duchin JS (2023). Lessons from the COVID-19 Pandemic: Updating Our Approach to Masking in Health Care Facilities. Ann Intern Med. 2023 Aug 22. doi: 10.7326/M23-1230. [original work]

70. Horn DL, Chan JD, Li K, Bulger EM, **Lynch JB**, Robinson BRH, Bryson-Cahn C. Defining the Optimal Antibiotic Duration in Necrotizing Skin and Soft Tissue Infections: Clinical Experience from a Quaternary Referral Center. Surg Infect (Larchmt). 2023 Oct;24(8):741-748. doi: 10.1089/sur.2022.294. Epub 2023 Sep 26. PMID: 37751587; PMCID: PMC10615078.

71. Hartlage W, Bryson-Cahn C, Castillo AY, Jain R, **Lynch JB**, Martinez-Paz N, Chan JD, Kassamali Escobar Z. Asymptomatic bacteriuria in critical-access hospitals: Prevalence and patient characteristics driving treatment. Infect Control Hosp Epidemiol. 2023 Nov 6:1-4. doi: 10.1017/ice.2023.220. Epub ahead of print. PMID: 37929617. [original work]

72. Castillo AY, Chan JD, **Lynch JB**, Bryson-Cahn C. How to disagree better: utilizing advocacy-inquiry techniques to improve communication and spur behavior change. Antimicrob Steward Healthc Epidemiol. 2023 Nov 6;3(1):e201. doi: 10.1017/ash.2023.457. PMID: 38028895; PMCID: PMC10654947. [original work]

73. Chow EJ, Lee L, Lenahan J, Pogosjans S, Baliga C, Fairchok M, **Lynch JB**, Pauk J, Riedo FX, Thottingal P, Zerr DM, Turner N, Lewis J, Sakata V, Duchin JS. Community respiratory viral metrics to inform masking in healthcare settings: A regional consensus approach. Infect Control Hosp Epidemiol. 2024 Feb 12:1-3. doi: 10.1017/ice.2024.10. PMID:

38344925. [original work]

**74.** Long DR, Bryson-Cahn C, Waalkes A, Holmes EA, Penewit K, Tavolaro C, Bellabarba C, Zhang F, Chan JD, Fang FC, **Lynch JB**, Salipante SJ. Contribution of the patient microbiome to surgical site infection and antibiotic prophylaxis failure in spine surgery. Sci Transl Med. 2024 Apr 10;16(742):eadk8222. doi: 10.1126/scitranslmed.adk8222. Epub 2024 Apr 10. PMID: 38598612. [original work]

### b. MedEdPortal Publications

1. UW School of Medicine Invaders and Defenders Course Module: "Introduction to Microbiology". Teaching module composed of a slide deck, facilitator notes, and interactive session (2015).

2. UW School of Medicine Invaders and Defenders Course Module: "Infectious Disease Diagnosis and Decision Making, Empiric vs Directed Therapy". Teaching module composed of a slide deck, facilitator notes, and interactive session (2015).

3. "Orbital Cellulitis and ID Principles". RWJF Reimagining Medical Education. Teaching video as part of a 5 medical school collaborative to reinvent microbiology and immunology teaching for medical students. Link: https://www.youtube.com/watch?v=ibuEGwrbmrA

4. University of Washington Department of Occupational and Environmental Medicine on-line course, "Infection Prevention & Control on Farms", https://osha.washington.edu/professional-development/course/ipcfarms-020320, launch April 6th, 2020, Department of Environmental & Occupational Health Sciences.

5. "Adult Antimicrobial Renal Dosing Guideline 2016", Jain R, Chan JD, Pottinger P, **Lynch JB**. UW OCCAM, link: https://occam.uwmedicine.org/uw-occam-library/guidelines-library/adult-antimicrobial-renal-dosing-guidelines-2016/

6. "Antimicrobial Prophylaxis for Open Fractures", **Lynch JB**. UW OCCAM, link: https://occam.uwmedicine.org/uw-occam-library/guidelines-library/antibiotics-for-open fractures/

7. "Facial and Mandibular Fracture Antimicrobial Prophylaxis Guideline", **Lynch JB**. UW OCCAM, link: https://occam.uwmedicine.org/uw-occam-library/algorithm-library/facial-and-mandibular-fracture-antimicrobial-prophylaxis-guideline/

8. "UW Medicine Antibiotic Reference Kit", Jain R, Chan JD, Pottinger P, **Lynch JB**. UW OCCAM, link: https://occam.uwmedicine.org/uw-medicine-antibiotic-reference-kit/

9. UW Tele-Antimicrobial Stewardship website: www.uwtasp.org, Martinez-Paz N, Chan JD, Bryson-Cahn C, Kassamali-Escobar Z, L**ynch JB**

### c. Book Chapters

Pediatric Malaria, *Textbook of Clinical Pediatrics*, 2nd Edition, ed. Elzouki AY. Springer-Verlag, 2011.

**d. Published Books, Videos, Software, etc.**

UW Tele-Antimicrobial Stewardship Pacific Northwest Antimicrobial Use Guidebook, Martinez-Paz N, Chan JD, Bryson-Cahn C, Kassamali-Escobar Z, **Lynch JB**, Volumes 1 and 2. www.uwtasp.org

**e. Other publications**

Lynch JD, Huster K. In Triaging Coronavirus, Prioritize Vulnerable, Healthcare Workers. Seattle Times, March 12, 2020 [editorial]

**f. Manuscripts Under Review**

**g. Abstracts**

1. Robertson MN, Mossman S, **Lynch JB**, Greenberg PD. *SIV-specific Cytotoxic T-lymphocytes Induced by DNA Immunization*. 12th World AIDS Conference Geneva June 28-July 3 (1998).

2. **Lynch JB**, Herz AM, Greenberg PD. *Oral Inoculation with HIV-2 Elicits a Gag-specific Cytotoxic T-cell Response in Juvenile but not Neonatal Macaques*. 12th World AIDS Conference Geneva June 28-July 3 (1998).

3. **Lynch JB**, Ohlen C, Mulvania T, Greenberg PD. *Enhancement of the Murine Immune Response to Vaccination using FLT-3 Ligand* (Oral Presentation). American Federation for Medical Research Western Regional Conference. Carmel, CA February 9-12 (2000).

4. **Lynch JB**, Handsfield HH, Golden MR. *Successful Referral of Hepatitis C Infected Persons Detected through Screening at a Public STD Clinic.* National STD Conference. San Diego, CA. March 4-March 7 (2002).

5. **Lynch JB**, Ndauti R, John-Stewart G, Richardson B, Overbaugh J. *Potent and Broad HIV-specific Neutralizing Antibodies in Infants Are Not Associated with Prevention of Mother to Infant HIV Transmission*. AIDS Vaccine 2009. Paris, France. October 19-22 (2009).

6. Clemens EC, Chan, JC, **Lynch JB**, Dellit TH. *Relationship between Vancomycin Minimum Inhibitory Concentration, Dosing Strategies and Outcomes in Methicillin-Resistant* Staphylococcus aureus *Bacteremia.* Infectious Disease Society of America Conference.

Vancouver, BC, Canada. October 20-24 (2010).

7. <u>Oral Abstract Presentation:</u> McNamara E, **Lynch JB**, Dellit TH. *Multifaceted Approach to Prevention and Management of Ventilator-Associated Pneumonia*. University Health Consortium Annual Conference 2011- LEAP: Lead, Excel, Achieve, Perform. Chicago, IL, USA. September 21-23 (2011).

8. Chan JD, McNamara E, Dellit T, **Lynch JB**. *Active surveillance cultures of Methicillin-Resistant Staphylococcus aureus (MRSA) as a tool to predict MRSA ventilator associated pneumonia.* Infectious Diseases Society of American Conference, Boston, MA, October 20-24, 2011.

9. Chan JD, McNamara E, Dellit T, **Lynch JB**. *The Impact of an Infection Control Bundle on Ventilator Associated Pneumonia Pathogens in the Intensive Care Units.* Infectious Diseases Society of American Conference, Boston, MA, October 20-24, 2011.

10. <u>Oral Abstract Presentation:</u> **Lynch JB**, Jain R, Dellit, T. *Antimicrobial Stewardship.* University Health Consortium Annual Conference, Sept 13-14, 2012.

11. **Lynch JB**, Whimbey E, McNamara E, Mertens K, Maher K, Dellit TH. *High Level Influenza Vaccination of Healthcare Workers using One-on-one Education*. Infectious Diseases Society of American Conference, Boston, MA, October 17-21, 2012.

12. Choudhuri J, **Lynch JB**, Dellit T. *Enhanced Surveillance and Improved Efficiency Using an Automated Surveillance System for Detection of Nosocomial Multidrug Resistant Organisms.* Infectious Diseases Society of American Conference, Boston, MA, October 17-21, 2012.

13. Weissman S, Curtis D, Drekonja D, Beekman S, Buckmaster BP, **Lynch JB**, Abbott A, Fang F, Polgreen PM. *CaseFinder: A flexible real-time online surveillance registry for infectious disease physicians to report cases of carbapenem-resistant* Enterobacteriacea*(CRE). International Society for Disease Surveillance Conference, San Diego, CA, December 4-5, 2012.*

14. Maher K, Whimbey E, McNamara E, Mertens K, Dellit TH**, Lynch JB**. *Vaccination of Healthcare Workers Without a Mandate*. Seattle Nursing Research Symposium, Seattle, WA, January 28th, 2013.

15. Choudhuri JA, Chan JD, Hafermann MJ, Fulton C, Melius E, Schreuder AB, McNamara E, Pergamit R, **Lynch JB**, Dellit TH. *Shared Hoppers: A novel risk factor for the transmission of* Clostridium difficile. ID Week 2013. San Francisco, CA. October 5th, 2013.

16. Oral Abstract Presentation:  Dellit TH, Chan JD, Fulton C, Pergamit R, McNamara E, Kim L, Ellenbogen R, **Lynch JB**. *Reduction in Clostridium difficile infections among neurosurgical patients through the discontinuation of antimicrobial prophylaxis for the duration that an external ventricular drain remains in place.* ID Week 2013. San Francisco, CA. October 3rd, 2013.

17. Hafermann M, **Lynch** JB. *Peri-operative Antibiotics: A Risk Factor for Developing Clostridium difficile in the TSICU*. Society for Critical Care Medicine 43rd Critical Care Congress, San Francisco, 2014.

18. Chu H, Huang D, Martine R, Jerome K, Dellit T, **Lynch JB**, Pottinger P, Chan J, Jain R, Kuypers J, Englund J. *Impact of Rapid Influenza PCR Testing on Inpatient Clinical Outcomes*. IDWeek, Philadelphia, PA, 2014.

19. Oral Abstract Presentation. Beieler AB, Dellit TH, **Lynch JB**. *OPAT in a Homeless Population.* IDWeek, Philadelphia, PA, 2014.

20. Garland TN, Rosser JI, **Lynch JB**. *Rifampin and Miliary Tuberculosis: A Cautionary Tale*. American College of Physicians Washington Chapter 2014 Annual Meeting, Oct 9th, 2014, Seattle, WA.

21. Morcos M, Garland TN, Logerfo J, Baird GS, **Lynch JB.** *Crystals in Time May Come*. Society of General Internal Medicine 2015 Northwest Regional Meeting, Feb 6th, 2015, Portland, OR.

22. Nandita Mani, MD; **John B. Lynch, MD, MPH**; Jeannie D. Chan, PharmD, MPH. *Clinical Outcomes and Severity of Disease in BI/NAP1/027 Clostridium difficile Infections.* Poster presentation, American College of Physicians Regional Chapter Meeting, November 2015.

23. Nandita Mani, MD; **John B. Lynch, MD, MPH**; Jeannie D. Chan, PharmD, MPH. *Clinical Outcomes and Severity of Disease in BI/NAP1/027 Clostridium difficile Infections Compared to Non-NAP1 Strains*. Poster presentation, American College of Physicians Regional Chapter Meeting, May 2016.

24. Zhou Y, Lewis L, McIntosh M, Fang F, Pergamit R, Dellit TH, **Lynch JB**. *Risk Factors for Clostridium Difficile Infection in Colonized ICU Patients.* ID Week 2017, San Diego, CA.

25. Zhou Y, Martinez-Paz N, **Lynch JB**, Pottinger P. *Using Tele-Antimicrobial Stewardship to Reach Rural Hospitals in Washington State*. IDWeek 2017, San Diego, CA.

26. Ekici S, Gustafson K, Boonyaratoanakornkit J, **Lynch JB**, Lewis L, Haglund M, Chu HY. *Risk Factors and Clinical Outcomes due to Respiratory Syncytial Virus Hospitalization in Adults.*  ACP Conference 2017.

27. Haglund M, **Lynch JB**, Lewis L, Kuypers J, Chu HY. *Molecular epidemiology of severe RSV disease in hospitalized adults in Seattle, Washington, USA*. RSV Vaccine for the World Meeting 2017, Malaga, Spain.

