No. 25-761

# In the United States Court of Appeals for the Ninth Circuit

NICHOLAS ROLOVICH,

Plaintiff-Appellant,

v.

WASHINGTON STATE UNIVERSITY, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Washington
Honorable Thomas O. Rice
(2:22-cv-319-TOR)

## EXCERPTS OF RECORD
## VOLUME 7 OF 8

| | |
|---|---|
| ERIC N. KNIFFIN | JOSEPH C. DAVIS |
| KNIFFIN LAW, PLLC | *Counsel of Record* |
| 102 S. Tejon St., Suite 1100 | LUKE W. GOODRICH |
| Colorado Springs, CO 80903 | ANGELA WU HOWARD |
| | REED M. BARTLEY |
| ERIC J. SEESE | THE BECKET FUND FOR |
| FROST BROWN TODD LLP | RELIGIOUS LIBERTY |
| 1801 California St., Ste. 2700 | 1919 Pennsylvania Ave. NW, Ste. 400 |
| Denver, CO 80202 | Washington, DC 20006 |
| | (202) 955-0095 |
| | *jdavis@becketfund.org* |

*Counsel for Plaintiff-Appellant*

Form 1

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern District of Washington

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-CV-0319-TOR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/14/2022

Date of judgment or order you are appealing: 01/06/2025; 01/08/2025

Docket entry number of judgment or order you are appealing: 135, 136, 138

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nicholas Rolovich

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Eric Job Seese          **Date** February 4, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1          Rev. 06/09/2022

ER1378

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Nicholas Rolovich |

Name(s) of counsel (if any):

| | |
|---|---|
| Alexandria Tina Drake<br>DUNN & BLACK PS | Eric Job Seese<br>Mamie Ling<br>Meredith Grant<br>FROST BROWN TODD LLP |

Address: Dunn & Black PS, 111 North Post, Suite 300, Spokane, WA 99201 | Frost Brown Todd LLP, 1801 California Street, Suite 2700, Denver, CO 80202

Telephone number(s): 509-455-8711 Dunn & Black PS; 303-406-4901 Frost Brown Todd LLP

Email(s): adrake@dunnandblack.com; jseese@fbtlaw.com; mling@fbtlaw.com; mgrant@fbtlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☐ Yes  ☒ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Washington State University, an agency of the State of Washington |

Name(s) of counsel (if any):

| | |
|---|---|
| W. Scott Ferron<br>Zachary J. Pekelis<br>Ai-Li Anna Chiong-Martinson<br>Erica P. Coray<br>PACIFICA LAW GROUP LLP | Spencer W. Coates<br>ATTORNEY GENERAL OFFICE |

Address: Pacifica Law Group LLP, 1191 Second Avenue, Suite 2000, Seattle, WA 98101 | Office of the Attorney General, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104

Telephone number(s): 206-245-1700 Pacifica Law Group LLP; 206-287-4173 Office of the Attorney General

Email(s): scott.ferron@pacificalawgroup.com; zach.pekelis@pacificalawgroup.com; al-li.chong-martinson@pacificalawgroup.com; erica.coray@pacificalawgroup.com; spencer.coates@atg.wa.gov

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Form 6 | 1 | New 12/01/2018 |
|---|---|---|

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Nicholas Rolovich

Name(s) of counsel (if any):

> Thomas F. Allen, Jr.          Eric Nieuwenhuis Kniffin
> FROST BROWN TODD LLP          KNIFFIN LAW PLLC

Address:
> FROST BROWN TODD LLP              KNIFFIN LAW PLLC
> 2101 Cedar Springs Road, Suite 900    102 South Tejon Street, Suite 1100
> Dallas, TX 75201                  Colorado Springs, CO 80903

Telephone number(s):
> 214-580-5839 Frost Brown Todd LLP
> 719-212-4391 Kniffin Law PLLC

Email(s):
> tfallen@fbtlaw.com Thomas F. Allen, Jr.
> eric@kniffin.law Eric Nieuwenhuis Kniffin

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊗ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**               2                *Rev. 12/01/2018*

ER1380

CLOSED,APPEAL,JURY,LC02

# U.S. District Court
## Eastern District of Washington (Spokane)
### CIVIL DOCKET FOR CASE #: 2:22−cv−00319−TOR

Rolovich v. Washington State University et al  
Assigned to: Judge Thomas O. Rice  
related Case: 2:23−cv−00069−TOR  
Case in other court:  Whitman County Superior Court, 22−00002−00244−38  
9CCA, 25−00761  
Cause: 42:2000e−2ag Job Discrimination (Age)

Date Filed: 12/14/2022  
Date Terminated: 01/06/2025  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Nicholas Rolovich**     represented by     **Alexandria Tina Drake**  
Dunn & Black PS  
111 North Post  
Suite 300  
Spokane, WA 99201  
509−455−8711  
Fax: 509−455−8734  
Email: adrake@dunnandblack.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Brian Fahling**  
Law Office of Brian Fahling  
559 Old Mill Rd  
Sandpoint, ID 83864  
425−802−7326  
Email: bfahling@fahlinglaw.com  
*TERMINATED: 10/28/2024*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Eric Nieuwenhuis Kniffin**  
Kniffin Law PLLC  
102 South Tejon Street  
Suite 1100  
Colorado Springs, CO 80903  
719−212−4391  
Email: eric@kniffin.law  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Eric Job Seese**  
Frost Brown Todd LLP  
1801 California Street  
Suite 2700  
Denver, CO 80202  
303−406−4901  
Fax: 303−406−4991  
Email: jseese@fbtlaw.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Mamie Ling**  
Frost Brown Todd LLP  
1801 California Street  
Suite 2700

ER1381

                                        Denver, CO 80202
303–406–4990
Email: mling@fbtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meredith Grant**
Frost Brown Todd LLP
1801 California Street
Suite 2700
Denver, CO 80202
303–406–4990
Email: mgrant@fbtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael A Freimann**
Frost Brown Todd LLP
1801 California Street
Suite 2700
Denver, CO 80202
303–406–4905
Fax: 303–406–4991
Email: mfreimann@fbtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Washington State University**              represented by  **W Scott Ferron**
*an agency of the State of*                                    Pacifica Law Group LLP
*Washington*                                                   1191 Second Avenue
                                                               Suite 2000
                                                               Seattle, WA 98101
                                                               260–245–1700
                                                               Email: Scott.ferron@pacificalawgroup.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                        **Zachary J Pekelis**
Pacifica Law Group
1191 2nd Avenue
Suite 2000
Seattle, WA 98101
206–245–1700
Email: zach.pekelis@pacificalawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ai–Li Anna Chiong–Martinson**
Pacifica Law Group LLP
1191 2nd Avenue
Suite 2000
Seattle, WA 98101
206–245–1700
Email: Ai–Li.Chiong–Martinson@pacificalawgroup.com
*ATTORNEY TO BE NOTICED*

