No. 25-761

# IN THE

# United States Court of Appeals

## FOR THE NINTH CIRCUIT

Nicholas Rolovich,

*Plaintiff-Appellant,*

v.

Washington State University, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Washington
Case No. 2:22-cv-319-TOR
The Honorable Thomas O. Rice, United States District Court Judge

## MOTION OF PROPOSED *AMICUS CURIAE* RAM DURISETI, M.D., Ph.D. FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANT AND REVERSAL

Pursuant to Federal Rule of Appellate Procedure 29(a) and Ninth Circuit Rule 29-3, Professor Ram Duriseti, M.D., Ph.D., by and through his undersigned counsel, respectfully asks this Court for leave to file the attached *amicus* brief in support of Plaintiff-Appellant, Nicholas Rolovich, and reversal. In support of this motion, Professor Duriseti states as follows:

1.     Proposed *amicus curiae* Ram Duriseti, M.D., Ph.D., is a Clinical Associate Professor at the Stanford Emergency Department.  Professor Duriseti has been a practicing Board Certified Emergency Physician for over 25 years. Professor Duriseti has a Ph.D. from Stanford University in Operations Research with an emphasis in computational decision modeling, simulation, statistical computing, and optimization algorithms.  Additionally, Professor Duriseti has an M.D. from the University of Michigan.

2.     Proposed *amicus* is a medical scholar who has published on COVID-19 in major peer reviewed journals across the spectrum of COVID-19 policies including, but not limited to, non-pharmaceutical interventions, testing policies, and vaccination.  Additionally, proposed *amicus* has cared for hundreds if not thousands of known or high index of suspicion COVID-19 patients on an inpatient and outpatient basis since January 2020.

3.     The case at issue involves in part whether a reasonable accommodation could have made for Nicholas Rolovich, the former head football coach at Washington State University, who claimed an exemption from taking the COVID-19 vaccine on religious grounds.  In Appellees' summary judgment briefing to the District Court for the Eastern District of Washington, Appellees cite their experts for what they claim are the "unrebutted scientific findings" that "'[v]accination was and is the single best tool available for stemming the spread of

COVID-19 and its variants.'"[1]  Respectfully, this is an inappropriately unqualified statement.

4.      This Court has broad discretion to allow participation of an *amicus curiae*.  *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled in part on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). The "classic role" of *amici curiae* is three-fold: (1) to assist in a case of general public interest; (2) to supplement the efforts of counsel; and (3) to draw the court's attention to law that escaped consideration. *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). The Court may also exercise its discretion to grant *amicus* status in order to avail itself of the benefit of "thorough and erudite legal arguments." *Gerritsen v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987).

5.      Proposed *amicus* offers a scientific assessment of the issues which will be helpful to the Court in making a determination on a number of issues.  In *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002), then-Judge Alito explained:

> If an amicus brief that turns out to be unhelpful is filed, the [court], after studying the case, will often be able to make that determination without much trouble and can

---

[1] Def.'s Statement of Material Facts not in Dispute at 37, *Rolovich v. Wash. State Univ.*, 2025 WL 48361 (E.D. Wash. 2025) (No. 2:22-cv-00319-TOR) (D.I. 93) (citing Dr. John Lynch and Dr. Guy Palmer).

> then simply disregard the amicus brief. On the other
> hand, if a good brief is rejected, the [court] will be
> deprived of a resource that might have been of assistance.

6. Professor Duriseti's brief will be helpful to the Court. Professor Duriseti's brief makes three major points. First, the brief explains the scientific efficacy the COVID-19 vaccine, including its strengths and limitations. Second, the brief argues that prior experience with Influenza provided ready parallels for the handling of COVID-19. Third, the brief notes that there were potential alternative accommodations that could have been made and provides analysis of their efficacy from a scientific point of view. All three points are directly relevant to the issues in this case, ultimately showing some of the scientific weaknesses in the arguments relied upon by Appellees.

7. Proposed *amicus* endeavored to obtain the consent of all parties to the filing of the brief before moving the Court for permission to file the proposed brief. Plaintiff-Appellant Nicholas Rolovich has consented to the filing of the *amicus* brief. As of filing, Defendants-Appellees had yet to respond to Professor Duriseti's request for consent despite being given notice.

## <u>CONCLUSION</u>

For all these reasons, the Court should grant this motion and allow Professor

Duriseti to file the attached *amicus* brief.

Dated: June 20, 2025                    Respectfully submitted,

*/s/ Theodore A. Kittila*
Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, Delaware 19807
(302) 257-2025
tk@hfk.law

*Counsel for Proposed* Amicus Curiae
*Ram Duriseti, M.D., Ph.D.*

## CERTIFICATE OF COMPLIANCE

This motion complies with Fed. R. App. P. 27(d)(2) because it contains <u>722 words</u>, excluding the parts that can be excluded. This motion also complies with Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using <u>Microsoft Word in 14-point Times New Roman font</u>.

