UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>WASHINGTON STATE UNIVERSITY, an agency of the State of Washington and PATRICK CHUN, Director of Athletics for Washington State University, in his individual capacity,<br><br>    Defendants - Appellees. | No. 25-761<br><br>D.C. No. 2:22-cv-00319-TOR<br>Eastern District of Washington, Spokane<br><br>ORDER |

The amicus brief submitted by Christ Medicus Foundation is filed.

Within 7 days of this order, amicus must file 6 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT