UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS ROLOVICH, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> WASHINGTON STATE UNIVERSITY, an agency of the State of Washington and PATRICK CHUN, Director of Athletics for Washington State University, in his individual capacity, <br><br> Defendants - Appellees, <br><br> and <br><br> JAY INSLEE, Governor, <br><br> Defendant. | No. 25-761 <br><br> D.C. No. 2:22-cv-00319-TOR <br> Eastern District of Washington, Spokane <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 27) to file under seal Volume 8 of the excerpts of record is granted. The clerk will file publicly the motion to seal (Docket Entry No. 27.1), the opening brief (Docket Entry No. 25), and Volumes 1 through 7 of the excerpts of record (Docket Entry No. 26). The clerk will maintain Volume 8 of the excerpts of record under seal at Docket Entry No. 28.

The existing briefing schedule remains in effect.