No. 25-761

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

NICHOLAS ROLOVICH,

*Plaintiff-Appellant*,

v.

WASHINGTON STATE UNIVERSITY;
PATRICK CHUN,

*Defendants-Appellees.*

On Appeal from the United States District Court
For the Eastern District of Washington
Case No. 2:22-cv-319-TOR
The Honorable Thomas O. Rice, United States District Court Judge

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

NICHOLAS W. BROWN
  *Attorney General*
SPENCER W. COATES
  *Assistant Attorney General*
WASHINGTON ATTORNEY
GENERAL'S OFFICE
800 Fifth Avenue, Suite 2000
Seattle, WA 98101-3404
*spencer.coates@atg.wa.gov*

ZACHARY J. PEKELIS
ERICA CORAY
W. SCOTT FERRON
  *Special Assistant Attorneys General*
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
*zach.pekelis@pacificalawgroup.com*

*Counsel for Defendants-Appellee*

## INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD

| Document | Filing Date | USDC Dkt. No. | Pages | Volume |
|---|---|---|---|---|
| **VOLUME 1 OF 5** | | | | |
| Declaration of Zachary J. Pekelis in Support of Motion for Stay | 12/20/2024 | 134 | 1-SER-2–7 | 1 |
| Declaration of Hailey James in support of WSU's Cross-Motion for Summary Judgment | 11/18/2024 | 129 | 1-SER-8–24 | 1 |
| Declaration of Zachary J. Pekelis in support of WSU's Reply in support of Cross-Motion for Summary Judgment | 11/18/2024 | 128 | 1-SER-25–28 | 1 |
| Exhibits A-I to Declaration of Zachary J. Pekelis in support of WSU's Reply in support of Cross-Motion for Summary Judgment | 11/18/2024 | 128-1 | 1-SER-29–101 | 1 |
| Defendant WSU's Reply in support of Cross-Motion for Summary Judgment | 11/18/2024 | 126 | 1-SER-102–130 | 1 |

| Document | Filing Date | USDC Dkt. No. | Pages | Volume |
|---|---|---|---|---|
| Plaintiff's Amended Combined Response to WSU's Cross-Motion for Summary Judgment and Reply in support of Motion for Partial Summary Judgment | 11/5/2024 | 124 | 1-SER-131–175 | 1 |
| Plaintiff's Combined Response to Defendant's Cross-Motion for Summary Judgment and Reply | 11/5/2024 | 117 | 1-SER-176–222 | 1 |
| Declaration of Joseph Kennedy in Support of Defendant's Cross-Motion for Summary Judgment | 10/14/2024 | 103 | 1-SER-223–229 | 1 |
| Declaration of Adam Ganders in Support of Defendant's Cross-Motion for Summary Judgment | 10/14/2024 | 102 | 1-SER-230–247 | 1 |
| Declaration of Renee DiResta in Support of Defendant's Cross-Motion for Summary Judgment | 10/14/2024 | 101 | 1-SER-248–289 | 1 |

| Document | Filing Date | USDC Dkt. No. | Pages | Volume |
|---|---|---|---|---|
| **VOLUME 2 OF 5** | | | | |
| Declaration of Jacob Dickert in Support of Defendant's Cross-Motion for Summary Judgment | 10/14/2024 | 100 | 2-SER-291–305 | 2 |
| Declaration of Brad Corbin in Support of Defendant's Cross-Motion for Summary Judgment | 10/14/2024 | 99 | 2-SER-306–351 | 2 |
| **VOLUME 3 OF 5** | | | | |
| Declaration of Spencer W. Coates in Support of Defendant's Cross-Motion for Summary Judgment (with Exhibits A-HH) | 10/14/2024 | 98 | 3-SER-353–631 | 3 |
| **VOLUME 4 OF 5** | | | | |
| Declaration of Spencer W. Coates in Support of Defendant's Cross-Motion for Summary Judgment (with Exhibits II-UU) | 10/14/2024 | 98 | 4-SER-633–774 | 4 |
| Defendant's Statement of Disputed Material Facts | 10/14/2024 | 95 | 4-SER-775–786 | 4 |

| Document | Filing Date | USDC Dkt. No. | Pages | Volume |
|---|---|---|---|---|
| Defendant's Combined Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment | 10/14/2024 | 93 | 4-SER-787–834 | 4 |
| Plaintiff's Motion for Partial Summary Judgment | 9/23/2024 | 88 | 4-SER-835–856 | 4 |
| Plaintiff's Motion to Amend | 8/17/2023 | 46 | 4-SER-857–866 | 4 |
| Transcript of May 11, 2023 hearing on motions to dismiss | 6/8/2023 | 34 | 4-SER-867–901 | 4 |
| **VOLUME 5 OF 5** | | | | |
| WSU Defendants' Reply in Support of Motion to Dismiss | 5/3/2023 | 31 | 5-SER-903–931 | 5 |
| Plaintiff's Response in Opposition to WSU Defendants' Motion to Dismiss | 4/12/2023 | 28 | 5-SER-932–960 | 5 |
| WSU Defendants' Motion to Dismiss | 3/15/2023 | 22 | 5-SER-961–1013 | 5 |

5

| Document | Filing Date | USDC Dkt. No. | Pages | Volume |
|---|---|---|---|---|
| Notice of Removal with Plaintiff's initial Complaint | 12/14/2022 | 1 | 5-SER-1014–1132 | 5 |