28. Kvak S, **Lynch JB**, Pottinger PS, Martinez-Paz N, D'Angeli MA. "*Tele-Antimicrobial Stewardship for Critical Access Hospitals*, Council on State and Territorial Epidemiologists Annual Conference 2018, West Palm Beach, FL

29. Cheng CW, Cizik AM, Dagal AHC, Lewis L, **Lynch JB**, Bellabarba C, Bransford RJ, Zhou H. *Body mass index and the risk of surgical site infection following posterior cervical instrumented fusion in both trauma and non-trauma patients*, American Academy of Orthopedic Surgeons Conference 2018, St. Louis, MO

30. Meagher AD, Lind M, Senekjian I, Iwuchukwu C, **Lynch JB,** Cuschieri J, Robinson B. *Ventilator Associated Events are Associated with Worse Outcomes in Trauma Patients, American* Association for the Surgery of Trauma Conference 2018, San Diego, CA

31. Long D, Chan J, Bryson-Cahn C, Lynch JB. *Epidemiology of Surgical Site Infection in Spinal Fusion Surgery and Patterns of Discordance with Surgical Antibiotic Prophylaxis: A Retrospective Case-Level Analysis,* International Anesthesia Research Society 2019, Montreal, Canada

31. McIntosh M, **Lynch JB**, Bryson-Cahn C, Makarewicz V. *Review of Healthcare-Associated Bloodstream Infections: Engaging Frontline Providers,* UW Certificate in Patient Safety and Quality Program 2019.

32. Martinez-Paz N, Kassamali-Escobar Z, Bryson-Cahn C, **Lynch JB**. *Tele-Antimicrobial Stewardship in Critical Access Hospitals in Washington State*, National Rural Health Association's 42nd Annual Conference, Atlanta, GA 2019.

## 17. Talks and Presentations

|  |  |
|---|---|
| 2010 | 23 lectures |
| 2011 | 31 lectures |

| | |
|---|---|
| 2012 | 23 lectures |
| 2013 | 20 lectures |
| 2014 | 20 lectures |
| 2015 | 9 lectures |
| 2016 | 20 lectures |
| 2017 | 14 lectures |
| 2018 | 13 lectures |
| 2019 | 22 lectures |

<u>2020</u>

| | |
|---|---|
| Jan 17 | "Opioid Use Disorder Treatment and the ID Physician", Infectious Diseases Society of America Clinical Fellow's Conference, Naples, FL |
| Feb 19 | "The Novel Coronavirus and Pandemic Disease Preparedness", Panel Speaker, The UW MetaCenter for Pandemic Preparedness and Global Health Security, Seattle, WA |
| May 18 | "Pandemic Response", Hospital Association of New York |
| Jun 3 | "The Seattle Experience: Insights for New COVID-19 Challenges", America's Essential Hospitals webinar |
| Jun 16 | "COVID-19 Lessons Learned for a System-Wide Approach", Sepsis Conference, Seattle, WA |
| Sep 17 | "COVID-19 Update", Washington State Orthopedics Association |
| Oct 14 | "COVID-19: Is There an End in Sight?", Next Generation Medicine Lecture |
| Nov 14 | "COVID-19 Situation", The Mountaineers Board of Trustees |

<u>2020 Invited Lectures (cancelled due to COVID-19)</u>

| | |
|---|---|
| Apr 14 | "Next Generation Medicine: Coronavirus, Ebola, Zika: What You Need to Know About Emerging Viral Diseases", Next Generation Medicine Lecture, UW School of Medicine, Spokane, WA |
| Summer | "A Global Perspective on Antimicrobial Resistance", Keynote Speaker, Antimicrobial Resistance and Stewardship Conference, Aga Kahn University Medical Center, Nairobi, Kenya |
| Sep 15 | "Healthcare System Response to Protect and Serve in the Age of COVID-19", UW EMS & Trauma Conference, Seattle, WA |

<u>2021</u>

| | |
|---|---|
| Jan 9 | "COVID-19 and the Healthcare System Response", Washington Thoracic Society |

<u>2022</u>

2022    Tele-Antimicrobial Stewardship, Mayo Clinic Infectious Diseases Practice Update

## 18. Other Employment
n/a

## 19. Expert Depositions/Testimonies

| Date | Case | Total Invoiced ($) | Action |
| --- | --- | --- | --- |
| 5/28/2024 | IBEW Local Union No. 77 on Behalf of Isaac Tenney v. City of Seattle | 1950 | arbitration |
| 10/4/2023 | King County Police Officers Guild and Puget Sound Police Managers Association v. King County | 5100 | arbitration |
| 9/25/2023 | IBEW Local Union No.77 on Behalf of Kristine Huffaker v. Seattle City Light, City of Seattle | 2250 | arbitration |
| 6/28/2023 | Bellingham Police Guild v. City of Bellingham | 1650 | PERC hearing |
| 6/8/2023 | Teamsters Locals 117 & 174 (Consolidated) v. King County | 2400 | arbitration |
| 5/18/2023 | Eastside Fire and Rescue and IAFF 2878 v. City of Issaquah | 2100 | arbitration |
| 3/30/2023 | Local 763 on Behalf of Brian Renninger v. Puget Sound Clean Air Agency | 900 | arbitration |
| 1/4/2023 | Alana McCoy v. Port of Seattle City of Seattle | 1050 | arbitration |
| 11/1/2022 | City of Snoqualmie v. Snoqualmie Police Association (on behalf of Chad Ridout) | 900 | arbitration |

| 9/7/2022 | City of Snoqualmie vs. Snoqualmie Police Association | 2175 | arbitration |
| 4/15/2022 | Shannon Bean v. Alaska Airlines | 600 | arbitration |

# EXHIBIT B

# COVID-19 transmission across Washington State

## Washington State Department of Health
September 22, 2021



To request this document in another format, call 1-800-525-0127. Deaf or hard of hearing customers, please call 711 (Washington Relay) or email civil.rights@doh.wa.gov.

Publication Number 820-114

For inquiries about this report from media, contact the Public Information Desk: doh-pio@doh. wa.gov

# SitRep 39: COVID-19 transmission across Washington State

Gitanjali Singh[1], Ian Painter[1], Juan M. Lavista Ferres[2], Ruth Etzioni[3], Barbra A. Richardson[3,4], Cathy Wasserman[1]

[1]Washington State Department of Health; [2]Microsoft AI For Health; [3]Fred Hutch Cancer Center; [4]University of Washington

*Results as of September 21, 2021.*

The current Situation Report is based on complete data through September 8. The most recent 10 days are considered incomplete as it takes several days for the Washington State Department of Health to receive 90% of reported cases, hospitalizations and deaths. We continue to work on decreasing these time frames. Note that both statewide and county-specific trends since September 8 may have changed. To assess changes, you can review the most up to date picture of case, hospital admission, and death trends including incomplete data on the Epidemiology Curves tab of the WADoH COVID-19 data dashboard. Incomplete data will continue to populate in the coming days, so flattening or decreasing trends may or may not persist. Increasing trends in the incomplete data, though, will likely only grow.

### *Summary of current situation*

**Overview:** Current model results based on data through September 8 indicate that COVID-19 transmission in Washington state is increasing, with R-effective slightly above 1 as of September 2. Prevalence of COVID-19 increased sharply from early July through mid-August and more slowly since. Current prevalence exceeds the peak levels observed in the winter surge of 2020.

**Cases:** Since the last report, case counts continued to increase statewide before reaching a peak in late-August. They dropped over the Labor Day weekend but have since rebounded. Testing shortages have been reported across the state, and it is not known how they may be impacting case counts. Case rates remain extremely high in most counties across the state as of September 8.

**Hospital admissions:** Hospital admissions also continued to increase over the past month, recently peaking at a level 60% higher than winter 2020. Admission rates appear to be flattening or declining slightly, as is overall COVID-related hospital occupancy. Both admissions and occupancy remain at extremely high levels.

**Variants:** The B.1.617.2/delta variant maintains predominance.

**Outlook**: Hospitals across the state are operating at full capacity, and projections suggest that high levels of occupancy are likely to persist through the fall.

**Public health action:** Vaccinate to reduce COVID-19 transmission. Wear a mask in public indoor settings and crowded outdoor settings, regardless of vaccination status, and avoid crowded situations. Vaccinate against influenza to prepare for flu season. In tandem, these actions will help prevent further burden on the healthcare system.

1

(140 of 208), Page 140 of 208Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 140 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3901    Page 73
of 133

### *Statewide estimates of the effective reproductive number*

Using data from the <u>Washington Disease Reporting System</u> (WDRS) through September 8, we are reporting the effective reproductive number ($R_e$) as of September 2. The green line and green-shaded region shows estimates of total $R_e$ which accounts for contributions from behavior, variants, and population immunity, either from prior infection or due to vaccination. On September 2, $R_e$ was likely between 1.04 and 1.24, with a best estimate of 1.14. $R_e$ increased sharply in early July, reflecting rapidly increasing transmission across the state due to the delta variant. The drop in $R_e$ starting the end of July could reflect increases in preventive behaviors, such as masking, as people became more aware of the delta surge. The recent increase in $R_e$ above one in early September could reflect actual increases in transmission, or could result from increases in health-seeking behaviors such as testing and hospital admission after the Labor Day holiday. To reduce levels of cases and hospitalizations, total $R_e$ needs to maintain a value substantially below 1 for a sustained period of time. Achieving this will require a combination of a high level of vaccination and widespread adoption of behaviors that reduce exposure and transmission including wearing masks in public indoor settings and crowded outdoor settings, or avoiding crowded settings altogether, regardless of vaccination status.



**Figure 1**: $R_e$ estimates for Washington state. The green line and green-shaded region depict the "total" $R_e$, which accounts for behavior, variants, and population immunity.

### Model-based statewide prevalence

On September 8 , overall prevalence (the percentage of Washington state residents with active COVID-19 infection) in Washington state was likely between 0.52% and 1.42%, with a best estimate of 0.94% (Figure 2). This translates to 1 in 106 WA residents currently estimated to have an active COVID-19 infection (symptomatic and asymptomatic). Prevalence increased sharply through July, exceeding levels during  the third wave of infection in the winter of 2020.  A slight dip in prevalence occured in late August, but it rebounded in early September.



***Figure 2***: *Model-based prevalence estimates (bottom, 95% CI shaded) and model fit to cases (top left), hospitalizations (top middle) and deaths (top right) for Washington state. Prevalence is the percentage of Washington state residents with active COVID-19 infection.*

### Model-based statewide immunity

On September 8, we estimate that overall population immunity to SARS-CoV-2 in Washington state was between 59.0% and 62.6% with a best estimate of 60.6% (Figure 3). Immunity derived from prior infection was around 19.7% (95% uncertainty interval: 18.3% to 21.2%), and additional immunity derived from vaccination was around 40.9% (95% uncertainty interval: 39.4% to 42.3%). Overall immunity has increased more rapidly since August, reflecting increases in immunity from prior infection due to the delta surge.



*Figure 3*: *Model-based estimates of population-level immunity to SARS-CoV-2 infection as of September 8. Overall population immunity is indicated in the blue line and shaded area. The percent of the population deriving immunity from prior infection, is shown in orange. Individuals who acquire immunity from both infection and vaccination are counted in the immunity from prior infection estimate. The additional percent of the population deriving immunity only from vaccination at least 14 days prior is shown in purple. Note that these estimates assume that either prior infection or vaccination give individuals long-term immunity against all SARS-CoV-2 variants, so waning of immunity after infection is not accounted for.*

(143 of 208), Page 143 of 208
Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 143 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3904    Page 76 of 133

### Trends in cases, hospital admissions, and deaths

**Case counts** have increased sharply since early July. The seven-day rolling average case count declined from a peak of 2941 on January 8 to 744 cases per day as of February 15, remained at that level for a month, increased to 1519 cases per day as of April 23, declined to 375 as of July 3 and increased to a peak of 3476 as of August 31. Cases have since declined to 3195 as of Sept 8. (Figure 4)

**Hospital admissions** also started increasing in early July and far exceeded admission levels at the peak of the winter surge of 2020. The seven-day rolling average of hospital admissions declined from a peak of 116 on January 6 to 31 as of March 6, flattened near that level until late March, increased to a peak of 84 as of April 27, declined to a low of 29 as of June 16, and flattened at around 30 through July 8. Admissions increased to 190 as of Aug 27, and have since declined slightly to 186 as of Sept. 8.

**Deaths** began increasing sharply in early August. The seven-day rolling average of deaths declined from a peak of 32 on January 10 to 5 as of March 23, and varied between 5 and 10 deaths per day through late July. Deaths increased rapidly in August, reaching 27 per day as of August 28 (note that there is an earlier cut-off date for deaths because of the additional time it takes for deaths to be verified and entered in the state vital records database).