**Erica P Coray**
Pacifica Law Group LLP

**ER1382**

        1191 2nd Avenue
        Suite 2000
        Seattle, WA 98101
        206−602−1231
        Fax: 206−245−1750
        Email: erica.coray@pacificalawgroup.com
        *ATTORNEY TO BE NOTICED*

        **Spencer W Coates**
        Attorney Generals Office – Seattle (Tort)
        800 Fifth Avenue
        Suite 2000
        Seattle, WA 98104
        206−287−4173
        Email: spencer.coates@atg.wa.gov
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Chun**     represented by     **Zachary J Pekelis**
*Director of Athletics for Washington*                            (See above for address)
*State University, in his individual*                               *LEAD ATTORNEY*
*capacity*                                                      *ATTORNEY TO BE NOTICED*
*TERMINATED: 05/30/2023*

        **Spencer W Coates**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jay Inslee**     represented by     **Alicia O Young**
*Governor, in his official capacity*                                Office Of The Reservation Attorney
*TERMINATED: 05/30/2023*                                        PO Box 150
        Nespelem, WA 99155
        360−586−2697
        Email: Alicia.Young@atg.wa.gov
        *ATTORNEY TO BE NOTICED*

        **Cristina Sepe**
        Washington State Office of the Attorney General
        Solicitor Generals Office
        1125 Washington Street SE
        PO Box 40100
        Olympa, WA 98504−0100
        360−753−7085
        Email: cristina.sepe@atg.wa.gov
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2022 | 1 | NOTICE OF REMOVAL Filing fee $402; Receipt #AWAEDC−4184691 Filed by All Defendants. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Coates, Spencer) (Entered: 12/14/2022) |
| 12/14/2022 |  | Notice of Judge Assignment. Judge Thomas O. Rice assigned to case. (SG, Case Administrator) (Entered: 12/14/2022) |
| 12/20/2022 | 2 | Stipulated MOTION for Extension of Time to File Answer *to Complaint* by Patrick Chun, Washington State University. Motion Hearing set for **12/20/2022** Without Oral Argument before Judge Thomas O. Rice. (Coates, Spencer) (Entered: 12/20/2022) |
| 12/21/2022 | 3 | ORDER granting 2 Stipulated Motion for Extension of Time to Answer. Defendants shall answer or otherwise respond to the Amended Complaint no later than **January 13, 2023**. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED. (HH, Law Clerk) (Entered: 12/21/2022) |

| | | |
|---|---|---|
| 12/21/2022 | 4 | NOTICE of Appearance by Cristina Sepe on behalf of Jay Inslee (Attorney Cristina Sepe added to party Jay Inslee(pty:dft))(Sepe, Cristina) (Entered: 12/21/2022) |
| 12/21/2022 | 5 | NOTICE of Appearance by Alicia O Young on behalf of Jay Inslee (Attorney Alicia O Young added to party Jay Inslee(pty:dft))(Young, Alicia) (Entered: 12/21/2022) |
| 12/21/2022 | 6 | NOTICE of Appearance by Zachary J Pekelis on behalf of Patrick Chun, Washington State University (Attorney Zachary J Pekelis added to party Patrick Chun(pty:dft), Attorney Zachary J Pekelis added to party Washington State University(pty:dft))(Pekelis, Zachary) (Entered: 12/21/2022) |
| 12/30/2022 | 7 | MOTION to Appear Pro Hac Vice re Attorney: Eric Kniffin. Filing fee $ 200, receipt number AWAEDC–4193692. by Nicholas Rolovich. Motion Hearing set for **1/30/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Eric Kniffin to Appear Pro Hac Vice)(Fahling, Brian) (Entered: 12/30/2022) |
| 12/30/2022 | 8 | NOTICE of Appearance by Brian Fahling on behalf of Nicholas Rolovich (Fahling, Brian) (Entered: 12/30/2022) |
| 01/03/2023 | 9 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. Attorney Eric Kniffen added for Nicholas Rolovich. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF ATTACHED. (BF, Paralegal) (Entered: 01/03/2023) |
| 01/12/2023 | 10 | Stipulated MOTION for Extension of Time to File Answer *to Amended Complaint* by Patrick Chun, Washington State University. Motion Hearing set for **1/12/2023** Without Oral Argument before Judge Thomas O. Rice. (Coates, Spencer) (Entered: 01/12/2023) |
| 01/12/2023 | 11 | ORDER granting 10 Stipulated Motion for Extension of Time to Answer. Defendants shall answer or otherwise respond to the Amended Complaint no later than seven (7) days after the entry of this Court's Order on Plaintiff's forthcoming Motion to Remand. TEXT ORDER ONLY – NO PDF ATTACHED. Signed by Judge Thomas O. Rice. (LG, Law Clerk) (Entered: 01/12/2023) |
| 01/17/2023 | 12 | MOTION to Remand by Nicholas Rolovich. Motion Hearing set for **3/7/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order Proposed Order to Remand)(Fahling, Brian) (Entered: 01/17/2023) |
| 02/07/2023 | 13 | RESPONSE to Motion re 12 MOTION to Remand filed by Patrick Chun, Jay Inslee, Washington State University. (Pekelis, Zachary) (Entered: 02/07/2023) |
| 02/21/2023 | 14 | REPLY MEMORANDUM re 12 MOTION to Remand filed by Nicholas Rolovich. (Attachments: # 1 Exhibit A – Comparison of forum–selection clauses)(Kniffin, Eric) (Entered: 02/21/2023) |
| 03/02/2023 | 15 | CORRECTED DOCUMENT filed by Nicholas Rolovich Re 12 MOTION to Remand . Description: Removed comment on page 5, which reduced page width; corrected date on Notice of Service from Dec 17 to Jan 17. (Kniffin, Eric) (Entered: 03/02/2023) |
| 03/08/2023 | 16 | ORDER denying 12 Motion to Remand. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 03/08/2023) |
| 03/10/2023 | 17 | MOTION for Leave to File Excess Pages *for Motion to Dismiss and for Expedited Consideration* by Patrick Chun, Washington State University. Motion Hearing set for **3/13/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 03/10/2023) |
| 03/13/2023 | 18 | ORDER: For good cause shown, Defendants' Expedited Motion for Excess Pages, ECF No. 17 , is granted. Defendants may file a Motion to Dismiss of no more than 40–pages, Plaintiff may file a Response of no more than 40–pages, and Defendants may file a Reply of no more than 20–pages. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 03/13/2023) |
| 03/13/2023 | 19 | NOTICE by Nicholas Rolovich (Attachments: # 1 Exhibit Coates Email)(Fahling, Brian) (Entered: 03/13/2023) |
| 03/14/2023 | 20 | DEMAND for Trial by Jury by Nicholas Rolovich. (Fahling, Brian) (Entered: 03/14/2023) |