*/s/Theodore A. Kittila*

Counsel for Ram Duriseti, M.D., Ph.D.

**CERTIFICATE OF SERVICE**

I filed this motion with the Court via ECF, which will electronically notify

all counsel of record.

*/s/Theodore A. Kittila*
Counsel for Ram Duriseti, M.D. Ph.D.

No. 25-761

# IN THE

# United States Court of Appeals

## FOR THE NINTH CIRCUIT

NICHOLAS ROLOVICH,

*Plaintiff-Appellant,*

v.

WASHINGTON STATE UNIVERSITY, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Washington
Case No. 2:22-cv-319-TOR
The Honorable Thomas O. Rice, United States District Court Judge

**BRIEF OF RAM DURISETI, M.D., Ph.D.
AS *AMICUS CURIAE* IN SUPPORT OF APPELLANT AND REVERSAL**

Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, Delaware 19807
(302) 257-2025
tk@hfk.law

*Counsel for* Amicus Curiae

TABLE OF AUTHORITIES ..................................................................... ii

INTEREST OF *AMICUS CURIAE* ..........................................................1

INTRODUCTION AND SUMMARY OF ARGUMENT .....................................2

ARGUMENT .......................................................................................4

I.   There Is No Scientific Basis to Any Claim that COVID-19 Vaccines and Vaccine Mandates Substantially Reduce Infection, and Thus Transmission, Beyond 3-5 Months Post-Vaccination.............................................................4

II.  Prior Experience with Influenza Provided Ready Parallels...........................9

III. There Were Alternatives Available to WSU .................................................11

CONCLUSION .....................................................................................16

**Cases**                                                  **Page(s)**

*Rolovich v. Wash. State Univ.*,
    2025 WL 48361 (E.D. Wash. 2025) (No. 2:22-cv-00319-TOR) ...............*passim*

**Other Sources**

Andrew T. Levin, *Assessing the Age Specificity of Infection Fatality Rates for*
    *COVID-19: Systematic Review, Meta-Analysis, and Public Policy*
    *Implications*, MEDRXIV, Aug. 14, 2020, https://tinyurl.com/ydumdd6v .........5

*Childhood Infections Provide Lifelong Protection Against Flu Viruses from*
    *Animals*, EUREKALERT, Nov. 10, 2016, https://tinyurl.com/32dmdmjw .........9

*COVID-19 Data Explorer*,
    OUR WORLD IN DATA, https://tinyurl.com/yjr455f4 .......................................8

David M. Morens, Jeffery K. Taubenberger, Anthony S. Fauci, *Rethinking*
    *Next-Generation Vaccines for Coronaviruses, Influenza Viruses, and*
    *Other Respiratory Viruses*, 31 CELL HOST MICROBE, 146 (2023),
    https://tinyurl.com/34uc92x8 ...........................................................................6

El Sahly HM, ET AL., *Efficacy of the mRNA-1273 SARS-CoV-2 vaccine at*
    *completion of blinded phase*, 385 NEW ENG. J. MED. No. 19, Sept. 22,
    2021 (Supplementary Appendix), https://tinyurl.com/25j38nmy .................12

*Emergency Use Authorization (EUA) Amendment for an Unapproved Product*
    *Review Memorandum*, FDA, Dec. 10, 2020,
    https://tinyurl.com/4setd3hw .......................................................................16

Frederik Plesner Lyngse, ET AL., *Transmission of SARS-CoV-2 Omicron VOC*
    *Subvariants BA.1 and BA.2: Evidence from Danish Households*,
    MEDRXIV, Jan. 30, 2022, https://tinyurl.com/2y4nd4na .................................8

Gaston De Serres, ET AL., *Influenza Vaccination of Healthcare Workers:*
    *Critical Analysis of the Evidence for Patient Benefit Underpinning*
    *Policies of Enforcement*, PLOS ONE, Jan. 27, 2017,
    https://tinyurl.com/3afb6c39 .......................................................................10

Jill M. Ferdinands, ET AL., *Waning 2-Dose and 3-Dose Effectiveness of mRNA Vaccines Against COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance*, MMWR MORBIDITY MORTAL WKLY. REP., Feb. 18, 2022, https://tinyurl.com/2dvzbn3t........................................................................ 2-3

Jing Yan, ET AL., *Infectious Virus in Exhaled Breath of Symptomatic Seasonal Influenza Cases from a College Community*, 115 PNAS No. 5, Jan. 18, 2018, https://tinyurl.com/2rrz7hss.................................................................10