**Figure 4**: Seven-day rolling case counts (left panel), hospital admissions (middle panel) and deaths (right panel) for Washington from July 2020 through September 8 (cases and hospitalizations) and August 28 (deaths) 2021. Because of how confirmed deaths are being reported, we are using an earlier cutoff for data on daily mortality.

### County-level trends

**Case counts** (Figure 5a): County-level case counts as of Sept 8:

- Case counts in the five largest counties (Clark, King, Pierce, Snohomish, Spokane) remain at levels exceeding their winter 2020 peak, but show recent flattening or declines.
- Among middle-sized counties, cases are also at or above prior peaks. Thurston is seeing increases in counts. Grant, Cowlitz, Skagit, Benton, Yakima, and Kitsap show flattening in counts. Franklin and Whatcom show declining counts.
- Among small counties, counts are increasing in Stevens, Grays Harbor, Lincoln, and Pacific. Counts are flattening in Douglas, Kittitas, Whitman, Walla Walla, Mason, and Island. Counts are declining in Okanogan, Clallam, Lewis, Pend Oreille, Jefferson, and Klickitat. All other small counties have fewer than 10 cases per day.
- Testing shortages have been reported from across the state, and it is unclear to what extent they may be playing a role in the flattening or declining case counts observed in some counties.

**Case rates** (Figure 5b): Figure 5 b shows the large increase in county-specific case rates across the state for the 2-week period ending on Sept 8 compared to the 2-week period ending on August 6. For the

period ending on Sept 8:

- 32  (the majority of) counties had rates above 500 per 100,000. 16 of those had rates over 1,000 per 100,000. No counties had 14 day rates below 100 per 100,000 people.



*Figure 5a*: Daily COVID-19 positives (shaded areas) and 7-day moving averages (curves) arranged geographically and colored by COVID-19 activity level (total cases from August 26 to September 8 per 100,000 people). Case trends across counties highlight geographic correlations and help us better understand region-level estimates of the transmission rate (see Figure 1).

(146 of 208), Page 146 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 146 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3907    Page 79
of 133





*Figure 5b*: 14-day COVID-19 case rates (cases per 100,000 people) by county over two time periods, the two-week period ending on August 6 (left), and the two-week period ending on September 8 (right).

(147 of 208), Page 147 of 208Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 147 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3908    Page 80
of 133

### Trends in case rates by age group

Across Washington state, 14-day case rates (cases per 14-day period per 100,000 people) increased sharply in all age groups from early July through mid-August (Figure 6). As of September 8, case rates in many age groups show a dip and rebound related to the Labor Day holiday. The rebounds appear sharper in the 0-9 and 10-19 age groups (shown in the lower panel for improved visibility) than in the 20-69 population.



**Figure 6.** 14-day case rates by 10-year age group across Washington state, as of September 8, 2021. The upper panel shows rates by 10-year age group for all ages 0-80+. The bottom panel shows the rates separately for the 0-19 population.

### Trends in hospital admission rates by age group

Hospital admission rates (first hospital admissions per 14-day period per 100,000 population) across Washington state began increasing in early July.  As of September 8, admission rates show a dip around Labor Day, and then a rebound in ages 70+, and flattening or slight declines in other adult age groups (Figure 7). Admission rates for ages 0-19 remain low.

The hospital admission data shown here are from WDRS and incorporate information from both case investigation/contact tracing, as well as syndromic surveillance, and represent the most reliable source of data on first hospital admissions for COVID-19, although data are less timely than the WA Health system. More current data (not shown) from the WA Health system, which rely on daily reports by hospital facilities around the state, show declines in hospital admissions in all adult age groups as of September 18, although rates remain high.

Vaccination continues to protect many Washington residents from serious illness. Hospital admission rates remain at least 9 times higher among the unvaccinated than among the fully vaccinated across age groups (for further details see the full DOH report on cases, hospitalizations, and deaths by vaccination status).



**Figure 7.**  Statewide 14-day hospital admission rate per 100,000 population by 10-year age group as of September 8.  The top panel shows the rates on a standard numeric scale, and the bottom panel shows the rates on a log scale to be able to better compare the rate of decline between age groups that have large differences in rates.

## Hospital occupancy

Across the state, the number of total hospital beds (Figure 8, top panel) and ICU beds (Figure 8, bottom panel) occupied by confirmed or suspected COVID-19 patients increased sharply starting in mid-July. Although some recent declines are apparent as of September 18, current occupancy levels still far exceed those observed during the peak of the third wave of infection in winter 2020.



**Figure 8.** *Total hospital beds and ICU beds occupied by confirmed or suspected COVID-19 patients reported through the WA Health system. Data collection for ICU beds occupied by COVID-19 patients started September 17, 2020. Hospital occupancy data has minimal reporting lag, and is shown here using data up to September 18, 2021. Both confirmed and suspected cases are included, rather than just confirmed cases, since this best reflects total resources being used. Note that bed occupancy will increase faster than admissions since patients being treated for COVID-19 generally stay in the hospital for several days.*

11

### Hospital admission projections

We have projected hospital admissions and occupancy through the end of December under two scenarios. The first scenario assumes transmission stays constant over the next two weeks at an $R_e$ value of 0.9, followed by a modest increase in transmission through December. The second scenario assumes a moderate increase in transmission through December, increasing at twice the rate of the first scenario. While vaccination provides much more protection this fall and winter compared to last year, exposure to COVID-19 and disease transmission continues to be influenced by our behavior. Potential increases in transmission could result from the combined effects of relaxations in NPI behavior, increased travel and holiday gatherings, increasing time spent indoors with people outside one's household, other seasonal related effects and school related transmission.

Under the first scenario we project that hospital admissions will continue to decrease through December, with the rate of decrease leveling off by the end of December at between 24 and 40 admissions per day (Figure 9), a level similar to the low points seen after prior waves. Under the second scenario the decrease in admissions levels out in mid-November, followed by increases through the end of December, reaching between 141 and 240 admissions per day at the end of December. Considerable uncertainty is inherent in both scenarios, and we have little data which we can use to estimate whether increases in transmission are more likely to be modest or moderate, yet they provide some insight into potential future burdens on the health system.



**Figure 9.** *Projections of hospital admissions based on two transmission scenarios, a scenario with modest increases in transmission (green line and shaded area), and a scenario with a moderate increase in transmission (red line and shaded area).*

### Hospital occupancy projections

We used the hospital admission projections described above to project hospital beds occupied under the two scenarios. The modest increase in transmission scenario projects a slow decrease in beds occupied by COVID patients through the end of December, reaching between 650 and 750 beds occupied per day. The moderate increase in transmission scenario results in a slow decrease in occupancy through early November, followed by increases through the end of the year, reaching between 1100 and 2000 beds occupied per day (Figure 10). Although the number of beds occupied by COVID patients is projected to fall in both scenarios through November, overall capacity will remain tight due to a build up of delayed care and as staffing shortages continue. Seasonal increases in hospital admissions related to other respiratory viruses including influenza will likely further increase occupancy.





**Figure 10.** *Projections of hospital occupancy based on two transmission scenarios, one based on a modest increase in transmission (upper panel), and the other based on a moderate increase in transmission (lower panel).*

### Fraction of cases attributable to variants of concern

Using genetic sequence data from DOH as well as collaborating institutions on the GISAID platform, we have estimated the fraction of cases in WA that are attributable to SARS-CoV-2 variants of concern and variants of interest. Extrapolating from data available through August 28, and using a multinomial generalized additive model, we estimate that as of September 20, nearly 100% of cases are due to the delta variant (B.1.617.2 and AY.1-33 sublineages) (Figure 11). Applying these estimates to the total number of cases, including those not sequenced, reveals that the number of cases of B.1.617.2/delta increased exponentially through late July, but may be plateauing slightly in early September, given that it has reached predominance. There is considerable uncertainty in these projected estimates due to the use of a method that only approximates a representative sample. Despite uncertainty in these estimates, they provide an informative picture of the evolution of SARS-CoV-2 variant strains in Washington state. A full report of whole genome sequencing of SARS-CoV-2 lineages circulating in Washington state is produced weekly by DOH.



**Figure 11**. *Estimated fraction of cases attributable to variants of concern in Washington State. Data used in this analysis exclude sequences obtained by targeting B.1.1.7/alpha. This figure shows a seven-day running average through August 28 (darker colors) and then a multinomial growth model nowcast through September 20 (lighter colors). For the figure, variants of interest B.1.427 and B.1.429/epsilon have been combined as they are closely related. To assist with public discussions of variants, WHO proposed using labels consisting of the Greek alphabet, i.e. alpha, beta, gamma, as a practical way to discuss variants by non-scientific audiences.*

### *Implications for public health practice*

Across Washington state, SARS-CoV-2 transmission increased exponentially over July corresponding to increasing predominance of the delta variant. Subsequently, $R_e$ declined through August, likely due to increases in protective population behaviors such as masking. $R_e$ has increased above one again as of early September, potentially reflecting increases in health-seeking behavior after Labor Day.  It remains to be seen if the increasing trend in $R_e$ will be sustained.  Prevalence increased sharply through mid-August and while it has flattened recently, current prevalence levels exceed peak prevalence in the winter of 2020.  Cases and hospital admissions, while lower than peaks at the end of August, remain very high and concerning.  Increases in overall beds occupied by confirmed or suspected COVID-19 patients as well as ICU beds occupied by COVID-19 patients  similarly  increased sharply in August, exceeding peak levels in the winter of 2020. Although a slight downturn in COVID-related hospital occupancy is evident in mid-September, levels remain extremely high, and hospitals across the state continue to operate at capacity.

The B.1.617.2/delta variant has become the predominant Variant of Concern (VOC) in Washington state, with close to 100% of cases attributable to this variant since mid-August. Current levels of population immunity are not sufficiently high to overcome this increased transmissibility of B.1.617.2/delta, which resulted in sharp increases in cases and hospital admissions across the state through mid-August, primarily among the unvaccinated. Vaccines continue to afford strong protection against severe disease, reducing strain on an already stretched health care system.

The near-term outlook suggests that we are likely to see continued high levels of cases and hospital admissions, with increasing deaths, given that $R_e$ remains close to 1.  The impact of school reopening on community transmission is still uncertain, although there has been some indication of recent increases in case rates among school-aged children, particularly in Eastern Washington.  The mid-to-long-term trajectory of both hospital admission projection scenarios presented above is being driven by the relative effects of increasing population-level immunity from infection and vaccination and increasing transmission. A modest increase in transmission is not projected to be sufficient to counteract the increases in population immunity that will occur. However a moderate increase in transmission would be sufficient. Such an increase would result in increasing hospital admissions especially among the estimated 39% of the population susceptible to infection.

Hospitals across the state continue to function at extremely high occupancy, near capacity, due to continued high volumes of COVID-19 cases and staffing shortages. This is impacting patients' ability to obtain timely  care for other conditions, including cancer treatment. Increased population vaccine uptake is critical to reducing transmission, but the impacts on healthcare services will not be seen immediately. To reduce transmission and burdens on the health care system in the short term it is critical to resume use of NPIs, particularly masking in public indoor settings and crowded outdoor settings, regardless of vaccination status. Avoiding crowded events such as sporting events, concerts, and fairs, as well as large parties and celebrations is also an important means of reducing transmission. Additionally, promoting vaccination against influenza is critical given the likelihood of a severe flu season this fall.  In tandem, these measures can help to prevent further pressure on the healthcare system across the state. Given the likelihood that high levels of occupancy will persist through the fall, compounded by flu season and

15

resumption of care for other conditions that may have been delayed by the current surge, any measures that can be taken to reduce transmission from now through the end of the year are warranted.

### Key inputs, assumptions, and limitations of the IDM modeling approach

We use a COVID-specific transmission model fit to testing and mortality data to estimate the effective reproductive number over time. The key modeling assumption is that individuals can be grouped into one of four disease states: susceptible, exposed (latent) but non-infectious, infectious, and recovered.