**ER1384**

| | | |
|---|---|---|
| 03/15/2023 | 21 | First MOTION to Dismiss by Jay Inslee. Motion Hearing set for **5/11/2023** at **11:00 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Sepe, Cristina) (Entered: 03/15/2023) |
| 03/15/2023 | 22 | MOTION to Dismiss by Patrick Chun, Washington State University. Motion Hearing set for **5/11/2023** at **11:00 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 03/15/2023) |
| 03/15/2023 | 23 | DECLARATION by Zachary J. Pekelis in Support re 22 MOTION to Dismiss filed by Patrick Chun, Washington State University. (Pekelis, Zachary) (Entered: 03/15/2023) |
| 03/29/2023 | 24 | Stipulated MOTION to Extend Deadlines *on Motions to Dismiss* by All Plaintiffs. Motion Hearing set for **3/29/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Kniffin, Eric) (Entered: 03/29/2023) |
| 03/29/2023 | 25 | ORDER granting 24 Stipulated Motion to Extend Deadlines. Plaintiff's Response to Defendants' Motions to Dismiss (ECF Nos. 21, 22) shall be filed no later than 4/12/2023. Defendants' Reply briefs, if any, shall be filed no later than 5/3/2023. The hearing on Defendants' motions scheduled for 5/11/2023 remains set. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY; NO PDF WILL ISSUE.(LG, Law Clerk) (Entered: 03/29/2023) |
| 03/31/2023 | 26 | MOTION to Appear Pro Hac Vice re Attorney: Eric Job Seese. Filing fee $ 200, receipt number AWAEDC–4261513. by Nicholas Rolovich. Motion Hearing set for **5/1/2023** Without Oral Argument before Judge Thomas O. Rice. (Fahling, Brian) (Entered: 03/31/2023) |
| 04/06/2023 | 27 | ORDER granting 26 Motion for Leave to Appear Pro Hac Vice. Attorney Eric Job Seese added for Nicholas Rolovich. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 04/06/2023) |
| 04/12/2023 | 28 | RESPONSE to Motion re 22 MOTION to Dismiss *by Defendants WSU and Chun* filed by Nicholas Rolovich. (Kniffin, Eric) (Entered: 04/12/2023) |
| 04/12/2023 | 29 | DECLARATION by Brian Fahling in Opposition re 22 MOTION to Dismiss *by Defendants WSU and Chun* filed by Nicholas Rolovich. (Kniffin, Eric) (Entered: 04/12/2023) |
| 04/17/2023 | 30 | REPLY MEMORANDUM re 21 First MOTION to Dismiss filed by Jay Inslee. (Sepe, Cristina) (Entered: 04/17/2023) |
| 05/03/2023 | 31 | REPLY MEMORANDUM re 22 MOTION to Dismiss filed by Patrick Chun, Washington State University. (Pekelis, Zachary) (Entered: 05/03/2023) |
| 05/11/2023 | 32 | Minute Entry for proceedings held before Judge Thomas O. Rice: Motion Hearing held on 5/11/2023. (Reported by: Crystal Hicks) (BF, Paralegal) (Entered: 05/11/2023) |
| 05/30/2023 | 33 | ORDER ON MOTIONS TO DISMISS. Defendant Inslee's Motion to Dismiss (ECF No. 21 ) is GRANTED. Defendants Chun and WSU's Motion to Dismiss (ECF No. 22 ) is GRANTED in part and DENIED in part. Defendants Patrick Chun (Director of Athletics for Washington State University, in his individual capacity) and Jay Inslee (Governor, in his official capacity) are terminated. Signed by Judge Thomas O. Rice. (LLH, Courtroom Deputy) (Entered: 05/30/2023) |
| 06/08/2023 | 34 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing. Proceedings held on 5/11/2023 in Spokane, Washington before Judge Thomas O. Rice. Page Numbers: 1 – 35<br><br>Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