John P. A. Ioannidis, *Infection Fatality Rate of COVID-19 Inferred from Seroprevalence Data*, BULL WORLD HEALTH ORG., Oct. 14, 2020, https://tinyurl.com/5fvy53dn ..........................................................................4

Julie Boucau, ET AL., *Duration of Shedding of Culturable Virus in SARS-CoV-2 Omicron (BA.1) Infection*, 387 NEW ENG. J. MED. No. 3, June 29, 2022, https://tinyurl.com/5yj444dv ..........................................................................8

Manish M. Patel, ET AL., *Immune-mediated Attenuation of Influenza Illness After Infection: Opportunities and Challenges*, 2 THE LANCET No. 12, E715-E725, Dec., 2021, https://tinyurl.com/4z4jw2ks ...................................9

Marc C. Shamier, ET AL., *Virological Characteristics of SARS-CoV-2 Vaccine Breakthrough Infections in Health Care Workers*, 79 CLINICAL INFECTIOUS DISEASES No. 2, Aug. 15, 2024, https://tinyurl.com/3urzf5m8 ..........................................................................7

Nabin K. Shrestha, ET AL., *Effectiveness of the 2023–2024 Formulation of the COVID-19 Messenger RNA Vaccine Free*, MEDRXIV, Aug. 21, 2021, https://tinyurl.com/4p8crrph .................................................................. 12-13

Nancy H. L. Leung, ET AL., *The Fraction of Influenza Virus Infections that are Asymptomatic: A Systematic Review and Meta-analysis*, EPIDEMIOLOGY, Nov. 2015, https://tinyurl.com/4rs52u83....................................................11

Paul A. Offit, *Bivalent Covid-19 Vaccines — A Cautionary Tale*, 388 NEW ENG. J. MED. No. 6, Jan. 11, 2023, https://tinyurl.com/yc6dxk54 ................13

Peter Nordström, ET AL., *Risk of Infection, Hospitalisation, and Death up to 9 Months After a Second Dose of COVID-19 Vaccine: A Retrospective, Total Population Cohort Study in Sweden*, 399 THE LANCET No. 10327, Mar. 4, 2022, https://tinyurl.com/2ft3r9hw ................................................ 2-3

Po Ying Chia, ET AL., *Virological and Serological Kinetics of SARS-CoV-2 Delta Variant Vaccine Breakthrough Infections: A Multicentre Cohort Study*, 28 CLINICAL MICROBIOLOGY AND INFECTION 4, Nov. 22, 2021, https://tinyurl.com/5f39s76k............................................................................7

Stephanie Soucheray, *Health Worker Flu Vaccine Data Insufficient to Show Protection for Patients*, U. MINN., Jan. 27, 2017, https://tinyurl.com/f3mffxue..........................................................................10

Transcript of *Vaccines and Related Biological Products Advisory Committee Meeting*, FDA, Dec. 10, 2020, at 342, https://tinyurl.com/b5s38hk8. ..........15

*Vaccines and Related Biological Products Advisory Committee Meeting*, FDA, Dec. 10, 2020, https://tinyurl.com/3xh7fd7v ......................................15

Yair Goldberg, ET AL., *Protection and Waning of Natural and Hybrid Immunity to SARS-CoV-2*, 386 NEW ENG. J. MED. No. 23, May 25, 2022, https://tinyurl.com/rz6349m8 ........................................................... 2-3

Yash Shah, ET AL., *Experimental Investigation of Indoor Aerosol Dispersion and Accumulation in the Context Of COVID-19: Effects of Masks and Ventilation*, PHYSICS OF FLUIDS, July 21, 2021, https://tinyurl.com/5n92cvdw......................................................................14

Zachary J. Madewell, ET AL., *Household Transmission of SARS-CoV-2: A Systematic Review and Meta-analysis*, JAMA NETW. OPEN, Dec. 2023, https://tinyurl.com/6p8uyyxz.................................................................11

# INTEREST OF *AMICUS CURIAE*[1]

*Amicus curiae* Ram Duriseti, M.D., Ph.D., is a Clinical Associate Professor at the Stanford Emergency Department. Professor Duriseti has been a practicing Board Certified Emergency Physician for over 25 years. Professor Duriseti has a Ph.D. from Stanford University in Operations Research with an emphasis in computational decision modeling, simulation, statistical computing, and optimization algorithms. Professor Duriseti also has an M.D. from the University of Michigan.

Professor Duriseti is a medical scholar who has published on COVID-19 in major peer reviewed journals across the spectrum of COVID-19 policies including, but not limited to, non-pharmaceutical interventions, testing policies, and vaccination. Additionally, Professor Duriseti has cared for hundreds if not thousands of known or high index of suspicion COVID-19 patients on an inpatient and outpatient basis since January 2020.