- For an in-depth description of our approach to estimating $R_e$ and its assumptions and limitations, see the most [recent technical report](#) on the modeling methods. The estimates this week and going forward use the updated method in that report, which results in some statistically-insignificant retrospective changes to $R_e$ relative to our [previous report](#).
- In this situation report, we use data provided by Washington State Department of Health through the [Washington Disease Reporting System (WDRS)](#). **We use the WDRS test, hospital admission, and death data compiled on September 17, and to hedge against delays in reporting, we analyze data as recent as September 8 across the state for cases and hospital admissions, and as recent as August 28 for deaths.** This relatively conservative hedge against lags in reports to reports of [increasing test delays](#).
- Estimates of $R_e$ describe average transmission rates across large regions, and **our current work does not separate case clusters associated with known super-spreading events from diffuse community transmission.**
- Results in this report come from data on testing, confirmed COVID-19 cases, and deaths (see [previous WA State report](#) for more details). Also as described [previously](#), estimates of $R_e$ are based on an adjusted epi curve that accounts for changing test availability, test-positivity rates, and weekend effects, but all biases may not be accounted for.
- This report describes patterns of COVID transmission across Washington state, but it does not examine factors that may cause differences to occur. The relationships between specific causal factors and policies are topics of ongoing research and are not addressed herein.
- **Our modelling framework has been updated to take vaccination data into account.** Detailed methodological documentation is currently being prepared by the Institute for Disease Modeling. At a high level, based on [observational data](#), our approach assumes that on average 58.0% (95% CI: 52% to 64%) of those vaccinated after the first dose and an additional 24.4% after the second dose (for a total of 82.4% [95% CI: 77% to 87%) are protected from SARS-CoV-2 infection 14 days after each dose. Among vaccinated people not protected from SARS-CoV-2 infection, our modelling framework assumes roughly 20% to be protected from experiencing severe COVID-19 symptoms (i.e. hospitalization or death) while still able to transmit the virus. One critical limitation to note is the use of the same assumptions for all vaccines. Therefore, for this report, the single-shot Johnson & Johnson vaccine was considered equivalent to first-doses of the Pfizer or Moderna vaccines. This limitation is not expected to have a large influence on results since the Johnson and Johnson vaccines currently constitute a small proportion (less than 4%) of the total vaccine doses administered to-date in Washington state.

16

## Collaboration notes

The Institute for Disease Modeling (IDM), Microsoft AI For Health, the University of Washington, and the Fred Hutchinson Cancer Research Center are working with WA DoH to provide support for regional modeling of case, testing, and mortality data across Washington State to infer effective reproduction numbers, prevalence, and incidence from data in the Washington Disease Reporting System. Modeling and analysis for the report are led by WA DoH and are based on models developed by IDM and advanced by Microsoft to better represent the state. The WA DoH wishes to thank IDM for their support in model development and implementation for this report, in particular, Dr. Niket Thakkar, PhD, and Dr. Mike Famulare, PhD, of IDM, who developed and shared software and programming scripts and provided technical and scientific advice to the WA DoH. This collaboration has evolved alongside the science, data systems, and analysis behind the models, and it reflects the ongoing commitment of all parties involved to improve our understanding of COVID-19 transmission and to support WA DoH in its public health mission. This collaboration and its outputs will continue to evolve as scientific frontiers and policy needs change over time.

These reports were previously published on the IDM InfoHub. Going forward, as of December, 9, 2020, new reports will be published on the DOH website. IDM will continue to provide technical assistance for the reports, as part of this collaboration.

# EXHIBIT C



Illness Data Dashboard.

The data on this dashboard is updated weekly. Updates occur on Wednesdays by 1 p.m. Pacific Time.

# EXHIBIT D



# EXHIBIT E

# COVID-19 Cases, Hospitalizations, and Deaths by Vaccination Status

## Washington State Department of Health

### September 29, 2021



To request this document in another format, call 1-800-525-0127. Deaf or hard of hearing customers, please call 711 (Washington Relay) or email civil.rights@doh.wa.gov.

**Publication Number:** 421-010

**For more information or additional copies of this report:**

Disease Control and Health Statistics
Public Health Outbreak Coordination, Information, and Surveillance
1610 NE 150th Street, MS: K17-9
Shoreline, WA 98155

Phone: 206-418-5700 (24-hour contact for local health jurisdictions only)
Email: DOH-PHOCIS-Surveillance@doh.wa.gov

2

# COVID-19 Cases, Hospitalizations, and Deaths by Vaccination Status

## September 29, 2021

## Summary

Unvaccinated 12-34 year-olds in Washington are

- 6 times more likely to get COVID-19 compared with fully vaccinated 12-34 year-olds.

- 26 times more likely to be hospitalized with COVID-19 compared with fully vaccinated 12-34 year-olds.

Unvaccinated 35-64 year-olds are

- 5 times more likely to get COVID-19 compared with fully vaccinated 35-64 year-olds.

- 20 times more likely to be hospitalized with COVID-19 compared with fully vaccinated 35-64 year-olds.

Unvaccinated 65+ year-olds are

- 4 times more likely to get COVID-19 compared with fully vaccinated 65+ year-olds.

- 10 times more likely to be hospitalized with COVID-19 compared with fully vaccinated 65+ year-olds.

- 9 times more likely to die of COVID-19 compared with fully vaccinated 65+ year-olds.

## Background

Vaccination is a critical tool for containing the COVID-19 pandemic. COVID-19 vaccines are highly effective and greatly reduce the risk of severe illness, hospitalization, and death from COVID-19. Approximately two-thirds of the eligible Washington population is fully vaccinated and protected from experiencing these serious outcomes. However, many remain unvaccinated and case rates are currently very high. Vaccination rates also vary across the state and between age and demographic groups, leaving some populations particularly vulnerable.

Although COVID-19 vaccines work well to prevent severe illness and death among those exposed to the virus, a small percentage of fully vaccinated people will still get COVID-19. Even highly effective vaccines cannot prevent all infections. However, because the vaccine offers strong protection against the most serious outcomes of COVID-19, increasing vaccination rates is key to limiting severe COVID-19 cases and saving lives.

This report provides an overview of confirmed and probable COVID-19 cases, hospitalizations, and deaths by vaccination status. The purpose is to provide a comprehensive look at the impact of

3

vaccination on COVID-19 in Washington state. This report breaks vaccination status into three categories:

- **Fully vaccinated:** those who have reached 2 weeks after receiving the final recommended dose of an authorized COVID-19 vaccine.

- **Partially vaccinated:** those who have received one or more doses of an authorized vaccine but have not reached the full 14 days after the final dose.

- **Unvaccinated:** those who have not received any dose of a COVID-19 vaccine.

Individuals are not considered fully vaccinated until two weeks have passed since receiving their final dose because of the time required for the body to build protection. Use of 'fully vaccinated' in this report differs from 'breakthrough' used elsewhere in Washington State Department of Health reports. Additional details on these differences are provided in the methods section at the end of this report.

With the emergence of the Delta variant as the dominant COVID-19 strain in Washington and the U.S., and with additional variants appearing worldwide, it is more urgent than ever to ensure that everyone who is eligible gets vaccinated against COVID-19. As of September 20, 2021, 26.4% of eligible Washingtonians had not yet initiated vaccination. The percentage of fully vaccinated individuals is now increasing only modestly, rising by less than 1% from September 13- September 20, 2021.

4

## Trends in COVID-19 case and hospitalization rates by vaccination status and age group

The following graphs show the 7-day COVID-19 case, hospitalization and death rates by age group for people who are unvaccinated, people who are partially vaccinated, and people who are fully vaccinated. The difference between rates in the unvaccinated population compared to the fully vaccinated population during the grayed out 28-day time period is shown in text on each graph.

There is a large difference in cases and hospitalizations between unvaccinated and fully vaccinated populations across all age groups. This difference has become greater since July of this year. The rapid increase in cases in July 2021 correlates to several events that occurred in a close time frame from the end of June to the beginning of July, including:

- The Delta variant became the predominant strain in Washington state

- Statewide recommendations were relaxed for gatherings and mask use in public places, and

- Gatherings increased in size and number because of the heat wave and summer holiday celebrations.

### COVID-19 Cases

### COVID-19 case rates among 12-34 year-old individuals are 6 times higher in the unvaccinated population than in the fully vaccinated population



**COVID-19 case rates among 35-64 year-old individuals are 5 times higher in the unvaccinated population than in the fully vaccinated population**



**COVID-19 case rates among 65+ year-old individuals are 4 times higher in the unvaccinated population than in the fully vaccinated population**



6

Expert Report of John B. Lynch, MD, MPH – Page 95

**ER0746**

**COVID-19 case rates per 100,000 population from August 24 to September 20, 2021**

| Age group | Rate per 100,000 in unvaccinated individuals | Rate per 100,000 in fully vaccinated individuals | Impact |
|---|---|---|---|
| 12-34 | 2,881.9 | 489.4 | 6 times higher in unvaccinated |
| 35-64 | 2,816.5 | 524.5 | 5 times higher in unvaccinated |
| 65+ | 1,866.2 | 425.8 | 4 times higher in unvaccinated |

**COVID-19 Hospitalizations**

**COVID-19 hospitalization rates among 12-34 year-old individuals are 26 times higher in the unvaccinated population than in the fully vaccinated population**



7

**COVID-19 hospitalization rates among 35-64 year-old individuals are 20 times higher in the unvaccinated population than in the fully vaccinated population**



**COVID-19 hospitalization rates among 65+ year-old individuals are 10 times higher in the unvaccinated population than in the fully vaccinated population**



8

Expert Report of John B. Lynch, MD, MPH – Page 97

**ER0748**

**COVID-19 hospitalization rates per 100,000 population from August 17 to September 13, 2021**

| Age group | Rate per 100,000 in unvaccinated individuals | Rate per 100,000 in fully vaccinated individuals | Impact |
|---|---|---|---|
| 12-34 | 66.3 | 2.5 | 26 times higher in unvaccinated |
| 35-64 | 299.8 | 14.9 | 20 times higher in unvaccinated |
| 65+ | 640.6 | 67.2 | 10 times higher in unvaccinated |

**COVID-19 Deaths**

Deaths are only shown for Washingtonians 65 years old and older due to the relatively smaller number of deaths in other age groups and associated instability in rates when assessing by vaccination status.

**COVID-19 death rates among 65+ year-old individuals are 9 times higher in the unvaccinated population than in the fully vaccinated population**



Expert Report of John B. Lynch, MD, MPH – Page 98

**ER0749**

**COVID-19 death rates per 100,000 population from August 03 to August 30, 2021**

| Age group | Rate per 100,000 in unvaccinated individuals | Rate per 100,000 in fully vaccinated individuals | Impact |
|---|---|---|---|
| 65+ | 193.1 | 21.5 | 9 times higher in unvaccinated |

(171 of 208), Page 171 of 208
Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 171 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3932    Page 104 of 133

**Total number and percentage of COVID-19 cases, hospitalizations, and deaths by vaccination status**

**COVID-19 cases from February 1 - September 20, 2021**

| Vaccination status | Number of COVID-19 cases (12+) | Percent of all COVID-19 cases (12+) | Percent of population (12+) |
|---|---|---|---|
| Fully vaccinated | 43,172 | 13.9% | 65.5% |
| Partially vaccinated | 15,693 | 5% | 8.1% |
| Unvaccinated | 252,184 | 81.1% | 26.4% |

**COVID-19 hospitalizations from February 1 - September 13, 2021**

| Vaccination status | Number of COVID-19 hospitalizations (12+) | Percent of all COVID-19 hospitalizations (12+) | Percent of population (12+) |
|---|---|---|---|
| Fully vaccinated | 1,813 | 11% | 64.9% |
| Partially vaccinated | 1,028 | 6.3% | 8% |
| Unvaccinated | 13,597 | 82.7% | 27.1% |

**COVID-19 deaths from February 1 - August 30, 2021**

| Vaccination status | Number of COVID-19 deaths (12+) | Percent of all COVID-19 deaths (12+) | Percent of population (12+) |
|---|---|---|---|
| Fully vaccinated | 289 | 13.8% | 63.6% |
| Partially vaccinated | 160 | 7.6% | 7.7% |
| Unvaccinated | 1,643 | 78.5% | 28.7% |

11

## COVID-19 cases, hospitalizations, and deaths in individuals who are fully vaccinated and unvaccinated by age

The tables below show cases, hospitalizations, and deaths in unvaccinated and fully vaccinated individuals through the last complete month of data. The tables highlight the difference between those who do not have any vaccine protection and those with full vaccine protection. The population that is partially vaccinated is not represented in these tables.

- The proportion of cases, hospitalizations, and deaths in unvaccinated individuals is lowest among older age groups (65 years and older). This is most likely due to a higher percentage of fully vaccinated persons in this age group compared with other age groups.

- As the percent of fully vaccinated individuals in other age groups increases, the percent of cases among those who are unvaccinated is expected to decrease.

- If the exposure to COVID-19 stays the same, as more individuals are vaccinated, more cases, hospitalizations, and deaths will be in vaccinated individuals, as they will continue to make up more and more of the population. For example, if 100% of the population was vaccinated, 100% of cases would be among vaccinated people.

- An increase in the proportion of cases among fully vaccinated individuals will result in a decrease in the proportion of cases among unvaccinated individuals.

- A similar situation will occur as the percent of fully vaccinated individuals in other age groups increases.