|  |  |  |
|---|---|---|
|  |  | Information regarding the policy can be found on the court website at www.waed.uscourts.gov.<br><br>To purchase a copy of the transcript contact Court Reporter/Transcriber Crystal Hicks at 509–458–3434 or Crystal_Hicks@waed.uscourts.gov. Redaction Request due 6/29/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/6/2023. (Hicks, Crystal) (Entered: 06/08/2023) |
| 06/13/2023 | 35 | ANSWER to Complaint *First Amended* by Washington State University.(Coates, Spencer) (Entered: 06/13/2023) |
| 06/30/2023 | 36 | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE: A Telephonic Scheduling Conference is set for **8/9/2023** at **8:30 AM** before Judge Thomas O. Rice. (LLH, Courtroom Deputy) (Entered: 06/30/2023) |
| 07/20/2023 | 37 | Unopposed MOTION for Entry of Judgment under Rule 54(b) by Jay Inslee. Motion Hearing set for **7/20/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Young, Alicia) (Entered: 07/20/2023) |
| 07/26/2023 | 38 | STATUS REPORT *Joint Status Report and Discovery Plan* by Washington State University. (Pekelis, Zachary) (Entered: 07/26/2023) |
| 07/27/2023 | 39 | ORDER granting 37 Motion for Entry of Judgment under Rule 54(b). Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 07/27/2023) |
| 07/27/2023 | 40 | Partial Judgment of Dismissal with Prejudice in favor of Defendant Governor Jay Inslee. The file remains open. (BF, Paralegal) (Entered: 07/27/2023) |
| 08/02/2023 | 41 | Joint MOTION for Extension of Time to File *Serve Rule 26(a)(1) Initial Disclosures* by Nicholas Rolovich. Motion Hearing set for **9/5/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Seese, Eric) (Entered: 08/02/2023) |
| 08/02/2023 | 42 | ORDER granting 41 Joint Motion for Extension of Time to Serve Rule 26(a)(1) Initial Disclosures. Pursuant to the parties' stipulation, their Rule 26(a)(1) in initial disclosures shall be served on or before 8/7/2023. The Telephonic Scheduling Conference scheduled for 8/9/2023 remains set. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (BF, Paralegal) (Entered: 08/02/2023) |
| 08/09/2023 | 43 | Minute Entry for TELEPHONIC proceedings held before Judge Thomas O. Rice: Scheduling Conference held on 8/9/2023.. (Reported/ by: Allison Anderson) (LLH, Courtroom Deputy) (Entered: 08/09/2023) |
| 08/09/2023 | 44 | JURY TRIAL SCHEDULING ORDER. A Pretrial Conference is set for **11/20/2024** at **9:00 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. A Jury Trial is set for **12/9/2024** at **8:30 AM** in Spokane Courtroom 902 before Judge Thomas O. Rice. Signed by Judge Thomas O. Rice. (LLH, Courtroom Deputy) (Entered: 08/09/2023) |
| 08/10/2023 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Scheduling Conference. Proceedings held on 8/9/2023 in Telephonic Hearing before Judge Thomas O. Rice. Page Numbers: 1 – 9<br><br>Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Information regarding the policy can be found on the court website at www.waed.uscourts.gov.<br><br>To purchase a copy of the transcript contact Court Reporter/Transcriber Allison Anderson at 509–458–3465 or Allison_Anderson@waed.uscourts.gov. Redaction Request due 8/31/2023. Redacted Transcript Deadline set for 9/11/2023. Release of |

|  |  | Transcript Restriction set for 11/8/2023. (Anderson, Allison) (Entered: 08/10/2023) |
|---|---|---|
| 08/17/2023 | 46 | MOTION to Amend/Correct by Nicholas Rolovich. Motion Hearing set for **9/15/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order Granting Leave to File Second Amended Complaint)(Seese, Eric) (Entered: 08/17/2023) |
| 08/31/2023 | 47 | RESPONSE to Motion re 46 MOTION to Amend/Correct filed by Washington State University. (Pekelis, Zachary) (Entered: 08/31/2023) |
| 08/31/2023 | 48 | DECLARATION by Zachary J. Pekelis in Opposition re 46 MOTION to Amend/Correct filed by Washington State University. (Pekelis, Zachary) (Entered: 08/31/2023) |
| 09/01/2023 | 49 | CORRECTED DOCUMENT filed by Washington State University Re 47 Response to Motion. Description: Calculation error. (Attachments: # 1 Corrected Brief)(Pekelis, Zachary) (Entered: 09/01/2023) |
| 09/07/2023 | 50 | REPLY MEMORANDUM re 46 MOTION to Amend/Correct filed by All Plaintiffs. (Kniffin, Eric) (Entered: 09/07/2023) |
| 09/14/2023 | 51 | ORDER granting Plaintiff's 46 Motion for Leave to Amend. Plaintiff shall promptly file his Second Amended Complaint. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 09/14/2023) |
| 09/17/2023 | 52 | NOTICE of Change of Address by Brian Fahling (Fahling, Brian) (Entered: 09/17/2023) |
| 09/19/2023 | 53 | Second AMENDED COMPLAINT against All Defendants. Jury Demand. Filed by Nicholas Rolovich. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kniffin, Eric) (Entered: 09/19/2023) |
| 10/03/2023 | 54 | MOTION to Dismiss *or in the Alternative, Strike* by All Defendants. Motion Hearing set for **11/22/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 10/03/2023) |
| 10/03/2023 | 55 | DECLARATION by Zachary J. Pekelis in Support re 54 MOTION to Dismiss *or in the Alternative, Strike* filed by All Defendants. (Pekelis, Zachary) (Entered: 10/03/2023) |
| 10/17/2023 | 56 | RESPONSE to Motion re 54 MOTION to Dismiss *or in the Alternative, Strike* filed by Nicholas Rolovich. (Fahling, Brian) (Entered: 10/17/2023) |
| 10/24/2023 | 57 | ORDER granting 54 Motion to Dismiss, denying motion to strike. Signed by Judge Thomas O. Rice. (Entered: 10/24/2023) |
| 10/31/2023 | 58 | NOTICE of Appearance by W Scott Ferron on behalf of Washington State University (Attorney W Scott Ferron added to party Washington State University(pty:dft))(Ferron, W Scott) (Entered: 10/31/2023) |
| 11/07/2023 | 59 | ANSWER to Complaint *Second Amended* by Washington State University.(Coates, Spencer) (Entered: 11/07/2023) |
| 12/06/2023 | 60 | Stipulated MOTION for Protective Order by Washington State University. Motion Hearing set for **12/6/2023** Without Oral Argument before Judge Thomas O. Rice. (Coates, Spencer) (Entered: 12/06/2023) |
| 12/08/2023 | 61 | ORDER granting 60 Stipulated Motion for Protective Order. Signed by Judge Thomas O. Rice. (Entered: 12/08/2023) |
| 02/29/2024 | 62 | NOTICE SETTING HEARING BY COURT – At the parties' request, a Telephonic Discovery Dispute Hearing is set for **3/6/2024 at 8:30 AM** before Judge Thomas O. Rice. The parties are directed to call the Court's conference line at (888) 273−3658 five (5) minutes prior to the designated hearing time. When prompted, enter Access Code 2982935 and Security Code 0319. The use of cellular phones is permitted, but not in speaker mode or while using a headset. TEXT ONLY NOTICE; NO PDF ATTACHED. (BF, Paralegal) (Entered: 02/29/2024) |