---

[1] Counsel for *amicus curiae* states pursuant to Fed. R. App. P. 29(a)(4)(E) that (1) no party's counsel authored this brief in whole or in part; (2) no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and (3) no person, other than *amicus curiae* or their counsel, contributed money that was intended to fund preparing or submitting this brief. Plaintiff-Appellant Nicholas Rolovich has consented to the filing of this *amicus* brief. As of filing, Defendants-Appellees had yet to respond to Professor Duriseti's request for consent.

**INTRODUCTION AND SUMMARY OF ARGUMENT**

The case at issue involves in part whether a reasonable accommodation could have been made for Nicholas Rolovich, the former head football coach at Washington State University ("WSU"), who claimed an exemption from taking the COVID-19 vaccine on religious grounds. WSU refused to grant an exemption, claiming that "unrebutted scientific findings" prove that "'[v]accination was and is the single best tool available for stemming the spread of COVID-19 and its variants.'"[2]

Appellees' position is based on a faulty and/or selective representation of the science underlying COVID-19, COVID-19 vaccines, and long established mucosal respiratory virus immunology and vaccinology. As argued herein, prior experience with other mucosal respiratory viruses including, but not limited to, Influenza should have shown that a one-time mandatory vaccination would not achieve the stated objective. Specifically, multiple studies and analyses of ecological data demonstrate that the effects of the vaccine were drastically diminished within 3 to 5 months.[3, 4, 5] Without mandating boosters every 3 to 5 months, there was no

---

[2] Def.'s Statement of Material Facts not in Dispute at 37, *Rolovich v. Wash. State Univ.*, 2025 WL 48361 (E.D. Wash. 2025) (No. 2:22-cv-00319-TOR) (D.I. 93) (citing Dr. John Lynch and Dr. Guy Palmer).

[3] Peter Nordström, ET AL., *Risk of Infection, Hospitalisation, and Death up to 9 Months After a Second Dose of COVID-19 Vaccine: A Retrospective, Total Population Cohort Study in Sweden*, 399 THE LANCET No. 10327, 814-823, Mar. 4,

sustained reduction in infection and, by implication, transmission. The ultimate impact of the mandatory vaccine program was *de minimis*.

Additionally, while WSU attempts to justify its vaccine mandate as the only option, there were viable and cost-effective alternative accommodation options which could have, at least arithmetically, been even more effective than the vaccine to mitigate the spread of COVID-19 and reduced any risk associated therewith. WSU's claims of undue hardship are scientifically and numerically unjustifiable. The argument for a medical intervention, especially one that is designed to supplant individual bodily autonomy, is not "intervention is required." The argument for intervention is that intervention is justified and has been shown to meet the desired objective.

The primary beneficiary of a COVID-19 vaccination is the at-risk recipient of the vaccine even in extremely high-risk settings. Thus, because the COVID-19 vaccines were unable to demonstrate any meaningful sustained reduction in

2022, https://tinyurl.com/2ft3r9hw.

[4] Jill M. Ferdinands, ET AL., *Waning 2-Dose and 3-Dose Effectiveness of mRNA Vaccines Against COVID-19–Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance*, MMWR MORBIDITY MORTAL WKLY. REP., Feb. 18, 2022, https://tinyurl.com/2dvzbn3t.

[5] Yair Goldberg, ET AL., *Protection and Waning of Natural and Hybrid Immunity to SARS-CoV-2*, 386 NEW ENG. J. MED. No. 23, May 25, 2022, https://tinyurl.com/rz6349m8.

community infection, the objective of stopping infection—or sustainably reducing infection and transmission—was not met. Accordingly, alternative infection and transmission reduction strategies could have, and should have, been implemented in the cases of employees whose religious beliefs or medical needs precluded vaccination. WSU's claim that Rolovich's exemption would constitute an undue hardship has no basis in scientific fact.

## ARGUMENT

### I. There Is No Scientific Basis to Any Claim that COVID-19 Vaccines and Vaccine Mandates Substantially Reduce Infection, and Thus Transmission, Beyond 3-5 Months Post-Vaccination.