## COVID-19 cases in unvaccinated and fully vaccinated individuals in Washington state by age group, February - August, 2021

| Age group | Number (%) cases in unvaccinated individuals | Number (%) cases in fully vaccinated individuals | Percent of population who are unvaccinated | Percent of population who are fully vaccinated |
|---|---|---|---|---|
| 12-17 | 18,187 (93.8%) | 592 (3.1%) | 41.6% | 43.7% |
| 18-34 | 74,751 (86.1%) | 7,979 (9.2%) | 32.7% | 55.2% |
| 35-49 | 47,833 (80.8%) | 7,914 (13.4%) | 24.6% | 64.7% |
| 50-64 | 30,027 (75.8%) | 6,791 (17.1%) | 23.1% | 68.6% |
| 65+ | 12,295 (61.1%) | 6,056 (30.1%) | 17% | 77.8% |
| **State total (12+)** | **183,093 (81.3%)** | **29,332 (13%)** | **28.5%** | **63.7%** |

12

**COVID-19 hospitalizations in unvaccinated and fully vaccinated individuals in Washington state by age group, February - August, 2021**

| Age group | Number (%) hospitalizations in unvaccinated individuals | Number (%) hospitalizations in fully vaccinated individuals | Percent of population who are unvaccinated | Percent of population who are fully vaccinated |
|---|---|---|---|---|
| 12-34 | 1,834 (94.6%) | 35 (1.8%) | 34.9% | 52.4% |
| 35-64 | 6,374 (89%) | 402 (5.6%) | 23.9% | 66.6% |
| 65+ | 3,563 (71.4%) | 963 (19.3%) | 17% | 77.8% |
| **State total (12+)** | **11,771 (83.6%)** | **1,400 (9.9%)** | **28.5%** | **63.7%** |

**COVID-19 deaths in unvaccinated and fully vaccinated individuals in Washington state by age group, February - August, 2021**

| Age group | Number (%) deaths in unvaccinated individuals | Number (%) deaths in fully vaccinated individuals | Percent of population who are unvaccinated | Percent of population who are fully vaccinated |
|---|---|---|---|---|
| 12-64 | 681 (90.6%) | 44 (5.9%) | 28.8% | 60.3% |
| 65+ | 995 (71.7%) | 252 (18.2%) | 17% | 77.8% |
| **State total (12+)** | **1,676 (78.4%)** | **296 (13.8%)** | **28.5%** | **63.7%** |

(Note: For tables showing hospitalizations by vaccination status and deaths by vaccination status, age groups are collapsed to protect privacy.)

13

(174 of 208), Page 174 of 208
Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 174 of 208
Case 2:22-cv-00319-TOR    ECF No. 104    filed 10/14/24    PageID.3935    Page 107
of 133

**COVID-19 cases in unvaccinated and fully vaccinated individuals in Washington state by county, February - August, 2021**

| County | Number (%) cases in unvaccinated individuals | Number (%) cases in fully vaccinated individuals | Percent of population who are unvaccinated (12+) | Percent of population who are fully vaccinated (12+) |
|---|---|---|---|---|
| Adams | 545 (86.5%) | 56 (8.9%) | 37.2% | 52.2% |
| Asotin | 666 (88.8%) | 65 (8.7%) | 59.3% | 36.2% |
| Benton | 8,137 (83.5%) | 1,185 (12.2%) | 41.5% | 49.6% |
| Chelan | 2,117 (79.9%) | 420 (15.9%) | 27.2% | 63.1% |
| Clallam | 1,323 (78.5%) | 298 (17.7%) | 31.5% | 62.1% |
| Clark | 10,968 (81.4%) | 1,685 (12.5%) | 34.3% | 57.8% |
| Columbia* | NA | NA | 55.5% | 36.2% |
| Cowlitz | 4,551 (82.8%) | 673 (12.2%) | 39.3% | 53.2% |
| Douglas | 1,211 (79.7%) | 227 (14.9%) | 34.4% | 56.4% |
| Ferry | 222 (86%) | 23 (8.9%) | 56.3% | 38.4% |
| Franklin | 4,608 (87.2%) | 482 (9.1%) | 46.5% | 43% |
| Garfield* | NA | NA | 52.9% | 30.3% |
| Grant | 3,400 (85.9%) | 398 (10.1%) | 41.8% | 49.6% |
| Grays Harbor | 2,114 (81.7%) | 347 (13.4%) | 40% | 52.5% |
| Island | 1,194 (80.6%) | 216 (14.6%) | 34.7% | 57.5% |
| Jefferson | 268 (74.2%) | 77 (21.3%) | 22.7% | 73% |
| King | 38,232 (74.8%) | 9,101 (17.8%) | 17.7% | 75.8% |
| Kitsap | 5,004 (80.7%) | 869 (14%) | 39.8% | 55.6% |
| Kittitas | 1,416 (87.6%) | 111 (6.9%) | 43.9% | 49.6% |
| Klickitat | 432 (86.9%) | 50 (10.1%) | 50.1% | 45.4% |
| Lewis | 3,253 (87.5%) | 332 (8.9%) | 48.1% | 44.4% |

14

| County | Number (%) cases in unvaccinated individuals | Number (%) cases in fully vaccinated individuals | Percent of population who are unvaccinated (12+) | Percent of population who are fully vaccinated (12+) |
|---|---|---|---|---|
| Lincoln | 476 (86.9%) | 60 (10.9%) | 49.7% | 45.7% |
| Mason | 1,346 (82.9%) | 203 (12.5%) | 39.7% | 53.5% |
| Okanogan | 1,059 (83.6%) | 158 (12.5%) | 34.2% | 58.7% |
| Pacific | 527 (82.5%) | 78 (12.2%) | 40.2% | 53.2% |
| Pend Oreille | 363 (88.5%) | 33 (8%) | 60.4% | 33.5% |
| Pierce | 28,714 (85%) | 3,240 (9.6%) | 39.1% | 54% |
| San Juan* | NA | NA | 17.1% | 77.6% |
| Skagit | 2,755 (83.2%) | 398 (12%) | 30.7% | 61.5% |
| Skamania* | NA | NA | 61.3% | 35.6% |
| Snohomish | 16,759 (80.1%) | 2,900 (13.9%) | 28% | 64.6% |
| Spokane | 16,783 (83.9%) | 2,160 (10.8%) | 40.6% | 51.9% |
| Stevens | 1,350 (89.2%) | 106 (7%) | 64.6% | 30.2% |
| Thurston | 6,278 (82.1%) | 990 (12.9%) | 33.2% | 59.9% |
| Wahkiakum* | NA | NA | 46.6% | 49.2% |
| Walla Walla | 1,818 (77.7%) | 406 (17.4%) | 37.6% | 54.6% |
| Whatcom | 4,851 (79.8%) | 863 (14.2%) | 26.9% | 65.7% |
| Whitman | 1,252 (84.8%) | 143 (9.7%) | 55.2% | 38.3% |
| Yakima | 8,279 (85.8%) | 887 (9.2%) | 35.9% | 53.2% |
| Unknown | 237 (91.2%) | 12 (4.6%) | NA% | NA% |
| **State total** | **183,093 (81.3%)** | **29,332 (13%)** | **28.5%** | **63.7%** |

*To protect privacy, counts of less than 10 are not reported. Some additional values that could allow someone to calculate those small numbers are also not reported.

Expert Report of John B. Lynch, MD, MPH – Page 104

**ER0755**

## Methods

### Data sources

There are three data sources for these metrics:

- Washington Disease Reporting System (WDRS)

- Washington Immunization Information System (WAIIS)

- Washington Health and Life Events System (WHALES) WDRS receives case, hospitalization, and death information for all COVID-19 cases in Washington residents. WAIIS collects COVID-19 vaccination data from healthcare providers for people vaccinated in Washington. Not all federal correction facilities and federal healthcare organizations (e.g., Department of Defense and Veterans Administration facilities) submit data to WAIIS. WAIIS may not include vaccination data from all tribal health facilities.

All rates presented in this report are calculated using the Washington state population distribution based on the Office of Financial Management's (OFM) April 1, 2020 population estimates. To better reflect the true rates of COVID-19 cases, hospitalizations, and deaths in this report, calculations include only the 12 and older population because they are eligible to be vaccinated.

### Definitions

All case, hospitalization, and death data reported are based on positive molecular or antigen test results. A fully vaccinated COVID-19 case is a person with a positive molecular or antigen test result and a specimen collection date two or more weeks after receiving the final dose of an authorized COVID-19 vaccine. An individual is considered fully vaccinated two weeks after their second dose in a two-dose series, such as the Pfizer or Moderna vaccines, or two weeks after a single-dose vaccine, such as Johnson & Johnson's Janssen vaccine.

A COVID-19 hospitalization is a Washington resident who has been identified using case investigation data in WDRS or links with Rapid Health Information Network (RHINO) records as hospitalized with confirmed or probable COVID-19.

Deaths are reported to the state by health care providers, medical examiners or coroners, local health departments, or others to the official vital records database, WHALES. COVID-19 deaths included in this report are identified in WHALES where the cause of death was confirmed or suspected to have been COVID-19.

Fully vaccinated versus breakthrough cases:

- For reporting purposes, DOH and CDC use strict criteria to classify breakthrough cases, including requiring information about the vaccine lot number and other details. The SARS-CoV-2 Vaccine Breakthrough Surveillance and Case Information Resource (wa.gov) report has information about cases that meet the breakthrough case definition. The report is updated every Wednesday.

- Because the purpose of this report is to provide a more comprehensive look at the impact of vaccines on COVID-19, it therefore uses a broader definition of 'fully vaccinated' rather than

16

'breakthrough case' to classify individuals. For this report, the determination of whether a person is fully vaccinated is based exclusively on data from the Washington Immunization Information System (WA IIS).

## Timeframes

The first COVID-19 vaccines were administered in Washington in mid-December 2020. Full protection from the vaccine in those vaccinated early would occur about the first week in February. Therefore, we are reporting cases, deaths, and hospitalizations beginning with the month of February 2021.

It takes up to 8 days from specimen collection date for DOH to receive 90% of reported cases, 12 days for DOH to identify hospitalizations, and 28 days to identify deaths. For this reason, we report time periods differently for cases, hospitalizations, and deaths to ensure we have the most complete data.

## Linking methods

All information on COVID-19 cases, hospitalizations, and deaths provided by this report use WDRS data linked to WAIIS COVID-19 vaccination data. The links are based on a comparison of the first name, last name, and date of birth of cases to the first name, last name, and date of birth of those with COVID-19 vaccination in WAIIS. Only exact matches on all three items are considered the same person. Missing or misspelled names and incorrect dates of birth may lead to some vaccinated persons being incorrectly classified as unvaccinated. COVID-19 cases with vaccines not reported to WAIIS as described above are considered unvaccinated in this report.

## 7-day rate calculations

Rates are calculated as the total number of cases or hospitalizations within the specified vaccination and age group with a specimen collection date during the 7-day period divided by the population that falls in the same age group with the same vaccination status at the beginning of the 7-day period.

For example,

7-day fully vaccinated COVID-19 case rates per 100,000 population among 12-34 year-old individuals on August 7, 2021 =

$$\frac{\text{Cases in fully vaccinated 12-34 year-old individuals with a specimen collection date August 1 - 7}}{\text{Number of fully vaccinated 12-34 year-old individuals in Washington as of August 1}} \times 100{,}000$$

To compare rates in the fully vaccinated and unvaccinated populations, the rates for the most recent four-week (i.e., 28-day) period is calculated. The 28-day rate in the unvaccinated population is divided by the four-week rate in the fully vaccinated population to calculate a rate ratio. 28-day rates are used for this comparison to provide more stability in the comparison than if 7-day rates were used.

17

For example,

The rate ratio for fully vaccinated and unvaccinated COVID-19 case rates per 100,000 population among 12-34 year-old individuals on August 7, 2021 =

$$\frac{\text{28-day (July 11-August 7) case rate for unvaccinated 12-34 year-old individuals}}{\text{28-day (July 11-August 7) case rate for fully vaccinated 12-34 year-old individuals}}$$

- The **fully vaccinated** population is defined as the number of individuals who are determined to be fully vaccinated in Washington state in the specified age group at the start of the time period.

- The **partially vaccinated** population is defined as the number of partially vaccinated individuals in Washington state in the specified age group at the start of the time period.

- The **unvaccinated** population is defined by subtracting the number of vaccinated and partially vaccinated individuals for the specified age group and time period from the entire Washington state population 12 years and older.

18

# EXHIBIT F



WHO Health Emergencies Programme
## WHO COVID-19 dashboard

🌐 **World**

Circulation    Cases    Deaths    **Vaccines**    Variants    Wastewater    **Data**    About

## COVID-19 vaccination, World data

# 5.47bn
**Total COVID-19 vaccine doses administered**

**Date of first COVID-19 vaccine product introduction**
World

# 14 December 2020

**Percentage of total population vaccinated with a complete primary series of a COVID-19 vaccine**
World, 31 December 2023

# 56%

**Percentage of total population vaccinated with at least one booster dose of a COVID-19 vaccine**
World, 31 December 2023

# 28%

**Source: World Health Organization**

Expert Report of John B. Lynch, MD, MPH – Page 109

ER0760

(181 of 208), Page 181 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 181 of 208

8/8/24, 2:38 PM Case 2:22-cv-00319-TOR ECF No. 40-4, covid19 vaccines | WHO COVID-19 dashboard PageID.3942 Page 114 of 133

# COVID-19 vaccine coverage, World



**% of total population**

Source: World Health Organization

| Why are some reported vaccination coverage statistics higher than 100% of population?        $+$

---

## Metadata

### Glossary and definitions

**Total doses administered**

Number of doses administered in a country, area, or territory, regardless of if they have been administered as part of a primary series or as booster/additional doses.