| | | |
|---|---|---|
| 03/06/2024 | 63 | Minute Entry for TELEPHONIC proceedings held before Judge Thomas O. Rice: Discovery Hearing held on 3/6/2024. (Reported by: Allison Anderson) (BF, Paralegal) (Entered: 03/06/2024) |
| 03/14/2024 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Discovery Dispute Hearing. Proceedings held on 3/6/2024 in Telephonic Hearing before Judge Thomas O. Rice. Page Numbers: 1 – 12<br><br>Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Information regarding the policy can be found on the court website at www.waed.uscourts.gov.<br><br>To purchase a copy of the transcript contact Court Reporter/Transcriber Allison Anderson at 509−458−3465 or Allison_Anderson@waed.uscourts.gov. Redaction Request due 4/4/2024. Redacted Transcript Deadline set for 4/15/2024. Release of Transcript Restriction set for 6/12/2024. (Anderson, Allison) (Entered: 03/14/2024) |
| 05/23/2024 | 65 | NOTICE of Change of Address by Eric Job Seese (Seese, Eric) (Entered: 05/23/2024) |
| 06/27/2024 | 66 | Unopposed MOTION to Extend Deadlines by Nicholas Rolovich. Motion Hearing set for **7/29/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion to Extend Expert Disclosure Deadlines)(Seese, Eric) (Entered: 06/27/2024) |
| 06/28/2024 | 67 | ORDER granting 66 Unopposed Motion to Extend Deadlines. The Jury Trial Scheduling Order (ECF No. 44) is hereby amended as follows: Plaintiffs initial expert disclosures are due by July 1, 2024; Defendants initial expert disclosures are due by August 9, 2024; Plaintiffs rebuttal expert disclosures are due by August 29, 2024; Depositions of the experts shall be accomplished by September 6, 2024; and *Daubert* motions shall be filed by September 24, 2024. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 06/28/2024) |
| 07/30/2024 | 68 | NOTICE of Appearance by Erica P Coray on behalf of Washington State University (Attorney Erica P Coray added to party Washington State University(pty:dft))(Coray, Erica) (Entered: 07/30/2024) |
| 07/30/2024 | 69 | NOTICE of Appearance by Ai−Li Anna Chiong−Martinson on behalf of Washington State University (Attorney Ai−Li Anna Chiong−Martinson added to party Washington State University(pty:dft))(Chiong−Martinson, Ai−Li) (Entered: 07/30/2024) |
| 07/31/2024 | 70 | MOTION to Appear Pro Hac Vice re Attorney: Michael A. Freimann. Filing fee $ 200, receipt number BWAEDC−4601926. by Nicholas Rolovich. Motion Hearing set for **8/30/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Motion for Michael Freimann to Appear Pro Hac Vice)(Fahling, Brian) (Entered: 07/31/2024) |
| 08/08/2024 | 71 | ORDER granting 70 Motion for Leave to Appear Pro Hac Vice. Michael A. Freimann is added on behalf of Nicholas Rolovich. Signed by Judge Thomas O. Rice. TEXT ONLY ORDER; NO PDF WILL ISSUE. (KAW, Law Clerk) (Entered: 08/08/2024) |
| 08/08/2024 | 72 | Unopposed MOTION to Extend Deadlines *to Disclose Expert Reports* by Washington State University. Motion Hearing set for **8/8/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 08/08/2024) |
| 08/09/2024 | 73 | ORDER granting 72 Motion to Extend Deadlines: Defendants Initial Expert Disclosure deadline is extended to August 12, 2024; Plaintiffs Rebuttal Expert Disclosure deadline is extended to August 30, 2024. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 08/09/2024) |

| | | |
|---|---|---|
| 08/19/2024 | 74 | Stipulated MOTION to Continue *Case Deadlines and Amend Scheduling Order* by Washington State University. Motion Hearing set for **8/19/2024** Without Oral Argument before Judge Thomas O. Rice. (Pekelis, Zachary) (Entered: 08/19/2024) |
| 08/20/2024 | 75 | MOTION to Appear Pro Hac Vice re Attorney: Mamie Ling. Filing fee $ 200, receipt number AWAEDC−4613757. by Nicholas Rolovich. Motion Hearing set for **9/19/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Fahling, Brian) (Entered: 08/20/2024) |
| 08/20/2024 | 76 | MOTION to Appear Pro Hac Vice re Attorney: Meredith Grant. Filing fee $ 200, receipt number AWAEDC−4613770. by Nicholas Rolovich. Motion Hearing set for **9/19/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Fahling, Brian) (Entered: 08/20/2024) |
| 08/21/2024 | 77 | ORDER Granting 74 Stipulated Motion to Continue Case Deadlines and Amend Scheduling Order and Setting Briefing Schedule. The Pretrial Conference set for 11/20/2024 and the Jury Trial set for 12/9/2024 are STRICKEN from the Court's calendar and will be reset if necessary. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 08/21/2024) |
| 08/23/2024 | 78 | NOTICE SETTING HEARING BY COURT: At the request of counsel, a Telephonic Discovery Dispute Hearing is set for **8/28/2024** at **8:15 AM** before Judge Thomas O. Rice. The parties are directed to call the Court's conference line at (888) 273−3658 five (5) minutes prior to the designated hearing time. When prompted, enter Access Code 2982935 and Security Code 0319. Text entry; no PDF document. (LLH, Courtroom Deputy) (Entered: 08/23/2024) |
| 08/26/2024 | 79 | SEALED; PDF NO LONGER AVAILABLE. NOTICE NOT FILED IN COMPLIANCE WITH LOCAL RULE. NOTICE OF WITHDRAWAL OF COUNSEL by Brian Fahling on behalf of Plaintiff Nicholas Rolovich (Fahling, Brian) Modified on 8/26/2024 to seal entry (BF, Paralegal). (Entered: 08/26/2024) |
| 08/26/2024 | 80 | ORDER granting 75 Motion for Leave to Appear Pro Hac Vice. Attorney Mamie Ling added for Nicholas Rolovich. Signed by Judge Thomas O. Rice. TEXT ONLY ENTRY; NO PDF ATTACHED. (BF, Paralegal) (Entered: 08/26/2024) |
| 08/26/2024 | 81 | ORDER granting 76 Motion for Leave to Appear Pro Hac Vice. Attorney Meredith Grant added for Nicholas Rolovich. Signed by Judge Thomas O. Rice. TEXT ONLY ENTRY; NO PDF ATTACHED. (BF, Paralegal) (Entered: 08/26/2024) |
| 08/28/2024 | 82 | Minute Entry for Telephonic proceedings held before Judge Thomas O. Rice: Discovery Hearing held on 8/28/2024. (Reported by: Crystal Gonzalez) (BF, Paralegal) (Entered: 08/28/2024) |
| 09/04/2024 | 83 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Discovery Dispute Hearing. Proceedings held on 8/28/2024 in Telephonic Hearing before Judge Thomas O. Rice. Page Numbers: 1 − 13<br><br>Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Information regarding the policy can be found on the court website at www.waed.uscourts.gov.<br><br>To purchase a copy of the transcript contact Court Reporter/Transcriber Crystal Gonzalez at 509−458−3434 or Crystal_Gonzalez@waed.uscourts.gov. Redaction Request due 9/25/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/3/2024. (Gonzalez, Crystal) (Entered: 09/04/2024) |
| 09/17/2024 | 84 | Stipulated MOTION for Leave to File Excess Pages *to Set Word Limits for Cross−Motions for Summary Judgment* by Washington State University. Motion Hearing set for **9/17/2024** Without Oral Argument before Judge Thomas O. Rice. |