We frequently see attempts to confuse the conversation around a COVID-19 vaccine mandate by talking about the severity of COVID-19. For as long as this data has been collected, respiratory infections have remained the 3rd leading cause of death worldwide. And yet, to the best of Professor Duriseti's knowledge, WSU never required an Influenza vaccination. As with Influenza, COVID-19 was a severe disease for some, and the fraction of the population that was truly at risk of severe COVID-19 was extremely small. This is not a "fringe" or "unorthodox" view; rather, it has been, from arithmetic and data analysis, evident as early as April 2020. According to a 2020 meta-analysis[6] by Dr. John Ioannidis of every

---

[6] John P. A. Ioannidis, *Infection Fatality Rate of COVID-19 Inferred from Seroprevalence Data*, BULL WORLD HEALTH ORG., Oct. 14, 2020, https://tinyurl.com/5fvy53dn.

seroprevalence study conducted with a supporting scientific paper (74 estimates from 61 studies and 51 different localities around the world), the median infection survival rate from COVID-19 infection is 99.77%. For COVID-19 patients under 70, the meta-analysis finds an infection survival rate of 99.95%. A meta-analysis[7] by authors independent of Dr. Ioannidis' group reached qualitatively similar conclusions. After more than 2 years of data collection on COVID-19 cases to provide a more accurate estimate of IFR, Dr. Ioannidis' group released an October 2022 preprint including case data from 29 countries which confirmed this data.

In WSU's summary judgment briefing to the District Court for the Eastern District of Washington, WSU cites its experts for what they claim are the "unrebutted scientific findings" that "'[v]accination was and is the single best tool available for stemming the spread of COVID-19 and its variants.'"[8] Respectfully, this is an inappropriately unqualified statement. Given the immunology of COVID-19 infection and the well demonstrated 3- to 5-month waning efficacy of the COVID-19 vaccine, a policy emphasizing mandatory quarantining of symptomatic employee and periodic testing cannot be refuted as being less effective against

---

[7] Andrew T. Levin, *Assessing the Age Specificity of Infection Fatality Rates for COVID-19: Systematic Review, Meta-Analysis, and Public Policy Implications*, MEDRXIV, Aug. 14, 2020, https://tinyurl.com/ydumdd6v.

[8] Def.'s Statement of Material Facts not in Dispute at 37, *Rolovich v. Wash. State Univ.*, 2025 WL 48361 (E.D. Wash. 2025) (No. 2:22-cv-00319-TOR) (D.I. 93) (citing Dr. John Lynch and Dr. Guy Palmer).

infection than the waning efficacy of a COVID-19 vaccine. The primary beneficiary of a COVID-19 vaccination is the recipient with respect to disease severity and mortality reduction.

Nothing in the voluminous medical literature definitively establishes that the COVID-19 vaccines attenuate infection, and thus transmission, by any more than 30% or for any longer than 3 to 5 months. This includes the randomized controlled trials regarding the COVID vaccines in 2020 and any observational or randomized controlled trial since 2020. Dr. Anthony Fauci, formerly the Director of the National Institute of Allergy and Infectious Diseases (NIAID), noted in 2023:

> However, as variant SARS-CoV-2 strains have emerged, deficiencies in these vaccines reminiscent of Influenza vaccines have become apparent…. [I]t is not surprising that none of the predominantly mucosal respiratory viruses have ever been effectively controlled by vaccines. This observation raises a question of fundamental importance: **if [infection acquired] mucosal respiratory virus infections do not elicit complete and long-term protective immunity against reinfection, how can we expect vaccines, especially systemically administered non-replicating vaccines, to do so**?[9]

An unbiased review of the COVID-19-related research shows that a vaccination program will not meaningfully result in a sustained reduction in

---

[9] David M. Morens, Jeffery K. Taubenberger, Anthony S. Fauci, *Rethinking Next-Generation Vaccines for Coronaviruses, Influenza Viruses, and Other Respiratory Viruses*, 31 CELL HOST MICROBE, 146 (2023), https://tinyurl.com/34uc92x8 (emphasis added).

infection, transmission, and/or community spread for any appreciable period. Within 3 months of population-wide COVID-19 vaccine roll out, it was apparent that there was no sustained reduction in infection risk nor a dramatic impact on transmission. This observation was subsequently reinforced in later epidemic waves. This pattern of a 3- to 5-month wane repeatedly surfaced in the real-world evidence. As early as Summer 2021, emerging data suggested that vaccinated individuals' net reduction in "viral load" during an infection was no more than ~30%.[10, 11] Since that time, between waning efficacy and partial "immune escape" from SARS-CoV-2 variants, it has become clear that even that degree of reduction is not sustained. In a more recent study, researchers used longitudinal sampling of nasal swabs for determination of viral load, sequencing, and viral culture in outpatients with newly diagnosed COVID-19 from July 2021 through January 2022 and concluded that they "did not find large differences in the median duration of viral shedding among participants who were unvaccinated, those who were

---

[10] Marc C. Shamier, ET AL., *Virological Characteristics of SARS-CoV-2 Vaccine Breakthrough Infections in Health Care Workers*, MEDRXIV, Aug. 21, 2021, https://tinyurl.com/4p8crrph.