**Vaccinated with at least one COVID-19 vaccine dose**

Having received a minimum of one dose of a COVID-19 vaccine.
This includes both (i) those individuals who have received only one dose, as well as (ii) those who have a first dose and subsequent ones.

**Vaccinated with a complete COVID-19 primary vaccine series**

Having received the number of doses of a COVID-19 vaccine corresponding to that product's primary series, as per its product-specific use authorization in the country where it was administered.
The number of doses constituting a primary series varies by product and by country. For most vaccine products in most countries, a complete primarty series consists of two doses.

**Vaccinated with at least one COVID-19 vaccine booster dose**

Having received a minimum of one booster or additional dose of a COVID-19 vaccine, following the completion of a primary series.
This includes both (i) those individuals who have only received one booster/additional dose, as well as (ii) those who have a first booster / additional dose and subsequent ones.
A booster dose is a dose recommended in addition to a primary series. An additional dose is a dose administered as part of an extended primary series, e.g. when the number of doses constituting a primary series for a product is increased during the vaccine rollout.

### Data sources

**COVID-19 vaccination data**

COVID-19 vaccination data are collected via WHO regional office-specific systems for monitoring COVID-19 vaccination uptake. These data are pooled from numerous sources, including direct reports from Member States, WHO review of publicly available official data, or data collected and published by third-party sites.

Data published by third-party sites have not been validated by WHO, and WHO cannot comment on accuracy or completeness. Differences in counts may occur compared to other sources, due to different inclusion criteria and data cut-off times.

**Population data**

Estimated populations and projections are drawn from:

- United Nations, Department of Economic and Social Affairs, Population Division. World Population Prospects 2019, Online Edition. Rev. 1 (2010 projections).
- Eurostat. "Demo_pjan" (population as of 1 January by country, year, age and gender; last updated by Eurostat on 2021-02-12; last year of data: 2020).
- National Statistics Office Malta.
- The Government of the Pitcairn Islands.
- Statistics Netherlands (CBS). Estimates of population for Bonaire, Sint Eustatius and Saba.

*Total population for France has been adjusted to account for the following overseas territories (French Guiana, Guadeloupe, Martinique, Mayotte, Réunion, Saint Martin).

## Notes

**Vaccine product introduction**

Where multiple vaccines are used in a country, are, or territory, the start date displayed is equivalent to start date of the first vaccine product introduced. Suspensions (temporary or otherwise) of vaccination rollout are not taken into consideration.

**Disclaimer regarding endorsement**

The information contained in this dashboard does not in any way imply endorsement, certification, warranty of fitness, or recommendation by WHO of any company or of any vaccine or other product for any purpose and does not imply preference over vaccines or other products of a similar nature that are not mentioned. WHO furthermore does not warrant that the vaccines or other products listed are of acceptable quality, have obtained regulatory approval in any country, or that their use is otherwise in accordance with the national laws and regulations of any country, including but not limited to patent laws. The inclusion of vaccines or other products in these analyses and underlying datasets does not imply any approval by WHO of the vaccines or other products in question (which is the sole prerogative of national authorities).

## Copyright and licensing

**Copyright**

Attribution 4.0 International (CC BY 4.0)

**License**

The World Health Organization ("WHO") encourages public access and use of the data that it collects and publishes on its web site data.who.int. The data are organized in datasets and made available in machine-readable format ("Datasets"). The Datasets have been compiled from data provided by WHO's Member States under the WHO policy on the use and sharing of data collected by WHO in Member States outside the context of public health emergencies.

Use of the data derived from the Datasets, which may appear in formats such as tables and charts, is also subject to these Terms and Conditions. Datasets may include data describing the Dataset called "Metadata". If any datasets are credited to a source other than WHO, then those materials are not covered by these Terms and Conditions, and permission should be sought from the source provided. You are responsible for determining if this is the case, and if so, you are responsible for obtaining any necessary permission from the sources indicated. The risk of claims resulting from infringement of any third-party-owned component in the materials rests solely with you.

You may use our application programming interfaces ("APIs") to facilitate access to the Datasets, whether through a separate web site or through another type of software application. By using the Datasets or any presentations of data derived from them, or by using our APIs in connection with the Datasets, you agree to be bound by these Terms and Conditions, as may be amended from time to time by WHO at its sole discretion.

Unless specifically indicated otherwise, these Datasets are provided to you under a Creative Commons Attribution 4.0 International License (CC BY 4.0), with the additional terms below. The basic terms applicable to the CC BY 4.0 license may be accessed here. By downloading or using the Datasets, you agree to comply with the terms of the CC BY 4.0 license, as well as the following mandatory and binding addition:

Any dispute relating to the interpretation or application of this license shall, unless amicably settled, be subject to conciliation. In the event of failure of the latter, the dispute shall be settled by arbitration. The arbitration shall be conducted in accordance with the modalities to be agreed upon by the parties or, in the absence of agreement, with the UNCITRAL Arbitration Rules. The parties shall accept the arbitral award as final.

**Permission type**

Publicly accessible

**Prohibited uses**

You shall not attempt to de-anonymise the Datasets or use the Datasets in a manner that falsifies or misrepresents their content.

You shall not, in connection with your use of the Datasets published on data.who.int, state or imply that WHO endorses, or is affiliated with, you, or that WHO endorses your use of data.who.int, or any content, output, or analysis resulting from or related to the data.who.int, or any entity, organization, company, product or services.

Expert Report of John B. Lynch, MD, MPH – Page 113

**ER0764**

(185 of 208), Page 185 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 185 of 208
Case 2:22-cv-00319-TOR    ECF No. 104-9    covid19 vaccines | WHO Covid-19 dashboard    Page 118 of 133
8/8/24, 2:38 PM

## Citation

World Health Organization 2023 data.who.int, WHO Coronavirus (COVID-19) dashboard > Vaccines [Dashboard]. https://data.who.int/dashboards/covid19/vaccines

## Disclaimer

WHO reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Datasets, or any means of accessing or utilizing the Datasets with or without prior notice to you.

## Maps

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

All references to Kosovo should be understood to be in the context of the United Nations Security Council resolution 1244 (1999).

A dispute exists between the Governments of Argentina and the United Kingdom of Great Britain and Northern Ireland concerning sovereignty over the Falkland Islands (Malvinas).

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by WHO to verify the accuracy of the Datasets. However, the Datasets are being provided without warranty of any kind, either expressed or implied. You will be solely responsible for your use of the Datasets. In no event shall WHO be liable for any damages arising from such use.

For full disclaimers, terms of use and your indemnification of WHO, please visit Terms and Conditions.

## Datadot    +

## More data from WHO    +

## Learn more    +

Expert Report of John B. Lynch, MD, MPH – Page 114

ER0765

(186 of 208), Page 186 of 208

Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 186 of 208

8/8/24, 2:38 PM

Case 2:22-cv-00319-TOR      ECF No. 40-4    filed 11/01/24    PageID.3947      Page 119

WHO COVID-19 dashboard

of 133



Privacy legal notice    ©2024 WHO



WHO Health Emergencies Programme
**WHO COVID-19 dashboard**



🇺🇸 **United States of America**

**Circulation**    **Cases**    **Deaths**    **Vaccines**    **Variants**    **Wastewater**    **Data**    **About**

## COVID-19 vaccination, United States of America data

# 711.81m
**Total COVID-19 vaccine doses administered**

**Date of first COVID-19 vaccine product introduction**
United States of America

# 14 December 2020

**Percentage of total population vaccinated with a complete primary series of a COVID-19 vaccine**
United States of America, 31 December 2023

# 70%

**Percentage of total population vaccinated with at least one booster dose of a COVID-19 vaccine**
United States of America, 31 December 2023

# 36%

Source: World Health Organization

# COVID-19 vaccine coverage, United States of America



Expert Report of John B. Lynch, MD, MPH – Page 117

(189 of 208), Page 189 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 189 of 208

8/8/24, 2:39 PM Case 2:22-cv-00319-TOR     ECF No. 109-4 vaccines | WHO Cofiled 06/12/24 19 dashboard PageID.3950     Page 122 of 133

| Country | % |
|---------|-----|
| Papua New Guinea | 4% |
| Yemen | 4% |

**Source: World Health Organization**

> **Why are some reported vaccination coverage statistics higher than 100% of population?** +

---

# Metadata

## Glossary and definitions

---

**Total doses administered**

Number of doses administered in a country, area, or territory, regardless of if they have been administered as part of a primary series or as booster/additional doses.

---

**Vaccinated with at least one COVID-19 vaccine dose**

Having received a minimum of one dose of a COVID-19 vaccine.
This includes both (i) those individuals who have received only one dose, as well as (ii) those who have a first dose and subsequent ones.

---

**Vaccinated with a complete COVID-19 primary vaccine series**

Having received the number of doses of a COVID-19 vaccine corresponding to that product's primary series, as per its product-specific use authorization in the country where it was administered.
The number of doses constituting a primary series varies by product and by country. For most vaccine products in most countries, a complete primary series consists of two doses.

---

**Vaccinated with at least one COVID-19 vaccine booster dose**

Having received a minimum of one booster or additional dose of a COVID-19 vaccine, following the completion of a primary series.
This includes both (i) those individuals who have only received one booster/additional dose, as well as (ii) those who have a first booster / additional dose and subsequent ones.
A booster dose is a dose recommended in addition to a primary series. An additional dose is a dose

(190 of 208), Page 190 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 190 of 208

8/8/24, 2:39 PM     Case 2:22-cv-00319-TOR     ECF No. 49 vaccines | WHO COVID-19 dashboard  filed 11/01/24     PageID.3951     Page 123 of 133

administered as part of an extended primary series, e.g. when the number of doses constituting a primary series for a product is increased during the vaccine rollout.

## Data sources

### COVID-19 vaccination data

COVID-19 vaccination data are collected via WHO regional office-specific systems for monitoring COVID-19 vaccination uptake. These data are pooled from numerous sources, including direct reports from Member States, WHO review of publicly available official data, or data collected and published by third-party sites. Data published by third-party sites have not been validated by WHO, and WHO cannot comment on accuracy or completeness. Differences in counts may occur compared to other sources, due to different inclusion criteria and data cut-off times.

### Population data

Estimated populations and projections are drawn from:

- United Nations, Department of Economic and Social Affairs, Population Division. World Population Prospects 2019, Online Edition. Rev. 1 (2020 projections).
- Eurostat. "Demo_pjan" (population as of 1 January by country, year, age and gender; last updated by Eurostat on 2021-02-12; last year of data: 2020).
- National Statistics Office Malta.
- The Government of the Pitcairn Islands.
- Statistics Netherlands (CBS). Estimates of population for Bonaire, Sint Eustatius and Saba.

*Total population for France has been adjusted to account for the following overseas territories (French Guiana, Guadeloupe, Martinique, Mayotte, Réunion, Saint Martin).

## Notes

### Vaccine product introduction

Where multiple vaccines are used in a country, are, or territory, the start date displayed is equivalent to start date of the first vaccine product introduced. Suspensions (temporary or otherwise) of vaccination rollout are not taken into consideration.

### Disclaimer regarding endorsement

The information contained in this dashboard does not in any way imply endorsement, certification, warranty of fitness, or recommendation by WHO of any company or of any vaccine or other product for any purpose and does not imply preference over vaccines or other products of a similar nature that are not mentioned. WHO furthermore does not warrant that the vaccines or other products listed are of acceptable quality, have obtained regulatory approval in any country, or that their use is otherwise in accordance with the national laws and regulations of any country, including but not limited to patent laws. The inclusion of vaccines or other products in these analyses and underlying datasets does not imply any approval by WHO of the vaccines or other products in question (which is the sole prerogative of national authorities).

Expert Report of John B. Lynch, MD, MPH – Page 119

## Copyright and licensing

---

**Copyright**

Attribution 4.0 International (CC BY 4.0)

---

**License**

The World Health Organization ("WHO") encourages public access and use of the data that it collects and publishes on its web site data.who.int. The data are organized in datasets and made available in machine-readable format ("Datasets"). The Datasets have been compiled from data provided by WHO's Member States under the WHO policy on the use and sharing of data collected by WHO in Member States outside the context of public health emergencies.

Use of the data derived from the Datasets, which may appear in formats such as tables and charts, is also subject to these Terms and Conditions. Datasets may include data describing the Dataset called "Metadata". If any datasets are credited to a source other than WHO, then those materials are not covered by these Terms and Conditions, and permission should be sought from the source provided. You are responsible for determining if this is the case, and if so, you are responsible for obtaining any necessary permission from the sources indicated. The risk of claims resulting from infringement of any third-party-owned component in the materials rests solely with you.