**ER1389**

| | | |
|---|---|---|
| | | (Pekelis, Zachary) (Entered: 09/17/2024) |
| 09/17/2024 | 85 | Stipulated MOTION for Discovery *Forensic Examination Protocol* by Washington State University. Motion Hearing set for **9/17/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Appendix A)(Pekelis, Zachary) (Entered: 09/17/2024) |
| 09/18/2024 | 86 | ORDER granting 84 Stipulated Motion for Leave to File Excess Pages: For good cause shown, IT IS ORDERED that, in filing the summary judgment submissions set forth in ECF No. 77, each Party's two submissions may total no more than 14,000 words together. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 09/18/2024) |
| 09/18/2024 | 87 | ORDER granting 85 Stipulated Motion for Discovery Protocol: For good cause shown, the Parties' Stipulated Discovery Protocol is GRANTED, IT IS SO ORDERED. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 09/18/2024) |
| 09/23/2024 | 88 | MOTION for Partial Summary Judgment by Nicholas Rolovich. Motion Hearing set for **11/13/2024** Without Oral Argument before Judge Thomas O. Rice. (Seese, Eric) (Entered: 09/23/2024) |
| 09/23/2024 | 89 | STATEMENT OF FACTS re 88 MOTION for Partial Summary Judgment filed by Nicholas Rolovich. (Attachments: # 1 Affidavit Declaration of Eric Kniffin, # 2 Exhibit A – Declaration of N. Rolovich, # 3 Exhibit B – Fr. Paul Text Thread, # 4 Exhibit C – Bishop Daly Letter, # 5 Exhibit D – 2021–08–20 Regents Update, # 6 Exhibit E – Religious Exemption Application, # 7 Exhibit F – Lysaught, M. Therese Expert Report, # 8 Exhibit G – WSU Insider Article, # 9 Exhibit H – Wilner Article, # 10 Exhibit I – WA Guidance, # 11 Exhibit J – HRS Finding of Sincerity, # 12 Exhibit K – WSU AD Supplement, # 13 Exhibit L – Dennler Depo Excerpts, # 14 Exhibit M – Def's Answers to Plf.'s First Set of RFAs, # 15 Exhibit N – HRS Oct 18 Denial Email, # 16 Exhibit O – Oct 18 Intent to Terminate, # 17 Exhibit P – Nov 12 Termination Letter, # 18 Exhibit Q – Dec 6 Termination Appeal Decision Letter, # 19 Exhibit R – DiResti Expert Report)(Seese, Eric) (Entered: 09/23/2024) |
| 09/30/2024 | 90 | MOTION to Substitute Attorney *and Notice of Appearance* by Nicholas Rolovich. Motion Hearing set for **10/30/2024** Without Oral Argument before Judge Thomas O. Rice. (Drake, Alexandria) (Entered: 09/30/2024) |
| 09/30/2024 | 91 | Submission of Proposed Order Re 90 MOTION to Substitute Attorney *and Notice of Appearance* filed by Nicholas Rolovich ; filed by Nicholas Rolovich. (Drake, Alexandria) (Entered: 09/30/2024) |
| 10/14/2024 | 92 | INCORRECT DOCUMENT FILED. CORRECTED DOCUMENT FOUND AT ECF NO. 93 . RESPONSE to Motion re 88 MOTION for Partial Summary Judgment *and Cross−Motion for Summary Judgment* filed by Washington State University. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 93 | RESPONSE to Motion re 88 MOTION for Partial Summary Judgment *and Cross−Motion for Summary Judgment* filed by Washington State University. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 94 | STATEMENT OF *Material Facts Not in Dispute* FACTS re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 95 | STATEMENT OF *Disputed Material* FACTS re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 96 | DECLARATION by David Bones in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 97 | DECLARATION by Patrick Chun in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |

**ER1390**

| | | |
|---|---|---|
| 10/14/2024 | 98 | DECLARATION by Spencer Coates in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 99 | DECLARATION by Brad Corbin in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 100 | DECLARATION by Jacob Dickert in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 101 | DECLARATION by Renee DiResta in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 10/14/2024) |
| 10/14/2024 | 102 | DECLARATION by Adam Ganders in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 103 | DECLARATION by Joseph Kennedy in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 104 | DECLARATION by Dr. John Lynch in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 105 | DECLARATION by Anne McCoy in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 106 | DECLARATION by Dr. Guy H. Palmer in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 107 | DECLARATION by Teddi Phares in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 108 | DECLARATION by Kirk Schulz in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/14/2024 | 109 | DECLARATION by Mitchell Straub in Opposition re 93 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) Modified on 10/15/2024 (LLH, Courtroom Deputy). (Entered: 10/14/2024) |
| 10/24/2024 | 110 | NOTICE of Hearing – By Court: At the request of the parties, a Telephonic Discovery Hearing is set for **10/24/2024** at **1:30 PM** PST before Judge Thomas O. Rice. Counsel for the parties only are directed to call the Court's conference line at (888) 273–3658 five (5) minutes prior to the designated hearing time. When prompted, enter Access Code 2982935 and Security Code 0319. Text entry; no PDF document.(LLH, Courtroom Deputy) (Entered: 10/24/2024) |
| 10/24/2024 | 111 | Minute Entry for proceedings held before Judge Thomas O. Rice: Discovery Hearing held on 10/24/2024. (Reported by: Crystal Gonzalez) (LLH, Courtroom Deputy) (Entered: 10/24/2024) |
| 10/28/2024 | 112 | ORDER granting 90 Motion to Substitute Attorney. Attorney Brian Fahling is now terminated from this case. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 10/28/2024) |
| 10/30/2024 | 113 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Telephonic Discovery Conference. Proceedings held on 10/24/2024 in Spokane, Washington before Judge Thomas O. Rice. Page Numbers: 1 – 14<br><br>Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made |