[11] Po Ying Chia, ET AL., *Virological and Serological Kinetics of SARS-CoV-2 Delta Variant Vaccine Breakthrough Infections: A Multicentre Cohort Study*, 28 CLINICAL MICROBIOLOGY AND INFECTION 4, Nov. 22, 2021, https://tinyurl.com/5f39s76k.

vaccinated but not boosted, and those who were vaccinated and boosted."[12]

While this would appear to counsel in favor of mandated boosters, once again, the data show otherwise. An early December 2021 paper studying Danish households demonstrated a roughly 40% reduction in household secondary attack rate (SAR) with boosting when compared to the unvaccinated or vaccinated.[13] *However*, there was no such reduction in susceptibility to infection when comparing vaccinated alone to the unvaccinated.

While booster vaccination initially cut the risk of contracting the Omicron variant of COVID-19 by roughly 45%+ and passing on Omicron by roughly 40% during the early December 2021 study period, the subsequent ecological waves from late December 2022 forward in heavily boosted countries—previously lauded for stopping COVID-19 infections—demonstrated otherwise. Denmark, Iceland, Norway, New Zealand, Australia, Hong Kong, and South Korea all experienced per-capita COVID-19 waves larger than any experienced by the United States.[14]

In short, the advantage of boosting, while demonstrable in an 8-week time

---

[12] Julie Boucau, ET AL., *Duration of Shedding of Culturable Virus in SARS-CoV-2 Omicron (BA.1) Infection*, 387 NEW ENG. J. MED. No. 3, June 29, 2022, https://tinyurl.com/5yj444dv.

[13] Frederik Plesner Lyngse, ET AL., *Transmission of SARS-CoV-2 Omicron VOC Subvariants BA.1 and BA.2: Evidence from Danish Households*, MEDRXIV, Jan. 30, 2022, https://tinyurl.com/2y4nd4na.

[14] *See COVID-19 Data Explorer*, OUR WORLD IN DATA, https://tinyurl.com/yjr455f4.

frame, appears to rapidly devolve over time. Thus, even with a high degree of vaccination and booster adherence, WSU's claim that "'[v]accination is the single best tool available'" is, at best, an unsophisticated scientific slogan.

## II.    Prior Experience with Influenza Provided Ready Parallels.

Critically, none of this observational data is particularly surprising. Indeed, much of this could have been inferred from prior experience with Influenza. Both SARS-CoV-2 and Influenza are enveloped RNA respiratory viruses of roughly 80-120 nanometers per virion in size. Both SARS-CoV-2 and Influenza are transmitted by droplets and aerosols, and the impacts of vaccination are quite similar. Now, as with Influenza, cases of COVID-19 will continue to appear, but the number and severity of those infections will be significantly reduced even while neither vaccination nor prior infection represents an impenetrable shield to subsequent infection.[15, 16] It is well-established that the benefits of Influenza vaccination primarily extend to the individual receiving the vaccination, which is traditionally why Influenza vaccination in health care settings has been recommended but not mandated. In fact, a 2018 study positively correlated amount of Influenza virus in exhaled breath with vaccination status, thereby

---

[15] *See Childhood Infections Provide Lifelong Protection Against Flu Viruses from Animals*, EUREKALERT, Nov. 10, 2016, https://tinyurl.com/32dmdmjw.

[16] *See* Manish M. Patel, ET AL., *Immune-mediated Attenuation of Influenza Illness After Infection: Opportunities and Challenges*, 2 THE LANCET No. 12, E715-E725, Dec., 2021, https://tinyurl.com/4z4jw2ks.

suggesting that in the study population, those vaccinated with the Influenza vaccine were spreading more viral particles.[17]

Extending the parallels to Influenza and coming back to studies performed in health care settings, a 2017 study established that patient benefit from healthcare worker Influenza vaccination was not established:

> [T]he HCW-attributable risk and vaccine-preventable fraction both remain unknown and the NNV to achieve patient benefit still requires better understanding. Although current scientific data are inadequate to support the ethical implementation of enforced HCW Influenza vaccination, they do not refute approaches to support voluntary vaccination or other more broadly protective practices, such as staying home or masking when acutely ill.[18]

This led Dr. Michael Osterholm, formerly a member of the Biden Administration's COVID-19 Task Force to state, "We have to make public health recommendations based on good science," "but we do not have the justification to take punitive action against healthcare workers if they don't get vaccinated [for Influenza]."[19]

---

[17] Jing Yan, ET AL., *Infectious Virus in Exhaled Breath of Symptomatic Seasonal Influenza Cases from a College Community*, 115 PNAS No. 5, Jan. 18, 2018, https://tinyurl.com/2rrz7hss.

[18] Gaston De Serres, ET AL., *Influenza Vaccination of Healthcare Workers: Critical Analysis of the Evidence for Patient Benefit Underpinning Policies of Enforcement*, PLOS ONE, Jan. 27, 2017, https://tinyurl.com/3afb6c39.