You may use our application programming interfaces ("APIs") to facilitate access to the Datasets, whether through a separate web site or through another type of software application. By using the Datasets or any presentations of data derived from them, or by using our APIs in connection with the Datasets, you agree to be bound by these Terms and Conditions, as may be amended from time to time by WHO at its sole discretion.

Unless specifically indicated otherwise, these Datasets are provided to you under a Creative Commons Attribution 4.0 International License (CC BY 4.0), with the additional terms below. The basic terms applicable to the CC BY 4.0 license may be accessed here. By downloading or using the Datasets, you agree to comply with the terms of the CC BY 4.0 license, as well as the following mandatory and binding addition:

Any dispute relating to the interpretation or application of this license shall, unless amicably settled, be subject to conciliation. In the event of failure of the latter, the dispute shall be settled by arbitration. The arbitration shall be conducted in accordance with the modalities to be agreed upon by the parties or, in the absence of agreement, with the UNCITRAL Arbitration Rules. The parties shall accept the arbitral award as final.

---

**Permission type**

Publicly accessible

---

Expert Report of John B. Lynch, MD, MPH – Page 120

https://data.who.int/dashboards/covid19/vaccines?m49=840

# ER0771

**Prohibited uses**

You shall not attempt to de-anonymise the Datasets or use the Datasets in a manner that falsifies or misrepresents their content.

You shall not, in connection with your use of the Datasets published on data.who.int, state or imply that WHO endorses, or is affiliated with, you, or that WHO endorses your use of data.who.int, or any content, output, or analysis resulting from or related to the data.who.int, or any entity, organization, company, product or services.

**Citation**

World Health Organization 2023 data.who.int, WHO Coronavirus (COVID-19) dashboard > Vaccines [Dashboard]. https://data.who.int/dashboards/covid19/vaccines

**Disclaimer**

WHO reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, the Datasets, or any means of accessing or utilizing the Datasets with or without prior notice to you.

**Maps**

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

All references to Kosovo should be understood to be in the context of the United Nations Security Council resolution 1244 (1999).

A dispute exists between the Governments of Argentina and the United Kingdom of Great Britain and Northern Ireland concerning sovereignty over the Falkland Islands (Malvinas).

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by WHO to verify the accuracy of the Datasets. However, the Datasets are being provided without warranty of any kind, either expressed or implied. You will be solely

(193 of 208), Page 193 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 193 of 208

8/8/24, 2:39 PM Case 2:22-cv-00319-TOR    ECF No. 54 COVID-19 vaccines | WHO COVID-19 dashboard     PageID.3954    Page 126 of 133

responsible for your use of the Datasets. In no event shall WHO be liable for any damages arising from such use.

**Datadot** For full disclaimers, terms of use and your indemnification of WHO, please visit <u>Terms and Conditions</u>.    +

**More data from WHO**    +

**Learn more**    +



<u>Privacy legal notice</u>    ©2024 WHO

# EXHIBIT G



# EXHIBIT H

(197 of 208) Page 197 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 197 of 208

8/8/24, 3:05 PM Case 2:22-cv-00319-TOR ECF No. 104-4 CDC COVID Data Tracker: Maps by Geographic Area 138 Page ID 3958 Page 130 of 133



# COVID Data Tracker

Maps, charts, and data provided by CDC, updates Mondays and Fridays by 8 p.m. ET

COVID-19 Home ›

**United States at a Glance**                                     Collapse —



United States
At a Glance

Trend in % Test Positivity

Trend in % Emergency Department
Visits

Trend in Hospitalization Rate

Trend in % COVID-19 Deaths

---

Data Tracker Home

Trends

Maps

Hospitalizations

Deaths

Emergency Department Visits

Vaccination Distribution &
Coverage

# United States COVID-19 Deaths, Emergency Department (ED) Visits, and Test Positivity by Geographic Area

Maps, charts, and data provided by CDC, updates weekly for the previous MMWR week (Sunday-Saturday) on Fridays by 8 pm ET[†]

[View Footnotes and Download Data](#)

DEATHS PER 100K, PAST 3 MONTHS
**1.1**

TOTAL DEATHS
**1,195,797**

TOTAL DEATHS PER 100K
**299.4**

CDC | Data through: July 27, 2024. Posted: August 5, 2024

(198 of 208)   Page 198 of 208
8/8/24, 3:05 PM   Case 2:22-cv-00319-TOR    ECF No. 26-5    COVID Data Tracker Maps by Geographic Area   06/12/2025   PageID.3959   Page 131
Base: 25-761, 06/12/2025, DktEntry: 26.5, Page 198 of 208                of 133

**View:**
- ● Deaths
- ○ Emergency Department Visits
- ○ Test Positivity

See COVID-NET for hospitalization data.

**Time period:**
- ○ In Past Week
- ○ Past 3 Months
- ● Since Jan 1, 2020

**Metric:**
- ● Count
- ○ Rate per 100,000 (age adjusted)

This shows the total number of COVID-19 deaths since January 1, 2020. For more information on deaths, see the trends page.



### Total Number of Provisional COVID-19 Deaths Reported to the CDC, by State/Territory – United States

Download Image

Vaccine Effectiveness

Variants & Genomic Surveillance

Traveler-Based Genomic Surveillance

Wastewater Surveillance

Health Equity

Pediatric

Pregnancy

Seroprevalence

Other COVID-19 Data

Communications Resources

COVID-19 Home

## Data Downloads and Footnotes

Expand each accordion to view data table and download data

| Data Table for Total Deaths | + |
|---|---|
| Footnotes | + |

### Want COVID-19 trends over time?

View trends in the data [here](here)

### How does COVID-19 Spread?

Learn [more](more)

### Information on U.S. COVID-19 Cases Caused by Variants

Learn more [here](here)

### Do you need information on testing?

Find it [here](here)

**Cite COVID Data Tracker**

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: U.S. Department of Health and

Human Services, CDC; 2024, August 08.

https://covid.cdc.gov/covid-data-tracker

### COVID-19 Home >

All COVID-19 topics including prevention, travel, work, and school

**HAVE QUESTIONS?**

 Visit CDC-INFO

 Call 800-232-4636

 Email CDC-INFO

 Open 24/7

**CDC INFORMATION**

About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

**CONNECT WITH CDC**

        

U.S. Department of Health & Human Services

USA.gov

CDC Website Exit Disclaimer

**Notes**

4/21 – 10am zoom with Dr. Palmer and myself only. A cordial conversation and I felt a productive one. We spoke on the mrna technology, Vaers site, rush of an emergency approval, and many other topics regarding the virus, including the effectiveness of masks. In which Dr. Palmer told me they were not affective and we needed to take the masks off. I appreciated Dr. Palmers time and enjoyed the conversation.

4/30 – 8:30am zoom with Dr. Guy Palmer. This was an educational discussion with Dr. Palmer and other members of the athletic department. Dr. Palmer went thru his presentation, in which he only cited the NY Times. There was supposed to be time for questions after. There were 5 questions asked. Blair, Park, Raegan, and Mitch Straub all asked questions and admitted that they were planted questions, which is fine as long as others had an opportunity. David Fox raised his hands in concern about the lack of long term knowledge about the vaccine and asked a question regarding the spike protein and the effects on women's placenta. This caused Pat to get rattled and uncharacteristically swore in his closing. There was hardly a discussion, only dismissal of the question. I asked for a recording of this zoom and was told there wasn't any.

5/24 – Pat Chun requested a meeting at earlier in the day. We met at 3pm in my office. The context of the meeting was on the pressure to get the vaccine. I had previously told Pat that I wasn't planning on getting the vaccine, but this was a continuation of that conversation. Pat verbalized that he was worried about my mental health. I told him I was afraid of the vaccine and would talk to someone if they wanted me to. He also got into calling me an extremist or having extreme views regarding many issues. Including my concerns on the origin of Covid and the one sided presentations we sat thru. He said that I couldn't be an effective leader with my views. I told him that I treat everyone the same and don't push values on anyone. He then told me to expect an email detailing the quarantine rules moving forward, the email would go out to the athletic dept. He said that since I wouldn't be vaccinated, I would have to quarantine for 5 days anytime I left the county. I then said that I wanted him to realize that we are about to go to camps in June followed by official visits on the weekends. He then told me that I would have to alter my schedule and make decisions on what was more important. Camps or official visits. I have since altered my schedule. He said that he was very confused because he loved everything I stood for in creation of this team and it didn't make sense for me to not to get vaccinated for this team, so they could have me available at all times. I told him the only thing I put above this team is my faith and my family. I told him my wife and kids need me also and we felt the vaccine put me at risk due to it not being FDA approved and have never completed animal testing. He also said that he questions my ability to lead, and that I didn't understand the power of my position. In my position I needed to go with the Science.

5/27/21 – I was called to a meeting in Pat's office at 3pm. He again said that my beliefs are making me incapable of leading this group. He also said he is trying to get me



ROLOVICH00000001

counseling and believes that I have mental health issues. He offered his wife as a person to talk to because she has been in a couple different religions he referred to as a cult, insinuating that I belong to some cult because I have hesitation of the vaccine, and other topics that I investigate. He brought up Q Anon multiple times and inferred that I was in a cult also. Dark places he told me. I told him that I am curious about many topics. Corruption is one of those. He threatened me with things that will be done if I don't get vaccinated, like continuing to wear a mask and basically will be "vicerated" by the media because I am the "only" one not vaccinated. He said that he needs me to win and if I am quarantined, that will hinder things. I asked him when the rules would be available, he didn't know. I told him that the rules have been ever changing and that inconsistency makes it hard to make a decision for myself and my family.

He finished the meeting with telling me that he was not going to renew our DFO, David Fox. "He is an at will employee, and I have the right to not renew him", was his legal line. Repeated it multiple times. I called him a coward and walked out. I believe David Fox was not renewed because of the questions he asked to Dr Palmer on the fore mentioned zoom call. There are multiple others that feel the same way.

6/10 – Pat came to my office. He thanked me for a shirt I said I would get him before our blowout. I told him I would get him one and I stand on my word. He then began to tell me that he is aware that our relationship is a ways from where it used to be and he said that it may take some time. He still wouldn't tell me why he fired Fox. He then told me that the Pac 12 has decided to have their media days in LA this year. He also said that a decision has been made to not allow anyone (coach, player, AD, media, etc) to participate in person unless they prove they have gotten the shot for Covid. This would mean that I would have to participate via zoom and then obviously I would be the one taking the shots from the media. He also said that the school would take some really negative press because of it. As I sat in disbelief, I asked him if he was aware that the stats and info given to us by Dr. Palmer in an "vaccine education" zoom (4/30) were from a NY Times article, which in fact used a paper that was co-authored by Pfizer. He didn't care. He then gave me a name and number of a Dr. Chad Sanders (509) 332-6139 so I can talk to him about my mental state. I don't feel that is necessary.

6/16 – The football team and coaches had a zoom call with a doctor Edmond Baker, medical director of equality health. He was chosen in part due to the hesitation from the minority communities. It was informative, but the thing that stuck out was that he claimed the vaccine would never be FDA approved because of the parallel tracks of development and distribution. This logic made sense to me.

Media day fiasco – Several days before the annual Pac 12 media day, we spoke about what is the best way to deal with the Pac 12 mandate of vaccine to attend in person. I was convinced to put out a statement before media days, and I agreed because I didn't want the players to have to be inundated with questions about my status regarding the vaccine. I was unappreciative of the fact that my health information was getting out due to the Pac 12 mandate. The announcement was made through my own Twitter account,

ROLOVICH00000002

ER0782

with the department responsible for the graphic. I knew they were distancing themselves from me when they pulled the school logo of the graphic. I did my responsibilities via zoom and was crucified in the media ever since with hit pieces coming from multiple outlets. I have yet to be back on my social media. I have since gotten many letters of support and many also of criticism, disgust, etc. Our chief of staff received an email saying I should be tarred, feathered, and shot. To Pat's credit, he instructed members of his staff to report it to campus police and they did a great job investigating.

8/16 – I was called to an urgent meeting with Pat and Bryan Blair at 5pm. It was during this meeting that they informed me of Gov Inslee's intended mandate to eliminate the "personal exemption" from our staff's declaration of vaccination status. They told me that they thought it would come out 8/18, and they wanted to get ahead of it with me since being told by the government relations people on campus I assume. Pat told me he wanted to know what I was going to do in 24 hours from the announcement. I disagreed with that request. He said that my exemption would be scrutinized to no end and that Inslee's mandate would have a "high threshold" for the religious and medical exemptions moving forward. Pat said that if I didn't get the shot, I could expected to be fired with cause on Oct 19th, 2021. If I didn't tell him that I was getting vaxxed, I would be put on administrative leave until the Oct 19th/18th deadline. They both reiterated that they cannot believe how I have molded this team and said multiple times that no one else could do what has been done, and there was no substitution for me moving forward. We left the meeting saying we will see what the Gov says on Wednesday, but to expect to talk again soon after.