| | | |
|---|---|---|
| | | remotely electronically available to the public without redaction after 90 calendar days.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Information regarding the policy can be found on the court website at www.waed.uscourts.gov.<br><br>To purchase a copy of the transcript contact Court Reporter/Transcriber Crystal Gonzalez at 509−458−3434 or Crystal_Gonzalez@waed.uscourts.gov. Redaction Request due 11/20/2024. Redacted Transcript Deadline set for 12/2/2024. Release of Transcript Restriction set for 1/28/2025. (Gonzalez, Crystal) (Entered: 10/30/2024) |
| 11/04/2024 | 114 | Emergency MOTION for Extension of Time to File Response/Reply as to 77 Order, by Nicholas Rolovich. Motion Hearing set for **12/4/2024** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order)(Seese, Eric) (Entered: 11/04/2024) |
| 11/04/2024 | 115 | MOTION to Expedite *Hearing on Plaintiff's Emergency Motion for Extension of Time* by Nicholas Rolovich. Motion Hearing set for **11/11/2024** Without Oral Argument before Judge Thomas O. Rice. (Seese, Eric) (Entered: 11/04/2024) |
| 11/04/2024 | 116 | RESPONSE to Motion re 114 Emergency MOTION for Extension of Time to File Response/Reply as to 77 Order, filed by Washington State University. (Pekelis, Zachary) (Entered: 11/04/2024) |
| 11/05/2024 | 117 | RESPONSE to Motion re 88 MOTION for Partial Summary Judgment *Plaintiff's Combined Response to Defendant's Cross−Motion for Summary Judgment and Reply to Plaintiff's Motion for Partial Summary Judgment* filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 118 | STATEMENT OF *Plaintiff's Statement of Additional and Disputed Material Facts* FACTS re 88 MOTION for Partial Summary Judgment filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 119 | STATEMENT OF *Plaintiff's Reply Statement of Material Facts Not in Dispute* FACTS re 88 MOTION for Partial Summary Judgment filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 120 | DECLARATION by Eric Job Seese in Support re 88 MOTION for Partial Summary Judgment *Plaintiff's Combined Response to Defendant's Cross−Motion for Summary Judgment and Reply to Plaintiff's Motion for Partial Summary Judgment* filed by Nicholas Rolovich. (Attachments: # 1 Exhibit A WSU's Responses to Plaintiff's Third Interrogatories, # 2 Exhibit B NCAA Article March 18, 2020, # 3 Exhibit C NCAA Article Nov. 18, 2020, # 4 Exhibit D NCAA Article Feb 17, 2021, # 5 Exhibit E NCAA 2020−21 Recruiting Calendar, # 6 Exhibit F NCAA Article April 15, 2021, # 7 Exhibit G NCAA 2021−22 Recruiting Calendar, # 8 Exhibit H Dickinson Email, # 9 Exhibit I Dickinson Email 2, # 10 Exhibit J Schulz−Cerna Texts, # 11 Exhibit K Schulz−Chun Texts, # 12 Exhibit L Schulz−Dickinson Texts, # 13 Exhibit M Schulz−Dickinson Texts 2, # 14 Exhibit N Schulz−Dickinson Texts, # 15 Exhibit O Druffel Email Aug. 20, 2021, # 16 Exhibit P Chun−Youboty Texts, # 17 Exhibit Q Religious Accommodation Procedures, # 18 Exhibit R Talking Points Oct 15, 2021, # 19 Exhibit S Connell Email and Talking Point, # 20 Exhibit T Cheslek Email to KSU, # 21 Exhibit U WSU Outline for Deposition, # 22 Exhibit V Gehring Email Oct. 8, 2021, # 23 Exhibit W WSU Article Oct. 8, 2021, # 24 Exhibit X Appendix B, # 25 Exhibit Y Dennler Depo, # 26 Exhibit Z Seattle Times Article Sept. 24, 2021, # 27 Exhibit AA Inslee's FAQs, # 28 Exhibit BB Schulz−Dickinson Texts 4, # 29 Exhibit CC HRS Exemptions Email Oct. 6, 2021, # 30 Exhibit DD Gehring Depo, # 31 Exhibit EE Franks Employment Agreement, # 32 Exhibit FF Bones Depo, # 33 Exhibit GG Bones Depo, # 34 Exhibit HH WSU Annual Report 2021−22, # 35 Exhibit II WSU Annual Report 2022−23, # 36 Exhibit JJ Rolovich Depo)(Seese, Eric) Modified on 11/6/2024 (LLH, Courtroom Deputy). At the request of counsel, Exhibit X (24) is SEALED. (Entered: 11/05/2024) |