[19] Stephanie Soucheray, *Health Worker Flu Vaccine Data Insufficient to Show Protection for Patients*, U. MINN., Jan. 27, 2017, https://tinyurl.com/f3mffxue.

### III. There Were Alternatives Available to WSU.

There were many available alternatives to vaccination including isolating when symptomatic with COVID-19-like symptoms, regular testing, enhanced safety protocols, recognizing infection acquired immunity instead of vaccination, masking, and social distancing.

Isolating while symptomatic is one of the most effective ways to reduce the spread of COVID-19. An asymptomatic patient is 26 times less likely to transmit COVID-19 than a symptomatic patient (0.7% percent versus 18% for symptomatic patients).[20] Asymptomatic COVID-19 cases making up about 40 percent of all COVID-19 cases. It is worth noting that this asymptomatic infection rate largely parallels what is seen with Influenza.[21] Asymptomatic patients are presumably less likely to isolate and therefore comprise a non-trivial percentage of all transmission: transmission is a function of infection and behavior.

Since pre-symptomatic and asymptomatic disease spread from an infected individual to an uninfected individual is unlikely to occur inside of a household, it is even less likely to occur in a better ventilated workplace (which includes both

---

[20] Zachary J. Madewell, ET AL., *Household Transmission of SARS-CoV-2: A Systematic Review and Meta-analysis*, JAMA NETW. OPEN, Dec. 2023, https://tinyurl.com/6p8uyyxz.

[21] Nancy H. L. Leung, ET AL., *The Fraction of Influenza Virus Infections that are Asymptomatic: A Systematic Review and Meta-analysis,* EPIDEMIOLOGY, Nov. 2015, https://tinyurl.com/4rs52u83.

commercial indoor and outdoor settings). Notably in this case, the workplace was frequently outdoors.

Additionally, the CDC strongly recommended regular testing as a mitigation measure. Regular testing can reduce the spread of COVID-19 by catching infections early. However, as discussed above, since asymptomatic individuals are less unlikely to spread COVID-19 and transmission is not strongly and sustainably affected by vaccination status, it was nonsensical for WSU to have imposed different quarantine requirements for vaccinated versus unvaccinated asymptomatic individuals. In fact, the original Moderna vaccine trials which PCR-tested all individuals in a sub-cohort of vaccinated individuals found a higher rate of asymptomatic infections than in the comparable unvaccinated sub-cohort by more than two-fold (4% versus 1.7%).[22]

The above conversation needs to be balanced with data emerging in late 2021 and early 2022 that showed an association between increased infection rates with increased doses even after correcting for any difference in testing frequency. An eventual study of health care workers at the Cleveland Clinic demonstrated that the risk of infection increases with the number of vaccine doses received.[23] While

---

[22] El Sahly HM, ET AL., *Efficacy of the mRNA-1273 SARS-CoV-2 vaccine at completion of blinded phase*, 385 NEW ENG. J. MED. No. 19, at 69, Sept. 22, 2021 (Supplementary Appendix), https://tinyurl.com/25j38nmy.

[23] Nabin K. Shrestha, ET AL., *Effectiveness of the 2023–2024 Formulation of the*

the reasons are not known, hypotheses around immune imprinting and IgG4 type switching became a prominent discussion point in 2022. Accordingly, the authors state in the discussion:

> It is possible that the association of increasing risk of COVID-19 with increasing number of prior vaccine doses occurred because of limitations of our dataset. **On the other hand, immune imprinting from prior exposure to different antigens in a prior vaccine** (original antigenic sin), and class switch toward noninflammatory spike-specific IgG4 antibodies after repeated SARS-CoV-2 mRNA vaccination, have been suggested as possible mechanisms for why those previously vaccinated may be at higher risk of infection.[24]

This represents the opinion of established immunologists and infectious disease experts. Dr. Paul Offit, one of the creators of the Rotavirus vaccine and a national vaccine advocate, pointed out concerns around immune imprinting with booster dosing as well.[25]

Further, enhanced safety protocols would have reduced the risk of COVID-19 spread for all WSU employees and students. Small particles are most likely to

---

*COVID-19 Messenger RNA Vaccine Free*, 79 Clinical Infectious Diseases No. 2, Aug. 15, 2024, https://tinyurl.com/3urzf5m8.

[24] *Id.* (emphasis added and citations omitted).