8/18 – All sport head coaches meeting in the press box at 3pm. A very uncomfortable meeting. Another head coach spoke early in the meeting. He said he got vaccinated, but has a real problem with the way people who haven't have been treated and not supported by the administration and President. He said the non vax were getting crushed in the media and no one stood up for their rights and beliefs. I can only assume it was me he was talking about. I hadn't talked to that coach in months and didn't know that he was going to say that. He shared some other personal info that I don't think is relevant, but the rest of the meeting proceeded with a dark cloud and emotions.

8/19 – I was summoned again to Pat's office at 4:30pm, again with Bryan Blair. After light small talk, the conversation became more intense from his side. The day before, we had a head coaches meeting and our men's basketball coach and Pat felt I should have stood up and corrected the coach that the admin and president were supportive of me. Since my announcement on Twitter about not getting the vax, I haven't looked at social media or the news.

He said I had 4 choices. 1. Get the vax. 2. Don't get the vax and get fired. 3. Claim an exemption. 4. Resign right now.

I told him I wasn't resigning and I wanted to coach this team. He said, "but you say you don't care about the money". Which I have said to Bryan Blair in the past. "Why don't

ROLOVICH00000003

(204 of 208), Page 204 of 208    Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 204 of 208
Case 2:22-cv-00319-TOR    ECF No. 98    filed 10/14/24    PageID.1970    Page 167
of 421

you just resign?" I told him that wasn't happening. He then told me that I have "situational integrity". He told me that I "duped" him into hiring me. He called me a "Con-man". I was selfish and only did good things when people when it was advantageous to me. I told him he could have any opinion he wants, but I don't think that is true. I also responded with he "duped" me also, but failed to elaborate in fear of elongating the meeting. He then told me he is taking reputational damage, and so is President Shultz. I didn't disagree, because I know this is a hard time for them also. Pat then told me all I had to do is get vaxxed. I then stated that I was advised, from my agent to speak only to HR regarding this issue moving forward. He told my agent that a few days ago. He wanted to continue obviously. He had already admitted this tactic is coercion, and I told him this is way worse than earlier meetings on the coercion level. I felt I still had privacy rights and didn't feel comfortable answering his question of what my decision was gonna be. Pat then demanded that I tell him, and I felt bad because I knew he probably had to answer to higher ups on this. He said that the Gov did this just to come after me and WSU. He admitted regents wanted me fired and Kirk stood up for me. Which I am appreciative.

He then said that it only leaves us two options, Vax or resign. I then asked what about the exemption opportunities? We have already discussed that I will not do a medical because I would not be truthful to get it. I told them I wouldn't get a fake vaccine card like many people are doing. At this point I told them that I plan on getting a religious exemption. I didn't feel comfortable telling them that, felt like it wasn't right. But I did tell them. I asked them for the religious exemption process and they didn't know. They said they were on the phone with HR about that very topic earlier today. I had also emailed HR about the process. No one had any answers at this point because the Governor hasn't sent his proclamation yet. They were still waiting on what the process will consist of. Pat then told me that I needed to have my religious exemption approved by the Sunday of game week vs Utah State. I asked who approves it. They didn't know. I asked them when it would be available. They didn't know. I said well that would make it hard to get done by August 29th. They said we are in a time crunch and had to make a decision if I was gonna coach this season. Made it sound like I wouldn't be able to coach until my exemption was approved. They don't want to start a season with me if they thought they may have to fire me Oct 18th, according to the Governor's mandate. I responded that I would do it right now if it was available. They then started to question me about my character. Pat said if I get the religious exemption, he would forever question my character. I told him that was his decision. Pat and Bryan both talked about the early days of the pandemic, and that I never once mentioned my faith. My early concerns were all science based and questions that no one could answer. See prior notes about my mental health. I don't see those things (faith and science) as exclusive thoughts. In short, they questioned my faith early in Covid. They then began to go on about how hard the religious exemption would be and that there is no guarantee that I would get it approved. I asked what the criteria was gonna be again. They didn't know. I then asked them this... "So you are telling me that a mortal being will judge my relationship with God"? They said in so many words yes. I have a problem with that.

ROLOVICH00000004

I told them that I know the religious exemption will work.  I just had faith this was going to allow me to coach this team.


9/8/21 – I texted Pat Chun earlier in the day, needed an answer to a work related question.  He responded that he had ncaa meetings all morning and would come up to my office after he was done.  Pat arrived and we had small talk and talked about the issue I needed advice from.  Don't remember exactly what it was, but it was minor.  He then said he wanted to talk to me and began to explain his new revelation that he figured out my problem...I was paranoid.  At one of our earlier meetings, I had asked Pat about if he had been having conversations with Jake Dickert about him being the next coach if they fired me for vaccination stance.  He denied it and said "I don't think I even have Dickert's number."  But a few days later Bryan Blair came into my office and said that yes, Jake Dickert would be in charge if I was to be let go.  The reason I had asked the question is that I had heard a rumor that they were conversing with him earlier in regards to becoming the head coach and wanted to ask him if it was true.  By asking him this, he said that made him realize that I am paranoid.  Like may need to get help with it kind of paranoid.  He said I do other things, like read the CDC website and papers about the authorization of the vaccine and PCR tests.  He then told me Mike Price, Dennis Ericson, and Jim Walden would have a better chance of being the next head coach here than Jake Dickert.  I find it hard to believe anything he says, especially because Bryan Blair confirmed that Dickert would be the next guy if I was fired.  This decision was made because Brian Smith would be too close to me and they needed some separation from the "Hawaii guys".


10/10/21 – Pat text and asked to meet around 5:30-6.  I responded that would work fine.  He came to my office and began with some positives about the win.  After that he said now we have to have a tough conversation.  He talked about the need for contingency plans in case I was not granted an exemption.  I understand that and was willing to discuss.  Pat said that there are three options, Brian Smith, Jake Dickert, and June Jones.  I figured that June Jones would be in the mix after his statements in the USA Today article that had come out a day earlier.  He made sense, even though I was hurt by his disclosing of my personal reasons and religious exemptions.  I told Pat that after I saw the article, my mind went straight to him getting involved in the plan if I was to be fired.  I just had a feeling.  June had texted a few days before the article and said that a USA today reporter called him and he had also talked to WSU.  I wasn't sure what that meant about WSU, but I figured they wanted June to convince me to get the vaccine.  Apparently they were discussing June being the backup plan.  This involved Jack Thompson, Pat Chun, and June Jones.  The article seemed liked it was orchestrated and I would like to find out somehow if any of those three instigated the article strategically.

ROLOVICH00000005

Pat said that he wanted to bring June up and get him settled in Pullman if he is needed to finish the year. I understood but told him not to bring him around the team or myself. He wanted him to watch practice and film. I couldn't do that. We then talked about Brian Smith as interim HC(see earlier comments from Bryan Smith about Brian Smith). Brian quickly moved to the bottom with the amount of offensive coaches and off filed roles that could be lost to not being granted an exemption. Jake Dickert was talked about next and that seemed to be the way Pat wanted to go after hearing my feelings about June. Pat then asked if there was anyone else out there that could come and help the offense. I mentioned Dan Morrison to Pat and gave the administration his contact. Pat said he was going down the hall to talk with Dickert and Smith, which I believe he did.

There is more others have documented since Covid began, and other meetings.


10/15 – It was brought to my attention at practice that some of our players feel like their position coaches coersed them to get the vaccine. I specifically told our staff that is not their job and to send any player that has questions to the trainers or doctors. This is very disappointing and I will look more into it. Not sure who to report this to, but I may tell Bryan Blair.

ROLOVICH00000006

# Nicholas Rolovich

# Rolovich v. Washington State University, et al.

# October 4, 2024



1325 Fourth Avenue, Suite 1840  Seattle, Washington 98101
Bellingham  |  Everett  |  Tacoma  |  Olympia  |  Yakima  |  Spokane
Seattle 206.287.9066    Tacoma 253.235.0111    Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: info@buellrealtime.com

(208 of 208), Page 208 of 208 Case: 25-761, 06/12/2025, DktEntry: 26.5, Page 208 of 208
Case 2:22-cv-00319-TOR    ECF No. 98    filed 10/14/24    PageID.1838    Page 35
of 421

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

---

Page 245

1  think they're beneficial to the human -- human body.
2      Q. And one other commonly asserted objection to
3  the COVID vaccines, I don't know that we've really
4  talked about it today so feel free to say no way, that
5  wasn't it, is just kind of an autonomy or liberty
6  rationale where essentially a person has the right to
7  make their own decisions as to what goes into their
8  body, was that a factor in your decision as well?
9      A. The threat of loss of employment, social
10  stigma, I thought were very un-American, yes.
11     Q. Coercion?
12     A. Coercion.  The coercion was -- the coercion
13  that I felt from Pat Chun was some of the grossest
14  leadership I have ever seen or ever heard of actually.
15     Q. So we've talked about a lot of reasons and I
16  want to give you just an opportunity to kind of say for
17  yourself if there are other reasons why you chose not
18  to be vaccinated against COVID.
19     A. Other than religious?
20     Q. Well, describe what you mean by religious.
21     A. Well, in regards to the religious exemption, I
22  think there's a part of the HEK cell line from aborted
23  fetus cell from I believe it was the Dutch deal.  I've
24  learned through this whole process how much that
25  aborted fetal cells are used in many other medications.

---

Page 246

1  I don't know, but some of the ingredients in our food
2  in America, some people have claimed that they also use
3  that in development, I don't know that that's true or
4  not, but I would rather not have to go to bed -- in my
5  mind, I feel that supporting that or using -- using
6  that is -- is -- it doesn't sit right on my soul.
7      And when the -- the element of conscience that
8  Father Paul brought to me in front of Ferdinand's on
9  that day, that was -- that was the final answer where I
10  had been to church, I had been made to go to church by
11  my parents throughout my childhood, and I thought I was
12  living a good religious or religious-based life in --
13  in many of my decisions.  I'm not free of sin, but that
14  day when he explained what was happening inside of me
15  with my relationship to God, my whole life changed and
16  that was the moment I felt settled going with the
17  religious exemption.
18     Q. So what exactly -- sorry, let me give you a
19  chance to -- any other aspects of your religious
20  objection to COVID-19 that you want an opportunity to
21  explain?
22     A. I don't -- I don't know if there's a --
23  nothing -- not at the moment.
24     Q. Okay.  So let's start with the conscience
25  piece.  What was it that went into your realization

---

Page 247

1  that your conscience prevented you from taking the
2  COVID vaccines?
3      MR. SEESE:  Form.
4      A. I believe the whole time God had provided
5  discernment to me in a lot of the areas we just spoke
6  about and in the weighing of pros and cons, it was
7  when -- when he told me this is just your reconnection
8  to your Catholic faith and that's been God speaking to
9  you this whole time, that cleared all confusion up in
10  my head.
11     Q. (BY MR. PEKELIS)  And when you say the areas
12  we just spoke about, you're talking about the things
13  that I listed, health and safety concerns, natural
14  immunity, those -- those factors that you researched
15  and were part of your objection?
16     A. Or was -- or was provided to me.  I didn't
17  necessarily have a lot of time to -- you know, I was
18  running a football program, so wasn't -- you know, I
19  had a lot of work to do with that, but it became clear
20  to me that -- and then him explaining the
21  responsibility for my conscience that day
22  in front of Ferdinand's, that's when it all kind of
23  clicked for me.
24     Q. So let's -- let's go to --
25       (Exhibit No. 215 was marked.)

---

Page 248

1      Q. (BY MR. PEKELIS)  So this is the second
2  amended complaint you filed in this case.  And on
3  page 7, paragraph 29.
4      A. Do you have a date on this?  Oh, 9/19/23.
5      Q. Yeah.  So page 7, paragraph 29, you write in
6  your complaint -- just let me know when you got there.
7      A. What -- what paragraph?
8      Q. Paragraph 29.  Do you see that?
9      A. I do.
10     Q. So it says:  As a Catholic, Mr. Rolovich drew
11  upon his study of the Bible, personal prayer, personal
12  experience, personal study, advice from others, advice
13  from a Catholic priest and the teachings of the church,
14  including that his conscience precluded him from
15  receiving any available COVID-19 vaccine.
16       What were the personal experiences that you
17  drew on in reaching that conclusion?
18     A. Probably the hypocrisy in how leadership was
19  treating the kids on the team.  The personal experience
20  from -- I'm going to leave some names out if that's
21  okay, but a good friend who has admitted or -- I don't
22  know if admitted, but shared with me a story about
23  how he believes his son was vaccine injured, and
24  another friend who -- another -- a person in -- in her
25  family was also vaccine injured.  It was an incredible

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

ER0788