**ER1392**

| | | |
|---|---|---|
| 11/05/2024 | 121 | DECLARATION by Nicholas Rolovich in Support re 88 MOTION for Partial Summary Judgment *Declaration of Nicholas Rolovich In Support of Plaintiff's Combined Response to Defendant's Cross–Motion for Summary Judgment and Reply to Plaintiff's Motion for Partial Summary Judgment* filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 122 | DECLARATION by Konner Gomness in Support re 88 MOTION for Partial Summary Judgment filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 123 | DECLARATION by Liam Ryan in Support re 88 MOTION for Partial Summary Judgment filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 124 | RESPONSE to Motion re 88 MOTION for Partial Summary Judgment *Plaintiff's Amended Combined Response to Defendant's Cross–Motion for Summary Judgment and Reply to Plaintiff's Motion for Partial Summary Judgment* filed by Nicholas Rolovich. (Seese, Eric) (Entered: 11/05/2024) |
| 11/05/2024 | 125 | ORDER denying as moot 114 Motion for Extension of Time to File Response/Reply; denying as moot 115 Motion to Expedite; Response has been filed. Signed by Judge Thomas O. Rice. TEXT ORDER ONLY – NO PDF ATTACHED (Entered: 11/05/2024) |
| 11/18/2024 | 126 | REPLY MEMORANDUM re 88 MOTION for Partial Summary Judgment *Def's Reply in Support of Cross–Motion* filed by Washington State University. (Pekelis, Zachary) (Entered: 11/18/2024) |
| 11/18/2024 | 127 | STATEMENT OF *Material Facts Not in Dispute – Def's Reply* FACTS re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 11/18/2024) |
| 11/18/2024 | 128 | DECLARATION by Zachary J. Pekelis in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Attachments: # 1 Exhibit A–I)(Pekelis, Zachary) (Entered: 11/18/2024) |
| 11/18/2024 | 129 | DECLARATION by Hailey James in Opposition re 88 MOTION for Partial Summary Judgment filed by Washington State University. (Pekelis, Zachary) (Entered: 11/18/2024) |
| 11/27/2024 | 130 | NOTICE SETTING HEARING BY COURT – At the parties' request, a Discovery Hearing is set for **12/12/2024 at 8:30 AM** via Zoom audio before Judge Thomas O. Rice. Counsel will be provided connection instructions via email by Court staff prior to the hearing. The connection instructions are for counsel only and shall not be disseminated to non–parties. No recording or rebroadcasting is permitted. TEXT ONLY ENTRY; NO PDF ATTACHED.(BF, Paralegal) (Entered: 11/27/2024) |
| 12/11/2024 | | Set/Reset Motion Hearing as to 88 MOTION for Partial Summary Judgment . Motion Hearing reset for **1/3/2025** Without Oral Argument before Judge Thomas O. Rice. (BF, Paralegal) (Entered: 12/11/2024) |
| 12/12/2024 | 131 | Minute Entry for TELEPHONIC proceedings held before Judge Thomas O. Rice: Discovery Hearing held on 12/12/2024. (Reported by: Marilynn McMartin) (LLH, Courtroom Deputy) (Entered: 12/12/2024) |
| 12/12/2024 | 132 | NOTICE by Washington State University re 93 Response to Motion *of Supplemental Authority* (Pekelis, Zachary) (Entered: 12/12/2024) |
| 12/20/2024 | 133 | MOTION to Stay *Discovery* by Washington State University. Motion Hearing set for **1/21/2025** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Text of Proposed Order)(Pekelis, Zachary) (Entered: 12/20/2024) |
| 12/20/2024 | 134 | DECLARATION by Zachary J. Pekelis in Support re 133 MOTION to Stay *Discovery* filed by Washington State University. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Pekelis, Zachary) (Entered: 12/20/2024) |
| 01/06/2025 | 135 | ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT; denying 88 Plaintiff's Motion for Partial Summary Judgment; granting 93 Defendant's Cross–Motion for Summary Judgment; denied as moot 133 Defendants Motion to Stay Discovery. File is CLOSED. Signed by Judge Thomas O. Rice. (SG, Case |

**ER1393**

| | | |
|---|---|---|
| | | Administrator) (Entered: 01/06/2025) |
| 01/06/2025 | 136 | Judgment in favor of Washington State University against Nicholas Rolovich. (SG, Case Administrator) (Entered: 01/06/2025) |
| 01/06/2025 | 137 | MOTION to Amend/Correct 135 Order Closing File, *Rule 60(a) Motion to Correct Clerical Mistake* by Washington State University. Motion Hearing set for **2/5/2025** Without Oral Argument before Judge Thomas O. Rice. (Pekelis, Zachary) (Entered: 01/06/2025) |
| 01/08/2025 | 138 | ORDER granting 137 Motion to Correct Clerical Mistakes. Signed by Judge Thomas O. Rice. (Entered: 01/08/2025) |
| 01/22/2025 | 139 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Discovery Dispute Hearing. Proceedings held on 12/12/24 in Spokane, Washington before Judge Thomas O. Rice. Page Numbers: 1–10

Parties have seven (7) business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.

Information regarding the policy can be found on the court website at www.waed.uscourts.gov.

To purchase a copy of the transcript contact Court Reporter/Transcriber Marilynn McMartin at 509–573–6613 or Marilynn_McMartin@waed.uscourts.gov. Redaction Request due 2/12/2025. Redacted Transcript Deadline set for 2/24/2025. Release of Transcript Restriction set for 4/22/2025. (McMartin, Marilynn) (Entered: 01/22/2025) |
| 02/04/2025 | 140 | NOTICE OF APPEAL from District Court decision as to 136 Clerk's Judgment, 135 Order Closing File, 138 Order on Motion to Amend/Correct by Nicholas Rolovich. Filing fee $ 605, receipt number Waived. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Seese, Eric) Modified on 2/6/2025: **9CCA # 25–761** (TNC, Case Administrator). (Entered: 02/04/2025) |
| 02/05/2025 | 141 | 9CCA Appeal Time Schedule and Case Number: **25–761** for 140 9CCA Notice of Appeal, filed by Nicholas Rolovich. Mediation Questionnaire Due: 2/10/2025. Designation Due: 2/18/2025. Transcript Due: 3/20/2025. Opening Brief Due: 4/29/2025. Appellees Brief Due: 5/29/2025. cc: Court Reporter: Allison Anderson, Crystal Gonzalez, Marilynn McMartin. (REM, Case Administrator) (Entered: 02/05/2025) |
| 02/18/2025 | 142 | TRANSCRIPT DESIGNATION of Record on Appeal by All Plaintiffs re 141 9CCA Time Schedule,. Date Appeal Filed: 2/4/2025. 9CCA: 25–761. (Kniffin, Eric) (Entered: 02/18/2025) |
| 02/25/2025 | 143 | TRANSCRIPT DESIGNATION of Record on Appeal by Washington State University re 140 9CCA Notice of Appeal,. Date Appeal Filed: 02/04/2025. Court Reporter:Allison Anderson, Crystal Gonzalez,. 9CCA: 25–761. (Pekelis, Zachary) (Entered: 02/25/2025) |

**ER1394**