[25] Paul A. Offit, *Bivalent Covid-19 Vaccines — A Cautionary Tale*, 388 New Eng. J. Med. No. 6, Jan. 11, 2023, https://tinyurl.com/yc6dxk54.

transmit culturable viruses and can remain suspended in the air for hours.[26] Larger particles can be cleaned by sanitation, but the smaller particles are removed from the air by exchange with outdoor air. Even low air exchange rates lead to lower aerosol build-up than the best performing masks (*i.e.*, N95s and KN95s).[27]

Separate and apart from safety protocols, the fact remains that COVID-19 primes the immune system in a manner that helps fight future infection, as does a vaccine, but with more substantial effects on mucosal immunity. At the most basic level of immunology, vaccines are intended to be safe mimics of the antigenic stimulus provided by infection. There is no alternative immune system through which vaccination works that is separate from the immune system through which an infection primes the same immune system. COVID-19 acquired immunity functions in the body very similarly to a vaccine with the added benefits noted above.

The efficacy of infection acquired immunity was known at a very early stage in the pandemic. In the original Pfizer trial, 567 patients in placebo and 526 in the treatment arms had evidence of prior COVID-19 infection. In each of these sub-cohorts, there was only 1 reinfection according to the primary endpoint definition

---

[26] Yash Shah, ET AL., *Experimental Investigation of Indoor Aerosol Dispersion and Accumulation in the Context Of COVID-19: Effects of Masks and Ventilation*, PHYSICS OF FLUIDS, July 21, 2021, https://tinyurl.com/5n92cvdw.

[27] *Id.*

(Table 8 page 27).[28]  In other words, of 567 patients in the placebo arm who had evidence of prior COVID-19, only 1 developed reinfection.  Similarly, out of 526 patients in the vaccine recipient arm with documented prior COVID-19 infection, only 1 patient developed a reinfection.  Therefore:

(i)     there was no statistically significant difference in a subsequent COVID-19 infection between placebo and vaccine arms when there was evidence of prior infection; and

(ii)    while it is impossible to draw statistical inference from just 1 reinfection out of 567 placebo recipients with prior infection, *trial participants with prior infection had at least a 5-fold lower rate of infection than those with no prior infection during the trial period.*

This led Pfizer to cite the following in its December 2020 FDA filing:  "VE [vaccine efficacy] point estimates were uniformly high across the subgroups examined with the exception of … participants with evidence of prior SARS-CoV-2 infection at enrollment, for which too few COVID-19 cases occurred …."[29]

The original Pfizer trial supporting its FDA approval was never structured to test for transmission reduction and this is part of the record in the Emergency Use Authorization (EUA) review.[30]  Even in December 2020, Pfizer explicitly identified the following "data gaps" to the FDA:

---

[28] *Vaccines and Related Biological Products Advisory Committee Meeting*, FDA, Dec. 10, 2020, at 26-27, https://tinyurl.com/3xh7fd7v.

[29] *Id.* at 25.

[30]*Transcript of Vaccines and Related Biological Products Advisory Committee Meeting*, FDA, Dec. 10, 2020, at 342, https://tinyurl.com/b5s38hk8.

- Duration of protection;
- Effectiveness in certain populations at high risk of severe COVID-19;
- Effectiveness in individuals previously infected with SARS-CoV-2;
- Future vaccine effectiveness as influenced by characteristics of the pandemic, changes in the virus, and/or potential effects of co-infections;
- Vaccine effectiveness against asymptomatic infection;
- Vaccine effectiveness against mortality; and
- Vaccine effectiveness against transmission of SARS-CoV-2.[31]

## CONCLUSION

There was never strong evidence from the outset that a COVID-19 vaccine mandate would sustainably reduce societal spread, and the evidence accrued since December 2020 only serves to reinforce that reality in a brutally obvious way. The primary beneficiary of a COVID-19 vaccination is the recipient.

Dated: June 20, 2025       Respectfully submitted,

*/s/ Theodore A. Kittila*
Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, DE 19807
(302) 257-2025
tk@hfk.law

*Counsel for* Amicus Curiae

---

[31] *Emergency Use Authorization (EUA) Amendment for an Unapproved Product Review Memorandum*, FDA, Dec. 10, 2020, https://tinyurl.com/4setd3hw.

# CERTIFICATE OF COMPLIANCE

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and 32(a)(7)(B) and because this brief contains <u>3,492 words</u>, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally-spaced typeface using <u>Microsoft Word in 14-point Times New Roman</u>.

Dated: June 20, 2025

*/s/ Theodore A. Kittila*
Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, Delaware 19807
(302) 257-2025
tk@hfk.law

*Counsel for* Amicus Curiae

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I caused the foregoing *amicus* brief in support of Plaintiff-Appellant to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the Court's CM/ECF system on June 20, 2025. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: June 20, 2025

*/s/ Theodore A. Kittila*
Theodore A. Kittila
HALLORAN FARKAS + KITTILA LLP
5722 Kennett Pike
Wilmington, Delaware 19807
(302) 257-2025
tk@hfk.law

*Counsel for* Amicus Curiae