**No. 25-761**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

NICHOLAS ROLOVICH,

*Plaintiff-Appellant,*

v.

WASHINGTON STATE UNIVERSITY;
PATRICK CHUN,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
For the Eastern District of Washington
Case No. 2:22-cv-319-TOR
The Honorable Thomas O. Rice, United States District Judge

---

### SUPPLEMENTAL EXCERPTS OF RECORD
### VOLUME 3 OF 5

---

NICHOLAS W. BROWN
  *Attorney General*
SPENCER W. COATES
  *Assistant Attorney General*
WASHINGTON ATTORNEY
GENERAL'S OFFICE
800 Fifth Avenue, Suite 2000
Seattle, WA 98101-3404
*spencer.coates@atg.wa.gov*

ZACHARY J. PEKELIS
ERICA CORAY
W. SCOTT FERRON
  *Special Assistant Attorneys General*
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
(206) 245-1700
*zach.pekelis@pacificalawgroup.com*

*Counsel for Defendants-Appellees*

ROBERT W. FERGUSON
Attorney General

SPENCER W. COATES, WSBA #49683
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorneys General
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| NICHOLAS ROLOVICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE UNIVERSITY, et al.,<br><br>　　　　Defendant. | NO. 2:22-cv-00319-TOR<br><br>DECLARATION OF SPENCER W. COATES IN SUPPORT OF DEFENDANT'S COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>DECEMBER 3, 2024<br>Without Oral argument |

I, Spencer W. Coates, declare as follows:

1.      I am an Assistant Attorney General in the Washington State Office of the Attorney General representing Defendant Washington State University in this matter.

2.      I am over the age of 18, am competent to testify on the matters contained in this declaration, and make this declaration based on my personal knowledge.

3.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Nicholas Rolovich taken on October 4, 2024.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an email Plaintiff sent to David Fox on February 2, 2021.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a text message thread dated August 4, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann, which was marked as Exhibit 178 in Plaintiff's deposition.

6.      Attached hereto as **Exhibit D** is a true and correct copy of a text message thread dated July 25, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann, which was marked as Exhibit 177 in Plaintiff's deposition.

7.      Attached hereto as **Exhibit E** is a true and correct copy of an email Plaintiff sent to Mia Peterson on July 30, 2021, which was marked as Exhibit 193 in Plaintiff's deposition.

8.      Attached hereto as **Exhibit F** is a true and correct copy of an email from Plaintiff to himself on August 8, 2021.

9.      Attached hereto as **Exhibit G** is a true and correct copy of an email from Plaintiff to himself on August 8, 2021.

10.     Attached hereto as **Exhibit H** is a true and correct copy of a text message thread dated August 8, 2021, between Plaintiff, his wife Analea Rolovich, and Safiya Richardson.

11.     Attached hereto as **Exhibit I** is a true and correct copy of an email from Plaintiff to himself on August 8, 2021.

12.     Attached hereto as **Exhibit J** is a true and correct copy of a text message thread dated June 21, 2021, between Plaintiff and Jim Spooner.

13.     Attached hereto as **Exhibit K** is a true and correct copy of a text message thread dated July 9, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann.

14.     Attached hereto as **Exhibit L** is a true and correct copy of a text message thread dated July 10, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann.

15.     Attached hereto as **Exhibit M** is a true and correct copy of a text message thread dated July 11, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann, which was marked as Exhibit 190 in Plaintiff's deposition.

16. Attached here as **Exhibit N** is a true and correct copy of undated notes produced by Plaintiff, which was marked as Exhibit 198 in Plaintiff's deposition.

17. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the transcript of the deposition of Jason T. Sampson taken on August 2, 2024.

18. Attached hereto as **Exhibit P** is a true and correct copy of a text message thread dated September 25, 2020, between Plaintiff and "BZ Bizet", which was marked as Exhibit 184 in Plaintiff's deposition.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a text message thread dated April 19, 2021, between Plaintiff's WSU phone and his personal phone.

20. Attached hereto as **Exhibit R** is a true and correct copy of a post dated July 21, 2021, by Brenna Greene (@BrennaGreene_) on the social media website X (formerly Twitter).

21. Attached hereto as **Exhibit S** is a true and correct copy of a text message thread dated August 8, 2021, between Plaintiff and Chris Smith, which was marked as Exhibit 181 in Plaintiff's deposition.

22. Attached hereto as **Exhibit T** is a true and correct copy of a text message thread dated August 3, 2021, between Plaintiff and David Fox.

23. Attached hereto as **Exhibit U** is a true and correct copy of a text message thread dated August 22, 2021, between Plaintiff, Brian Fahling, and Thayer Evans, which was marked as Exhibit 202 in Plaintiff's deposition.

24. Attached hereto as **Exhibit V** is a true and correct copy of a text message dated July 24, 2021, from Father Kyle Ratuiste to Plaintiff, which was marked as Exhibit 204 in Plaintiff's deposition.

25. Attached hereto as **Exhibit W** is a true and correct copy of a text message thread dated July 26, 2021, between Plaintiff and Father Paul Heric, which was marked as Exhibit 205 in Plaintiff's deposition.

26. Attached hereto as **Exhibit X** is a true and correct copy of a text message thread dated July 25, 2021, between Plaintiff and Bishop Tom Daly.

27. Attached hereto as **Exhibit Y** is a true and correct copy of a text message thread dated August 17, 2021, between Plaintiff and Thayer Evans, which was marked as Exhibit 208 in Plaintiff's deposition.

28. Attached hereto as **Exhibit Z** is a true and correct copy of a text message thread dated August 17, 2021, between Plaintiff and Father Paul Heric, which was marked as Exhibit 216 in Plaintiff's deposition.

29. Attached hereto as **Exhibit AA** is a true and correct copy of a text message thread dated August 19, 2021, between Plaintiff and Thayer Evans.

30. Attached hereto as **Exhibit BB** is a true and correct copy of an email sent by Plaintiff to Theresa L. Elliot-Cheslek on August 19, 2021.

31.    Attached hereto as **Exhibit CC** is a true and correct copy of an email, including its attachment, that Plaintiff sent to Thayer Evans on September 22, 2021.

32.    Attached hereto as **Exhibit DD** is a true and correct copy of an email, including its attachment, that Plaintiff sent to Thayer Evans on September 23, 2021.

33.    Attached hereto as **Exhibit EE** is a true and correct copy of an email sent to Patrick Chun and others by David A. Wasson on July 24, 2021.

34.    Attached hereto as **Exhibit FF** is a true and correct copy of a text message thread dated December 25, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann, which was marked as Exhibit 188 in Plaintiff's deposition.

35.    Attached hereto as **Exhibit GG** is a true and correct copy of a text message thread dated January 30, 2022, between Plaintiff and Joey Rabbit, which was marked as Exhibit 189 in Plaintiff's deposition.

36.    Attached hereto as **Exhibit HH** is a true and correct copy of a text message thread dated February 16, 2022, between Plaintiff and David Fox, which was marked as Exhibit 182 in Plaintiff's deposition.

37.    Attached hereto as **Exhibit II** is a true and correct copy of a text message thread dated March 18, 2022, between Plaintiff, David Fox, and Bill SR Stutzmann, which was marked as Exhibit 179 in Plaintiff's deposition.

38.   Attached hereto as **Exhibit JJ** is a true and correct copy of a text message thread dated December 6, 2021, between Plaintiff, Ricky Logo, Mark Weber, John Richardson, and Craig Stutzmann.

39.   Attached hereto as **Exhibit KK** is a true and correct copy of a text message thread dated January 15, 2022, between Plaintiff and Aaron Ingram.

40.   Attached hereto as **Exhibit LL** is a true and correct copy of a text message thread dated November 7, 2022, between Plaintiff, Ricky Logo, Mark Weber, John Richardson, and Craig Stutzmann.

41.   Attached hereto as **Exhibit MM** is a true and correct copy of an email Plaintiff sent to Thayer Evans on August 21, 2021.

42.   Attached hereto as **Exhibit NN** is a true and correct copy of excerpts from the transcript of the deposition of Lisa Gehring taken on August 20, 2024.

43.   Attached hereto as **Exhibit OO** is a true and correct copy of excerpts from the transcript of the deposition of Phil Weiler taken on August 1, 2024.

44.   Attached hereto as **Exhibit PP** is a true and correct copy of excerpts from the transcript of the deposition of Bonnie Dennler taken on August 21, 2024.

45.   Attached hereto as **Exhibit QQ** is a true and correct copy of a text message thread dated July 24, 2021, between Plaintiff and Father Paul Heric.

46.   Attached hereto as **Exhibit RR** is a true and correct copy of a text message thread dated July 13, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann.

47. Attached hereto as **Exhibit SS** is a true and correct copy of a text message thread dated August 26, 2022, between Plaintiff and Chris Smith, which was marked as Exhibit 197 in Plaintiff's deposition.

48. Attached hereto as **Exhibit TT** is a true and correct copy of a text message thread dated July 23, 2021, between Plaintiff, David Fox, and Bill SR Stutzmann.

49. During Plaintiff's deposition on October 4, 2024, Plaintiff was presented two exhibits containing recorded instances of him removing his mask during games in the 2021 football season. The first exhibit, which was marked as Exhibit 186 at Plaintiff's deposition, was a true and correct copy of a publicly-available October 18, 2021, article from KHON2 that contained an AP photograph of Plaintiff removing his mask during WSU's game against Utah State University on September 4, 2021. The second exhibit, marked as Exhibit 187 at Plaintiff's deposition, was a compilation of clips from true and correct copies of Pac-12 television broadcasts of five of WSU's remaining games in 2021 (against Portland State University, University of Utah, University of California Berkeley, Oregon State University, and Stanford University), which were produced in segmented fashion as individual game halves at WSU_00035742, WSU_00035743, WSU_00035746, WSU_00035748, WSU_00035749, WSU_00035750, WSU_00036298, and WSU_00035751. Exhibit 187's mask removal video compilation was presented to Plaintiff in

chronological order and paused during each mask removal clip, followed by questioning of Plaintiff about each clip. **Exhibit UU** contains true and correct copies of screenshots from Exhibit 186 and each of these produced videos, organized by the chronological order in which the games occurred, and which are further identified by the portion of the deposition transcript containing the discussion of the specific mask removal in question, the deposition exhibit number, and the source of the screenshot (including the Bates number for the original produced video where applicable).

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the forgoing is true and correct and of my own knowledge.

DATED and SIGNED this 14th day of October 2024, at Seattle, Washington.

*s/ Spencer W. Coates*
SPENCER W. COATES, WSBA #49683
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 14th day of October 2024, at Seattle, Washington.

Erica Knerr, Legal Assistant

DECLARATION OF
SPENCER W. COATES - 10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# EXHIBIT A

# Nicholas Rolovich

# Rolovich v. Washington State University, et al.

# October 4, 2024



1325 Fourth Avenue, Suite 1840  Seattle, Washington 98101
Bellingham | Everett | Tacoma | Olympia | Yakima | Spokane
Seattle 206.287.9066    Tacoma 253.235.0111    Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: info@buellrealtime.com

Rolovich v. Washington State University, et al.                                    Nicholas Rolovich

Page 25

A. I kind of fell into coaching. We had recently been married and had a child, living in San Francisco and I was working construction and I was asked to come to City College of San Francisco and help -- I wasn't paid the first year, I may have been paid a little bit the second year I was there, but I did construction work and then went to practice while we were living in San Francisco.

Q. Who are the most influential coaches that you had either as a player or as a colleague?

A. I would attribute most of my knowledge, desire, approach to a man named Dan Hayes.

Q. How did you know Dan Hayes?

A. Dan Hayes' sister, Joanne, had married my mom's brother Sean, and so there was a family connection there.

Q. What about coaching role models? I mean like more famous coaches, Bill Walsh or whoever, are there any that kind of like that's the gold standard in your mind?

A. Being a 49ers fan, Bill Walsh was somebody that was honorable to look up to.

Q. 49ers fans generally aren't welcome in this office, but we're going to have to make an exception today.

Page 26

A. It's been a -- it is developed into quite a good West Coast rivalry, it really has.

Q. It has. And we're savoring this moment where we are in first place today, so.

A. Well --

Q. We'll see how long it lasts.

A. -- you should because -- and I'm a big fan of -- I do not dislike the Seahawks, I'm a big fan of -- of Abe Lucas and --

Q. He played for you?

A. Yes, and I think -- I like the things that their coach -- I like their coach.

Q. Even though he's more of a defensive mindset than you, you were more of an offensive guy?

A. Yin and yang, you need both.

Q. In terms of coaching style, I watch more NFL than college, but to me like the kind of polar extremes would be like a more authoritarian like a Belichick versus the kind of happy go lucky, positive, friendly vibe of a Pete Carroll. Where do you see yourself on that -- on those extremes? Are you on one or the other?

A. I'm sure people may have different opinions, I try to be a little bit more towards the Pete Carroll side, but there are times in -- in an organization that

Page 27

you -- you -- and situations come up where you have to be a strong leader and -- and not necessarily a friend as much as -- but I also -- is one reason why I really like college football, is because the young men have -- you still have -- have the ability to have a positive impact on their outlook of the game, their -- it's a little bit different now, but the -- they didn't have a lot of money, they're trying to make it, they're still dealing with some real life issues that we all do and -- and NFL guys do too, but these are still -- there's still an impressionable element to college football, at least there was.

Q. Yeah, I mean there are teams of 23-year-olds, right?

A. BYU may have a couple older, but --

Q. Fair, fair.

A. Yeah. And some guys coming back from the military.

Q. True.

A. We've had a couple of those too.

Q. So if you were to -- if you were in a job interview or talking to someone who didn't know you as a coach, how would you just kind of -- what's your elevator pitch nutshell summary of your coaching style, your coaching philosophy?

Page 28

A. I think it's positive, I think it's aggressive schematically, I think there's a genuine care for -- and a reason why I really enjoyed college football was you still were able to develop a -- I believe, I could be wrong, deeper connection with the players than -- than the NFL.

Q. How do you develop a deeper connection with the players?

A. One of my -- I don't want to call it a rule, but I will call it an approach and advice for other coaches, is do not pass one of -- even staff or but majority of the players, do not pass them in person without engaging them and -- because through recruiting, you know, I know if you have struggles at home or you have -- your mom has financial issues or sickness or -- so I think you have to always keep those almost in a Rolodex of care in -- in their -- because it's very hard to be a college football player and there's a lot of stresses that come with it. So having that ability for them to feel like you care, that was one of the strategies I used.

Q. Must be a hard rule to keep with 120 players and how -- a dozen or more coaches?

A. I don't think it's a hard rule for myself, I think different personalities may struggle with that

7 (Pages 25 to 28)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 29

more.  Like I said, it was advice for especially young guys that were in the staff, but I felt it was effective for me and I was able to do it.

Q.  I bet it would mean a lot to especially a younger player who looks up to his head coach and, you know, if you're walking by him kind of like just a nod or something or -- and move on versus stopping, engaging, having a conversation, would that be meaningful to a player?

A.  I would hope so.

Q.  Did you find that in your experience, that it helped develop that connection with players?

A.  I think it brought -- I think it added to the element of trust and genuine care for the human and not just the jersey and pads.  I had heard through recruiting about coaches or maybe kids that transferred back to us of other coaches, this is what really stuck, coach was great in recruiting, he was nice to my family, he talked to me all the time, but then he would pass me in the hallways and not say anything to me, and that really stuck with me.

Q.  Is that where your rule came from?

A.  I think that conversation -- I tried to do it anyway, but I think that really brought it to light for me.

Page 30

Q.  I've heard the term a lot -- the term used a lot, "players' coach," and I've sometimes heard it attributed to you.  Would you describe yourself as a players' coach?

A.  It's hard to know exactly what the definition of that is, but I would like to think that it meant that the players felt comfortable enough to come to me with things rather than being intimidated or scared because of your position of leadership or power, however they perceived it.

Q.  And that was true of you as a coach in your opinion, they were comfortable coming to you?

A.  I believe so.

Q.  And other than your -- your rule of engaging with everybody when you pass by them in the hall, how did you facilitate that trust, how did you facilitate that comfort with your players?

A.  Can -- can you repeat that?

Q.  Yeah.  You mentioned the -- call it "engage with everybody" rule, right?

A.  I would call it more guidance and advice than a -- than a rule, but --

Q.  Sure.  Other than that, how do you facilitate the relationship of trust and comfort that you just mentioned to be a players' coach with your players?

Page 31

A.  Honesty.  Very early in the introduction of the teams I've been able to have, I've told my story, which puts some walls down as far as vulnerability and I think -- and then general everyday interactions are -- you could say a lot, but how you act in your daily interactions or mannerisms or decisions or how you treat other people I think all add to that trust.

Q.  Is it important to develop that trust, to have those daily touches, daily interactions?

A.  In my opinion it is, in college football, but I think also in life and probably successful in the NFL, I just can't --

COURT REPORTER:  Successful?

THE WITNESS:  In the NFL.

A.  And -- but I -- I don't have the experience, but I think it's in general in any group setting, it's a positive way to get everyone going in one direction.

Q.  (BY MR. PEKELIS)  I mean, I'm just thinking of kind of like other management structures.  100 and -- is it 120 players about?

A.  It varies depending on locker room space, it varies on Title IX numbers, it varies on some financial things, but I would say it's -- when I -- when I was in, it started at 105, and then when school started, it could go to 110 or -- that's when -- 105 is the general

Page 32

starting point.  When school starts, you were able to add enough, and that depended on locker space or Title IX numbers or financial issues.

Q.  Well, a hundred some let's say.

A.  Yes.

Q.  Any management structure that's hard to -- that would be a huge management team, right?  So is it even possible to develop an individual relationship with each of those hundred some players plus coaches, assistant coaches?

A.  I think it is.

Q.  And did you do that?

A.  I tried my hardest.  One other thing I -- guidance, advice was knowing everyone's name.  There are some coaches that take jobs that are just an offensive coach or just a defensive coach and they may not know the other side of the ball's names because they're so focused in their area, but I -- I didn't put that in our kind of coaching -- you know, talk to somebody who's not on your side of the ball, your room, things like that.

Q.  Was there like any kind of document you gave out to your assistant coaches, like here are the rules of coaching or the guidelines of coaching?

A.  I don't know that I ever had one of those, I

8 (Pages 29 to 32)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 41

during the playing season, that is usually done in the buildup of the year, but there is still weightlifting sessions, at least on the teams I've been. It's hard to find the time because of the 20-hour rule, but -- and if it was open weight room, but you didn't -- you weren't mandatory to be there, the coach I don't believe was supposed to be there. So that was more the strength coaches had it open, you can come in and get your lift in.

I remember at Hawaii our schedule, we weren't able with the time to mandate mandatory time in the weight room. So that was more of an open weight room situation that the coaches shouldn't be at.

MR. SEESE: Zach, when you're at a good stop point, that coffee is hitting me faster than anticipated. We're not quite at an hour, but choose your time.

MR. PEKELIS: Now is fine.

MR. SEESE: Okay. All right, thank you.

VIDEOGRAPHER: The time is 9:35 a.m. We're off the record.

(A break was taken from 9:35 a.m. to 9:48 a.m.)

VIDEOGRAPHER: The time is 9:48 a.m. We're on the record.

Page 42

Q. (BY MR. PEKELIS) Mr. Rolovich, just a reminder, you're still under oath, you understand that?

A. I do.

Q. Okay. We were talking about the kind of day-to-day duties of a head football coach in Division 1 college football. Let's turn to games. We talked about practices and conditioning sessions already, so for games, this probably goes without saying, but head coach attends all the games, right?

A. Correct.

Q. In person?

A. I can't think of a game unless there's a sickness, injury where the head coach is not on the field.

Q. Would it be possible to coach a college football game by Zoom effectively?

A. I don't think -- I think the rules don't allow any electronic communication. There was a time when Hugh Freeze was in a hospital bed that I don't know how he communicated, but -- I think it was Hugh Freeze, but that may be the only one I can think of that -- where -- maybe there's others, I don't know.

Q. Have you ever missed a game as a head football coach?

A. I -- I can't remember missing a game.

Page 43

Q. Have you ever missed a game as a coach at any level, as an assistant coach in college football?

A. I may have when I was coaching junior college, but I don't think I did.

Q. Do you specifically recall ever missing a game as a Division 1 college football coach at any level?

A. I -- I don't.

Q. Do you remember, either as a player or as a coach in Division 1 college football, where your head coach missed a game?

A. I do.

Q. When?

A. It was the year 2000. I can't remember the specifics to be honest, he -- but he may have just missed spring ball, I don't know that he missed a fall game, I can't say that I remember.

Q. Which coach are you thinking of?

A. June Jones.

Q. For Hawaii?

A. Correct.

Q. So we could fairly easily using the Google machine go back and check and see if June Jones ever missed a regular season college football game in or around 2000, right?

A. You should be able to.

Page 44

Q. But your testimony is that you think he did?

A. Let me -- let me think back. June Jones was in a bad car accident and I -- I can't tell you specifically if it was a game or -- but there was a time when he was absent for a while and yes, we can Google I'm sure when that accident was.

Q. Safe to say barring car accident, other kind of medical emergency, extreme circumstances, the head coach is going to make the football game that he's coaching, right?

A. I would generally agree with that. I think funerals could be thrown in there, family emergencies, those would be some of the reasons that a coach could -- could miss a football game.

Q. Sure. And I know you mentioned Hugh Freeze being in a hospital bed and maybe coaching from his hospital bed. Can you just give me some specific examples that you know of of head coaches missing football games for funerals or family emergencies or any other reason that you can think of that -- that you know they missed the game?

A. I cannot think of one and I am not sure that it was Hugh Freeze, but I tend to think that it was, but again, Google could probably help us with that.

Q. Okay. Unfortunately it's not a tool that

11 (Pages 41 to 44)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 45

we usually get to use during a deposition, but we'll all go back and check later.

So for games, the head coach not only is at the game but generally travels with the team if it's a road game, right?

A. Unless there's recruiting involved the night or day before a game.

Q. Right. But in general, absent a recruiting obligation -- absent a recruiting obligation, the head coach would travel with the team to a road game?

A. I would say most times, yes.

Q. Is there often like a team dinner the night before a game or a team meal in your experience?

A. There's usually a pregame meal. Now some coaches may do it differently, they may give a snack, they may -- and it depends on your financials, you know, can you -- do you give them a bag and sandwich on the plane or -- and this has to do with different levels of -- of the finances at different levels of -- of college football, but there are meals provided. But it's all individual of what that coach -- it's all individual on how that coach wants to design the schedule of the travel. I can't -- they have to eat, but --

Q. Does the head coach meet -- excuse me. Does

Page 46

the head coach eat the pregame meal with the team generally?

A. I don't eat pregame meal.

Q. Okay. Take me through the kind of what the head coach does on game day, what's the kind of basic schedule?

A. When would you like to start that schedule?

Q. How about from the time you arrive at the stadium or at the hotel if you're on an away game.

A. My Hawaii experience is -- is very unique compared to some of the mainland colleges because of the travel. So at Hawaii, we would leave at least a day earlier than the majority of teams on the mainland would travel. We would have an extra time for --

Q. Jet lag?

A. -- jet lag, just general acclimation. So that -- that's fairly unique when -- when you talk about...

Q. How about can you go to the 2021 season at WSU and take me through, because you had six or seven games with the team that season, right?

A. Correct.

Q. Can you just take me through the kind of game day at WSU?

A. When we land? Or game day?

Page 47

Q. Let's just do a game day at -- at a home game.

A. Okay. Depending on the time of the game, let's just say it's a early afternoon game, night games there's a little bit more downtime. There would be -- well, there may be a continental breakfast for those that want it, there would -- four hours prior to kickoff is when we would have the pregame meal. There could --

Q. And what's the head coach during that, because you said that you weren't eating the pregame meal, what is the head coach doing?

A. I like to hunt hungry, so that's just my -- my personal preference is I think clearer on an empty stomach. And usually it's a lot of alone time in your hotel, going over the game plan, possibly sitting with the offensive coordinator going through the calls, but there's not a lot of interaction other than -- there could be some positional meetings on a -- on a 1:00 game. And then there's usually a special teams meeting, which I remember requiring all the players are at because that went right into the final team meeting of goals and -- and mindset going in, and then we would get on the bus.

Q. Do you give like a pep talk or a longer talk at the team meeting as head coach?

Page 48

A. What team meeting?

Q. Oh, sorry, I thought you just mentioned that you had a team meeting before the game.

A. It -- how I did it was a special teams meeting that rolled into a team meeting before we head on the bus. So they bring all their stuff down, go to the special teams meeting and then I would talk goals, if you want to call it a pep talk, but it's more of a centering of -- of mindset and what the -- the plan is as we get on that bus.

Q. Got it. And would you ride the bus with the team to the stadium?

A. I would most times.

Q. And then once you arrive at the stadium?

A. We're talking about 2021 season?

Q. Yes.

A. I -- there were times during that season that I did not ride the bus. I remember at least one time riding with the police escort to the stadium.

Q. Okay. Once you're at the stadium, what happens, what does the head coach do?

A. At home?

Q. Sure.

A. I would go up into my office, I would look at the game plan and the call sheet, I would get dressed

12 (Pages 45 to 48)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 53

recruiting on your teams?

A. I oversaw all aspects of the program is what I said.

Q. Including recruiting?

A. Correct.

Q. Okay. What about fundraising -- oh, sorry, let me ask one more thing about recruiting. What does it require to be a successful recruiter in college football?

MR. SEESE: Form and foundation.

Q. (BY MR. PEKELIS) You can answer.

A. Effort, connection ability, I believe honesty.

Q. Bless you.

A. Bless you. I believe honesty, consistency, I believe those are some of the connections, and communication with people, coaches. And when I mean people, I mean some of the seven on seven coaches or some of the other people that have influence over these young men in recruiting.

Q. How do you make those connections with the recruits and their coaches?

A. Well, I think it -- it could be that you had recruited one of their players before, it could be that, you know, you connect with them on Twitter, it could be a text or phone call. You don't -- a lot of

Page 54

recruiting -- there's only certain times and a limited amount of times you can do in-person stuff.

Q. And during those times, do you take advantage of it and do in-person stuff?

A. If -- if -- if you -- yes, yes.

Q. Travelling to meet with recruits where they live, where they play in high school or junior college, that's kind of an important part of recruiting, wouldn't you say?

MR. SEESE: Form.

A. I would say that it has changed a lot if you -- you know, you look at what Deion Sanders is saying, how the home visit is not as important as it once was.

Q. (BY MR. PEKELIS) Can you imagine having a successful recruiting program without home visits by the head football coach?

A. I think we're seeing one with Deion in Colorado.

COURT REPORTER: With what?

THE WITNESS: With Deion Sanders in Colorado.

Q. (BY MR. PEKELIS) Deion doesn't do home visits?

A. That's what I understand.

Page 55

Q. Okay. Did you do any home visits in 2021?

A. I can't specific -- I would have to go back on the dates. There's different recruiting periods during the fall, there's -- but we have to look at when the contact period began. I believe I was terminated before the contact period opened up.

Q. I'm speaking the 2021 calendar year, so that would include the entire summer of 2021, as well as -- in other words, January 1st to October 18, 2021, is my question, any home visits?

A. Correct, but what I'm trying to explain is there's no home visits during the spring, there's no home visits during the summer. The home visits tend to happen towards the end of season or before signing day.

Q. Okay.

A. And when those dates were for that calendar year I don't -- I don't know.

Q. So do you recall today any home visits that you did in 2021?

A. I don't recall doing a home visit because I don't think they were open at that time.

Q. Okay. Do you know what the ARMS database is, A-R-M-S?

A. I believe it was a recruiting kind of flow chart of -- or -- or it kind of encompassed all the

Page 56

elements of recruiting, maybe film distribution. I could be wrong on that.

Q. Was there a database where you would enter your recruiting efforts, like log phone calls, log evaluations, like home visits?

A. Yes, there was. That could have been ARMS.

Q. Okay. Let -- let's say it's ARMS. If you had done a home visit or an off-campus evaluation or any other recruiting task like that, would you have logged into that database, the ARMS database?

A. If ARMS was the correct database program that we used, it was -- it was my job to make sure I logged everything I did in there or Jason Cvercko would log it for me.

Q. Okay. And did you do any off-campus evaluations in 2021? Thinking back maybe to the Cal game on October 1, 2021?

A. I did.

Q. You went to a high school football game?

A. I did.

Q. As part of that road trip, right?

A. I did.

Q. Okay. Any other off-campus evaluations that you can remember besides that one game in Northern California that you observed?

14 (Pages 53 to 56)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 57

A. I'm glad you brought that up, because I didn't remember that. I -- I don't -- I don't remember if we did or not.

Q. But you were -- you went to a game as a spectator, right, a high school game?

A. What does spectator mean?

Q. You watched the game.

A. Yes, but I would think it would be more evaluation or evaluator than a -- it wasn't a casual go watch a football game, we were going there for a reason.

Q. Did you have -- did you engage -- did you do a home visit on that trip is my question.

A. I don't believe I did because I don't think you were allowed to.

Q. Okay.

A. At that time.

Q. Did you meet with any players, any recruits during that trip?

A. I may have said hello to him on the sideline pregame. Postgame I don't know -- I know I spoke with his coach on the sideline. Meet? I could have, I could have.

Q. But you don't have a specific memory of it?

A. I do not.

Page 58

Q. If you had, would you have logged it or should you have logged it, let me say?

A. It would have been the -- whatever the -- the trip was logged as, it would be logged as one visit or one day or one evaluation, whatever the period was, it would have encompassed everything. It wouldn't be I went to a game, I spoke with the coach, I spoke with the recruited, it was all encompassing. And I don't remember specifically what the rules allowed at that time, but it wouldn't have been a separate input into ARMS, how I understand.

Q. Got it. Shifting from recruiting -- sorry, one last question. Was the -- was the fact that you were unvaccinated, did that have an impact on your ability to recruit in 2021, specifically to do off-campus recruiting?

A. I -- I don't know if there was specific rules put in place for the unvaccinated at that point in regards to -- I mean I went to that -- that one, so I don't remember if there was any specific hindrances put on me because I was unvaccinated.

Q. Okay.

A. But there -- there could have been, I don't remember.

Q. So we'll periodically introduce exhibits and

Page 59

talk about them today. This is just a copy and we'll mark it as Exhibit 170. And the court reporter is marking it and she'll hand it to you.

(Exhibit No. 170 was marked.)

Q. (BY MR. PEKELIS) So this is a document that you produced, Exhibit 170, bearing Bates Number Rolovich 467. Is this a copy of your resume?

A. Sure looks to be.

Q. And could you just kind of thumb through it and see if it accurately summarizes your work history? I don't need you to look at the detailed description, just whether it says the jobs that you worked were the jobs that you actually worked.

A. How about the playing experience, is that important?

Q. No, I was interested in coaching.

A. Okay. Looks to be accurate.

Q. Okay. So the first entry on there on the first page says head coach at Washington State University, January 2020 to October 2021, correct?

A. Correct.

Q. And you executed a memorandum of understanding with WSU in January 2020, and you were announced as the head football coach, right?

A. What was the document?

Page 60

Q. Oh, a memorandum of understanding, it's just an agreement to -- before you actually executed the full contract.

A. That's what MOU is.

Q. Yeah.

A. I did.

Q. Okay. So January 2020, just, you know, a couple weeks really before the COVID-19 pandemic became the household name and emerged around the world, right?

A. But more than a couple weeks I think, right?

Q. Well, I believe it was in February 2020 that the WHO and other governmental public health authorities recognized it as a pandemic.

A. Oh, I don't know when those dates were. I remember sometime I thought was in March that kind of everything shut down for Washington State. I don't know when the WHO or other organizations made that distinction.

Q. Sure. I think you were at the PAC-12 basketball tournament in Las Vegas, right?

A. I was.

Q. Who was with you at that -- that tournament?

A. Bill Stevens, I'm sure Pat Chun was there. I don't know if there was anybody else specifically, other than the basketball team and the staff that was

15 (Pages 57 to 60)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 125

A. I do.

Q. So you are writing: I always thought the heli -- L.A. helicopter drill/raid was where they intercepted the original virus.

So do you want to revise your testimony when I asked you earlier about whether you thought the original virus had been intercepted?

A. I don't know that I -- I mean I know what I wrote, but and at this point in time I'm not sure -- bless you -- I don't know. I think if you read this because it talks about intercepting the fake COVID vaccine in these DUMBs, I always thought that where the theory was is it came in the L.A. drill/raid and she's sending me something that it came out of these DUMBs in New Mexico.

Q. Got it. So you thought the interception was on Figueroa Boulevard in L.A.?

A. I never heard that an interception had happened in New Mexico, this is the first time I had heard that. My -- only thing I had ever heard about any interception was in L.A. on the helicopter drill/raid.

Q. Understood.

A. I don't think that this is a representation of I always thought that, this is new information where --

Page 126

I don't know if that makes sense or not.

Q. Okay. Let's move on.

(Exhibit No. 181 was marked.)

A. I'm sure that is after the L.A. raid information I received by date.

Q. (BY MR. PEKELIS) Yeah, chronologically that would make sense.

This is Exhibit 181 coming your way. And this is a text message thread between you and Chris Smith dated August 8, 2021, Bates Number 35832. Do you see that?

A. Yes.

MR. SEESE: I believe the date is August 8th.

A. Oh, it's August 8th, that's what I see.

Q. (BY MR. PEKELIS) That's what I said.

MR. SEESE: Oh, you did? I'm sorry, I heard August 6th, but I don't have realtime.

Q. (BY MR. PEKELIS) It is the 8th. Who's Chris Smith?

A. Chris Smith is a cousin of mine.

Q. And does he kind of have a similar experience with respect to the COVID vaccination requirement as you?

A. Chris was also terminated as a San Francisco

Page 127

police officer for not getting the COVID vaccine.

Q. And what's your relationship with Chris? I mean I understand you're cousins, but I mean in terms of closeness, how is it?

A. We have a pretty close knit cousin group.

Q. He's your first cousin?

A. Yes.

Q. So I want to kind of shift gears here and use this discussion with you and Chris to transition to talk about masking, we haven't really talked about it much today. You know, obviously there were mask mandates in place at various times throughout the pandemic. What's your general view of how effective masking was against the virus?

MR. SEESE: Form.

A. I was more in concern of the detriments of masking to your general health, whether it's the $CO_2$ inhalation or lack of oxygen, the setting inside that you keep breathing in. I'm not against anybody that wants to wear one, I -- you know, it went from a gator was okay, then a gator wasn't okay. Then a surgical mask was okay, but it wasn't okay. Then you had to have a KN95, blah blah blah.

Q. (BY MR. PEKELIS) So if I could just try to paraphrase, were you concerned that wearing a mask had

Page 128

itself negative health consequences potentially?

A. I was concerned if that was true.

Q. Okay. And what about in terms of effectiveness against COVID, did you think masking helped prevent the spread of COVID?

A. Did I believe COVID -- did I believe masking helped prevent the spread of COVID. I'm -- I agree that it probably blocked saliva from leaving the mouth. I thought the size of a virus compared to what the mask did was -- was concerning.

Q. Okay. Would you agree that masks have been proven ineffective against COVID?

A. I don't know that I've seen enough information to say that.

Q. Okay. Let's look on page 35833 and your conversation with Chris. He says, fourth message from the top: What's up with your job?

Do you see that?

A. Fourth -- oh, am I on 33?

Q. 35833.

A. What's up with your job, yes.

Q. Okay. And then here it asks: Have they said anything? You respond: Still holding strong. Season is close so that's scaring them I'm sure. He responds -- still on the same page -- Stay strong, cuz.

32 (Pages 125 to 128)

Rolovich v. Washington State University, et al.                                        Nicholas Rolovich

Page 137

A. Outside?  I don't remember.

Q. No, not outside, in --

A. In restaurants, but you're able to take them off when you go sit down.

Q. Or when you're eating?

A. Or when you're eating.  I remember that time, but I don't remember if that was this time or not.

Q. Did you attempt to stay abreast of public health requirements with respect to masking, social distance, etcetera, in 2021?

A. I believe I tried to.

Q. And did you generally comply with masking requirements?

A. I would say I generally complied.

Q. Okay.  Did you ever misrepresent -- in your mind, did you ever misrepresent your vaccination status in order to take your mask off?

A. I would never have done that, I don't think.

Q. Let's do -- let me ask you, do you --

A. I don't remember misrepresenting my vaccination status, I don't -- I would never have said I was vaccinated to -- to accomplish something.

Q. What about by omission?

A. I don't know -- explain that to me.

Q. Well, do you recall a Pebble Beach golf trip

Page 138

in May of 2021, the coaches' classic?

A. I do.

Q. And you took that trip with Kurt Dammeier?

A. I did.

Q. And --

A. Well, I met him there.

Q. Okay.  And you golfed with him?

A. Correct.

Q. Do you recall whether vaccination was required to participate in that trip?

A. It was not.

Q. You believe it was not?

A. Uh-huh.

Q. Would you believe that unvaccinated people had to --- that you had to attest to your vaccination status to participate in that trip?

A. What -- what does "attest" mean?

Q. Meaning state whether you were vaccinated or not.

A. I don't remember if -- if I had to say I was vaxed or not.

Q. Okay.

A. I know if I wasn't vaxed, I had to stop and take a test from Walgreen's that me and my wife bought on the way to Pebble Beach and I was told that that was

Page 139

sufficient for me to enter the tournament.

Q. And you presented it?

A. I did.

Q. Okay.  Let's go to summer of 2021.  Would you agree with me, so July, August, September 2021, that per public health guidelines, unvaccinated coaches at WSU were required to wear masks during practices, during competition?

A. It -- it changed a bunch.  There was a time when if you were vaccinated, you were able to take the mask off.  There was a time when even if you were vaccinated, everyone had to mask.  There was a time where if you were outside and unvaccinated and so -- there was a lot of different varying situations.

Q. Fair enough.  Let's focus on August of 2021, let's focus on the season, like the actual football season, so late August, September, October 2021.

A. Okay.

Q. It was a requirement then that unvaccinated coaches had to wear masks during games and practices, right?

A. I believe so.

Q. Okay.  And did you?

A. I believe there was too much media scrutiny for me to go outside at a practice or a game un --

Page 140

without a mask.

Q. So it's your testimony that you complied with the masking requirements during practices and games in August, September, October of '21?

A. Best of my recollection I remember having a mask on at those situations.

Q. Did you ever remove your mask during games and practices?

A. Possibly.

Q. Why?

A. To unmuffle the voice.

Q. What do you mean by "unmuffle the voice"?

A. There's a mask on and it affects your ability for your voice to travel.

Q. So you would take your mask down in order to --

A. Verbalize coaching stuff.

Q. To communicate with other people?

A. Fair enough.

Q. Okay.  What types of mask did you wear in general, were you wearing an N95 mask, a KN95 mask, a cloth mask?

A. I don't know how you would describe it.

Q. Okay.

A. But it was -- I don't -- I'm sure I put on a

35 (Pages 137 to 140)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 141

surgical mask at some point, I wore the gator, I wore -- I don't know how you would describe this other mask that I wore, I don't know the name of it or term.

Q. Okay.

MR. PEKELIS: Let's do -- let's take a short break off the record.

THE WITNESS: What time we got, what about lunch?

VIDEOGRAPHER: The time is 12:38 p.m. We're off the record.

(A break was taken from 12:38 p.m. to 12:45 p.m.)

(Exhibit No. 186 was marked.)

VIDEOGRAPHER: The time is 12:45 p.m. We're on the record.

Q. (BY MR. PEKELIS) Mr. Rolovich, we were talking about the 2021 football season and one of the games that WSU played that season was against Utah State, correct?

A. Correct, sorry.

Q. And the exhibit before you is marked 186, and this is an article dated October 18, 2021, in KHON2 online and the headline of the article is: Washington State University Parts Ways with Former UH Football Coach Nick Rolovich.

Page 142

Do you see that?

A. Yes, I do.

Q. Okay. And then on the front page of this article there's a picture of you, it's kind of faded, but clear enough to see and it's you talking, yelling, and pulling your mask down. Do you see that?

A. On the last page?

Q. No, it's actually on the front page. Not as good a reproduction, so I'll just give you mine.

A. Yes, I see that.

Q. Do you see that? Okay. And then the headline or I guess it's called the deck in journalism below that picture is: Washington State head coach Nick Rolovich speaks with an official, not pictured, during the second half of an NCAA college football game against Utah State Saturday September 4, 2021, in Pullman.

Do you see that?

A. I do.

Q. Okay. And then also part of this exhibit is kind of a blown-up version of that photograph if you turn to the last page and that's easier to see, right?

A. Very much so.

Q. The picture shows you pulling down your mask and talking or yelling at somebody, right?

Page 143

A. Yes.

Q. And it's a fair reproduction of the photo that's on the front page of this news article, right?

A. Correct.

Q. So let's go to the next exhibit, which is actually going to be a video, and we'll mark this as Exhibit 187, and we'll provide an MP4 file to counsel and the court reporter at our next break of this video.

So what this will be is a compilation of video from TV showing you on the television broadcast removing your mask at various games and we'll pause it at various points and I'll ask you questions. Does that sound good, Mr. Rolovich?

A. Yes.

Q. Okay. Let's bring this up. Start at the beginning. So here we're starting, this is the Portland State/Washington State game. Do you see that?

A. Yes, I do.

Q. And it's a picture of you and you see you take down your mask there, right, in the huddle talking to various players?

A. I see that.

Q. Why did you take down your mask there?

A. So they could hear me.

Q. Okay. Let's keep playing. Also during the

Page 144

Portland State game this shows you with your mask down speaking, yelling. Agreed?

A. Yes.

Q. And why did you take your mask down there?

A. We're in a football stadium with 30,000 people, had to get some information to the players on the field and that's what I'm assuming I took my mask down to do.

Q. In other words, it's loud and hard to be heard clearly while wearing a mask?

A. Somewhat, but also there -- there's a value in reading lips when you're put -- sending in plays and/or information.

Q. Got it. And it looks like you were -- well, let's keep moving.

A. I was trying to echo.

Q. This is another video snapshot of you in a huddle with several players, Number 88, Number 77, Number 63, Number 4, Number 5, I can't read what the young man behind you's number is, maybe 2, and Number 9. Do you see that?

A. Yes, I do.

Q. And you've taken your mask down here?

A. I have.

Q. And why did you do that in this instance?

36 (Pages 141 to 144)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 145

A. I'm sure it was in a game we needed to win and it was for communication purposes.

Q. Okay. And you're winning, 27-10 is the score, 23 left in the second. Keep going. Okay. This is another shot of you during the Portland State/Washington State game, eight seconds left in the second, so just a little bit later, and again, you're taking your mask down to talk to number 53 maybe.

A. I think I'm talking up there.

Q. Oh, are you talking to somebody back there?

A. I think so.

Q. Okay. You're talking to that assistant coach?

A. Correct.

Q. And again, why did you take down your mask, to talk to him?

A. So he could hear me, as he's -- he's at a distance from me.

Q. Okay. Safe to say that you're taking down your mask not for no reason, but so that you could do your job and coach the team?

A. Taking my mask down to communicate effectively in pressure situations.

Q. Okay. Second half -- oh, still first half, sorry, I missed that. We saw this clip already. That was a very quick one, hard to tell there, let's keep

Page 146

moving.

So this is the second half, the fourth quarter. Again taking your mask down with 23 seconds left. Why did you do it there? Not a pressure situation, right, you're up 44-24?

A. I would say that most seconds in a game have pressure to them, but I get your point.

Q. But you're taking it off for the same reason, to effectively communicate?

A. To make sure my communication gets there, yes.

Q. Okay.

A. It was an onside kick situation so we had to make sure we were set up fine.

Q. Got it. And that can be technically challenging with the setup of an onside kick?

A. We were trying to recover an onside kick, hands team.

Q. Got it. And again, mask down here as players are coming off the field, you're pointing. Why did you take your mask off here?

A. I don't know that it was done purposely, I think it was making sure I could communicate and finish this game off right.

Q. Okay. This is the Utah/Washington State game, so this is the second game we're showing, score 7 to 3

Page 147

in the second quarter. There's an official review taking place and it looks like you are yelling at somebody on the field. Are you talking to the official here probably?

A. I don't -- I don't know. If -- with the direction -- okay, there you go, I thought you meant this official.

Q. Yeah, there are multiple camera angles and multiple officials, so you're taking down your mask here to talk to the sideline official, yeah?

A. Correct.

Q. And for the same reason, so that you can -- so that the sideline official can hear you?

A. Correct.

Q. Okay. Next image from this is the Washington State/Cal game, 6-0 in the first quarter and again, your mask is down, you're talking to your quarterback here. Why do you have your mask down?

A. It's hard to say in this situation, but I am prone to some -- some yelling in these games and there were times where I wanted to make sure I got good breaths. I've gotten what I like to refer to as party headaches when I yell a lot and it was communication and making sure I get enough oxygen in.

Q. And sometimes wearing the mask and yelling

Page 148

would induce those party headaches you're saying?

A. No, I got those from yelling a lot, I would get those headaches too, but I wanted to make sure I got enough oxygen in at those times.

Q. And taking off the mask helped you get in more oxygen?

A. Felt like it.

Q. Okay. Another one, also the Cal game, second quarter, 14 to 6, your mask is down here, kind of hard to tell who you're talking to, but you're in a quasi huddle of players, right?

A. I am in -- yes.

Q. And with your mask down again, same reason, to be heard effectively?

A. I don't think this was done on purpose intentionally, to not wear the mask. I think it was probably the communication element.

Q. Okay. How many players would you say are around here? I count seven, maybe more, right, in this huddle?

A. Yeah.

Q. Actually I count one, two, three, four, five, six, seven, eight, nine, ten, if you count the guy without his helmet on, right?

A. I would say, yeah, there's close to ten, yeah,

37 (Pages 145 to 148)

Rolovich v. Washington State University, et al.                                    Nicholas Rolovich

Page 149

ten.

Q. Okay. So you're huddled here around ten players?

A. Depends on, you know, the depth and everything. I don't know if that one is in --

Q. Sure.

A. -- or not or that one or --

Q. Sure. Approximately ten, fair?

A. Fair.

Q. Okay. And you're not wearing a mask in this approximately ten player huddle, right?

A. I pulled the mask down in this huddle.

Q. Right. Another instance during the Cal game, fourth and three, 2:38 -- 2 -- excuse me, 3:08 left in the second quarter, your mask again is down surrounded by players, agreed?

A. Agreed.

Q. That was too fast, I missed it.

Okay. So the players are coming off the field and I think that was you not -- with your mask down in the upper right; is that -- is that right?

A. I think that is probably me in the upper right, I'm not sure if my mask is down or not.

Q. It looks like it's down, but let's see if we can see the video again. Well, it's kind of tough to

Page 150

see that one, we'll keep moving.

So this is again you, this is the time the players are going onto the field, your mask is down and you're yelling at them as they're taking the field, correct?

A. Can you rewind a little bit --

Q. Sure.

A. -- down?

Q. Right?

A. Yes.

Q. Okay. Still the Cal game, 21 to 6, you just walked by two players, Number 6 and Number 8, with your mask down talking to them, right?

A. I don't think I was talking to Number 6, I think he's coming in the camera angle, I think Number 8 is who I congratulated.

Q. Got it. But you did talk to Number 8 to congratulate him with your mask down?

A. Hard to say if I was talking to him or not, but I walked by him.

Q. The -- the engage rule in place maybe?

A. What is that rule?

Q. Oh, just when you pass by a player, you engage with them?

A. Well, I give them five.

Page 151

Q. Yeah.

A. I don't know if there was words exchanged or not.

Q. Okay. And this is still the Cal game, you with your mask down, watching a play about to unfold on second and goal, right?

A. I don't know if that's all the way true. It looks like possibly a replay, but it's hard to say.

Q. Well, your mask is down.

A. It is down.

Q. And it doesn't actually look like you're talking to anyone in person, it looks like you're just talking on the microphone, right?

A. Or to myself.

Q. Okay. Oh, and now there's a coach next to you. Who is that?

A. That is Craig Stutzmann.

Q. That's Stutzmann, okay, and you're -- it looks like you're talking to Craig?

A. I disagree with that.

Q. Okay. He maybe is just walking by and you're just passing by each other, okay. But your mask is down as he's walking by?

A. My mask is down.

Q. Do you agree that you're talking to Stutzmann

Page 152

now?

A. I do.

Q. And your mask is still down, right?

A. Correct.

Q. Okay. And this is the Washington State/Oregon State game, the picture starts with your mask on and now you bring it down to yell at somebody on the field, right?

A. That's what it looks like.

Q. Okay. And why were you doing that?

A. To yell at him.

Q. For -- to be heard and effectively communicate, right?

A. And make sure they are able to understand body language of the importance of whatever I was communicating.

Q. Yeah, your facial expression kind of says it all here, right?

A. It says something, there's no doubt.

Q. So could this be an example where the mask --

A. That's a hell of a pause job for me.

Q. I didn't mean to do it like that, I -- I haven't been practicing this.

A. That's all right.

Q. But, you know, I think that you raised a point

38 (Pages 149 to 152)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 153

that sometimes not only just to be heard, but actually there's a visual element to communication that sometimes a mask can interfere with, right?

A. I -- I believe that is true.

Q. This is one of those examples it seems, right?

A. It seems that way, yes.

Q. Okay. And here's an example of you taking the mask down to have a drink of water, yeah?

A. Correct.

Q. Also during the Oregon State game. And here's the Stanford/Washington State game with your quarterback coming off the field, you're putting your arm around him, your mask is still over your mouth here, but not over your nose, agreed?

A. But I don't think this was done in -- with any intentional --

Q. Sure. But you agree that your mask is not covering your nose here, right?

A. I would agree with that.

Q. Okay. And that's you also during the Stanford game, mask totally down below your mouth and nose, and you're communicating with somebody on the field, right?

A. That's what that looks like, yes.

Q. In the closing seconds of the first half?

A. Correct.

Page 154

Q. And now you're standing right next to a game official also in the Stanford/Washington State game, 13 seconds left in the first half and you're communicating with somebody on the field and pulling your mask down, right?

A. Correct.

Q. Okay. That's it. So I mean seems like in almost every instance except the water drinking you were pulling down your mask in order to more effectively communicate. Is that a fair summary of the video?

A. I think the bare nose one -- this is mine? The bare nose one was I think inadvertent, the water drinking I'm sure I pulled it down to drink, and the others were to make sure they heard me.

Q. Okay. And you agree that this was just part of a televised broadcast and obviously most of the televised broadcast is focused on the game and the players as opposed to the officials, right? Excuse me, as opposed to the coaches?

MR. SEESE: Foundation.

A. I would agree that the majority of air time would be plays, I think. I mean I never thought of it like that, but --

Q. (BY MR. PEKELIS) So --

Page 155

A. There's a -- there's a -- there's a percentage of the game -- let me see how I want to say that. Go ahead.

Q. I think I can help. You've watched football games on TV in the past and the present, right?

A. Uh-huh. Yes, sorry.

Q. So the vast majority of the game that's televised is of the play on the field or the players as opposed to the coach, correct?

A. I don't know if I could agree with that. I think every six seconds, but then there's a 40-second clock. So I think a six -- four -- four- to six-second play compared to a 40-second clock, I think there's air time in that 40 seconds, I don't know that I could agree with the vast majority.

Q. Okay. But the majority?

A. I don't know if I could agree with that either, but --

Q. Replays included?

A. Replays included in what?

Q. Like -- never mind, it's not important. You're -- so it looks to me in all these videos that you're wearing a cloth mask. Would you agree with that?

A. I don't know what -- I don't -- describe what

Page 156

do you mean by a cloth mask.

Q. As opposed to a N95 respirator.

A. I am -- I am not wearing an N95.

Q. Okay. And would you agree -- you've worn an N95 before, right?

A. Most likely at some point.

Q. But you're not sure if you've worn an N95 respirator?

A. What's the difference between KN95 and N95 and -- I don't -- I don't know the difference.

Q. So the --

A. I've worn something 95 on airplanes for travel for games.

Q. Okay.

A. I remember that.

Q. Did it hook around your ears or did it go kind of over your head?

A. I couldn't tell you.

Q. Okay. Would you agree that if -- whether it's a KN95 or an N -- well, if you -- if you're not sure what it is.

A. Well, I know that those are -- go ahead --

Q. Do you accept that an N95 respirator is even harder to communicate in than a regular cloth mask?

A. I don't know that I could agree with that.

39 (Pages 153 to 156)

Rolovich v. Washington State University, et al.                          Nicholas Rolovich

Page 165

A. Okay.

Q. Let's move on. So let's talk about vaccines. What vaccines have you received as an adult?

A. I don't know -- I can't remember getting any vaccines as an adult right now.

Q. Does that mean you haven't been vaccinated since you were 18 years old?

A. I'm not sure what was required of me since I turned 18, I don't remember ever having to get one for any specific reason.

Q. So to go to college, to go to university?

A. I -- I remember I had to take a TB test.

Q. Okay.

A. I believe at the University of Hawaii. I remember I -- I believe I had to get another TB test when I went there to work as the head coach or as an assistant coach.

Q. But you don't remember any vaccines?

A. Not at this moment, no.

Q. Not a tetanus vaccine?

A. I cannot recall.

Q. Not a hepatitis shot?

A. I looked, I think I sent my medical records. I don't know that the University of Hawaii had anything like that, maybe they did.

Page 166

Q. But I'm asking just like literally in the last 25 years.

A. I honestly don't remember if I got a vaccine.

Q. Of any kind?

A. What do you mean, any kind?

Q. Any kind of vaccine. You don't remember ever getting a vaccine since turning 18, that's your testimony?

A. Right now, I don't remember. Maybe I had to for sometime, but I don't remember having to.

Q. Was that a conscious choice on your part not to get vaccinated against the flu or tetanus or hepatitis?

A. Early in my adulthood I don't remember consciously denying any shots. I do remember denying the flu shot multiple times throughout my adult life.

Q. In your 30s and 40s, 20s, how early?

A. When I first got the job.

Q. Which job?

A. Washington State, on my initial tour or one of the initial earlier times being shown the building, I was shown the medical room by Dr. -- or the medical floor by Dr. Sunday Henry and I denied a medical or a flu shot then.

Q. When you deny, you meant she said, hey, would

Page 167

you like a flu shot?

A. Yes.

Q. And you said no?

A. (Witness nodding head.)

Q. For what reason did you decline to get a flu shot at that point?

A. I -- I can't specifically say if it was against -- whether it was -- had to do with natural immunity or injecting something into me, but I don't know if I have a specific reason, possibly multiple. I also -- I don't know if refused is maybe a little bit, I denied the opportunity to get a flu shot at the University of Nevada, I remember -- I remember that.

Q. How about at Hawaii?

A. It was -- I don't remember being specifically asked to get a flu shot at Hawaii.

Q. Have you ever been told by like a primary care physician, hey, your tetanus booster is out of date, you should get a tetanus shot or something like that and you say no, I don't get tetanus, that just hasn't happened?

A. I must say that I'm -- I'm not terribly consistently go to the doctor, so I tend to avoid as much medication as I can.

Q. When you declined the flu shot at Nevada and

Page 168

with Dr. Henry in 2020 at WSU, did you feel that there was a religious basis for you to decline the shot?

A. I'm not sure I was thinking that way. I -- I was more into my body can -- you know, I just believe our -- our body is an incredible machine thing that I really like the natural immunity element of it and I tend to be much more holistic and natural in any type of healing element.

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY* ]

42 (Pages 165 to 168)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 169

Q. What's your dad's name?
A. Michael.
[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY* ]

Page 171

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY* ]
Q. When the COVID vaccines were first approved for emergency use in -- starting in December of 2020, did it occur to you to get vaccinated?
A. Did it occur to me.
Q. Yeah, did you consider it? I mean just given that you've said, you know, you previously didn't receive the flu vaccine, you hadn't had or you don't recall having a vaccine as an adult, so when the COVID vaccines were approved for emergency use by the FDA first in December of 2020, was it like -- did it enter your head like, oh, like maybe I'll get vaccinated or was it like I'm not doing that?
A. I'm -- I'm not a big fan of vaccines, so I thought about it I'm sure, thought about it more when it was being forced on me, but I don't know that it

Page 170

[ *CONFIDENTIAL TESTIMONY*

*CONFIDENTIAL TESTIMONY* ]
Q. Are they in school in California or are they being home schooled?
A. They are in school.

Page 172

was -- at that time I didn't think I would have to be forced to get something to continue employment.
Q. Did you believe that the vaccines, the COVID vaccines specifically, caused a significant number of deaths?
A. Did I?
Q. Did you, yeah, in 2021, did you believe that the COVID-19 vaccines were the cause of a significant number of deaths?
A. Well, what do you mean, significant?
Q. Thousands.
A. I had questions about the VAERS website and the numbers on the VAERS website.
Q. What were your questions about the VAERS website?
A. There was many.
Q. And you reviewed the VAERS website data, right?
A. Which question do you want me to answer?
Q. Oh, sorry, please answer the first one.
A. What was the first question?
Q. Your questions about the VAERS website data.
A. Well, I was very -- I had not necessarily heard about VAERS a whole lot until the COVID vaccine. I -- and then I went to it and saw the numbers were

43 (Pages 169 to 172)

Rolovich v. Washington State University, et al.                                    Nicholas Rolovich

Page 173

astonishingly high compared to the reports of other vaccines, every vaccine has some representation there on VAERS that I saw. And since the numbers were so much higher, I was concerned that, you know, unless people are fraudulently doing this, which I don't know the exact steps that it takes to file a complaint on VAERS, I assume it has something to do with the healthcare provider having a step in there, but I don't know what that exact step is, but the abnormal number attributed to the COVID vaccine definitely gave me pause.

Q. Gave you concerns about the safety of the vaccines, right?

A. Yes. And I had asked Dr. Palmer when we met about the VAERS website and he somewhat dismissed it to me that I was -- it was nothing to be of concern of.

Q. What were the specific medical problems that you were concerned about the vaccines, the COVID vaccines potentially causing?

A. It -- at what time period? Now?

Q. Let's --

A. Later?

Q. Let's think about the time period that you were referencing, April, May, June 2021.

A. Here's one of the earlier things that really

Page 174

kind of put my spidey senses up was in 2020 we were told that getting COVID could produce myocarditis and that was the final straw that cancelled our 2020 season. Fast forward to vaccine time and reports of myocarditis being a side effect, especially in young men, and we have no concern was very disturbing to me.

I was all on board with cancelling the season if COVID caused myocarditis. I did not complain about that, I understand that. I've had kids die that are in my program, I don't want another one. It was -- it was -- obviously we all know it was a crazy time, there was nobody in the stands and I was on board if this is a serious risk that we're going to lose a kid in a game or any type of heart issue because of COVID. I was -- I was not against it.

We had multiple return to play steps involving the heart because of COVID infection, because of this myocarditis issue with the -- with not the vaccine, with just getting COVID. And then the reports of myocarditis from the vaccine and we didn't care at all was -- really raised a alert flag for me why -- why are we -- why do we not care about the same thing.

Q. Okay. So I'm just trying to kind of isolate what the specific medical concerns that you were thinking about were a risk with the COVID vaccine.

Page 175

Sounds like myocarditis is one, which would it be safe to say just general heart problems would be another?

A. Yeah, that would be -- I mean I don't know what specifically those are, but heart attacks.

Q. Damage to the heart?

A. Stroke. Those are some of the major ones that started to make some noise.

Q. How about miscarriages for women who took the vaccine, was that a medical side effect that you were concerned about?

A. Not necessarily. I was not dealing with a lot of females, so mine was more about the concern for the players on the team.

Q. Did you have any concerns about the health consequences of using the Pfizer and Moderna vaccines because of the mRN -- mRNA technology that they utilized?

A. A novel technology in a time period that is a minute percentage of the normal vaccine timeline was a little concerning to me.

Q. Okay. Any other health-based concerns associated with the COVID vaccines that you can think of having right now in 2021, June time frame?

A. Not specifically.

Q. Okay. Is there a date that you feel like you

Page 176

can pinpoint where you decided conclusively that you weren't going to get vaccinated?

A. August -- I mean October 4th.

Q. Okay. And you couldn't pinpoint a date before that, you were going back and forth until October 4th?

A. October 4th was the last day to get vaccinated to be able to continue to coach that team, I believe, and it was also the day my religious exemption was due.

Q. True. But I mean in theory you could get -- you could decide to get vaccinated today and you could have decided not to get vaccinated long before October 4th. So I guess I'm just trying to figure out -- I understand with respect to the vaccination requirement that was the deadline, but I'm just wondering is there a time that stands out to you where you were like, this is something I found out and I knew I couldn't get vaccinated?

A. The -- like I said before, I try not to deal with any pharmaceuticals in my body, but so I never thought that I would be -- have the requirement until the requirement came to keep my job and coach the team that was winning three PAC-12 games and on a real nice trajectory.

Q. Okay. And why do you not have any pharmaceuticals in your body, do you try not to have

44 (Pages 173 to 176)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 209

think that would be easier.

(Exhibit No. 200 was marked.)

Q. (BY MR. PEKELIS) So Exhibit 200 is the paperwork that you submitted to Dr. Wilkinson? Mr. Rolovich, is this the paperwork you submitted to Dr. Wilkinson?

COURT REPORTER: What did you say? I couldn't hear you.

THE WITNESS: I said let me finish looking at this.

A. Yeah, it sure looks like it.

Q. (BY MR. PEKELIS) Okay. And if you see on the bottom of page 58042, it asks: What is your biggest concern that you would like to discuss today? And you say: Vaccine.

Do you see that?

A. Yes.

Q. Okay. And then on page 58046 it asks: Please list your major symptoms that you would like help with. And you say: Heartbeat and living healthier.

Do you see that?

A. I do.

Q. So what's the connection here between vaccine and heartbeat and living healthier? Weren't you just trying to figure out if your heart maybe was a reason

Page 210

that you could be exempted from the vaccine for medical reasons?

A. No, no, I had had a heart issue that I saw the doctor in Pullman for, I think it's Dr. Hall. Now I don't know if this is before or after, but this -- because I went and had a -- I believe a walking echo with Dr. Hall for irregular heartbeat.

Q. Okay. That's -- and Dr. Hall is a cardiologist or what?

A. Oh, no, he was kind of the doctor -- I won't -- I don't think he was the card -- I think he prescribed the walking echo.

Q. Okay.

A. After I went and saw him for my irregular heartbeat. I was -- I was having chest pains and things like that, I believe he --

Q. And when was that, was it around this same time period?

A. It would have been -- I'm assuming it's earlier than this because after this it was kind of just all -- I don't know when that was, but I'm assuming it was earlier than this.

Q. Okay. Let's -- let's look at a different exhibit. This is going to be 201.

A. Done with this?

Page 211

Q. Yes.

(Exhibit No. 201 was marked.)

Q. (BY MR. PEKELIS) And Exhibit 201 is a message thread between you and Father Paul, Bates Number 94107. Do you see that? Is that what you have?

A. That is what I have.

Q. Okay. And this is dated July 26, 2021, so a few days after the media day announcement. And if you look at your last text message on this page, you say to Father Paul -- excuse me, on the next page, 418, you say to Father Paul: Thank you for your counsel and info the past few days. It has been pretty amazing for me with my reconnection with God over the past year or so. I'm awaiting some medical results currently that will help me with my decision.

What medical results were you awaiting that would help you with your decision?

A. The T-cell test that I was awaiting for that I received on I think the 27th is when I received that from the place in Spokane I went to get the antibody test.

Q. But wasn't the T-cell, wasn't that just telling you whether you had had COVID at some point in the past?

A. Yes.

Page 212

Q. So how would that help you with your decision as to whether to get vaccinated?

A. Well, if -- if I had had COVID, which I hadn't -- didn't know if I had had it and I went and got the antibody test and I had not got it, I had not had COVID and not developed natural immunity to it, it would have been more pressure -- I would have had a harder struggle to not continue on with this team, if that makes sense.

Q. I think so.

A. Okay. Done with this?

Q. Yes.

A. Are you done with the notes?

Q. Keep those.

Did you tell Pat at some point around media day that you needed two weeks?

A. Uh-huh, I said I needed -- I probably said two weeks.

Q. And what -- was that referring to the same thing, you wanted to wait for the results of the T-cell test?

A. Yes, yes.

Q. So it's your testimony that you weren't ever considering pursuing a medical exemption for the COVID-19 requirement -- vaccine requirement?

53 (Pages 209 to 212)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 213

A. I -- I had nothing that would have been a medical exemption.

Q. Okay. Let's go to Exhibit 202.

(Exhibit No. 202 was marked.)

Q. (BY MR. PEKELIS) So this is a text message thread between you, Brian Fahling and Thayer Evans. And Thayer Evans is your former agent?

A. Correct.

Q. Okay. So and the date is August 22, 2021, Bates Numbers 89053. And then I want to ask you about the long-ish message from Thayer on page 89056. Because it's so long I think it will make sense for us to just go off the record, let you read it in its entirety and then we'll come back and I'll ask you a couple questions about it.

VIDEOGRAPHER: The time is 3:46 p.m. We're off the record.

(A break was taken from 3:37 p.m. to 3:50 p.m.)

VIDEOGRAPHER: The time is 3:50 p.m. We're on the record.

Q. (BY MR. PEKELIS) Okay. Have you had a chance, Mr. Rolovich, to read the entirety of Exhibit 202?

A. I have.

Page 214

Q. Okay. So it's this long message from Thayer Evans, your agent, on August 22, 2021, and I just want to ask you actually about just one sentence that Thayer writes, which is the last sentence of page 89057. Thayer writes: Since Nick is not going to get the shot and we can't find a doctor to write him a note, I think the aforementioned is the best alternative strategy we have.

Do you see that?

A. I read it, I'm trying to find it.

Q. Bottom of 89057.

A. Yes.

Q. What do you understand Thayer to mean when he wrote: We can't find a doctor to write him a note?

A. Thayer thought getting the medical was an option.

Q. So it was something that you discussed with Thayer?

A. Yeah, after remembering that, yeah.

Q. Okay.

A. He brought it up. He had -- he had had I believe a couple clients that found a doctor that he knew maybe in Arizona, maybe in Texas, but there's no medical reason for me to get one.

Q. Got it. So let's transition and talk about

Page 215

the pursuit of a religious accommodation. In your declaration that you submitted in this case in connection with your motion for summary judgment -- you can set that aside, but we might come back to it.

A. But I had already told Pat on 8/19 that I was getting a religious exemption.

Q. Right.

A. Okay.

Q. So --

A. You want me to keep --

Q. We're going back in time, in other words, from August. Your declaration, to paraphrase it, says that one of your players, Liam Ryan, connected you with Father Paul; is that right?

A. I would say Liam Ryan is the one who -- I had heard about Father Paul from Victor Gabalis, Abe Lucas, and Liam Ryan. But see, Liam when I first got the job was -- was a very disturbed, angry individual and I saw a real change in his demeanor, his leadership, his value to the team. And I think when he saw me struggling, he suggested that I connect with Father Paul and talk through stuff.

Q. And that was just a couple days after your public announcement that you weren't getting vaccinated, right?

Page 216

A. I -- I don't know.

Q. So I mean --

A. I don't remember when that happened exactly.

Q. Did Liam connect you with Father Paul for you to get advice on the vaccine or was it totally unrelated?

A. Oh, I think it was just general mental health stability, stress release. He knew I was a Catholic and -- and Victor had grabbed me and -- I think spring ball and Victor came up to me on the field out of nowhere and said, I'm just going to tell you this, it's been on my heart, I think God brought you here to get closer to him. So -- and that never left me.

But Liam was the leader of the -- he was a senior, leader O lineman and I think he genuinely cared about my well-being and saw me struggling and offered to connect me with Father Paul.

Q. Let's go to another exhibit.

A. Am I done with any of these?

Q. Keep them.

MR. PEKELIS: This will be 203?

COURT REPORTER: Yes.

Q. (BY MR. PEKELIS) So does he have it yet? Okay.

MS. CHIONG-MARTINSON: Job, do you have

54 (Pages 213 to 216)

Rolovich v. Washington State University, et al.      Nicholas Rolovich

Page 217

them?

MR. SEESE: I'm sorry.

(Exhibit No. 203 was marked.)

Q. (BY MR. PEKELIS) And Exhibit 203 is a message exchange between you and Father Paul and on July 24th you write to him: Father Paul, Nick Rolovich here. Liam sent me your number. I appreciate you thinking about me.

Do you see that?

A. I do.

Q. Okay. And then he says: Hi Nick. Always. Please know if you ever need anything, please let me know. You're under a lot of pressure, on scrutiny and sometimes it's nice to have someone to talk through it. Also Liam, Abraham and Victor are fine young men. God bless, Nick, and now I'm praying for you. Father Paul.

You liked that message and then you say to him: Do you have time today? And he says: I do. I will be in my office around 9:00 a.m.

Next page you say: I'm not sure in person is a smart thing right now. Okay, I'm free to talk at 9:00 to talk on the phone. When is a good time for you? 9:00 should work.

So did you talk to Father Paul that day on the phone?

Page 218

A. I -- looks like we were planning on it, I don't remember if we talked that day or another time, I --

Q. Okay. Then three hours later in the message Paul writes: Psalm 139 is a passage for you and your family. Nick, I gave Father Kyle your phone number. He should be texting to set up a time to talk.

So does that refresh your memory as to whether you talked with Father Paul that day?

A. No.

Q. Okay.

A. I would check phone records I guess to see --

Q. Who --

A. -- if that's true or not.

Q. What did you talk about in your initial phone conversation with Father Paul?

A. That I couldn't remember. I'm sure it had to do with my history as a Catholic. It had already been announced that I wasn't going to media day because I wasn't getting the vaccination. The scrutiny, the media was very hard, but --

Q. In that initial conversation did Father Paul encourage you to get vaccinated?

A. He -- I don't know if it was that initial conversation or not.

Page 219

Q. Okay.

A. He said -- he talked about, you know -- I don't know if it was an encouragement or we discussed it, but I remember him talking about it.

Q. And did Father Paul offer to connect you with the bioethicist father, Father Kyle, at the Diocese of Spokane?

A. Well, that's Father Kyle there.

Q. Yeah.

A. But I never talked to Father Kyle.

Q. Did Father Kyle reach out to you?

A. I don't remember talking to Father Kyle, but maybe he sent me a text, maybe he called.

(Exhibit No. 204 was marked.)

Q. (BY MR. PEKELIS) So Exhibit 204 is a message from Father Kyle to you on July 24th, the same day you had your initial text message exchange with Father Paul. Do you see that?

A. I do see this.

Q. And it looks to us like you never responded to Father Kyle.

A. Yeah, I don't remember responding to Father Kyle.

Q. And Father Kyle writes: Nick, Father Heric gave me your phone number and said that you had some

Page 220

questions about what the Catholic Church teaches about the COVID vaccines. I am Father Kyle Ratuiste, the bioethicist for the Spokane Diocese. I'd be happy to receive a brief phone call to respond to any questions you may have.

Do you see that?

A. I do.

Q. So does that refresh your recollection as to what you and Father Paul talked about in your initial conversation on July 24th?

A. I couldn't say specifically what me and Father Paul talked about, but the topic of the day was COVID vaccines.

Q. Did you have questions for Father Paul about what the Catholic Church teaches about the COVID vaccines?

A. At some point, yeah.

Q. Why didn't you --

A. I'm sure I did.

Q. Why didn't you call Father Kyle back then, who was the bioethicist for the Spokane Diocese? I mean wouldn't he have potentially had helpful information about that topic?

A. Yeah, I'm sure he would have. I was in a place of extreme separation and solitude and I -- I

55 (Pages 217 to 220)

Case: 25-761, 09/15/2025, DktEntry: 54.4, Page 32 of 280

Case 2:22-cv-00319-TOR   ECF No. 98   filed 10/14/24   PageID.1834   Page 31 of 421

Rolovich v. Washington State University, et al.                     Nicholas Rolovich

Page 221

just felt more comfortable with Father Paul.

Q. Okay.

A. I don't know, I don't know that I -- I didn't respond to this, but I don't know that I ever called or even responded to this at all. Father -- I don't know that I ever read through that whole thing.

(Exhibit No. 205 was marked.)

A. We done with this one?

Q. (BY MR. PEKELIS) Yes. So this is Exhibit 205, and this is a text message thread again between you and Father Paul on July 26, 2021, a couple days later. Do you see that? Mr. Rolovich, do you see that?

A. I -- I do see this, I'm trying to read it. This is his screen shot.

Q. Yeah. Do you recall what his screen shot was?

A. I remember the screen shot, but I don't know that I could even read it, that picture, but.

Q. What was the gist of it, do you remember?

A. No.

Q. Well, his message to you says: Nick, I found this helpful. What happens in the end, I you got the shot -- I think he means if you got the shot -- and it was all good. It's a very good chance it will be. As you said, most are getting the variant who have not

Page 222

gotten the shot. I believe because of the kind of man you are and your charter -- meaning character -- getting the vaccine would not impede you. As one who has worked with college for 20 years, I desire to have you so much at WSU. You're a game changer. Peace. Do you see that?

A. I don't -- I did -- I do see that.

Q. Is it safe to say that Father Paul's message here is encouraging you to get the vaccine?

MR. SEESE: Form.

A. I think this reads what happens in the end -- oh, I tend to read -- I tended to read it the first time, what happens -- I got the shot and it was all good, but I can see where -- I think I read it that way, very good chance it will be. Yes, I do early on remember Father Paul wanting me to get the vaccine to remain the coach at Washington State.

Q. (BY MR. PEKELIS) And did you speak with Bishop Daly as well?

A. I have.

Q. Did Bishop Daly encourage you to get vaccinated too?

A. What I remember about my conversation with Bishop Daly was he supports the shot with -- with reservations or hesitations, I'm not sure what --

Page 223

either was a text or on the phone. I don't know when I spoke with him on the phone. I know I asked him to send me something if I needed it for a religious exemption, I don't know when that time was or date was, but it was -- I'm sure it was sometime in late summer.

Q. So not sure or you don't know, you don't remember whether Bishop Daly encouraged -- let's strike that.

Bishop Daly told you that he supported the vaccine, right?

A. With reservations.

Q. What were his reservations?

A. He didn't necessarily expunge on it to me.

Q. Okay.

A. That I -- that I remember.

Q. What was your reaction when Father Paul initially encouraged you to get the vaccine?

A. I didn't think -- most people were encouraging me to get the vaccine.

Q. Not David Fox?

A. Yes, but most people.

Q. Not Bill Stutzmann?

A. And probably not my wife.

Q. Let's go to the next exhibit. This will be Exhibit 205?

Page 224

MR. SEESE: 6, 206.

MR. PEKELIS: Thank you, 206.

(Exhibit No. 206 was marked.)

Q. (BY MR. PEKELIS) And Exhibit 206 is another thread between you, Fox and Stutzmann, Bates Number 89353, and the date is July 26, 2021, so the same date that Father Paul sent you that screen shot and encouraged you to get vaccinated?

A. Can I see that again when you get a chance?

Q. Is that 204 that you have there?

A. No.

COURT REPORTER: 205 I think.

Q. (BY MR. PEKELIS) All right, yeah, 205. So keep 205 because I want you to look at 205. Now look at -- on Exhibit 206, look at page 370.

A. Okay, what is this about?

MR. PEKELIS: Let's go off the record for a sec.

VIDEOGRAPHER: The time is 4:07 p.m. We're off the record.

(A break was taken from 4:07 p.m. to 4:13 p.m.)

(Exhibit No. 207 was marked.)

VIDEOGRAPHER: The time is 4:13 p.m. We're on the record.

56 (Pages 221 to 224)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 229

Q. You should set those aside, yes.
A. Give them to her?
Q. Yeah.
A. What date is this?
Q. This is a message between you and Thayer Evans dated August 17, 2021, Exhibit 208. Do you see that?
A. Uh-huh.
Q. Okay.
A. Yes, I apologize.
Q. So Thayer sends you a message here, the first message, saying: Hit you back again. In ten minutes will be out of service for at least an hour.
And then he sends a link to some -- an article, Church Religious Exemption Vaccine, and you respond: Very good.
Do you see that?
A. I do.
Q. Okay. So what I want to ask you about is what comes next from Thayer on the next page, 89037. And this is -- you can see a screen shot, it's very small, you can bring the magnifying glass if you want it, but it explains what it is in the links below. It comes from NCBCcenter.org and it's called a Vaccine Statement Updated and then in the final link it shows Catholic Vaccine Exempt Template Letter.

Page 230

Do you see that?
A. No, where's the --
Q. These are the hyperlinks before, so like those hyperlinks explain what it is. Go ahead and take a look at it.
MR. PEKELIS: Let's go off the record to give the witness a chance to review it.
VIDEOGRAPHER: The time is 4:21 p.m. We're off the record.
(A break was taken from 4:21 p.m. to 4:23 p.m.)
VIDEOGRAPHER: The time is 4:23 p.m. We're on the record.
Q. (BY MR. PEKELIS) Mr. Rolovich, you've had a chance to look at Exhibit 208 literally under the microscope, right?
A. Magnifying glass.
Q. Close enough, right. And the image that he sends you on page 89037, does it appear to be a religious exemption template from the National Catholic Bioethics Center?
A. Looks like it's from NB -- NCBcenter.org.
Q. Okay. And would you agree that that is the template on which you based your exemption request that you submitted to WSU?

Page 231

A. Looks very similar.
Q. Okay. Let's do 127.
(Exhibit No. 209 was marked.)
Q. (BY MR. PEKELIS) And if you'll turn, you have Exhibit 127 -- excuse me, Exhibit 209 has been marked in front of you and this is your statement of undisputed material facts that you've filed in this case at ECF Number 89. So if you'll look at paragraph 20 here, paragraph 20 says: Rolovich's request for a religious exemption was based on a form letter prepared by the National Catholic Bioethics Center which he modified.
Do you see that?
A. Yes.
Q. Okay. So do you agree then that the NCBC template that Thayer sent you is what you based your religious exemption request on in this case?
A. Yes, it looks that way, but I don't remember Thayer giving me that.
Q. Okay. Who do you remember giving it to you?
A. I didn't remember who gave it to me.
Q. Okay.
A. That was -- that was a -- that clears a lot up in my head too.
(Exhibit No. 210 was marked.)

Page 232

Q. (BY MR. PEKELIS) So Exhibit 210 -- let me not talk. Exhibit 210 is your amended responses to interrogatories and RFPs dated December 7, 2023, and if you look at Interrogatory 7, just let me know once you've gotten there.
A. These -- these numbers?
Q. No. Look -- what page number is it on? Let's see.
A. I don't see page numbers. Oh, yeah, I do.
Q. It's on page Number 17, starts on page 17 at the bottom, do you see Interrogatory Number 7?
A. I do.
Q. And it says: State whether any other persons or sources were involved in, relied upon, or consulted in the drafting, editing, reviewing, or otherwise preparing your religious exemption request and, if so, identify each such person or source, how they were involved in, relied upon or consulted in the preparation of your request and the dates of their involvement.
Do you see that?
A. (Witness nodding head.)
Q. And then at the very bottom of your response it mentions KrisAnne Hall: Who provided the template on which Mr. Rolovich consulted in drafting his own

58 (Pages 229 to 232)

Rolovich v. Washington State University, et al.                              Nicholas Rolovich

Page 233

request for religious accommodation.

A. I don't know that she -- well, is there a question? Sorry.

Q. Well, I guess my question is I mean I'll just represent we've searched the document that you've provided, we can't find any communication with KrisAnne Hall providing a template, vaccine exemption template. So how do you square that with what we -- what you've just acknowledged is the template provided by Thayer Evans?

A. My memory was wrong, unless KrisAnne Hall provided the same template to somebody else.

Q. Who is KrisAnne Hall?

A. I don't know KrisAnne Hall very well. She had more communication with I believe Mark Weber through a young NFL coach with the last name Popovich, who Mark Weber either worked with or coached in college who was fired from the NFL who had either -- I don't know how he knew KrisAnne Hall, but I believe Mark Weber got KrisAnne Hall's name from this Coach Popovich and I thought she had provided it to me. I -- that's who -- I don't -- I think she's a lawyer --

Q. Did you speak with her directly?

A. -- in Florida. I remember -- I believe I spoke with her.

Page 234

Q. Okay.

A. I don't know if there's text messages from her or not, but I believe I spoke with her possibly -- I think I spoke with her once or twice, but I can't remember exactly.

Q. Okay.

MR. PEKELIS: Let's go off the record.

VIDEOGRAPHER: The time is 4:30 p.m. We're off the record.

(A break was taken from 4:30 p.m. to 4:49 p.m.)

(Exhibit Nos. 211 and 212 were marked.)

VIDEOGRAPHER: The time is 4:49 p.m. We're on the record.

Q. (BY MR. PEKELIS) Okay, Mr. Rolovich, you have two exhibits in front of you, Number 211 and 212, right?

A. Correct.

Q. They're both emails, one from -- with Bates Number 11576, the other with Bates Number 11568, both with attachments. They're both emails from you to Thayer Evans forwarding an email from Brian Fahling to you.

So let's talk about 211 first. 211 forwards Brian's email of September 20, 2021, and Brian writes:

Page 235

I have attached a draft copy of the exemption request. We can add the bishop's letter, etcetera. Read through it and make sure you agree with everything. If not, no worries, we can reconfigure as needed. Then you forward that on to Thayer.

Do you see that?

A. I do.

Q. My question is why was Thayer involved in the religious exemption request preparation process?

A. Thayer I thought was one of my more trusted advisors I guess. I don't know if -- there was a time when -- when things -- it doesn't make a whole lot of sense in this situation, but Thayer was somewhat of an advisor, you know, had -- had been my agent for years and I don't know if there was any other reason specifically than that.

Q. Do you remember if you spoke with Thayer about the draft?

A. I don't remember if I did or I didn't specifically about anything, I mean about the draft, I don't remember. We -- we may have, but I don't know.

Q. Do you know if Thayer made any edits to the draft? I can tell you I don't have a document that suggests he did.

A. I -- I couldn't tell you if he did or he

Page 236

didn't.

Q. Okay.

A. To be honest with you. I don't know if him and Brian spoke, I don't know -- I couldn't tell you with any certainty that this is -- that happened.

Q. Okay. Did you make any edits to the draft? And I'm talking about the first draft here that Brian sent on September 20, 2021.

A. I -- I couldn't -- unless there's an email with drafts back to Brian, I can't remember if I did or I didn't.

Q. Okay. Let's talk about Exhibit 212, basically I have the same question. So 212 is another forward from you, Bates Number 11568. Brian's original email, Thursday, September 23, 2021, 5:56 p.m., Brian writes: I have attached an updated draft of the religious exemption letter for your review. It's not clear who you should submit the letter to other than human resources. You can copy Chun, but it's not necessary. Of course feel free to edit, change it as needed. Call me if you have any questions.

So do you remember if Thayer made any edits to this second draft?

A. I would not be able to tell you if he did or he didn't that I remember.

59 (Pages 233 to 236)

Rolovich v. Washington State University, et al.                          Nicholas Rolovich

Page 237

Q. And same question, do you remember if you made any edits to this draft?

A. I -- I couldn't remember if I did or I didn't.

Q. Okay.

A. I know I didn't want to -- if we didn't -- it didn't ask for the letter from Bishop Daly so I --

Q. Yeah, why did you decide not to submit that?

A. Because it wasn't asked for and it was such a contentious time, I didn't feel like I needed to bring him into the craziness.

Q. Got it.

I think you can put those away.

(Exhibit No. 213 was marked.)

Q. (BY MR. PEKELIS) So Exhibit 213 is in front of you and it's Bates numbered Rolovich 2323, it's an email from John Stockton to you dated November 1, 2022. Do you see that?

A. Yes, I do.

Q. And so your original email is from somebody named Ken Rutgers to unknown recipients on October 25th. Do you see that at the bottom of the first page, it says: November Zoom and agenda, quick news update, the tide is turning. While the recent CDC approval for children's C-19 vaccine is bad news, the recent news and truth about the false vaccine

Page 238

narratives is catching the attention of the broader media.

So was this a Zoom that John Stockton was letting you know about of kind of people who have concerns about the vaccines?

A. I think that this was a Zoom with a special guest, Joel Wallskog, and Dr. Joel was part of the Jason Whitlock show that -- that I was also invited to. I don't -- John Stockton and Ken Ruettgers also do a podcast, but this looks like a more -- I don't know that I even attended this Zoom. Because the only time I remember hearing Dr. Joel, if it is the same Dr. Joel from the Jason Whitlock show, I don't remember hearing him a second time on a Zoom.

Q. Okay. You write to John in your November 1st email: Thank you for this. Hope all is well.

Then you ask him: Would you mind if I invited a friend to observe the Zoom? I have found him invaluable in research and morality these last few years. Have enjoyed fighting next to you.

Do you see that?

A. Uh-huh.

Q. Are you -- who are you referring to when you say that you wanted to invite a friend to observe the room who you've found invaluable in research and

Page 239

morality these last few years?

A. I see where you get the term that you asked me earlier and I'm going to with some certainty say that this is David Fox I'm speaking about.

Q. With some certainty, right?

A. Yes.

Q. Okay.

A. Did it come -- did I forward it in an email, did you find it?

Q. You did, yeah.

(Exhibit No. 214 was marked.)

Q. (BY MR. PEKELIS) So this is a text message, this is Exhibit 214, Bates Number 110785, it's a text message between you and David Fox dated July 17, 2021, so this is around the time of the PAC-12 media day controversy, right?

A. Yes.

Q. Okay. And you say to Fox: You got any doubt? And Fox responds: Doubt that we're going to be proven right? None. Never been more certain. AZ is the first domino. We're right about everything. The vax, no planes on 9/11, the moon, you name it, it's just a matter of time. I do think we need to stock up on food to get us through the bumpy transition. No doubt there will be some fallout from the silent war. I showed

Page 240

that food line vid from SAF to mom. We're going to inventory what we have when we get back and buy accordingly. I think we just have to guard our words carefully until people inquire. It's going to be epic.

Do you see that?

A. Yes, I do.

Q. Did you also stock up on food?

A. I've stocked up on food long before this.

Q. Okay. Why?

A. In case something happened, I wanted to be able to feed my family.

Q. Like some sort of crisis?

A. Yes.

Q. Were you ever --

A. I actually -- well, go ahead.

Q. No, go ahead.

A. When I was making all that money, I actually bought enough dry freeze food for the entire team in case something happened.

Q. And --

A. Because I feel that's my responsibility to protect those kids as much as I can.

Q. And was this in 2021 or 2020?

A. I bet it was -- I'd have to check receipts, but I am thinking it was earlier towards -- earlier

60 (Pages 237 to 240)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 245

think they're beneficial to the human -- human body.
**Q. And one other commonly asserted objection to the COVID vaccines, I don't know that we've really talked about it today so feel free to say no way, that wasn't it, is just kind of an autonomy or liberty rationale where essentially a person has the right to make their own decisions as to what goes into their body, was that a factor in your decision as well?**
A. The threat of loss of employment, social stigma, I thought were very un-American, yes.
**Q. Coercion?**
A. Coercion. The coercion was -- the coercion that I felt from Pat Chun was some of the grossest leadership I have ever seen or ever heard of actually.
**Q. So we've talked about a lot of reasons and I want to give you just an opportunity to kind of say for yourself if there are other reasons why you chose not to be vaccinated against COVID.**
A. Other than religious?
**Q. Well, describe what you mean by religious.**
A. Well, in regards to the religious exemption, I think there's a part of the HEK cell line from aborted fetus cell from I believe it was the Dutch deal. I've learned through this whole process how much that aborted fetal cells are used in many other medications.

Page 246

I don't know, but some of the ingredients in our food in America, some people have claimed that they also use that in development, I don't know that that's true or not, but I would rather not have to go to bed -- in my mind, I feel that supporting that or using -- using that is -- is -- it doesn't sit right on my soul.
And when the -- the element of conscience that Father Paul brought to me in front of Ferdinand's on that day, that was -- that was the final answer where I had been to church, I had been made to go to church by my parents throughout my childhood, and I thought I was living a good religious or religious-based life in -- in many of my decisions. I'm not free of sin, but that day when he explained what was happening inside of me with my relationship to God, my whole life changed and that was the moment I felt settled going with the religious exemption.
**Q. So what exactly -- sorry, let me give you a chance to -- any other aspects of your religious objection to COVID-19 that you want an opportunity to explain?**
A. I don't -- I don't know if there's a -- nothing -- not at the moment.
**Q. Okay. So let's start with the conscience piece. What was it that went into your realization**

Page 247

**that your conscience prevented you from taking the COVID vaccines?**
MR. SEESE: Form.
A. I believe the whole time God had provided discernment to me in a lot of the areas we just spoke about and in the weighing of pros and cons, it was when -- when he told me this is just your reconnection to your Catholic faith and that's been God speaking to you this whole time, that cleared all confusion up in my head.
**Q. (BY MR. PEKELIS) And when you say the areas we just spoke about, you're talking about the things that I listed, health and safety concerns, natural immunity, those -- those factors that you researched and were part of your objection?**
A. Or was -- or was provided to me. I didn't necessarily have a lot of time to -- you know, I was running a football program, so wasn't -- you know, I had a lot of work to do with that, but it became clear to me that -- and then him explaining the responsibility for me to follow my conscience that day in front of Ferdinand's, that's when it all kind of clicked for me.
**Q. So let's -- let's go to --**
**(Exhibit No. 215 was marked.)**

Page 248

**Q. (BY MR. PEKELIS) So this is the second amended complaint you filed in this case. And on page 7, paragraph 29.**
A. Do you have a date on this? Oh, 9/19/23.
**Q. Yeah. So page 7, paragraph 29, you write in your complaint -- just let me know when you got there.**
A. What -- what paragraph?
**Q. Paragraph 29. Do you see that?**
A. I do.
**Q. So it says: As a Catholic, Mr. Rolovich drew upon his study of the Bible, personal prayer, personal experience, personal study, advice from others, advice from a Catholic priest and the teachings of the church, including that his conscience precluded him from receiving any available COVID-19 vaccine.**
**What were the personal experiences that you drew on in reaching that conclusion?**
A. Probably the hypocrisy in how leadership was treating the kids on the team. The personal experience from -- I'm going to leave some names out if that's okay, but a good friend who has admitted or -- I don't know if admitted is, but shared with me a story about how he believes his son was vaccine injured, and another friend who -- another -- a person in -- in her family was also vaccine injured. It was an incredible

62 (Pages 245 to 248)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 249

woman of faith when he was a young child and how she -- she felt her and her family were lied to, had a lot of correlation on the changing of information and rules and inconsistencies in how we had been forced to live the last couple years.

Q. Anything else in terms of your personal experiences?

A. Everything I've got in this world I've -- I've -- whether it was -- even before when I wasn't as close to God, I always listened to -- which some people call their gut feeling, which ended up being the conscience, whether it was making a hard decision with a football player, making a tough decision, I tried to never disobey the -- the -- you know, say gut feeling, you could say voice in your head about doing the right thing. Every time I trusted the voice in my head that spoke to me, it was the right decision. It was not always the easiest decision, but it was the right decision.

And I have many of those personal experiences in football. I'm -- I am not a saint, I -- I have not been perfect in this life, but I know that when -- when I had been spoken to and I obeyed it, it was the right decision and when I didn't, it would end up showing up as a regret.

Page 250

Q. I want to shift and talk about the second reason -- well, I think you listed it first, which is the connection between the vaccines and fetal stem cell lines, HEK fetal stem cell lines. What do you understand to be the relationship between the vaccines and those stem cell lines?

A. Being involved in the creation or the testing of it, I don't know the specifics of -- of the process, but I was -- like the Archdiocese of Spokane said, it is used, I don't know the verbiage they used in that, but it's associated with it in some way.

Q. But the archdiocese said that despite that indirect connection that it was still morally permissible to get vaccinated?

A. With the lesser of their uses is what I remember it saying.

Q. Right. So the Pfizer and the Moderna were preferable?

A. I read that. But it is my duty as a Catholic to follow God and what I believe he's telling me through my conscience. I understand what was written there, but the main thing is my relationship with God and it's proven nothing but -- but guided me the right -- right in my life.

Q. And just to be clear, the -- the objection to

Page 251

the HEK cell lines is based on the fact that they were originally derived from fetuses that were obtained through an abortion?

A. I -- that's how I understood it.

Q. Okay. And what is your -- why -- why do you oppose that, why is that objectionable to you?

A. I think it is -- and I understand people have different opinions and look at it from different points of view, and you know, I think we all change throughout our life in different ways, but to say that a baby was in my opinion -- I think the creation of life begins when they -- when those things meet and it begins there. I believe consciousness I believe starts there and I -- I think it's a very disturbing thing for me to think about.

Q. Do you know anyone who's had an abortion?

A. I do.

Q. Who?

A. I knew a girl in college that did.

Q. Was she a friend of yours?

A. She was an acquaintance, yes.

[ *CONFIDENTIAL TESTIMONY* ]

[ *CONFIDENTIAL TESTIMONY*                    ]

MR. SEESE: Counsel, what's the relevance to this?

Page 252

MR. PEKELIS: We can --

MR. SEESE: I mean I think we're getting pretty far afield. He's voiced his moral objection to abortion and I don't understand what the --

MR. PEKELIS: And I'm probing the basis of that objection and I think it's clearly relevant.

MR. SEESE: That's a different question. The basis of the objection -- of the --

MR. PEKELIS: If your objection is relevancy, you can --

MR. SEESE: It is relevance. I mean if -- can we -- let me go off the record and talk to my client.

MR. PEKELIS: Okay. We can go off the record.

VIDEOGRAPHER: The time is 5:23 p.m. We're off the record.

(A break was taken from 5:23 p.m. to 5:36 p.m.)

VIDEOGRAPHER: The time is 5:36 p.m. we're on the record.

Q. (BY MR. PEKELIS) So before we took a break, Mr. Rolovich, I was asking you about your acquaintance who had had an abortion in college and I believe your counsel wants to make a statement for the record or a

63 (Pages 249 to 252)

Rolovich v. Washington State University, et al.                                    Nicholas Rolovich

Page 253

standing objection for the record.

MR. SEESE: Yeah, I'm going to object, I'll assert a standing objection to questions that would ask the identity of other individuals that Mr. Rolovich knows who have had abortions. I believe those would be covered by our current protective order. So I also think we will reserve the right to designate any of his answers as -- as confidential under the protective order, the protective order. We also -- I also object to the relevance of the line of questions.

MR. PEKELIS: Okay, I disagree that it's covered by the protective order, but I have no problem with the standing objection or subsequent confidentiality designations, provided defendant gets an opportunity to challenge those designations.

Q. (BY MR. PEKELIS) So who was the acquaintance in college who had an abortion?

A. Oh, I don't know her name. She lived down the hall and got drunk and told us about it.

Q. Okay. Anybody else who you know who had an abortion?

[ *CONFIDENTIAL TESTIMONY*                    ]
[ *CONFIDENTIAL TESTIMONY* ]

Q. Anybody else you know who had an abortion?

A. Not that comes to mind.

Page 254

Q. Okay. The HEK cell lines that you said you found objectionable in the vaccines, are you aware that those are used in other medications?

A. I have learned a lot more through this process that they are.

Q. Okay. And those include Tylenol or acetaminophen, right?

A. I'll take your word for it there.

Q. You don't dispute that?

A. I don't know that -- well, I -- how I understand it, Tylenol has been a long -- around a long time, right? And is long before the 1972 or whatever year that -- that fetus was used and it was -- it -- it would have been approved, it was approved before that without it, without the use of HEK.

Q. How about ivermectin?

A. I did not know that.

Q. Did you do anything to research ivermectin's connection to the HEK cell lines when you decided to begin taking it as a COVID treatment -- or as a treatment, excuse me?

A. I assumed that there was the list that you provided in -- I don't know if it's interrogatory or it's a -- whatever -- whatever the term was. After I saw that list, I saw that it was also used in other

Page 255

lawsuits because of the reason everything you listed in the questioning had some kind of relevance to aborted fetal cells.

Q. So my question, though, is what did you do in 2021 to research whether other medications contained a link to aborted fetal stem cells if that was a -- if that was a factor that played into your religious objection?

A. I -- I obviously didn't research enough on the amount of products that uses it. I didn't even think to check -- I didn't even try to check things before I took it.

Q. Did you mention the HEK cell line factor to anybody else that you talked to in 2021 about the COVID vaccines?

A. Possibly Mark Weber and his wife Cathy, possibly Sahfiya Richardson, her husband John.

Q. Sorry, but do you have a specific memory of speaking with either of those couples about that particular consideration, the HEK cell line connection?

A. I -- maybe Father Paul, I don't know.

Q. Sir, just let's stick with my question, which was about the Richardsons and the Webers. Do you have a memory of speaking with either couple about the HEK cell line objection or are you just saying that you

Page 256

might have talked to them about it?

A. I might have talked to them about it.

Q. Okay. How about Father Paul, do you have a memory of speaking to him about it or are you just saying you might have talked to him about it?

A. I would say I more than likely did.

Q. Do you have a memory of speaking to Father Paul about it?

A. I -- I would say my memory is below average, so I say I do not have a specific time and place where we spoke about it, but I tend to believe that I -- we had that conversation at some point.

Q. Okay. You mentioned that you spoke with Paul outside Ferdinand's at some point and that was when you had the realization about your conscience objection. Do you remember that?

A. I do.

Q. Okay.

MR. SEESE: Zach, I would ask we take five minutes.

MR. PEKELIS: Yes.

MR. SEESE: Thank you.

VIDEOGRAPHER: The time is 5:45 p.m. We're off the record.

(A break was taken from

64 (Pages 253 to 256)

BUELL REALTIME REPORTING, LLC
206.287.9066 I 800.846.6989

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 257

5:45 p.m. to 5:49 p.m.)

(Exhibit No. 216 was marked.)

VIDEOGRAPHER:  The time is 5:49 p.m. We're on the record.

Q. (BY MR. PEKELIS) Mr. Rolovich, before our last break I was asking you about your conversation with Father Paul that you had testified about outside of Ferdinand's where you talked about the conscience-based religious objection.  Do you remember that?

A. Yes, I do.

Q. So I'm just trying to pinpoint when exactly that conversation occurred.  So Exhibit 216 has been marked and is in front of you.  It's Bates Number 104677, a text thread between you and Father Paul dated August 17, 2021.  Have you had a chance to review this thread?

A. I have.

Q. And is this the date that your conversation with Father Paul outside Ferdinand's took place based on your review of the messages?

A. These are all the same day?

Q. Yes.

A. Then that would be the day we met at Ferdinand's, yes.

Page 258

Q. And where you had the first conversation about the conscience-based objection?

A. Yes, that I remember.

Q. What is Ferdinand's by the way?

A. It is a creamery that makes ice cream and cheese that's on campus at Washington State, it is directly adjacent to one of the practice fields or it's next -- it's next door.

Q. Is that -- that's the Cougar Gold place?

A. They sell Cougar Gold there.

Q. Okay.  Is it safe to say that you were open with your WSU colleagues, other coaches, Bryan Blair, Pat Chun, about your nonreligious objections to the vaccines that we've talked about?

A. I would say I was very open and felt comfortable communicating concerns to them.

Q. Okay.  So and those include health and safety-based concerns that we've talked about earlier today, right?

A. Those include the discrepancies in -- in some health and safety, there's the -- what I felt was somewhat hypocrisy with the student athletes' feelings and what their concerns were.  I felt like -- I felt like it was -- was not matching up with the mission statement, that I thought our job was to put the

Page 259

student athletes first.

Q. Does it surprise you then that your colleagues, specifically Chun and Blair, were skeptical then of when they learned that you had applied for a religious exemption?

A. Can you -- can you ask that again, please.

Q. Given that you had expressed all these nonreligious concerns to them before, does it surprise you that when for the first time you disclosed a religious basis for your objection that they were skeptical?

A. Well, when -- I was advised by my agent to stop talking to Bryan Blair or Pat Chun about the vaccine and I was continuously brought into their office, and that meeting on the 19th was very contentious and I think it was -- it was a lot more anger than just being skeptical.

Q. Fair enough.  In that meeting on the 19th you say that you told them that you intended to seek a religious accommodation, right?

A. I told them that I was -- had made the decision -- I wasn't going to tell them anything until Pat got loud and said I have four options, resign right now, coach the team and get fired on the 18th of October, a medical or religious exemption.  And I told

Page 260

him I'm not resigning, I want to coach this team and I was going to get a -- I was going to apply for a religious exemption and I would apply that day if they knew how to do it and they -- the process had not been designed yet.

Q. In saying that to them, did you explain what the basis of your religious objection was?  Did you describe "Here's my religious belief" in any way, or you just said, I'm applying for a religious exemption?

A. I know I told them I was going for a religious exemption.  I think the opportunity to explain at that point was gone because Chun burst out that I'm a fraud, I'm -- I have situational integrity and he was extremely angry and lost his cool.

Q. And that meeting on the 19th of August, that was the first time you had mentioned the possibility of your pursuing a religious exemption or a religious objection to COVID -- to them, right?

A. Well, I don't know if -- the original process of signing up for an exemption was a computer-based check the box that said religious and personal were lumped together.

Q. Right.  I'm not disputing that and you checked personal, nonmedical?

A. So if they knew somehow what I had clicked --

65 (Pages 257 to 260)

Rolovich v. Washington State University, et al.                    Nicholas Rolovich

Page 261

Q. No, I'm just asking about your conversations with them, I'm just asking did you ever mention religion or religious opposition to COVID or applying for a religious exemption to them before the 19th?

MR. SEESE: I believe that's what the witness is trying to answer.

A. I -- I think that was when I told them I was going for a religious exemption.

Q. (BY MR. PEKELIS) I don't think you quite answered my question. I'm asking before that date had you told them that you were going for a religious exemption or mentioned a religious objection to the vaccines?

A. We had had --

MR. SEESE: Compound.

THE WITNESS: What?

MR. SEESE: Just making my -- go ahead.

A. Our relationship was not good for weeks and months before that. I don't know if there was a cordial opportunity to have those conversations, but I would say I don't remember having a real conversation with them about that before that day.

Q. (BY MR. PEKELIS) Okay. Did you -- going back to the HEK cell line objection, you were interviewed by Alison Williams for the Daily Wire in I think 2022,

Page 262

right?

A. Yes, I think it was '22.

Q. Were you truthful in your interview with Ms. Williams?

A. From what I remember.

Q. Okay. She asked you, I mean you talked quite a bit, about what the basis for your objection to the vaccines was, right?

A. I don't -- I know we talked quite a bit about the story, I don't know if it was directly about the basis. I don't remember having a deep conversation on the religious aspect of the objection.

Q. Okay. But you didn't mention the HEK cell line connection to her, did you?

A. I'm not sure.

Q. Okay. Do you remember applying for unemployment benefits with the State of Washington?

A. I do.

Q. Okay. Let's bring up that new exhibit, which will be --

A. This one?

COURT REPORTER: 217.

Q. (BY MR. PEKELIS) Yes, 217.

(Exhibit No. 217 was marked.)

Q. (BY MR. PEKELIS) And this is a document you

Page 263

produced bearing Bates Number 110571, Exhibit 217. Let me give you a chance to review it, but I'll -- I'll tell you what I'm going to ask you about, which is on page 110583, on the far left column it says: What is the religious belief? And then your answer there and that's what I'm going to ask you about, but feel free to review as much as of this as you want and to conserve time, I'll go off the record.

VIDEOGRAPHER: The time is 5:59 p.m. We're off the record.

(A break was taken from 5:59 p.m. to 6:01 p.m.)

VIDEOGRAPHER: The time is 6:01 p.m. We are on the record.

Q. (BY MR. PEKELIS) Mr. Rolovich, we've been talking -- just started talking about Exhibit 217, and as I mentioned, my question is about page 110583, and the question that the unemployment office official asked you. In the far left column towards the bottom, it says: What is the religious belief? And you write: I am religious and per my sincere belief, I believe a man is not a god to make decisions, it is God who makes a decision as far as our health. We are to follow that.

Do you see that?

Page 264

A. Yes, I see that.

Q. And according to this document, this is a call that was transcribed with you on March 9, 2022. Do you see that?

A. Oh, right there, at 10:00 a.m.

Q. Yeah, it says: Outgoing call, claimant, Nicholas R. Rolovich?

A. I see that.

Q. Okay. So would you agree that you did not mention the HEK cell line connection to the vaccines in describing your religious belief precluding COVID vaccination to ESD?

A. According to this, it is not transcribed.

Q. Okay. And do you have any reason to dispute the accuracy of this transcription?

A. I have no reason to -- what was the question you said?

Q. Do you disagree, do you dispute the accuracy of this transcription?

A. Oh, I have no reason to dispute the accuracy of this.

Q. Okay.

A. It was -- I remember being on this call, I think he was from Eastern Europe and I didn't even say that I was Catholic in this situation -- in this call,

66 (Pages 261 to 264)

# EXHIBIT B

**From:** "Nick Rolovich" <nrolo21@hotmail.com>
**To:** "David Fox" <david.fox@foxplace.net>
**Subject:** Fw: MUST LISTEN!
**Date:** Tue, 02 Feb 2021 20:26:47 -0000
**Importance:** Normal

---

**From:** june jones <junejs@me.com>
**Sent:** Thursday, January 28, 2021 6:57 PM
**To:** Dwight Burdick <dbconstr@gmail.com>
**Subject:** Fwd: MUST LISTEN!

**Subject: MUST LISTEN!**

Hi Friends,
*If u truly care about others, and especially yourself, u MUST listen/ watch this short video clip*.  U only need to listen for 5 min, but the longer u listen, the more likely u'll be blown away.  Lastly, for those of us married, getting our spouse to join in is also wise; it is nearly impossible to imagine those who would discount this warning on the ***covid vaccines***. This (orthodox; he doesn't know the natural side) ) health care worker has risked his job, life, etc., just to alert us.

*In 2020, his nursing home had zero (0) deaths from covid.  But 2 weeks ago, they started giving their residents the Pfizer vax, and in ONLY 2 weeks, 14 have died!!* He says they are dropping like flies, like other places around the world--*yet they are NOT allowed to make it known*.  (Can u say Hank Aaron?)  Just like the recent stolen election exposing massive evil, we can now see it in full force w/ in Big Pharma and its minions (Bill Gates, et al).

*For the impatient, start at 13:30 in the clip and watch to at least 20 min, so u only have to listen 6½ min.*
Yet it's all good beyond that point, especially between 26 and 30 minutes.  Personally, I feel an obligation to send this to nearly every person I know well.  If I truly love them, more than me even, I have no other choice (despite any pushback).  Like the amazing fella in this clip (he should be head of the AMA, or Big Pharma!), how can a truth-seeker not share this w/ others?

If we don't spread this to others asap, not only will millions soon die, but it'll eventually kill so many we know and love, (including self).  Love u all.

ROLOVICH00058148

3-SER-393

https://www.bitchute.com/video/cpQ7dnqu0Sos/

ROLOVICH00058149

# EXHIBIT C

Platform: SMS-MMS-CHAT    Name: CHAT - NR0000001 - 00190 - 2021/08/04    Timezone: UTC+0000

 Nick Rolovich <(415) 328-6745>         David Fox <+15053011787>

Bill SR Stutzmann <+18082182313>

2021/08/04

Bill SR Stutzmann <+18082182313>

Hahaha
This didn't age well

Attached URL: https://p46-content.icloud.com/MF26C5B4A4492A3DACDB9986B24E0701DD65C42A08F8B1B1CE3 C19A8AD5AC4637.C01USN00Attachment Title: Image-1.heic



**Andrew Cuomo** ✓
@NYGovCuomo

There should be a zero tolerance policy when it comes to sexual harassment & must send a clear message that this behavior is not tolerated.

9:39 AM · May 17, 2013 · Twitter Web Client

 02:15:23 am

David Fox <+15053011787>

Laughed at "Hahaha
This didn't age well "
02:24:03 am



EXHIBIT 178
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00089618

Attached URL: https://p32-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: (254) qresearch - Q Research General #18045 Just The Two of Us God &amp; Country E-Bake Edition.jpeg

> ▶Anonymous  08/03/21 (Tue) 19:14:37 ID: 6b0953 (6)
> No.14263820  >>14263871
>
> >>14263807
> >Gwen Berry, hammer thrower who turned
> away from US flag, fails to medal at Olympics
>
> The Trump curse…
>
> *Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

02:29:50 am

Attached URL: https://p58-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: Attachment-1.jpeg

ROLOVICH00089619

**Aubrey Huff** ✓
@aubrey_huff

Due to new "delta variant" California will be mailing in ballots for recall election.

You can't make this shit up. Setting it up for @GavinNewsom to stay in power.

If you can't see how obvious the corruption & lies are then you're truly lost.

7:45 AM · 03 Aug 21 · Twitter for iPhone

02:30:46 am

Attached URL: https://p48-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: Attachment-1.jpeg

ROLOVICH00089620

3-SER-398



02:33:04 am



Attached URL: https://p42-
content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5
52D77EBF23A58.C01USN00Attachment Title: (17) qresearch - Q Research General
#18046 The 'EBAKED...' Edition.jpeg

ROLOVICH00089621

▶Anonymous 08/03/21 (Tue) 20:29:43 ID: 851bd4 (1)
No.14264483

Anonymous ID:WIT+bvfc Tue 03 Aug 2021
00:06:03 00:06:03 No.332588599
Quoted By: >>332588824 >>332589110
>>332589188 >>332589379 >>332589775
>>332590860

- **Trump was sandbagged on the vaccine** . And for that alone Fauci and every senior manager at Pfizer should be hung for treason. Pfizer had the perfect vaccine and pissed it away for money. About 1500 folks have been given that vaccine and none have them have had any problems and none have caught any of the 12 variants the Chinese created before the release of the China virus. In fact one of the mutations was released in China and devastated a rural part of the Country before the Chinese military did unspeakable things to prevents its outbreak. So those of you who blame Trump just go suck Joe Biden`s dic

https://archive.4plebs.org/pol/thread/33258087
3/#332588599

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

02:49:39 am

Attached URL: https://p41-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5
52D77EBF23A58.C01USN00Attachment Title: Screenshot 2021-08-03 at 9.41.53
PM.jpeg



**Wendy Rogers** ✓
@WendyRogersAZ                                    ...

We don't have a King. We are a Republic. We don't
listen to The District of Columbia. They are supposed to
listen to us because their power is derived from the
states & the people. Our rights come from God. When
they tell us to do stuff, just ignore them, it isn't legal or
right.

11:38 PM · Aug 3, 2021 · Twitter Web App

03:42:09 am

ROLOVICH00089622

Bill SR Stutzmann <+18082182313>



Loved an image
03:51:04 am

Nick Rolovich <(415) 328-6745>

https://twitter.com/suzy1776/status/1422776812795572224?s=10Attachment Title:
FF67BD28-E6A3-4B22-A9DC-5E145173015F.pluginPayloadAttachmentAttachment Title:
2084839E-7F4C-4DAB-A569-7CA33AF5F43F.pluginPayloadAttachment





**David Turner**
@DaveLTurner

Replying to @American_Heart

My son has been in the ICU for myocarditis, chest pain, and elevated troponin from the 2nd dose for past 3 days. Docs say they've seen ~60 other boys w the same. Who's paying for the ~100k bill and possible heart damage from this experimental vaccine?

7:41 AM · Jul 28, 2021 · Twitter for Android

04:58:07 am

ROLOVICH00089623

140 people at Pullman hospital have not gotten the shot

04:59:39 am

David Fox <+15053011787>

Is that child in tweet in the Pullman hospital? Good for those 140. That's another 140 that although silently, likely support you.

02:29:04 pm

Cognitive dissonance won't allow jab takers to agree with you, they would have to admit they're wrong

02:29:45 pm

They hid all sorts of cures

Attached URL: https://p64-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: qresearch - Q Research General #18048 The 'Criminal Charges You Mean, Like For The ELECTION FRAUD' Edition.jpeg



02:43:15 pm

ROLOVICH00089624

Attached URL: https://p41-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: qresearch - Q Research General #18048 The 'Criminal Charges You Mean, Like For The ELECTION FRAUD' Edition.jpeg



02:45:08 pm

Attached URL: https://p49-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: qresearch - Q Research General #18048 The 'Criminal Charges You Mean, Like For The ELECTION FRAUD' Edition.jpeg

ROLOVICH00089625



02:45:28 pm



Attached URL: https://p29-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: Attachment-1.png





02:46:37 pm

ROLOVICH00089626

Nick Rolovich <(415) 328-6745>

Did you watch that first video I emailed Foxy?
02:54:49 pm

David Fox <+15053011787>

The Red Hot Chili Peppers singing about space in the Hollywood basement?
02:56:16 pm

Attached URL: https://p17-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: qresearch - Q Research General #18050 Supinian the Dominian Edition.jpeg

▶Anonymous  08/04/21 (Wed) 09:06:55 ID: 1561f0 **(1)** No.14267366

>>14267361
**The beginning is near**
*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

03:07:43 pm

Nick Rolovich <(415) 328-6745>

https://www.bitchute.com/video/jv3GSOcoIGCP/
03:11:09 pm

This one.  If it's true, people will hang
03:11:26 pm

David Fox <+15053011787>

I watched that last night. If f'ing Fauci doesn't hang we have issues
03:13:00 pm

Attached URL: https://p55-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: Attachment-1.jpeg

ROLOVICH00089627



03:14:15 pm

F'ing WA and OR wtf

Attached URL: https://p41-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: Attachment-1.jpeg



03:15:15 pm

ROLOVICH00089628

Nick Rolovich <(415) 328-6745>

Hope that's true

03:27:16 pm

David Fox <+15053011787>

https://youtu.be/loQd2rC8mjgAttachment Title: CFC89D19-869D-4407-983B-202CC577A2CB.pluginPayloadAttachmentAttachment Title: F4A76727-D7AC-405A-9DDC-C85F3A27E235.pluginPayloadAttachment





03:38:34 pm

I watched it

03:38:34 pm

My summary

Attached URL: https://p21-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: (3) qresearch - Q Research General #18050 Supinian the Dominian Edition.jpeg

ROLOVICH00089629

Anonymous *(You)* 08/04/21 (Wed) 09:37:44 ID: 0ebfa3
4) No.14267533

>>14267393
So basically PCR although it can differentiate between genetic material  influenza (also a type of corona) and corona of COVID-19 it doesn't mean shit because it doesn't say "yeah that shit is growing". The guest points out that we used to confirm a pathogen was actually "growing" they didn't do this. Another key point she made is testing companies are banking it. The medical industrial complex is a complete cash grab but anons already knew that. So in conclusion, if this "scientist" is correct, PCR does differentiate but still shouldn't have been the basis for the alleged pandemic because it has no way to determine viability.

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

03:38:55 pm

Ha! Got noted. Gonna be a good day

Attached URL: https://p19-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: (3) qresearch - Q Research General #18050 Supinian the Dominian Edition.jpeg

Anonymous 08/04/21 (Wed) 09:39:46 ID: f01704 **(12)**
No.14267544

>>14267393
>>14267533 *(You)*
**Notable**

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

03:40:40 pm

Attached URL: https://p31-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00Attachment Title: Attachment-1.jpeg

ROLOVICH00089630

Please just take 1 second to stop, open your mind and think! Surely you MUST question this! You must see what the fuck is going on! 🙏 x



03:44:30 pm

Attached URL: https://p19-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F5 52D77EBF23A58.C01USN00Attachment Title: (28) qresearch - Q Research General #18050 Supinian the Dominian Edition.jpeg

ROLOVICH00089631



**Anonymous** 08/04/21 (Wed) 09:41:31 ID: 6adbcf **(8)**
No.14267558
File (hide): 0014bd20f26c30c···.jpg (87.9 KB, 750x624, 125:1
38_000_000.jpg) (h) (u)

Please just take 1 second to stop, open your
mind and think! Surely you MUST question this!
You must see what the fuck is going on! 🙏 x

FLU CASES PLUMMET DURING PANDEMIC

1,822 — 2020 - 2021 FLU SEASON

38,000,000 — 2019 - 2020 FLU SEASON

>>14267476
>Patrick King

He won by making them prove if Covid even
exists. They could not.

This was a psyop with lies within truth. The
influenza was re-classified as Covid cases to
pump up the numbers for CNN and the fear
needed to create opportunities for tyranny.

Toiletpaper madness was confirmation their
plan was working.

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of t 8kun administration.*

03:45:00 pm

R. SCOTT ∽ICARIO 2.0 (@SicarioScott) Tweeted:
Meanwhile.. Huntington Beach.. 👉https://t.co/wWBpHDVm7V
https://twitter.com/SicarioScott/status/1422725794443448324?s=20

05:52:44 pm

Nick Rolovich <(415) 328-6745>

https://vm.tiktok.com/ZMdTXNfV9/Attachment Title: D69A1F96-AE6E-4165-99AD-ADCF1649DA13.pluginPayloadAttachment

ROLOVICH00089632



06:30:11 pm

David Fox <+15053011787>

Emphasized "https://vm.tiktok.com/ZMdTXNfV9/"
06:56:41 pm

Bill SR Stutzmann <+18082182313>

Loved "Ha! Got noted. Gonna be a good day"
07:24:00 pm

ROLOVICH00089633

From telegram I think qanonjohn posted this last night

This "Something" will happen by 8/11 to 8/15.
Get ready.
Once the Military hands Trump the keys publicly he will "Call the Ball" and rule Biden's "presidency" a INSURRECTION.
Then US Marines will deploy nationwide.
GawwwDamnnnnn We're close everyone!
🌎🔥🔥🔥🔱🇺🇸
Robert miter-telegram
Military was deployed today across the nation after the shooting at the pentagon according to Fox News
Was this a white hat operation to get military in position?

07:28:01 pm

According to Mike Adam's WHO I DO NOT FOLLOW.. a friend sent:

HRR report and his intel.  Biden will announce a nation wide lockdown.  Blue states will issue jab mandates... all of this is illegal but they are trying to get people to peacefully riot in the streets. Then they will conduct a FF near a hospital or in one ... or somewhere with a mass shooting where cnn is live snd then they will blame it on anti jabber trump Patriots.  Then biden will announce gun confiscation in order to did arm Americans and then finally go door to door jabbing everyone Nazi style. This is a plan we all kinda know but it is out and they are planning it.

07:29:16 pm

Laughed at "R. SCOTT ωICARIO 2.0 (@SicarioScott) Tweeted:
Meanwhile.. Huntington Beach.. 👇https://t.co/wWBpHDVm7V
https://twitter.com/SicarioScott/status/1422725794443448324?s=20"

07:35:45 pm

Liked an image
07:36:37 pm



Laughed at "F'ing WA and OR wtf"
07:37:35 pm

Nick Rolovich <(415) 328-6745>

Wow
07:40:24 pm

ROLOVICH00089634

Bill SR Stutzmann <+18082182313>

A few seconds video

Attached URL: https://p34-content.icloud.com/MF26C5B4A4492A3DACDB9986B24E0701DD65C42A08F8B1B1CE3C19A8AD5AC4637.C01USN00Attachment Title: 20x22w_1.mov

Sent an attachment
Title: 20x22w_1.mov
Size: 2 MB
Type: video/quicktime
07:56:45 pm



David Fox <+15053011787>

Liked a movie
07:58:15 pm

https://drcharlieward.com/his-doctor-tells-us-its-all-lies-share-this-now-and-wake-the-world/Attachment Title: 92DEA09C-4C0A-45F4-A36C-DFA28D1C1E56.pluginPayloadAttachmentAttachment Title: B297FF9D-464A-438A-A584-0BD5C19E0EB1.pluginPayloadAttachment



09:03:24 pm

Uh you'll love this Dr. vid embedded
09:03:24 pm

ROLOVICH00089635

https://www.thegatewaypundit.com/2021/08/codemonkeyz-speaks-gateway-pundit-put-dominion-evidence-roughly-1-holding/Attachment Title: F2A8D4BE-8960-4D1C-ABAA-D3D20BA41942.pluginPayloadAttachmentAttachment Title: B1C7826C-6D95-422C-9720-DA103DA7F332.pluginPayloadAttachment





10:03:20 pm

ROLOVICH00089636

# EXHIBIT D

Chat with "David Fox" <+15053011787> and another
address on July 25, 2021

All Parties: Bill SR Stutzmann <+18082182313>;
David Fox <+15053011787>; +14153286745

Earliest item: 2021-07-25 10:06:00
Latest item: 2021-07-25 22:05:33

**Sunday 25 July 2021**

Instant Message : Native Messages          Time: 10:06:00
From: +14153286745

I'm breaking boys

Instant Message : Native Messages          Time: 10:11:23
From: David Fox <+15053011787>

https://www.bitchute.com/video/Wkpdfypr42Dk/

Instant Message : Native Messages          Time: 10:11:26
From: David Fox <+15053011787>

You won't be after watching this. Boys I'm officially an anti-VAXer

Instant Message : Native Messages          Time: 11:01:31
From: +14153286745

Got intel on the coulee dam. Feds were shooting blank rounds
according to Chief. Training exercise

Instant Message : Native Messages          Time: 11:01:50
From: David Fox <+15053011787>

Sure



EXHIBIT 177
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00031550

Instant Message : Native Messages    Time: 12:06:52
From: David Fox <+15053011787>

Rodeo today

IMG_9251.jpeg



https://p38-
content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B657
9851524F80F552D77EBF23A58.C01USN00

Instant Message : Native Messages    Time: 12:19:33
From: +14153286745

Solid

ROLOVICH00031551

Instant Message : Native Messages                Time: 12:19:49
From: +14153286745

64893358358__A44ABB1A-103D-40BE-8BF4-CFC88FE39B9D.JPG

https://p23-content.icloud.com/MF93C763FA3354C8FF50890A2D43740C274CA3E02 95D05738806DB3739D22B750.C01USN00

Instant Message : Native Messages                Time: 12:19:50
From: +14153286745

Pariah

ROLOVICH00031552

Instant Message : Native Messages
From: David Fox <+15053011787>

Time: 12:26:32

Laughed at an image

Instant Message : Native Messages
From: David Fox <+15053011787>

Time: 12:26:38

Classic

Instant Message : Native Messages
From: Bill SR Stutzmann <+18082182313>

Time: 13:19:04

Laughed at an image

ROLOVICH00031553

Instant Message : Native Messages
From: Bill SR Stutzmann <+18082182313>

Time: 13:47:22

https://rumble.com/vkazv9-7.25.21-full-speed-ahead-so-much-exposed-in-a-few-hours-worldwide-protests-.html

09518030-E030-42DE-B6D0-9680E7E6831F.pluginPayloadAttachment



105E07B2-9A4C-4352-AD44-6737E3221E98.pluginPayloadAttachment



ROLOVICH00031554

Instant Message : Native Messages                    Time: 13:47:22
From: Bill SR Stutzmann <+18082182313>

45 minutes

Some real good info

They are starting a war against the " unvaccinated"

Buckle up

Many many new cases are from the vaccinated ...

but the media is outright lying

The new outbreak is either the vaccinated or it's the test that is giving the positive

results.

ROLOVICH00031555

Instant Message : Native Messages          Time: 14:55:40
From: +14153286745

https://www.infowars.com/posts/sunday-live-the-global-takeover-is-here-covid-is-a-trojan-horse

E1E5BE3E-F68B-4D63-8EE3-C97A3FE2A850.pluginPayloadAttachment



2113F52C-E791-4710-B1F1-6163D44D19C4.pluginPayloadAttachment



ROLOVICH00031556

Instant Message : Native Messages                    Time: 15:01:02
From: Bill SR Stutzmann <+18082182313>

Covid IS The New World order

Instant Message : Native Messages                    Time: 15:01:12
From: Bill SR Stutzmann <+18082182313>

I'll watch in a bit

Instant Message : Native Messages                    Time: 16:43:56
From: Bill SR Stutzmann <+18082182313>

https://www.fda.gov/medical-devices/medical-device-recalls/innova-
medical-group-recalls-unauthorized-sars-cov-2-antigen-rapid-qualitative-
test-risk-false-test

9E2B5709-03CD-47A0-AE8F-0B0971D23CC9.pluginPayloadAttachment

~/Library/SMS/Attachments/4f/15/7E7516E7-BCEE-41B0-A97C-
DFBD82652DDC/9E2B5709-03CD-47A0-AE8F-
0B0971D23CC9.pluginPayloadAttachment - This file type is not
supported for embedded threading. See attached child.

E1FC9CC3-1E80-4779-B82E-BDA57CA5A8DC.pluginPayloadAttachment



ROLOVICH00031557

Instant Message : Native Messages                         Time: 17:27:44
From: Bill SR Stutzmann <+18082182313>

I live by certain codes. Some of which my father taught me. But they have proven invaluable today.

This is a good one.

-Don't let anybody tell you what to think or how to feel.

Compare that with what's going on today.

Instant Message : Native Messages                         Time: 17:28:18
From: David Fox <+15053011787>

Liked "I live by certain codes. Some of which my father taught me. But they have proven invaluable today.

This is a good one.

-Don't let anybody tell you what to think or how to feel.

Compare that with what's going on today."

ROLOVICH00031558

Instant Message : Native Messages          Time: 18:10:34
From: Bill SR Stutzmann <+18082182313>

https://www.theepochtimes.com/mkt_morningbrief/nonprofit-sues-hhs-
to-immediately-stop-emergency-use-authorization-of-covid-19-
vaccine_3913266.html

CC811529-08AA-4819-971B-D1882AE82431.pluginPayloadAttachment



1F21233A-DA9D-4352-8BBB-32B8C61DDDF0.pluginPayloadAttachment

ROLOVICH00031559



Instant Message : Native Messages                    Time: 18:14:28
From: David Fox <+15053011787>

Liked "https://www.theepochtimes.com/mkt_morningbrief/nonprofit-
sues-hhs-to-immediately-stop-emergency-use-authorization-of-covid-19-
vaccine_3913266.html"

ROLOVICH00031560

Instant Message : Native Messages
From: David Fox <+15053011787>

Time: 19:08:34

https://threadreaderapp.com/thread/1419146906320650248.html

2175F361-6430-43DC-BCAC-24FA70046523.pluginPayloadAttachment



495D9052-26E2-43C9-95D9-55F1A1492C17.pluginPayloadAttachment

**Threadreader**   Tweet   Share

Thread by Melquíades (@WhyWherever), 25 Jul

Since I joined the Navy 15 years ago, much has changed. I'm now required to affirm that a man who has mutilated his penis is a genuine woman in order...

ROLOVICH00031561

Instant Message : Native Messages          Time: 19:08:34
From: David Fox <+15053011787>

Based truth bomb

Instant Message : Native Messages          Time: 21:33:56
From: David Fox <+15053011787>

https://medicalkidnap.com/2021/07/25/cdc-to-withdraw-emergency-
use-authorization-for-rt-pcr-test-because-it-cannot-distinguish-between-
sars-cov-2-and-the-flu/

C6BED808-817C-4672-9A2B-133C99AA1386.pluginPayloadAttachment



Instant Message : Native Messages          Time: 21:33:56
From: David Fox <+15053011787>

This finally hit board

ROLOVICH00031562

Instant Message : Native Messages                    Time: 21:34:58
From: David Fox <+15053011787>

https://t.me/CodeMonkeyZ/875

F8991A0F-52A7-4C72-8406-DCCBBE2CB500.pluginPayloadAttachment

~/Library/SMS/Attachments/68/08/028A32B6-107B-49F8-8BAB-
212240F274EC/F8991A0F-52A7-4C72-8406-
DCCBBE2CB500.pluginPayloadAttachment - This file type is not
supported for embedded threading. See attached child.

9F260571-12F4-4D59-9636-8DE363C07CF0.pluginPayloadAttachment



Instant Message : Native Messages                    Time: 21:35:24
From: David Fox <+15053011787>

How much money did that athletic dept spend on a fraudulent test?

ROLOVICH00031563

Instant Message : Native Messages                Time: 21:36:51
From: David Fox <+15053011787>

https://healthimpactnews.com/2020/not-a-single-covid-19-test-is-fda-
approved-do-we-really-know-who-has-covid-19-and-who-does-not/

7DE21ADD-C533-4BB4-8C99-A8B2AF91B4DB.pluginPayloadAttachment



21368D69-66E5-4EF5-B3ED-097934451DB5.pluginPayloadAttachment

ROLOVICH00031564



Instant Message : Native Messages                 Time: 21:36:51
From: David Fox <+15053011787>

All of this needs to make its way to Sunday's desk

Instant Message : Native Messages                 Time: 21:46:23
From: +14153286745

You should send a hard copy print out of the very best"I told you so" articles.

Instant Message : Native Messages                 Time: 21:46:34
From: +14153286745

I'll pay for the paper and ink

Instant Message : Native Messages                 Time: 21:46:56
From: David Fox <+15053011787>

Don't tempt me Eddie

Instant Message : Native Messages                 Time: 21:47:19
From: +14153286745

I don't know why you wouldn't at this point.

ROLOVICH00031565

3-SER-431

Instant Message : Native Messages                    Time: 21:49:10
From: David Fox <+15053011787>

Giving place to wrath. Everyone of those cowards will get what's coming
in due time. Gods revenge is always better than anything we can
conceive...

Instant Message : Native Messages                    Time: 21:54:09
From: +14153286745

Yes. I know. Still fun to think about for a minute

ROLOVICH00031566

Instant Message : Native Messages       Time: 21:55:31
From: David Fox <+15053011787>

https://t.me/CodeMonkeyZ/876

D0718E8C-7882-4A3C-ACAE-91EA4416D577.pluginPayloadAttachment

~/Library/SMS/Attachments/52/02/F6DF307C-D7C8-43CA-A0FC-
2861D7627E48/D0718E8C-7882-4A3C-ACAE-
91EA4416D577.pluginPayloadAttachment - This file type is not
supported for embedded threading. See attached child.

676C6F7B-AEC2-4EF6-B8A1-01E988590ABA.pluginPayloadAttachment



Instant Message : Native Messages       Time: 21:56:23
From: +14153286745

Based, really based.

ROLOVICH00031567

Instant Message : Native Messages
From: +14153286745

Time: 21:56:44

And simple.

Instant Message : Native Messages
From: David Fox <+15053011787>

Time: 21:59:10

Attachment-1.jpeg



https://p28-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B657
9851524F80F552D77EBF23A58.C01USN00

ROLOVICH00031568

Instant Message : Native Messages          Time: 21:59:28
From: David Fox <+15053011787>

qresearch - Q Research General #17963 Mo Mo Bread Edition.jpeg

Now...
Let's look at **Alice & Wonderland**
And I mean that literally
Because I have included a photo of
Wonderland,
The world under President Hillary
And there is Alice, standing and looking at it.

Do study all parts of this photo carefully
They were telling us what they planned to do
They thought Putin and Modi were on their side
And would push the plan through to completion
Obama, the USA, was the leader but the other
two nations were needed.
The second string, backing them up
Were Merkel, Xi and that British guy
Now you can understand the role of Bannon
and Farage in making sure that the British guy
was replaced by Boris Johnson and Trump
replaced Obama

But pay attention to Alice
Two arrows were shot towards where she
stands
Which means towards the USA.
This means war
And this is the CUE to look at the Law of War
Milley probably still thinks he will be using 11.5
to clean up

11.5 DUTY OF THE OCCUPYING POWER TO
ENSURE PUBLIC ORDER AND SAFETY

And then unleash the power of 11.3 to make
the Great Reset, the new normal.

11.3 END OF OCCUPATION AND DURATION
OF GC OBLIGATIONS

https://p72-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00

ROLOVICH00031569

Instant Message : Native Messages                          Time: 21:59:42
From: David Fox <+15053011787>

qresearch - Q Research General #17963 Mo Mo Bread Edition.jpeg

**11.3 END OF OCCUPATION AND DURATION OF GC OBLIGATIONS**

https://dod.defense.gov/Portals/1/Documents/pubs/DoD%20Law%20of%20War%20Manual%20-%20June%202015%20Updated%20Dec%202016.pdf?ver=2016-12-13-172036-190

**Oh, what a tangled web they wove…**
**They even put Spiderman in the photo to rub it in your face**

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

https://p54-content.icloud.com/M8A3DD3009B00F8E7108D587C3D4D82F14B0B6579851524F80F552D77EBF23A58.C01USN00

Instant Message : Native Messages                          Time: 22:03:09
From: +14153286745

Who is Modi? India?

Instant Message : Native Messages                          Time: 22:03:22
From: David Fox <+15053011787>

Yes

Instant Message : Native Messages                          Time: 22:04:02
From: David Fox <+15053011787>

I think we're close. Everything is going fubar on them all at the same time, crazy

ROLOVICH00031570

> **Instant Message : Native Messages**
> From: +14153286745
> Time: 22:04:03
>
> There is a lot to take in that photo. I don't remember the arrows having numbers before

> **Instant Message : Native Messages**
> From: +14153286745
> Time: 22:04:30
>
> I have felt a large energy shift.

Instant Message : Native Messages
From: David Fox <+15053011787>
Time: 22:04:49

Yeah we probably didn't understand the law of war manual when we first saw this.

> **Instant Message : Native Messages**
> From: +14153286745
> Time: 22:05:12
>
> Agreed

Instant Message : Native Messages
From: David Fox <+15053011787>
Time: 22:05:33

Gonna be a shitload of people who will wish they didn't get on board with all this bs

**End Thread**

Thread Statistics
**Instant Message Count: 50**

ROLOVICH00031571

# EXHIBIT E

**From:** Nick Rolovich <nrolo21@hotmail.com>
**To:** Mia Peterson <relaxedliving@msn.com>
**Subject:** Re: The Vaccine Causes The Virus To Be More Dangerous
**Date:** Fri, 30 Jul 2021 09:03:07 -0700
**Importance:** Normal

I had not.  Very informative

Sent from my iPhone


On Jul 29, 2021, at 10:55 AM, Mia Peterson <relaxedliving@msn.com> wrote:


Did you hear this interview?

Mia Peterson
Relaxed Living LLC
Flirt Retail Stores - @shopatflirt
206-719-8074

**From:** A Stromme <strommes@msn.com>
**Sent:** Thursday, July 29, 2021 5:39 PM
**To:** Mia Sorenson <relaxedliving@msn.com>
**Subject:** The Vaccine Causes The Virus To Be More Dangerous


https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Frumble.com%2Fvkfz1v-the-vaccine-causes-the-virus-to-be-more-dangerous.html&amp;data=04%7C01%7C%7C90d41682179f456988a808d952b7d4fe%7C84df9e7fe9f640afb435aaaaaaaaaaa%7C1%7C0%7C637631771772770210%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=k665Pvkgjt33XJXzdXOHgFiQcBypWu0ChUclmFxPuIY%3D&amp;reserved=0


Sent from my iPhone



EXHIBIT 193
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00011624

# EXHIBIT F

**From:** Nick Rolovich <nrolo21@hotmail.com>
**To:** "nrolo21@hotmail.com" <nrolo21@hotmail.com>
**Subject:** Coronavirus Adverse Reactions Testimonies
**Date:** Sun, 8 Aug 2021 14:42:00 -0700
**Importance:** Normal

---

https://rumble.com/vkg4ex-coronavirus-adverse-reactions-testimonies.html

Sent from my iPhone

ROLOVICH00005879

# EXHIBIT G

**From:** Nick Rolovich <nrolo21@hotmail.com>
**To:** "nrolo21@hotmail.com" <nrolo21@hotmail.com>
**Subject:** Vaccines, reasons for concern, part 3 - by Alex Berenson - Unreported Truths
**Date:** Sun, 8 Aug 2021 14:41:24 -0700
**Importance:** Normal

---

https://alexberenson.substack.com/p/vaccines-reasons-for-concern-part

Sent from my iPhone

ROLOVICH00005880

# EXHIBIT H

**Platform:** SMS-MMS-IMS    **Name:** CHAT - NR0000001 - 00752 - 2021/08/08    **Timezone:** UTC+0000

| | |
|---|---|
| Analea <+14153281642> | Safiya Richardson <+19092132820> |
| Nick Rolovich <(415) 328-6745> | 4153281642,9092132820 |

---

2021/08/08

Nick Rolovich <(415) 328-6745>

Sent an attachment
Title: truth-about-covid-countermeasures-pdf.pdf
Size: 152 KB
Type: application/pdf
05:14:14 pm

ROLOVICH00102371

# EXHIBIT I

**From:** Nick Rolovich <nrolo21@hotmail.com>
**To:** "Nick Rolovich" <nrolo21@hotmail.com>
**Subject:** MASSIVE: WORLD RENOWNED DOCTOR BLOWS LID OFF OF COVID VACCINE
**Date:** Sun, 8 Aug 2021 14:40:40 -0700
**Importance:** Normal

---

https://rumble.com/vhp8e1-massive-world-renowned-doctor-blows-lid-off-of-covid-vaccine.html


Sent from my iPhone

ROLOVICH00011621

# EXHIBIT J

**Chat with "Jim Spooner" <+12089954052> on June 21, 2021**

All Parties: Jim Spooner <+12089954052>; +15095955272

**Earliest item: 2021-06-21 11:23:28**
**Latest item: 2021-06-21 15:00:00**

**Monday 21 June 2021**

Instant Message : Native Messages                    Time: 11:23:28
From: +15095955272

mrna-inventor-interviewed-about-injection-dangers-pdf.pdf

~/Library/SMS/Attachments/ee/14/77019F62-0ACC-44A2-A936-97C496CC13FE/mrna-inventor-interviewed-about-injection-dangers-pdf.pdf - This file type is not supported for embedded threading. See attached child.

https://p34-content.icloud.com/ME10999D1EA55499AF252F0BC58B3AD2F739EE148EBDA1B7C4AE7D24C3BE4599B.C01USN00

ROLOVICH00030773

3-SER-449

Instant Message : Native Messages                                    Time: 11:23:29
From: +15095955272

https://justthenews.com/politics-policy/coronavirus/heart-problems-vaccinated-students-trigger-medical-legal-scrutiny

6661D652-B517-4C14-8B63-4C386343AD47.pluginPayloadAttachment



319FB247-59AA-4C6D-B291-E5CD010B8195.pluginPayloadAttachment



ROLOVICH00030774

Instant Message : Native Messages                Time: 12:34:03
From: +15095955272

https://dailyexpose.co.uk/2021/06/16/3016-increase-loss-baby-due-covid-jab/

3B69E6E6-F25A-43CB-A331-E1E61604D7DC.pluginPayloadAttachment



F74C3BDA-BABF-405D-B8BB-4F6DDA383590.pluginPayloadAttachment



ROLOVICH00030775

C147693D-D2BB-4385-81A9-EFE855712677.pluginPayloadAttachment



| | |
|---|---|
| Instant Message : Native Messages<br>From: Jim Spooner <+12089954052> | Time: 15:00:00 |

Call you back. On a call

**End Thread**

Thread Statistics
**Instant Message Count:** 4

ROLOVICH00030776

# EXHIBIT K

**Chat with <5053011787,8082182313> and 5 more addresses on July 9, 2021**

All Parties: 5053011787,8082182313; David Fox <+15053011787>; Bill SR Stutzmann <+18082182313>; Unknown

**Earliest item: 2021-07-09 06:44:30**
**Latest item: 2021-07-09 21:06:55**

**Friday 09 July 2021**

Instant Message : Native Messages          Time: **06:44:30**
From: 5053011787,8082182313

https://freewestmedia.com/2021/06/27/surgeon-who-operated-on-young-italian-vaccine-victim-you-have-never-seen-anything-like-this/

Instant Message : Native Messages          Time: **06:44:31**
From: 5053011787,8082182313

I hope I am wrong but I think we will all eventually know a victim

Instant Message : Native Messages          Time: **06:46:03**
From: 5053011787,8082182313

Whoa ...

Instant Message : Native Messages          Time: **06:46:12**
From: 5053011787,8082182313

https://t.me/CodeMonkeyZ/665

Instant Message : Native Messages          Time: **11:52:31**
From: 5053011787,8082182313

https://thefederalist.com/2021/07/09/new-evidence-indicates-enough-illegal-votes-in-georgia-to-tip-2020-results/

ROLOVICH00059276

Instant Message : Native Messages          Time: 11:52:32
From: 5053011787,8082182313

AZ is first, GA second and likely PA is third. They say Wisconsin is actually the easiest to prove but that state should be re-named Wiscucksin

Instant Message : Native Messages          Time: 11:53:11
From: 5053011787,8082182313





Instant Message : Native Messages          Time: 16:21:08
From: 5053011787,8082182313

https://www.politico.eu/article/eu-regulator-mrna-coronavirus-vaccines-possibly-linked-to-heart-swelling/

ROLOVICH00059277

3-SER-455

Instant Message : Native Messages          Time: 16:25:40
From: 5053011787,8082182313

Um guise... this is basically what WSU is doing as well...



Instant Message : Native Messages          Time: 16:33:39
From: 5053011787,8082182313

No pay wall but they ask for email address

ROLOVICH00059278

Instant Message : Native Messages                     Time: 16:33:39
From: 5053011787,8082182313

https://www.theepochtimes.com/mkt_breakingnews/nurse-blows-the-whistle-on-the-medical-industry-theyre-not-offering-informed-consent_3894572.html

Instant Message : Native Messages                     Time: 16:34:40
From: 5053011787,8082182313



ROLOVICH00059279

Instant Message : Native Messages                    Time: 17:12:36
From: 5053011787,8082182313

It WILL be proven to be a hoax. The question is how long it will take....

Instant Message : Native Messages                    Time: 17:12:44
From: 5053011787,8082182313

17. 🤔😂






17 suspects detained in assassination of Haiti's president

Erin Doherty

Instant Message : Native Messages                    Time: 17:13:06
From: 5053011787,8082182313

Not 18 or 16!!! Hmmmmm

ROLOVICH00059280

Instant Message : Native Messages                    Time: 17:16:54
From: 5053011787,8082182313

▶Anonymous  07/09/21 (Fri) 17:27:33 ID: 6ec3c0 **(2)**
No.14090099

The Deep State and NWO are going to be in
big trouble when America's wives and mothers
tell the husbands and sons that it's time to go
off the chain.  Then, it's gunna be on.

*Disclaimer: this post and the subject matter and contents thereof -*
*text, media, or otherwise - do not necessarily reflect the views of the*
*8kun administration.*

ROLOVICH00059281

Instant Message : Native Messages                 Time: 17:16:57
From: 5053011787,8082182313

Bydan going to Philly to fight audits!

PANIC MUCH



**THE WHITE HOUSE**
WASHINGTON

**FOR IMMEDIATE RELEASE**
July 9, 2021

**President Joe Biden to Travel to Pennsylvania**

On Tuesday, July 13, the President will travel to Philadelphia, Pennsylvania to deliver remarks on actions to protect the sacred, constitutional right to vote. The trip will be pooled press. Additional details to follow.

### 

Instant Message : Native Messages                 Time: 17:49:31
From: 5053011787,8082182313

https://www.openvaers.com/covid-data

Instant Message : Native Messages                 Time: 17:49:31
From: 5053011787,8082182313

And I'm the asshole

ROLOVICH00059282

Instant Message : Native Messages          Time: 17:50:05
From: 5053011787,8082182313



ROLOVICH00059283



Instant Message : Native Messages
From: 5053011787,8082182313

Time: 18:15:38

Boom.

Pindar De Rothschild

President/ Senior Merarch at RAH Corporation LLC

Nashville, Tennessee, United States

**Join to Connect**

Experience

**President/ Senior Merarch**
RAH Corporation LLC

View Pindar's full profile

P= Pindar?

Pindar De Rothschild?
Owner of Rah corporation?
Ra?
Egyptian Ra God?

What's up with the Draco Reptilian image?

isclaimer: this post and the subject matter and contents thereof -

ROLOVICH00059284

Instant Message : Native Messages                Time: 18:43:22
From: 5053011787,8082182313



ROLOVICH00059285

Instant Message : Native Messages                    Time: 18:45:56
From: 5053011787,8082182313

> **Anonymous**  07/09/21 (Fri) 19:42:02 ID: f25b1e **(4)**
> No.14091106
>
> >>14091095
> Imagine if you will
> a day where everything drops at once
> like an Avalaunche.

Disclaimer: this post and the subject matter and contents thereof
text, media, or otherwise - do not necessarily reflect the views of
8kun administration.

Instant Message : Native Messages                    Time: 18:49:37
From: 5053011787,8082182313



← Tweet

Janice McGeachin
@JaniceMcGeachin

I am calling on the Idaho Legislature to reconvene and
take action to protect Idahoans from medical tyranny. No
one should be forced to choose between keeping their
job and undergoing an experimental medical procedure
that violates their conscience. #idpol #idleg

State of Idaho

**Office of the Lieutenant Governor**
Janice McGeachin

ROLOVICH00059286

**Instant Message : Native Messages**
From: 5053011787,8082182313

Time: 18:49:51

> BOISE, Idaho: "Idaho lieutenant governor and current gubernatorial candidate Janice McGeachin took to Twitter on Friday to call on the Idaho Legislature to reconvene. She said lawmakers should take this step in order to prevent private businesses and employers from making the COVID-19 vaccine mandatory.
>
> "No one should be forced to choose between keeping their job and undergoing an experimental medical procedure that violates their conscience," the tweet said in part. This comes less than 24 hours after several of Idaho's medical providers, St. Luke's, Saint Alphonsus and Primary Health, announced they would require all staff to be fully vaccinated against COVID-19. If the Idaho Legislature did pass a bill that prohibited private businesses from mandating vaccines for their employees, and Governor Little signed it, it is likely the bill would be challenged in court."
>
> https://www.ktvb.com/article/news/politics/mcgeachin-idaho-vaccine-mandate-legislature/277-87ff097b-2dc3-4669-8723-387be4d136af
>
> https://twitter.com/JaniceMcGeachin/status/1413567074681561091
>
> *Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the Bkun administration.*

**Instant Message : Native Messages**
From: 5053011787,8082182313

Time: 18:50:35

https://www.ktvb.com/article/news/politics/mcgeachin-idaho-vaccine-mandate-legislature/277-87ff097b-2dc3-4669-8723-387be4d136af

ROLOVICH00059287

3-SER-465

Instant Message : Native Messages                    Time: 19:12:39
From: 5053011787,8082182313



ROLOVICH00059288

Instant Message : Native Messages                    Time: 19:13:03
From: 5053011787,8082182313



Instant Message : Native Messages                    Time: 19:15:11
From: 5053011787,8082182313

Bout time Someone grows a pair of balls

ROLOVICH00059289

Instant Message : Native Messages          Time: 19:16:53
From: 5053011787,8082182313

File (hide). da072c0e0abic11....jpg (134.64 KB, 1165x1200, 233:240, USAID.jpg) (h) (u)

>>14090984
>Haiti/CF Foundation
noticed this Blind Item on CDAN, don't forget Sean Penn. Anon suspects he's C_A

https://www.crazydaysandnights.net/2021/07/four-for-friday-why-hello.html

Disclaimer: this post and the subject matter and contents thereof
text, media, or otherwise - do not necessarily reflect the views o
8kun administration

ROLOVICH00059290

Instant Message : Native Messages                Time: 19:23:25
From: 5053011787,8082182313

Just in time for the vaxx roll out

>Anonymous  07/09/21 (Fri) 20:04:06 ID: 3f23e9 **(3)**
No.14091294  >>14091320  >>14091332  >>14091341
File (hide): 686792890527e2b⋯.png (78.05 KB, 770x769,
770:769, Screenshot_2021_07_09_Unex....png) (h) (u)

December 23, 2020
Unexplained explosion and fire destroy world's second largest
pharmaceutical factory producing precursors for
hydroxychloroquine

By Thomas Lifson

Prepare for supplies to tighten for the cheap, effective therapeutic treatment for early-stage COVID-19 infection, hydroxychloroquine (HCQ). Just as the medical establishment in the U.S. is relaxing its absurd and lethal suppression o the cheap, generic drug, following President Trump's endorsement of it early in the pandemic, HCQ's continued availability may suffer. The world's second largest pharmaceutical facility producing the precursors for HCQ has been destroyed by an explosion and fire.

Taiwan English News reports:

> An explosion at a pharmaceutical factory in Taoyuan City left two injured and caused a fire early this afternoon, December 20.

> People as far as Tamsui District in New Taipei City reported hearing the massive blast shortly after noon. Immediately after the blast, thick black smoke could be seen pouring out of the SCI Pharmtech factory. (snip)

> The cause of the explosion is currently under investigation.

> Liberty Times reported that the factory produces hydroxychloroquine APIs [active pharmaceutical ingredients —TL], and is the world's second largest HCQ raw material supplier.

>>14091275
https://www.americanthinker.com/blog/2020/12/
unexplained_explosion_and_fire_destroy_worl
ds_second_largest_pharmaceutical_factory_pr
oducing_precursors_for_hydroxychloroquine_.
html

Disclaimer: this post and the subject matter and contents thereof - ext, media, or otherwise - do not necessarily reflect the views of th

ROLOVICH00059291

Instant Message : Native Messages                     Time: 19:25:10
From: Unknown

Just in time

Instant Message : Native Messages                     Time: 19:27:12
From: 5053011787,8082182313



ROLOVICH00059292

Instant Message : Native Messages                    Time: 19:27:50
From: 5053011787,8082182313



Instant Message : Native Messages                    Time: 19:28:28
From: 5053011787,8082182313

Pray for us in California, unimaginable bullshit is taking place. They are close to cutting the power and **they drained the reservoirs to the ocean.**

https://twitter.com/sfchronicle/status/1413672237786230787

https://californiaglobe.com/fl/ca-reservoirs-filled-to-top-in-2019-being-drained-by-state/

*Disclaimer: this post and the subject matter and contents thereof text, media, or otherwise - do not necessarily reflect the views of*

ROLOVICH00059293

3-SER-471

Instant Message : Native Messages                    Time: 20:01:14
From: 5053011787,8082182313

> Anonymous  07/09/21 (Fri) 20:54:19 ID: 996782 **(1)**
> No.14091628
>
> Punahou High school was a second farm?
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of the*
> *8kun administration.*

Instant Message : Native Messages                    Time: 20:32:29
From: 5053011787,8082182313

https://www.youtube.com/watch?v=4uW7w2QfHOU

Instant Message : Native Messages                    Time: 20:32:29
From: 5053011787,8082182313

She was in shackeled

Instant Message : Native Messages                    Time: 20:32:50
From: 5053011787,8082182313

> Anonymous  07/09/21 (Fri) 20:07:52 ID: ee4469 **(23)**
> No.14091327
>
> >>14091298
> >>14091311
> i remember the minute this shit happened
> and was sharing this video everywhere
> it was a holy fuck day
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of the*
> *8kun administration.*

ROLOVICH00059294

Instant Message : Native Messages   Time: 20:36:18
From: 5053011787,8082182313

▶Anonymous  07/09/21 (Fri) 21:14:31 ID: 0d13c2 (1)
No.14091726

>>14091298 (LB)
I believe in that clip of Hillary, it was a leg iron/chain that was attached to both ankles and that was part of the reason she could not walk well and had to be escorted. She was restricted stepping up into the van so they tossed her in like a piece of garbage.

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

Instant Message : Native Messages   Time: 20:39:53
From: 5053011787,8082182313

Rob Schneider (@RobSchneider) Tweeted:

Don't worry,

Nothing to see here...

Just someone in Argentina climbing on their roof to avoid being forcibly va c c in ated and then violently tackled and thrown into quarantine in squalid conditions.

Biden said they will be "coming door to door next."

Instant Message : Native Messages   Time: 20:39:59
From: 5053011787,8082182313

https://twitter.com/RobSchneider/status/1413629726048985088?s=20

ROLOVICH00059295

Instant Message : Native Messages                 Time: 20:41:36
From: 5053011787,8082182313



Instant Message : Native Messages                 Time: 21:05:25
From: 5053011787,8082182313

https://youtu.be/bxDHWZRLgqU

ROLOVICH00059296

Instant Message : Native Messages                Time: 21:05:43
From: 5053011787,8082182313

▶Anonymous  07/09/21 (Fri) 21:46:35 ID: 2a5c15 **(14)**
No.14091879

>>14091861
the only thing that makes sense for the way
she walked like that and she wasn't put in an
ambulance….is that there was nothing wrong
with her  but she had restraints on.

would you put somebody sick who couldn't
walk in a van like it was just another day…or
would you have preferred an ambulance?

*Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.*

Instant Message : Native Messages                Time: 21:06:55
From: 5053011787,8082182313

▶Anonymous  07/09/21 (Fri) 21:58:41 ID: 2a5c15 (14
No.14091945

>>14091924
an ambulance always traveled with her.
why wasn't she put in that?

*Disclaimer: this post and the subject matter and contents thereof
text, media, or otherwise - do not necessarily reflect the views of
8kun administration.*

**End Thread**

Thread Statistics
**Instant Message Count:** 46

ROLOVICH00059297

# EXHIBIT L

**Chat with <5053011787,8082182313> and 5 more addresses on July 10, 2021**

All Parties: 5053011787,8082182313; David Fox <+15053011787>;
    Bill SR Stutzmann <+18082182313>; Unknown

Earliest item: 2021-07-10 07:40:58
Latest item: 2021-07-10 21:46:25

**Saturday 10 July 2021**

Instant Message : Native Messages                    Time: 07:40:58
From: 5053011787,8082182313



**HHS Public Access**
Author manuscript
Peer-reviewed and accepted for publication

| About author manuscripts | Submit a manuscript |

Immunol Rev. Author manuscript; available in PMC 2012 Jul 1.    PMCID: PMC3122150
Published in final edited form as:                                NIHMSID: NIHMS291018
Immunol Rev. 2011 Jul; 242(1): 247–257.                          PMID: 21682750
doi: 10.1111/j.1600-065X.2011.01028.x

### Anaphylaxis: a history with emphasis on food allergy

Stephen R. Boden[1] and A. Wesley Burks[2]

› Author information  › Copyright and License information    Disclaimer

The publisher's final edited version of this article is available at Immunol Rev
See other articles in PMC that cite the published article.

#### Summary                                                    Go to: ⊙

In the century since Paul Portier and Charles Richet described their landmark findings of severe fatal reactions in dogs re-exposed to venom after vaccination with sea anemone venom, treatment for anaphylaxis continues to evolve. The incidence of anaphylaxis continues to be difficult to measure. Underreporting due to patients not seeking medical care as well as failure to identify anaphylaxis affects our understanding of the magnitude of the disease. Treatment with intramuscular epinephrine continues to be the recommended first line therapy although studies indicate that education of both the patients and the medical community is needed. Adverse food reactions continue to be the leading cause of anaphylaxis presenting for emergency care. Current therapy for food-induced anaphylaxis is built on the foundation of strict dietary avoidance, rapid access to injectable epinephrine, and education to recognize signs and symptoms of anaphylaxis. Investigation into therapy with oral and sublingual immunotherapy as well as other modalities holds hope for improved treatment of food-induced anaphylaxis.

Keywords: anaphylaxis, food allergy, immunotherapy

ROLOVICH00012532

**Instant Message : Native Messages**
From: 5053011787,8082182313

Time: **07:41:08**

Morning anons…

Nice work on graphene…whoever dug the nth study up…top kek.

These fucks are pure EVIL…

Some fun fast facts…
you are delicate yet resilient as to genetics, diet and environment….
you are somewhat programmable by diet and environment…

Quick story to illustrate the point…(you) and I are walking down the road chatting. Unbeknown to us we begin to walk over a lead mine.  We will sense the lead through our respiratory system in particular the TRP channel.  When the lead is sensed your body will immediately begin making genetics changes to deal with the DNA damage caused by the lead.  Genes called siritian genes will turn on to defend you.  AND these defensive genes will SUCK resources from the processes that are keeping your functioning normal. BTW…(you) and I have no idea these changes have occurred as we are just taking a walk… when we walk off the lead mine everything returns to normal.

Shooting graphene in you would be like holding lead…

BTW…have we always had allergies? **NO**

First person to die of anaphylaxis was in the 1800 and about the time we started INJECTING PEOPLE…bypassing your natural processes is NO BUENO…

ROLOVICH00012533

Instant Message : Native Messages                Time: 07:41:35
From: 5053011787,8082182313

Shooting graphene in you would be like holding lead…

BTW…have we always had allergies? **NO**

First person to die of anaphylaxis was in the 1800 and about the time we started INJECTING PEOPLE…bypassing your natural processes is NO BUENO…

"In the century since Paul Portier and Charles Richet described their landmark findings of severe fatal reactions in dogs re-exposed to venom after vaccination with sea anemone venom, treatment for anaphylaxis continues to evolve."
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3122150/

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

ROLOVICH00012534

Instant Message : Native Messages                    Time: 07:42:42
From: 5053011787,8082182313

It's all planned



"Gradually, by selective breeding, the congenital differences between rulers and ruled will increase until they become almost different species. A revolt of the plebs would become as unthinkable as an organized insurrection of sheep against the practice of eating mutton."
...
"Diet, injections, and injunctions will combine, from a very early age, to produce the sort of character and the sort of beliefs that the authorities consider desirable, and any serious criticism of the powers that be will become psychologically impossible."

- Bertrand Russell, The Impact of Science on Society (1953) pgs. 49-50

ROLOVICH00012535

Instant Message : Native Messages
From: 5053011787,8082182313

Time: 07:43:57



Watch out for this Nesara/Gesara Birth Cert & SSN treasury Bond thing. Seems legit but is totally fake. You can type any random number into US treasuries calculator and get a monetary value. Example article https://before its news.com/prophecy/2021/07/new-shariraye-nesara-gesara-birth-certificates-and-social-security-2522226.html

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

Instant Message : Native Messages
From: Unknown

Time: 07:45:24

Seems like it's heating up

ROLOVICH00012536

Instant Message : Native Messages                                Time: 07:47:17
From:



Instant Message : Native Messages                                Time: 07:47:50
From: 5053011787,8082182313

Agreed. Xiden going to PA in what will be a failed attempt at stopping their forensic audit is a pretty good sign they're panicking. I think Bill sent something a couple days ago about that

Instant Message : Native Messages                                Time: 07:48:29
From: 5053011787,8082182313

You should anonymously post that chart around town

ROLOVICH00012537

| Instant Message : Native Messages<br>From: | Time: 07:48:48 |
| --- | --- |



**samanthamarika**
@samanthamarika1

Anyone else find it odd that both Haiti and Tanzania's presidents were against the hype of COVID-19 and now are dead...

| Instant Message : Native Messages<br>From: 5053011787,8082182313 | Time: 07:49:18 |
| --- | --- |

Interdasting

| Instant Message : Native Messages<br>From: 5053011787,8082182313 | Time: 07:52:36 |
| --- | --- |

The lack of informed consent and use of fear to make normal people feel they MUST do this is the most tragic part about this. Evil af

ROLOVICH00012538

3-SER-483

Instant Message : Native Messages                     Time: 08:02:54
From:



Instant Message : Native Messages                     Time: 08:15:49
From: 5053011787,8082182313

Haiti, Tanzania and ?

Instant Message : Native Messages                     Time: 08:23:15
From: Unknown

Not sure

Instant Message : Native Messages                     Time: 09:03:32
From: 5053011787,8082182313

F these people

ROLOVICH00012539

3-SER-484

Instant Message : Native Messages          Time: 09:03:32
From: 5053011787,8082182313

https://t.me/CodeMonkeyZ/678

Instant Message : Native Messages          Time: 09:21:00
From: 5053011787,8082182313

Boom



ROLOVICH00012540

Instant Message : Native Messages
From: 5053011787,8082182313

Time: 11:18:57

https://t.me/KanekoaTheGreat/765

Instant Message : Native Messages
From: 5053011787,8082182313

Time: 13:48:14

They're building a list

CHA-Doorknocking-Info-and-Script.pdf - This file type is not supported for embedded threading. See attached child.

Instant Message : Native Messages
From: 5053011787,8082182313

Time: 13:57:30



ROLOVICH00012541

Instant Message : Native Messages                    Time: 17:40:33
From: 5053011787,8082182313

My response next...



ROLOVICH00012542

Instant Message : Native Messages          Time: **17:41:04**
From: 5053011787,8082182313

▶Anonymous 07/10/21 (Sat) 18:36:14 ID: 2aa9ea (4)
No.14097194 >>14097212

YouTube embed. Click thumbnail t

▶Anonymous *(You)* 07/10/2 (Sat) 18:39:36 ID: 4a96f5 (1) No.14097212

>>14097194
Space is fake af bro.
You're on the right
track though…

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

THE L
HISTORY
OF THE
FLAT EARTH

>>14097173
funny just watching this now.
amazing amazing info except for the flat erf
derp..
classic limited hangout.
if you ignore that part.. or use it as fuel to ask
questions they never seem to have an answer
to
>Where is the so called water outside the
dome?
>what is even holding that water?
its been really informative! all the cathedrals
and amphitheaters as resonators…always
thought that about the pyramids, et al but never
really put it together when it came to
renaissance architecture

ROLOVICH00012543



Instant Message : Native Messages — From: — Time: 17:58:23

Instant Message : Native Messages — From: 5053011787,8082182313 — Time: 18:17:59

Yes!

ROLOVICH00012544

3-SER-489

Instant Message : Native Messages                    Time: 18:20:11
From: 5053011787,8082182313

Wut dis? One post



▶ Anonymous  07/10/21 (Sat) 18:42:00 ID: 27cd29 (1)
No.14097223  >>14097233  >>14097248  >>14097249
>>14097271  >>14097277  >>14097283  >>14097293  >>14097337
>>14097407  >>14097415  >>14097418  >>14097429  >>14097430
>>14097431  >>14097444  >>14097449

WE GOT THE PACKETS
/SEC_config_A/1
/SEC_config_A1/2
/SEC_config_A2/3
/SEC_config_D/1
/SEC_config_D1/2
/SEC_run_COMM]s/
/SAFE_2/
/DoD_route_1-9/
/DoD_route_10-19/
/DoD_route_20-29/
/DoD_route_9999999/
/DoD_pack_1-99/

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

Instant Message : Native Messages                    Time: 18:30:35
From: 5053011787,8082182313

ROLOVICH00012545

3-SER-490

Instant Message : Native Messages                    Time: 18:32:29
From: 5053011787,8082182313

Wictor. 'Dasting

> **Anonymous**   07/10/21 (Sat) 19:30:54 ID: 141aad **(1)**
> No.14097495
>
> Thomas Wictor
> @ThomasWic@social.quodverum.com
> Japan, Taiwan, Singapore, Vietnam, and the
> Philippines could kick China's collective bottom
> quite effortlessly.
>
> And they all have both anti-nuke missiles AND
> ballistic missiles aimed at strategic points in
> China.
>
> Finally, the scuttlebutt is that there are NO
> Chinese billionaires. They're taking out loans
> for amounts in the low tens of millions of
> dollars.
>
> My guess is the US has some form of base in
> North Korea.
>
> Kim began preparing his country for liberation
> in 2011.
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of the*
> *8kun administration.*

Instant Message : Native Messages                    Time: 18:44:11
From: 5053011787,8082182313

Melquíades (@WhyWherever) Tweeted:

I'm a naval officer who's spent the last 15 years on active duty. I'm now
potentially facing forcible discharge if I won't submit to taking the
COVID vaccine. Here's a thread on just what a scandal that is. All data
claims will be linked. 1/x

🧵👇

ROLOVICH00012546

Case 2:22-cv-00319-TOR    ECF No. 98    filed 10/14/24    PageID.1943    Page 140 of 421

Instant Message : Native Messages          Time: 18:44:18
From: 5053011787,8082182313

https://twitter.com/WhyWherever/status/1413705439901069314?s=20

Instant Message : Native Messages          Time: 19:04:05
From: Unknown

Jesus

Instant Message : Native Messages          Time: 19:12:32
From: 5053011787,8082182313

We're a country of fools

ROLOVICH00012547

3-SER-492

Instant Message : Native Messages
From: 5053011787,8082182313

Time: 19:57:42

Anonymous 07/10/21 (Sat) 20:54:29 ID: 069b90
).14097904
le (hide): 8af249bedd7b226⋯.png (35.36 KB, 684x292
1:73, doortodoor.PNG) (h) (u)

Trump Bedminster
@MichaelDeLauzon

HEADS UP! The Covid Gang is knocking on doors in
North Carolina, California, Colorado and Oregon.
People on TikTok are reporting they door knock then
come back a week later. All of us need to post where
they are at so we can sort of make up a map!

11:37 PM · Jul 9, 2021

♡ 445   See the latest COVID-19 information on Twitter

unreal

https://www.zerohedge.com/political/ignore-no-
soliciting-signs-use-your-script-vaccine-door-
knocking-documents-revealed

claimer: this post and the subject matter and contents there
!, media, or otherwise - do not necessarily reflect the views
n administration.

ROLOVICH00012548

Instant Message : Native Messages                    Time: 19:58:29
From: 5053011787,8082182313

▶Anonymous  07/10/21 (Sat) 20:55:21  ID: 2a2464 **(5)**
No.14097907  >>14097913  >>14097917  >>14097922

>>14097888
Chekt

Are the "vaccines" the shot heard around the world?

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

ROLOVICH00012549

Instant Message : Native Messages                  Time: 20:15:52
From: 5053011787,8082182313

▶Anonymous 07/10/21 (Sat) 20:20:02 ID: f64ee5 **(13)**
No.14097724  >>14097920

File (hide): 67341e09a378454⋯.png (171.6 KB, 518x698,
259:349, ClipboardImage.png) (h) (u)

Q !UW.yye1fxo ID: 27d57d No.594016  888
Mar 8 2018 19:55:52 (EST)

Anonymous ID: 576924 No.593959
Mar 8 2018 19:53:28 (EST)

nov14.png

THANK YOU ASIA! #USA🇺🇸

>>593825

>>593959
Thank you Kim.
Deal made.
Clowns out.
Strings cut.
We took control.
Iran next.
Q

>>14097495

*Disclaimer: this post and the subject matter and contents thereof -*
*text, media, or otherwise - do not necessarily reflect the views of the*
*8kun administration.*

ROLOVICH00012550

Instant Message : Native Messages    Time: 20:16:18
From: 5053011787,8082182313

Now you know why section 11 of the Law of War is so important.

The USA is currently the Military Occupying force in North Korea and Iran. And while understanding sections 11.3 and 11.6 is interesting, if you really want to understand how and why the Deep State Globalist Cabal is now **FEELING THE PAIN** = you have to read section 11.23

In 23 you will find how North Korea and Iran will be a model for the future of the USA and for the world. They are the first dominoes to fall in what will be a D5 avalanche sweeping away the old world and leading to one of ABUNDANCE, and CREATIVITY. and COLONIES on Moon, Mars, the Belt, Titan, Europa and other solar systems.

This is the shot heard round the world. This is the EXTINCTION of the Con Artists of the Cabal. As they were warned on Star Trek, this is GAME OVER for their bloodlines, because they will all be **Assimilated** into normal human society.

https://dod.defense.gov/Portals/1/Documents/pubs/DoD%20Law%20of%20War%20Manual%20-%20June%202015%20Updated%20Dec%202016.pdf?ver=2016-12-13-172036-190

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

ROLOVICH00012551

3-SER-496

Instant Message : Native Messages                                          Time: 21:36:36
From: 5053011787,8082182313

Madagascar is third



ROLOVICH00012552

Instant Message : Native Messages   Time: 21:40:27
From: 5053011787,8082182313

Aether



Instant Message : Native Messages   Time: 21:46:25
From: 5053011787,8082182313

Nashville Angela (@Angelasfreenews) Tweeted:

Chills all over me 🙏 https://t.co/kM8F69DZ4M
https://twitter.com/Angelasfreenews/status/1412493798479994881?
s=20

**End Thread**

Thread Statistics
**Instant Message Count:** 39

ROLOVICH00012553

# EXHIBIT M

Platform: SMS-MMS-IMS    Name: CHAT - NR0000001 - 00742 - 2021/07/11    Timezone: UTC+0000

David Fox <+15053011787>

Bill SR Stutzmann <8082182313>

Nick Rolovich <(415) 328-6745>

5053011787,8082182313

2021/07/11

5053011787,8082182313

My response next...



12:40:33 am



ROLOVICH00105828



Anonymous 07/10/21 (Sat) 18:36:14 ID: 2aa9ea (4)
No.14097194  >>14097212

YouTube embed. Click thumbnail t

Anonymous *(You)* 07/10/2
(Sat) 18:39:36 ID: 4a96f5
(1) No.14097212

>>14097194
Space is fake af bro.
You're on the right
track though…

*Disclaimer: this post and the subjec
matter and contents thereof - text,
media, or otherwise - do not
necessarily reflect the views of the
8kun administration.*

>>14097173
funny just watching this now.
amazing amazing info except for the flat erf
derp..
classic limited hangout.
if you ignore that part.. or use it as fuel to ask
questions they never seem to have an answer
to
>Where is the so called water outside the
dome?
>what is even holding that water?
its been really informative! all the cathedrals
and amphitheaters as resonators…always
thought that about the pyramids, et al but never
really put it together when it came to
renaissance architecture

12:41:04 am

ROLOVICH00105829

Nick Rolovich <(415) 328-6745>





12:58:23 am

5053011787,8082182313

Yes!
01:17:59 am

Wut dis? One post

ROLOVICH00105830



01:20:11 am



01:30:35 am

Wictor. 'Dasting

ROLOVICH00105831

**Anonymous** 07/10/21 (Sat) 19:30:54 ID: 141aad **(1)**
No.14097495

Thomas Wictor
@ThomasWic@social.quodverum.com
Japan, Taiwan, Singapore, Vietnam, and the
Philippines could kick China's collective bottom
quite effortlessly.

And they all have both anti-nuke missiles AND
ballistic missiles aimed at strategic points in
China.

Finally, the scuttlebutt is that there are NO
Chinese billionaires. They're taking out loans
for amounts in the low tens of millions of
dollars.

My guess is the US has some form of base in
North Korea.

Kim began preparing his country for liberation
in 2011.

Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.

01:32:29 am

Melquíades (@WhyWherever) Tweeted:
I'm a naval officer who's spent the last 15 years on active duty.  I'm now potentially
facing forcible discharge if I won't submit to taking the COVID vaccine.  Here's a thread
on just what a scandal that is.  All data claims will be linked. 1/x


01:44:11 am



https://twitter.com/WhyWherever/status/1413705439901069314?s=20
01:44:18 am

Nick Rolovich <(415) 328-6745>

Jesus
02:04:05 am

5053011787,8082182313

We're a country of fools
02:12:32 am

ROLOVICH00105832

\nonymous  07/10/21 (Sat) 20:54:29 ID: 069b90
).14097904
le (hide): 8af249bedd7b226···.png (35.36 KB, 684x292
1:73, doortodoor.PNG) (h) (u)


**Trump Bedminster**
@MichaelDeLauzon

HEADS UP! The Covid Gang is knocking on doors in
North Carolina, California, Colorado and Oregon.
People on TikTok are reporting they door knock then
come back a week later. All of us need to post where
they are at so we can sort of make up a map!

11:37 PM  Jul 9, 2021

♡ 445    ♀  See the latest COVID-19 information on Twitter

unreal

https://www.zerohedge.com/political/ignore-no-
soliciting-signs-use-your-script-vaccine-door-
knocking-documents-revealed

claimer: this post and the subject matter and contents there
!, media, or otherwise - do not necessarily reflect the views
ın administration.

02:57:42 am

▶Anonymous  07/10/21 (Sat) 20:55:21 ID: 2a2464 (5)
No.14097907  >>14097913  >>14097917  >>14097922

>>14097888
Chekt

Are the "vaccines" the shot heard around the
world?

Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.

02:58:29 am

ROLOVICH00105833



03:15:52 am

ROLOVICH00105834

Now you know why section 11 of the Law of War is so important.

The USA is currently the Military Occupying force in North Korea and Iran. And while understanding sections 11.3 and 11.6 is interesting, if you really want to understand how and why the Deep State Globalist Cabal is now **FEELING THE PAIN** = you have to read section 11.23

In 23 you will find how North Korea and Iran will be a model for the future of the USA and for the world. They are the first dominoes to fall in what will be a D5 avalanche sweeping away the old world and leading to one of ABUNDANCE, and CREATIVITY. and COLONIES on Moon, Mars, the Belt, Titan, Europa and other solar systems.

This is the shot heard round the world. This is the EXTINCTION of the Con Artists of the Cabal. As they were warned on Star Trek, this is GAME OVER for their bloodlines, because they will all be **Assimilated** into normal human society.

https://dod.defense.gov/Portals/1/Documents/pubs/DoD%20Law%20of%20War%20Manual%20-%20June%202015%20Updated%20Dec%202016.pdf?ver=2016-12-13-172036-190

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

03:16:18 am

Madagascar is third

ROLOVICH00105835



04:36:36 am

Aether



04:40:27 am

Nashville Angela (@Angelasfreenews) Tweeted:
Chills all over me 🙏 https://t.co/kM8F69DZ4M
https://twitter.com/Angelasfreenews/status/1412493798479994881?s=20
04:46:25 am

ROLOVICH00105836



03:01:57 pm

Nick Rolovich <(415) 328-6745>

True

03:03:01 pm

ROLOVICH00105837

5053011787,8082182313



>>14099313
>How about test kits for "COVID"?
The long swabs that they use to test for Covid
are inserted very high up, close to the brain
There is a very real chance of damaging the
olfactory nerve (sense of smell) when doing
this
Imagine some nurse in a real hurry who shoves
the swab in and roughly twirls it round a few
times

**Sense of smell: lost, maybe permanently**

*Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.*

03:03:16 pm

### Wikipedia Scrubs Malone's Scientific Contributions

As recently as June 14, 2021, Malone's contributions were extensively included in the historical
section on RNA vaccines' Wikipedia page. He was listed as having co-developed a "high-efficiency
in-vitro and in-vivo RNA transfection system using cationic liposomes" in 1989.

In 1990, he demonstrated that "in-vitro transcribed mRNA could deliver genetic information into the
cell to produce proteins within living cell tissue." Malone was also part of the team that conducted the
first mRNA vaccine experiments. In short, his scientific knowledge of mRNA vaccines is
unquestionable.



Two days later, June 16, 2021, just five days after Malone's appearance on the DarkHorse podcast,
his name was removed from the Wikipedia entry. Now, all of a sudden, the discovery of mRNA drug
delivery is accredited to nameless researchers at the Salk Institute and the University of California,
and his 1990 research confirming that injected mRNA can produce proteins in cell tissue is accredited
to nameless scientists at the University of Wisconsin.

03:05:23 pm

ROLOVICH00105838

### History

In 1989 researchers at the Salk Institute, the University of California, San Diego and Vical published work demonstrating that mRNA using a liposomal nanoparticle for drug delivery could transfect mRNA into a variety of eukaryotic cells. [14] In 1990 the University of Wisconsin reported positive results where 'naked' (or unprotected) mRNA was injected into the muscle of mice. [3] These studies were the first evidence that in vitro transcribed (IVT) mRNA could deliver the genetic information to produce proteins within living cell tissue. [3]

The use of RNA vaccines goes back to the 1990s. The in vitro demonstration of mRNA in animals was first reported in 1990 [16] and the use of mRNA for immunization was proposed shortly thereafter. [17][18] In 1993 Martinon demonstrated that liposome-encapsulated RNA could stimulate T cells in vivo, and in 1994 Zhou & Berglund published the first evidence that RNA could be used as a vaccine to elicit both humoral and cellular immune response against a pathogen. [19][20]

Hungarian biochemist Katalin Kariko is now suddenly praised by mainstream media as the inventor of mRNA vaccines.[2] It's a convenient choice, considering Kariko is the senior vice president of BioNTech, the creator of Pfizer's COVID injection. Kariko's unofficial biography also includes being a communist-era police informant.

As noted in the featured video, this goes beyond censoring. It's revisionism — a "1984"-style rewriting of history to fit the official narrative of the day. The danger of this trend is incalculable.

03:05:56 pm

If we were to stay focused on mRNA 'experimental gene therapy' alone, lookie what's happened to Dr. Malone (creator of the mRNA vaccine technology). Reminds me of Dr. Mullis and his whistleblowing of the PCR tests.

Both screen shots are from this link:

https://noqreport.com/2021/07/06/total-deletion-of-dr-robert-malone-shows-the-vaccine-con-artists-are-terrified-of-the-truth-getting-out/

During one of Dr. Malone's interviews he said the FDA, due to political pressure, was unwilling to release the deaths and maiming of mRNA 'jabs' residual effects worldwide. Thus impeding what the public needed to be informed about. The FDA has been comp'd for some time, it is no longer 1 independent agency like it used to be.

Also, there are many drugs that help mankind, and drugs that are detrimental to mankind, but this 'jab' is so far over the top, it's beyond ones own imagining.

We already know some of the propaganda methods such as the 'wrap up smear' are used to deceive the herd.

Re: https://youtu.be/SMJdDwQlcc8

Just thought I'd throw this out there.

03:06:08 pm

^^^^this x10000

ROLOVICH00105839

> **▶Anonymous** 07/11/21 (Sun) 07:07:19 ID: 0110c8 **(9)**
> No.14099631
>
> >>14099313
> Floor cleaners, Public drinking water,
> sunscreen, fast food, toothpaste, aluminum
> based deodorants, shampoos, chemtrailed air,
> etc. etc.  Corporate America is killing us.  Let
> them know we know.
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of th*
> *8kun administration.*

03:07:02 pm

Because space is fake af 😊

> ▶Anonymous 07/11/21 (Sun) 10:04:49 ID: eca848 **(5)**
> No.14100424
> File (hide): ff331591b2ace9b···.png (406.5 KB, 1454x714,
> 727:357, ClipboardImage.png) (h) (u)
>
>
>
> >>14100274
> Mothership is nearly down now
>
> Claims are that the space ship was at 50 miles
> above the earth. Best I could see was 11.74 mi.
>
> I think the VG team wouldn't risk their intrepid
> leader (cash cow) any higher. Just flew a slow
> parabola so that everything went weightless for
> a while & the atmosphere would put on a great
> show then back. Reports are that they went to
> 50mi for several minutes and have returned to
> earth safely.
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of the*
> *8kun administration.*

04:07:58 pm

😊

ROLOVICH00105840



Anonymous 07/11/21 (Sun) 10:08:46 ID: 67ca90 (71)
No.14100440 >>14100442
File (hide): 84f696aba16fa
136:61, ClipboardImage.png) (h)

*Disclaimer: this post and the su
text, media, or otherwise - do n*

Anonymous 07/11/21 (Sun) 10:09:48 ID: d7be7f (1)
No.14100442

>>14100440
what the fuck is he celebrating he just went in a plane fucking hell the retards that eat this shit up are the same ones lining up to get their injection.

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the*

04:10:44 pm

Anonymous 07/11/21 (Sun) 10:11:26 ID: 8e75d6 (12)
No.14100449

>>14100428
> Something's got to give.
Oh, yeah.
Prolly not habbening until after Globalization is finally destroyed by The Great Awakening tho. And that goes for all the other industries that are run by Clown World as well - not just IT.

*Disclaimer: this post and the subject matter and contents thereof - text, media, or otherwise - do not necessarily reflect the views of the 8kun administration.*

04:12:11 pm

Take the jab you hateful s.o.b.'s 😊

ROLOVICH00105841



**Vice President Kamala Harris** ✔
@VP
⚑ United States government official

Getting vaccinated embodies the spirit of "love thy neighbor."



▶ 130.5K views      the Bible and so many 0:10 / 0:26  🔊  ↗

8:13 AM · Jul 11, 2021 · Twitter Media Studio

06:21:11 pm

ROLOVICH00105842

# EXHIBIT N

**Notes**

4/21 – 10am zoom with Dr. Palmer and myself only. A cordial conversation and I felt a productive one. We spoke on the mrna technology, Vaers site, rush of an emergency approval, and many other topics regarding the virus, including the effectiveness of masks. In which Dr. Palmer told me they were not affective and we needed to take the masks off. I appreciated Dr. Palmers time and enjoyed the conversation.

4/30 – 8:30am zoom with Dr. Guy Palmer. This was an educational discussion with Dr. Palmer and other members of the athletic department. Dr. Palmer went thru his presentation, in which he only cited the NY Times. There was supposed to be time for questions after. There were 5 questions asked. Blair, Park, Raegan, and Mitch Straub all asked questions and admitted that they were planted questions, which is fine as long as others had an opportunity. David Fox raised his hands in concern about the lack of long term knowledge about the vaccine and asked a question regarding the spike protein and the effects on women's placenta. This caused Pat to get rattled and uncharacteristically swore in his closing. There was hardly a discussion, only dismissal of the question. I asked for a recording of this zoom and was told there wasn't any.

5/24 – Pat Chun requested a meeting at earlier in the day. We met at 3pm in my office. The context of the meeting was on the pressure to get the vaccine. I had previously told Pat that I wasn't planning on getting the vaccine, but this was a continuation of that conversation. Pat verbalized that he was worried about my mental health. I told him I was afraid of the vaccine and would talk to someone if they wanted me to. He also got into calling me an extremist or having extreme views regarding many issues. Including my concerns on the origin of Covid and the one sided presentations we sat thru. He said that I couldn't be an effective leader with my views. I told him that I treat everyone the same and don't push values on anyone. He then told me to expect an email detailing the quarantine rules moving forward, the email would go out to the athletic dept. He said that since I wouldn't be vaccinated, I would have to quarantine for 5 days anytime I left the county. I then said that I wanted him to realize that we are about to go to camps in June followed by official visits on the weekends. He then told me that I would have to alter my schedule and make decisions on what was more important. Camps or official visits. I have since altered my schedule. He said that he was very confused because he loved everything I stood for in creation of this team and it didn't make sense for me to not to get vaccinated for this team, so they could have me available at all times. I told him the only thing I put above this team is my faith and my family. I told him my wife and kids need me also and we felt the vaccine put me at risk due to it not being FDA approved and have never completed animal testing. He also said that he questions my ability to lead, and that I didn't understand the power of my position. In my position I needed to go with the Science.

5/27/21 – I was called to a meeting in Pat's office at 3pm. He again said that my beliefs are making me incapable of leading this group. He also said he is trying to get me



EXHIBIT 198
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00000001

counseling and believes that I have mental health issues. He offered his wife as a person to talk to because she has been in a couple different religions he referred to as a cult, insinuating that I belong to some cult because I have hesitation of the vaccine, and other topics that I investigate. He brought up Q Anon multiple times and inferred that I was in a cult also. Dark places he told me. I told him that I am curious about many topics. Corruption is one of those. He threatened me with things that will be done if I don't get vaccinated, like continuing to wear a mask and basically will be "vicerated" by the media because I am the "only" one not vaccinated. He said that he needs me to win and if I am quarantined, that will hinder things. I asked him when the rules would be available, he didn't know. I told him that the rules have been ever changing and that inconsistency makes it hard to make a decision for myself and my family.

He finished the meeting with telling me that he was not going to renew our DFO, David Fox. "He is an at will employee, and I have the right to not renew him", was his legal line. Repeated it multiple times. I called him a coward and walked out. I believe David Fox was not renewed because of the questions he asked to Dr Palmer on the fore mentioned zoom call. There are multiple others that feel the same way.

6/10 – Pat came to my office. He thanked me for a shirt I said I would get him before our blowout. I told him I would get him one and I stand on my word. He then began to tell me that he is aware that our relationship is a ways from where it used to be and he said that it may take some time. He still wouldn't tell me why he fired Fox. He then told me that the Pac 12 has decided to have their media days in LA this year. He also said that a decision has been made to not allow anyone (coach, player, AD, media, etc) to participate in person unless they prove they have gotten the shot for Covid. This would mean that I would have to participate via zoom and then obviously I would be the one taking the shots from the media. He also said that the school would take some really negative press because of it. As I sat in disbelief, I asked him if he was aware that the stats and info given to us by Dr. Palmer in an "vaccine education" zoom (4/30) were from a NY Times article, which in fact used a paper that was co-authored by Pfizer. He didn't care. He then gave me a name and number of a Dr. Chad Sanders (509) 332-6139 so I can talk to him about my mental state. I don't feel that is necessary.

6/16 – The football team and coaches had a zoom call with a doctor Edmond Baker, medical director of equality health. He was chosen in part due to the hesitation from the minority communities. It was informative, but the thing that stuck out was that he claimed the vaccine would never be FDA approved because of the parallel tracks of development and distribution. This logic made sense to me.

Media day fiasco – Several days before the annual Pac 12 media day, we spoke about what is the best way to deal with the Pac 12 mandate of vaccine to attend in person. I was convinced to put out a statement before media days, and I agreed because I didn't want the players to have to be inundated with questions about my status regarding the vaccine. I was unappreciative of the fact that my health information was getting out due to the Pac 12 mandate. The announcement was made through my own Twitter account,

ROLOVICH00000002

with the department responsible for the graphic. I knew they were distancing themselves from me when they pulled the school logo of the graphic. I did my responsibilities via zoom and was crucified in the media ever since with hit pieces coming from multiple outlets. I have yet to be back on my social media. I have since gotten many letters of support and many also of criticism, disgust, etc. Our chief of staff received an email saying I should be tarred, feathered, and shot. To Pat's credit, he instructed members of his staff to report it to campus police and they did a great job investigating.

8/16 – I was called to an urgent meeting with Pat and Bryan Blair at 5pm. It was during this meeting that they informed me of Gov Inslee's intended mandate to eliminate the "personal exemption" from our staff's declaration of vaccination status. They told me that they thought it would come out 8/18, and they wanted to get ahead of it with me since being told by the government relations people on campus I assume. Pat told me he wanted to know what I was going to do in 24 hours from the announcement. I disagreed with that request. He said that my exemption would be scrutinized to no end and that Inslee's mandate would have a "high threshold" for the religious and medical exemptions moving forward. Pat said that if I didn't get the shot, I could expected to be fired with cause on Oct 19th, 2021. If I didn't tell him that I was getting vaxxed, I would be put on administrative leave until the Oct 19th/18th deadline. They both reiterated that they cannot believe how I have molded this team and said multiple times that no one else could do what has been done, and there was no substitution for me moving forward. We left the meeting saying we will see what the Gov says on Wednesday, but to expect to talk again soon after.

8/18 – All sport head coaches meeting in the press box at 3pm. A very uncomfortable meeting. Another head coach spoke early in the meeting. He said he got vaccinated, but has a real problem with the way people who haven't have been treated and not supported by the administration and President. He said the non vax were getting crushed in the media and no one stood up for their rights and beliefs. I can only assume it was me he was talking about. I hadn't talked to that coach in months and didn't know that he was going to say that. He shared some other personal info that I don't think is relevant, but the rest of the meeting proceeded with a dark cloud and emotions.

8/19 – I was summoned again to Pat's office at 4:30pm, again with Bryan Blair. After light small talk, the conversation became more intense from his side. The day before, we had a head coaches meeting and our men's basketball coach and Pat felt I should have stood up and corrected the coach that the admin and president were supportive of me. Since my announcement on Twitter about not getting the vax, I haven't looked at social media or the news.

He said I had 4 choices. 1. Get the vax. 2. Don't get the vax and get fired. 3. Claim an exemption. 4. Resign right now.

I told him I wasn't resigning and I wanted to coach this team. He said, "but you say you don't care about the money". Which I have said to Bryan Blair in the past. "Why don't

ROLOVICH00000003

you just resign?" I told him that wasn't happening. He then told me that I have "situational integrity". He told me that I "duped" him into hiring me. He called me a "Con-man". I was selfish and only did good things when people when it was advantageous to me. I told him he could have any opinion he wants, but I don't think that is true. I also responded with he "duped" me also, but failed to elaborate in fear of elongating the meeting. He then told me he is taking reputational damage, and so is President Shultz. I didn't disagree, because I know this is a hard time for them also. Pat then told me all I had to do is get vaxxed. I then stated that I was advised, from my agent to speak only to HR regarding this issue moving forward. He told my agent that a few days ago. He wanted to continue obviously. He had already admitted this tactic is coercion, and I told him this is way worse than earlier meetings on the coercion level. I felt I still had privacy rights and didn't feel comfortable answering his question of what my decision was gonna be. Pat then demanded that I tell him, and I felt bad because I knew he probably had to answer to higher ups on this. He said that the Gov did this just to come after me and WSU. He admitted regents wanted me fired and Kirk stood up for me. Which I am appreciative.

He then said that it only leaves us two options, Vax or resign. I then asked what about the exemption opportunities? We have already discussed that I will not do a medical because I would not be truthful to get it. I told them I wouldn't get a fake vaccine card like many people are doing. At this point I told them that I plan on getting a religious exemption. I didn't feel comfortable telling them that, felt like it wasn't right. But I did tell them. I asked them for the religious exemption process and they didn't know. They said they were on the phone with HR about that very topic earlier today. I had also emailed HR about the process. No one had any answers at this point because the Governor hasn't sent his proclamation yet. They were still waiting on what the process will consist of. Pat then told me that I needed to have my religious exemption approved by the Sunday of game week vs Utah State. I asked who approves it. They didn't know. I asked them when it would be available. They didn't know. I said well that would make it hard to get done by August 29th. They said we are in a time crunch and had to make a decision if I was gonna coach this season. Made it sound like I wouldn't be able to coach until my exemption was approved. They don't want to start a season with me if they thought they may have to fire me Oct 18th, according to the Governor's mandate. I responded that I would do it right now if it was available. They then started to question me about my character. Pat said if I get the religious exemption, he would forever question my character. I told him that was his decision. Pat and Bryan both talked about the early days of the pandemic, and that I never once mentioned my faith. My early concerns were all science based and questions that no one could answer. See prior notes about my mental health. I don't see those things (faith and science) as exclusive thoughts. In short, they questioned my faith early in Covid. They then began to go on about how hard the religious exemption would be and that there is no guarantee that I would get it approved. I asked what the criteria was gonna be again. They didn't know. I then asked them this... "So you are telling me that a mortal being will judge my relationship with God"? They said in so many words yes. I have a problem with that.

ROLOVICH00000004

I told them that I know the religious exemption will work. I just had faith this was going to allow me to coach this team.

9/8/21 – I texted Pat Chun earlier in the day, needed an answer to a work related question. He responded that he had ncaa meetings all morning and would come up to my office after he was done. Pat arrived and we had small talk and talked about the issue I needed advice from. Don't remember exactly what it was, but it was minor. He then said he wanted to talk to me and began to explain his new revelation that he figured out my problem...I was paranoid. At one of our earlier meetings, I had asked Pat about if he had been having conversations with Jake Dickert about him being the next coach if they fired me for vaccination stance. He denied it and said "I don't think I even have Dickert's number." But a few days later Bryan Blair came into my office and said that yes, Jake Dickert would be in charge if I was to be let go. The reason I had asked the question is that I had heard a rumor that they were conversing with him earlier in regards to becoming the head coach and wanted to ask him if it was true. By asking him this, he said that made him realize that I am paranoid. Like may need to get help with it kind of paranoid. He said I do other things, like read the CDC website and papers about the authorization of the vaccine and PCR tests. He then told me Mike Price, Dennis Ericson, and Jim Walden would have a better chance of being the next head coach here than Jake Dickert. I find it hard to believe anything he says, especially because Bryan Blair confirmed that Dickert would be the next guy if I was fired. This decision was made because Brian Smith would be too close to me and they needed some separation from the "Hawaii guys".

10/10/21 – Pat text and asked to meet around 5:30-6. I responded that would work fine. He came to my office and began with some positives about the win. After that he said now we have to have a tough conversation. He talked about the need for contingency plans in case I was not granted an exemption. I understand that and was willing to discuss. Pat said that there are three options, Brian Smith, Jake Dickert, and June Jones. I figured that June Jones would be in the mix after his statements in the USA Today article that had come out a day earlier. He made sense, even though I was hurt by his disclosing of my personal reasons and religious exemptions. I told Pat that after I saw the article, my mind went straight to him getting involved in the plan if was to be fired. I just had a feeling. June had texted a few days before the article and said that a USA today reporter called him and he had also talked to WSU. I wasn't sure what that meant about WSU, but I figured they wanted June to convince me to get the vaccine. Apparently they were discussing June being the backup plan. This involved Jack Thompson, Pat Chun, and June Jones. The article seemed liked it was orchestrated and I would like to find out somehow if any of those three instigated the article strategically.

ROLOVICH00000005

Pat said that he wanted to bring June up and get him settled in Pullman if he is needed to finish the year. I understood but told him not to bring him around the team or myself. He wanted him to watch practice and film. I couldn't do that. We then talked about Brian Smith as interim HC(see earlier comments from Bryan Blair about Brian Smith). Brian quickly moved to the bottom with the amount of offensive coaches and off filed roles that could be lost to not being granted an exemption. Jake Dickert was talked about next and that seemed to be the way Pat wanted to go after hearing my feelings about June. Pat then asked if there was anyone else out there that could come and help the offense. I mentioned Dan Morrison to Pat and gave the administration his contact. Pat said he was going down the hall to talk with Dickert and Smith, which I believe he did.

There is more others have documented since Covid began, and other meetings.

10/15 – It was brought to my attention at practice that some of our players feel like their position coaches coersed them to get the vaccine. I specifically told our staff that is not their job and to send any player that has questions to the trainers or doctors. This is very disappointing and I will look more into it. Not sure who to report this to, but I may tell Bryan Blair.

ROLOVICH00000006

# EXHIBIT O

# Jason T. Sampson

# Rolovich v. Washington State University, et al.

# August 2, 2024



1325 Fourth Avenue, Suite 1840  Seattle, Washington 98101
Bellingham  |  Everett  |  Tacoma  |  Olympia  |  Yakima  |  Spokane
Seattle 206.287.9066    Tacoma 253.235.0111    Eastern Washington 509.624.3261
**www.buellrealtime.com**
email: info@buellrealtime.com

Rolovich v. Washington State University, et al.                               Jason T. Sampson

Page 29

MR. COATES: So, Brian, just real quick. So it looks like Job just dropped a -- a Bates stamped version in the chat. Do you want to switch to that, or we can call that 22 if you want to switch to that one. I mean, it makes it a lot easier.

MR. FAHLING: Let's see here. Well, for my purposes, if you want to announce a page. And I don't want to try to pull it up right now because I might throw other things into a bit of a spin.

Well, here, let me do this real quick. Can we go off the record for a second? I'm sorry.

THE VIDEOGRAPHER: This ends File 2 in the deposition of Jason Sampson. Off the record at 9:15.

(Pause in the proceedings.)

(Exhibit No. 22 marked.)

THE VIDEOGRAPHER: This begins File 3 in the deposition of Jason Sampson. Back on the record at 9:18.

BY MR. FAHLING:

Q.  Sorry for that delay, Jason, Mr. Sampson.

All right.  And so the second half of this document, Exhibit No. 22, which has the Bates Stamp No. 00038509, is based on your thoughtful analysis of the -- the duties that Coach Rolovich had and what he would need to do in order to maximize his safety and public

Page 30

health safety; is that correct?

MR. COATES: Object to form.

A.  I would say it was what was required by L&I, Department of Health, CDC at that time -- at that time to help just provide guidance for supervisors and stuff making decisions.

BY MR. FAHLING:

Q.  Okay.

And so you mentioned testing and quarantining under certain circumstances, correct?

MR. COATES: Object to form.

You can answer.

A.  Yes.

BY MR. FAHLING:

Q.  Okay.

And then travel.  You considered the fact that Coach Rolovich would be traveling with his -- with his job?

A.  Yes.

Q.  And made -- and made recommendations accordingly with respect to PPE and those types of things?

A.  Correct.

Q.  You also talk about travel destinations and locations, including Pac-12 or NCAA and other organizational COVID-19 safety requirements?

Page 31

A.  Correct.

Q.  You also factored in traveling in automobiles, cars, pickup trucks, vans?

A.  Correct.

Q.  And you provided a plan, if you will, or protocol for Coach Rolovich to continue coaching if he would simply follow the protocols that you established.

And I think as you say at the end, that if there are any other, you know, requirements that are imposed at a later date or in venues that he goes to, then he would necessarily have to abide by those as well?

MR. COATES: Object to form. Foundation. Misstates the document.

You can answer, Jason.

A.  Those were the guidance that was a minimum that was required by, as I mentioned, Department of Health, Labor & Industries, in order for any unvaccinated individual to work. So those were just the requirements that at a minimum would be required, but not to -- as a recommendation.

Not -- they would just be requirements.

BY MR. FAHLING:

Q.  All right.

And if those requirements were followed, it was your opinion I'm assuming, and correct me if I'm wrong,

Page 32

that he could continue his position coaching if he did the things that you set out there?

MR. COATES: Object to form. Foundation. Misstates the document.

You can answer, Jason.

A.  No, those are -- we were not to determine if they could do their job. This was just requirements for an unvaccinated individual at that time in the State of Washington.

Q.  Was it your opinion that if he did follow those protocols that you set out, that it would be meeting the public health requirements that were established at that time?

MR. COATES: Object to form. Same objections.

You can answer, Jason.

A.  It was -- we were just giving the guidance that was required.

BY MR. FAHLING:

Q.  Okay.

And so why were you -- I mean, and I'll make this more general than just Coach Rolovich. What -- why would you be giving guidance if it didn't meet the requirements of public health and what's the purpose at that point?

8 (Pages 29 to 32)

# EXHIBIT P

Platform: SMS-MMS-IMS    Name: CHAT - NR0000001 - 00051 - 2020/09/25    Timezone: UTC+0000

 Nick Rolovich <(509) 595-5272>     BZ Bizet <+18052171219>

2020/09/25

BZ Bizet <+18052171219>

😊😊😊

Attached URL: https://p49-content.icloud.com/M00C9A4C386E4C933CCA1B8D2214CDCA340A16506FC940D95E7B826AFF11C719A.C01USN00Attachment Title: Screenshot 2020-09-24 at 6.55.13 PM.jpeg



 01:55:34 am

Nick Rolovich <(509) 595-5272>



They told me to wear a mask
02:22:06 am

ROLOVICH00090138

**EXHIBIT 184**
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

BZ Bizet <+18052171219>

Attached URL: https://p35-content.icloud.com/M00C9A4C386E4C933CCA1B8D2214CDCA340A16506FC940D95E7B826AFF11C719A.C01USN00Attachment Title: Screenshot 2020-09-24 at 7.44.29 PM.jpeg

 Stephen Tsai
17m · 👥

It's official: Mountain West approves 8-game season beginning Oct. 24. Hawaii football is back!



02:44:43 am

Training camp would start tomorrow counting back 29
02:46:20 am

Do we need to adjust tomorrow and sat to an hour for practice with new rules?
03:02:15 am

 Ready to buzz WRs
09:06:45 pm

Nick Rolovich <(509) 595-5272>

2:30
09:15:33 pm

BZ Bizet <+18052171219>

 👍
09:23:30 pm

ROLOVICH00090139

# EXHIBIT Q

**Platform:** SMS-MMS-IMS    **Name:** CHAT - NR0000001 - 00006 - 2021/04/19    **Timezone:** UTC+0000

 Nick Rolovich <(509) 595-5272>     Rolo Personal <+14153286745>

---

2021/04/19

Rolo Personal <+14153286745>

https://americanconservativemovement.com/2021/04/17/stanford-study-quietly-published-at-nih-gov-proves-face-masks-are-absolutely-worthless-against-covid/Attachment Title: C02259BA-C261-40EB-9704-D1DC62F52C6C.pluginPayloadAttachmentAttachment Title: 2A23BBF6-BD83-4BFE-B3C5-3AE91DE4499C.pluginPayloadAttachment





01:42:46 am

https://americanconservativemovement.com/2021/04/17/stanford-study-quietly-published-at-nih-gov-proves-face-masks-are-absolutely-worthless-against-covid/Attachment Title: 554A9C16-70CB-4F65-9997-EB7A1DB5418E.pluginPayloadAttachmentAttachment Title: 4A7265C9-E5EB-42D8-858C-71FFED6CD340.pluginPayloadAttachment

ROLOVICH00089881





01:44:26 am

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7680614/
01:45:00 am

ROLOVICH00089882

# EXHIBIT R



**Brenna Greene** ✔
@BrennaGreene_

⋯

This, uh, doesn't seem so funny now in light of today's news.

> **Brenna Greene** ✔  @BrennaGreene_ · Jul 17, 2021
>
> .@NickRolovich in the stands for the @SpokaneShock game tonight and he is fully embracing being a fan 😂😂

WSU_00040275



5:18 PM · Jul 21, 2021

💬 14          🔁 8          ♡ 116          🔖 2          ⬆️

10:32:09 AM 9/27/2024
https://x.com/BrennaGreene_/status/1418002567993315328

WSU_00040276

# EXHIBIT S

Chat with "Chris Smith" <+14155155215> on August 8, 2021

All Parties: Chris Smith <+14155155215>; +14153286745

Earliest item: 2021-08-08 10:46:57
Latest item: 2021-08-08 11:17:25

**Sunday 08 August 2021**

Instant Message : Native Messages    Time: 10:46:57
From: Chris Smith <+14155155215>

How are you?

Instant Message : Native Messages    Time: 10:47:13
From: Chris Smith <+14155155215>

My job is mandating report of status

Instant Message : Native Messages    Time: 10:47:17
From: Chris Smith <+14155155215>

And I refuse

Instant Message : Native Messages    Time: 10:47:22
From: +14153286745

Good, was thinking about you guys last night.

Instant Message : Native Messages    Time: 10:47:36
From: Chris Smith <+14155155215>

I may get refused entry per my lieutenant, who just called me

Instant Message : Native Messages    Time: 10:47:38
From: Chris Smith <+14155155215>

Lol

**EXHIBIT 181**
**ROLOVICH**
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00035832

3-SER-535

**Instant Message : Native Messages**
From: +14153286745
Time: 10:47:49

What a crazy world

**Instant Message : Native Messages**
From: Chris Smith <+14155155215>
Time: 10:47:57

It's insane

**Instant Message : Native Messages**
From: Chris Smith <+14155155215>
Time: 10:48:19

I'll sell then. Pocket some money and do something else

**Instant Message : Native Messages**
From: Chris Smith <+14155155215>
Time: 10:49:07

What's up with your job?

**Instant Message : Native Messages**
From: Chris Smith <+14155155215>
Time: 10:49:15

Have they said anything?

**Instant Message : Native Messages**
From: +14153286745
Time: 10:51:05

Still holding strong. Season is close so that's scaring them I'm sure

**Instant Message : Native Messages**
From: Chris Smith <+14155155215>
Time: 10:55:56

Stay strong cuz. Just checking in. How's Ana holding up?

**Instant Message : Native Messages**
From: +14153286745
Time: 10:56:17

She's good. We are disagreeing on homeschool, but I don't want my kids in masks.

ROLOVICH00035833

Instant Message : Native Messages
From: Chris Smith <+14155155215>

Time: 10:56:51

Can you send them to school in Idaho? Is it far?

Instant Message : Native Messages
From: +14153286745

Time: 11:15:03

Not far, but the closest town may be going masks also

Instant Message : Native Messages
From: Chris Smith <+14155155215>

Time: 11:16:49

Masks are proven ineffective

Instant Message : Native Messages
From: Chris Smith <+14155155215>

Time: 11:16:54

It's a fuckin joke

Instant Message : Native Messages
From: Chris Smith <+14155155215>

Time: 11:17:07

That's why fauci said to wear two or three

Instant Message : Native Messages
From: +14153286745

Time: 11:17:25

https://lists.grabien.com/list-studies-and-other-data-undercutting-utility-masks-stopping-c

B34F2EC3-4668-4FB7-B188-210BD16B8FBC.pluginPayloadAttachment

~/Library/SMS/Attachments/5a/10/1D397823-5BA1-4052-88A0-17BEA5801910/B34F2EC3-4668-4FB7-B188-210BD16B8FBC.pluginPayloadAttachment - This file type is not supported for embedded threading. See attached child.

**End Thread**

Thread Statistics
**Instant Message Count: 20**

ROLOVICH00035834

# EXHIBIT T

**Platform:** SMS-MMS-IMS    **Name:** CHAT - NR0000001 - 00757 - 2021/08/03    **Timezone:** UTC+0000

 David Fox <+15053011787>

David Fox <5053011787>

2021/08/03

David Fox <5053011787>



02:05:32 am

Barstool Kansas State (@BarstoolKState) Tweeted:
Get this Senator an Emmy.  https://t.co/GuE2VltplM
https://twitter.com/BarstoolKState/status/1422577536458969095?s=20
04:39:11 pm

Nick Rolovich <(415) 328-6745>

Wow, she's great
04:40:49 pm

David Fox <5053011787>

"You'd rather lose to Alabama than TCU" 😂
04:42:58 pm

ROLOVICH00109615

Spirit airlines may have just collapsed
04:55:25 pm

Hold on...
04:55:33 pm

Nick Rolovich <(415) 328-6745>

Collapsed financially?
05:01:08 pm

David Fox <5053011787>

Saw something that there were riots in their terminal and they evacuated everyone
05:01:44 pm

They have canceled 35% of their flights I bet travelers went ape shit
05:06:20 pm

Nick Rolovich <(415) 328-6745>

Just got out of the Covid meeting.  People are lost
06:19:53 pm

ROLOVICH00109616

3-SER-540

Nick Rolovich <(415) 328-6745>



06:22:20 pm

ROLOVICH00109617



06:22:32 pm

ROLOVICH00109618

3-SER-542



06:22:41 pm

David Fox <5053011787>

This is unreal

06:26:35 pm

I wouldn't have been able to travel

06:28:31 pm

Randy told me Geoff the trainer is freaking out over the vax. That PCR test expense is meant to punish anti-vaxxers who don't make a lot. Complete bs they're doing that to people

11:49:59 pm

Nick Rolovich <(415) 328-6745>

I'm gonna pay for it

11:52:53 pm

ROLOVICH00109619

David Fox <5053011787>

That's awesome bro. Should he come see you?

11:53:28 pm

ROLOVICH00109620

# EXHIBIT U

Platform: SMS-MMS-IMS      Name: CHAT - NR0000001 - 01089 - 2021/08/22      Timezone: UTC+0000

Thayer Evans <7132993154>

Brian Fahling - Lawyer <+14258027326>

Nick Rolovich <(415) 328-6745>

Brian Fahling - Lawyer <4258027326>

Thayer Evans <+17132993154>

4258027326,+17132993154

UA  Unknown address

4258027326,7132993154

2021/08/22

Thayer Evans <7132993154>

Just got reception and seeing your text.

Appreciate you sending. Will review and be in touch.
12:53:41 am

Nick Rolovich <(415) 328-6745>

The first five pages of this seemed to be important



**EXHIBIT 202**
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00089053



02:43:38 pm

Unknown address

(Empty message)

02:43:45 pm



(Empty message)

02:43:51 pm

Brian Fahling - Lawyer <4258027326>

It is, they recently filed a declaration in a lawsuit filed on behalf of a George Mason law professor who had strong antibodies. The school folded quickly. The facts, etc. we're different than ours, but it is an encouraging development. Let me know if you guys want to go over the letter or take a different path. Thanks.

03:51:14 pm

ROLOVICH00089054

Thayer Evans <7132993154>

ROLOVICH00089055

Fellas, about to takeoff on a two-hour flight, but below are my thoughts, which I am glad to discuss later:

Truly appreciate you composing that draft Brian. We need to come up with a clear message as to why Nick is not taking the vaccine and do so ASAP.

Nick continuing to say that he will follow the mandate begs more questions than it answers and it's not helping Nick in the court of public opinion.

As you are well aware from your own experience Brian and as we discussed, winning public opinion can be half the battle in a situation like this.

That said, we need to provide Nick with a clear message. Unfortunately, no one gives a damn what we think about infection fatality ratios mentioned in the letter. Inslee isn't going to reverse his policy because we think that COVID isn't as dangerous.

With that in mind, the argument about the "unconstitutional conditions doctrine" is confusing and unconvincing.

It is well established that employers and universities can establish vaccine mandates - this isn't new. The precedent is so clear that Amy Coney Barrett said SCOTUS wouldn't even hear the challenge to Indiana's vaccine mandate.

Prior to Barrett's rejection, one of the reasons that the 7th Circuit Court of Appeals denied the request was because it allowed for religious and medical exemptions.

In other words, there's nothing unconstitutional about vaccine mandates per se, provided that they allow for exemptions.

Nick's right to liberty and freedom from government oppression isn't a winning argument to overturn the mandate.

The winning argument is taking advantage of the exemptions within the mandate. I understand the portion of the letter about constitutional conditions and liberties, but it feels like we are attacking the mandate.

Just like Indiana, Washington's mandate is being accepted as legitimate, despite how we feel about both.

Therefore, we shouldn't attack the mandate. We need to work within the mandate.

In terms of what makes a successful argument for a religious exemption, I have come to believe that I don't think anyone is truly an expert on this issue.

This is uncharted water for everyone. The novelty of the situation is why the superintendent struggled so much to offer a clear answer as to who qualifies for a religious exemption in this link:

ROLOVICH00089056

https://twitter.com/brandikruse/status/1428391054772826118?s=10

Also, unsure if you are aware of Chenzira v. Cincinnati Children's Hospital Medical Center, but that held that a vegan couldn't be forced to take a flu shot because it was against her views as a vegan and veganism in some circumstances may constitute a sincerely held religious belief in the court's view. Perhaps it's that type of case that we should reference in the letter.

Are there potential holes in the religious exemption argument? Of course.

But if Washington State says that Nick's religious beliefs aren't sincere enough to grant him an exception, is the state then going to apply the same level of scrutiny to the kindergarten teacher in Spokane who says that she's not getting the shot because it's against her religious beliefs?

My hunch is that there are going to be a ton of public employees in Washington who make similar claims to Nick's.

If they suspend or fire Nick, but fail to apply the same discipline against everyone else, that puts the state on very shaky ground.

Maybe they deny Nick's religious exemption and suspend/fire him anyway. Since Nick's not going to get the shot and we can't find a doctor to write him a note, I think the aforementioned is the best alternative strategy we have.

07:31:04 pm

ROLOVICH00089057

3-SER-550

Nick Rolovich <(415) 328-6745>

I will be in meetings at 2:30 to 5ish

09:11:09 pm

Unknown address

(Empty message)

09:11:19 pm

Brian Fahling - Lawyer <4258027326>

I am available after 5

11:40:37 pm

ROLOVICH00089058

3-SER-551

# EXHIBIT V

Platform: SMS-MMS-IMS    Name: CHAT - NR0000001 - 00678 - 2021/07/24    Timezone: UTC+0000

 +15098454990        Nick Rolovich <(509) 595-5272>

2021/07/24

+15098454990

Nick, Fr. Heric gave me your phone number and said that you had some questions about what the Catholic Church teaches about the COVID vaccines. I am Fr. Kyle Ratuiste, the bioethicist for the Spokane Diocese. I'd be happy to receive a brief phone call to respond to any questions you may have.

06:29:50 pm



EXHIBIT 204
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00090421

# EXHIBIT W

Chat with "Father Paul" <+15095998437> on July 26, 2021

All Parties: Father Paul <+15095998437>; +15095955272

Earliest item: 2021-07-26 08:35:43
Latest item: 2021-07-26 11:08:39

**Monday 26 July 2021**

Instant Message : Native Messages                    Time: 08:35:43
From: Father Paul <+15095998437>

How you holding up?

> Instant Message : Native Messages                    Time: 08:36:28
> From: +15095955272
>
> Without the strength He has given me, I would be a broken man.

Instant Message : Native Messages                    Time: 09:41:13
From: Father Paul <+15095998437>

Here for you.



EXHIBIT 205
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00080884

Instant Message : Native Messages        Time: 10:55:58
From: Father Paul <+15095998437>

64901494387__86F5C4CF-204C-432B-8ED3-433249938F42.HEIC



https://p13-
content.icloud.com/M3E49350BA395947F1B60F5BA6C345E8E03765F71
D508FCEC05FB9F0385E3BDFD.C01USN00

Instant Message : Native Messages        Time: 11:02:57
From: Father Paul <+15095998437>

Nick

I found this helpful.

What happens in the end I you got the shot an it was all good. It's a
very good chance it will be. As you said most are getting the variant
who have not gotten the shot. I believe because of the kind of man you
are an your charter getting the vaccine would not impede you. As one
who has worked with college for 20 years I desire to have you so much
at WSU. Your a game changer! Peace.

ROLOVICH00080885

Instant Message : Native Messages                    Time: 11:08:39
From: +15095955272

Thank you for your counsel and info the past few days. It has been pretty amazing for me with my reconnection with God over the past year or so. I am awaiting some medical results currently that will help me with my decision.

**End Thread**

Thread Statistics
**Instant Message Count: 6**

ROLOVICH00080886

Case 2:22-cv-00319-TOR    ECF No. 98    filed 10/14/24    PageID.2009    Page 206 of 421

# EXHIBIT X

**Platform:** SMS-MMS-CHAT    **Name:** CHAT - NR0000001 - 00215 - 2021/07/25    **Timezone:** UTC+0000

|  Nick Rolovich <(415) 328-6745> | Bishop Tom Daly <+15096551502> |
| --- | --- |

---

2021/07/25

Nick Rolovich <(415) 328-6745>

You support this vaccine?
05:28:37 pm

Bishop Tom Daly <+15096551502>

Yes, with reservations. I am just getting ready to board my plane. I will call when I get back to Spokane.
08:17:56 pm

ROLOVICH00110457

3-SER-559

# EXHIBIT Y

**Platform:** SMS-MMS-IMS     **Name:** CHAT - NR0000001 - 01043 - 2021/08/17     **Timezone:** UTC+0000

Thayer Evans <7132993154>

Nick Rolovich <(415) 328-6745>

Thayer Evans <+17132993154>

---

2021/08/17

Thayer Evans <+17132993154>

Hit you back again. In 10 minutes, will be out of service for at least an hour.
12:12:39 am

https://sacramento.cbslocal.com/2021/08/16/church-religious-exemption-vaccine/
01:29:34 pm

Nick Rolovich <(415) 328-6745>

Very good
01:34:30 pm

ROLOVICH00089036

3-SER-561

Thayer Evans <7132993154>



03:53:05 pm

Thayer Evans <+17132993154>

https://www.ncbcenter.org
03:53:28 pm

https://www.ncbcenter.org/ncbc-news/vaccinestatementupdated
03:55:21 pm

https://static1.squarespace.com/static/5e3ada1a6a2e8d6a131d1dcd/t/611564f2ca972a3559c2f2c7/1628792050971/Catholic+Vaccine+Exempt+Template+Letter+-+August12.pdf
03:56:50 pm

Spoke with Pat.
10:52:19 pm

ROLOVICH00089037

# EXHIBIT Z

**Platform:** SMS-MMS-CHAT    **Name:** CHAT - NR0000001 - 00061 - 2021/08/17    **Timezone:** UTC+0000

Father Paul <+15095998437>

Nick Rolovich <(415) 328-6745>

Father Paul <5095998437>

2021/08/17

Father Paul <+15095998437>

Pure love is capable of great deeds, and it is not broken by difficulty or adversity. As it remains strong in the midst of great difficulties, so too it perseveres in the toilsome and drab life of each day. - Saint Faustina

02:46:35 am

Nick Rolovich <(415) 328-6745>

Thank you

02:47:39 am

Father Paul <+15095998437>

This is the root of marriage

02:48:29 am



EXHIBIT 216
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00104677

Father Paul <5095998437>



05:00:47 am

Nick Rolovich <(415) 328-6745>

They are gonna fire me Father
05:01:40 am

Father Paul <+15095998437>

Do you know that for sure.
05:02:30 am

Nick Rolovich <(415) 328-6745>

Yes
05:02:42 am

Not at all
05:04:44 am

ROLOVICH00104678

Father Paul <+15095998437>

Ok.  Then know you  have my support.  Your a man of great courage an conviction.
05:07:42 am

I will pray for your heart because I am sure it is breaking.
05:08:28 am

Nick Rolovich <(415) 328-6745>

It is only possible now that God has entered my heart
05:08:29 am

Father Paul <+15095998437>

Amen.
05:08:41 am

I am walking g by your offices. You free
07:09:04 pm

Been praying all morning for you
07:11:59 pm

Nick Rolovich <(415) 328-6745>

I have a meeting with the AD right now
07:18:24 pm

Father Paul <+15095998437>

Ok.  Praying
07:20:46 pm

If you need me I am clearing my schedule all day for you.
07:21:14 pm

What's the word Nick
09:07:00 pm

ROLOVICH00104679

Nick Rolovich <(415) 328-6745>

I have a team meeting at 2:30
09:07:53 pm

Father Paul <+15095998437>

Ok.
09:08:08 pm

Praying.
09:08:23 pm

Father Paul <5095998437>



For I know the plans I have for you, declares the LORD, plans to prosper you and not to harm you, plans to give you hope and a future.
**Jeremiah 29:11**

09:12:10 pm

Nick Rolovich <(415) 328-6745>

I'm free after this team meeting at 2:30
09:13:08 pm

Father Paul <+15095998437>

Ok. Tell me we're
09:18:41 pm

Nick Rolovich <(415) 328-6745>

Are you around campus?
09:49:41 pm

ROLOVICH00104680

Father Paul <+15095998437>

Yep
09:50:01 pm

I can meet you or you come to me
09:50:43 pm

Nick Rolovich <(415) 328-6745>

I can't say that I'm terribly familiar with good talking spots.  You have any suggestions?
09:50:46 pm

I am currently near Ferdinands
09:51:27 pm

Father Paul <+15095998437>

Ok. I will come to you.
09:51:51 pm

In the parking lot of Ferdinand now
09:58:50 pm

Nick Rolovich <(415) 328-6745>

Walking over now
09:59:12 pm

ROLOVICH00104681

# EXHIBIT AA

**Platform:** SMS-MMS-IMS    **Name:** CHAT - NR0000001 - 01043 - 2021/08/19    **Timezone:** UTC+0000



| | | | |
|---|---|---|---|
| Thayer Evans <7132993154> | | Nick Rolovich <(415) 328-6745> | |
| Unknown address | | Thayer Evans <+17132993154> | |

---

2021/08/19

Nick Rolovich <(415) 328-6745>

> Solid
> 12:42:59 am



12:43:18 am

Unknown address

> (Empty message)
> 12:46:06 am

ROLOVICH00089038

Nick Rolovich <(415) 328-6745>

Can you call back later?
03:28:02 am

Thayer Evans <+17132993154>

Loved an image
03:28:26 am

Liked "Can you call back later?"
03:30:55 am

Got a quick minute?
04:31:57 am

Important.
04:32:27 am

Nick Rolovich <(415) 328-6745>



01:47:38 pm

ROLOVICH00089039

3-SER-571

Unknown address

**UA**

(Empty message)
01:47:47 pm

Thayer Evans <+17132993154>

Have thoroughly researched Brian Fahling since we got off the phone and am encouraged by what I read.

His track record over the years seems to fall in line with us.

Definitely think he is worth a call.
02:44:15 pm

Nick Rolovich <(415) 328-6745>

I sent an email already
02:50:22 pm

Thayer Evans <+17132993154>

Excellent. A lot of things to like about him seemingly.
02:51:54 pm

https://twitter.com/brandikruse/status/1428391054772826118?s=10
06:29:43 pm

The state of Washington is going to find itself in a very difficult position if they apply different standards to different state employees.
06:30:09 pm

Nick Rolovich <(415) 328-6745>

Yes, they will
06:30:44 pm

I told the media that i would follow the mandate.  They have ran with it that im getting the shot.
07:35:38 pm

ROLOVICH00089040

3-SER-572

Also been called to a meeting with Pat at 4:30 today
07:35:59 pm

Thayer Evans <+17132993154>

Saw that. Just called to discuss both.
07:37:26 pm

Nick Rolovich <(415) 328-6745>

Brian Fahling - Lawyer
4258027326
08:43:17 pm

The guy is unbelievable
08:43:30 pm

God did this brother
08:43:40 pm

Thayer Evans <+17132993154>

Loved "God did this brother"
09:25:18 pm

Nick Rolovich <(415) 328-6745>

Anything? Email
09:50:31 pm

Thayer Evans <+17132993154>

Been on the phone with Brian and just got off.
09:52:44 pm

ROLOVICH00089041

3-SER-573

We are good with you sending the following:

Theresa,
In accordance with Governor Inslee's proclamation yesterday, could you please send me the specifics for obtaining a COVID-19 vaccine exemption?

Per the university's website "HRS is working on the process for verification and will have more details in the coming weeks."

I want to ensure that I respond in a timely manner.
Sincerely,
Nick Rolovich
09:53:10 pm

That's to Washington State vice president and chief human resource officer Theresa Elliot-Cheslek.

Her email address is:

telliot@wsu.edu
09:53:54 pm

ROLOVICH00089042

3-SER-574

# EXHIBIT BB

**From:** "Rolovich, Nicholas R" </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=496CEC90B6E04426904677556BF5070E-NICK.ROLOVI>

**To:** "Elliot-Cheslek, Theresa L" <telliot@wsu.edu>

**Subject:** Quick Question

**Date:** Thu, 19 Aug 2021 22:11:57 -0000

**Importance:** Normal

---

Theresa,

In accordance with Governor Inslee's proclamation yesterday, could you please send me the specifics for obtaining a Covid-19 vaccine exemption?  Per the university's website..."HRS is working on the process for verification and will have more details in the coming weeks."  I want to ensure that I respond in a timely manner.

Sincerely,

Nick Rolovich

WSU_00000114

# EXHIBIT CC

 Gmail

**Thayer Evans <thayerevans@gmail.com>**

## Fw:

**Nick Rolovich** <nrolo21@hotmail.com>                                                                 Wed, Sep 22, 2021 at 7:05 PM
To: Thayer Evans <thayerevans@gmail.com>

**From:** Brian Fahling <bfahling@fahlinglaw.com>
**Sent:** Monday, September 20, 2021 1:34 PM
**To:** Nick Rolovich <nrolo21@hotmail.com>
**Subject:**

I have attached a draft copy of the exemption request. We can add the Bishop's letter, etc. Read through it and make sure
you agree with everything-if not, no worries, we can reconfigure as needed.

Brian Fahling
Law Office of Brian Fahling
8124 NE 166th St. (by appointment only)
Kenmore, WA 98028
T: 425.802.7326
E:  bfahling@fahlinglaw.com
E: fahlinglaw@protonmail.com
W: bfahlinglaw.com

The information contained in this electronic message is protected by the Electronic Communications Privacy Act, 18
U.S.C. 2510, et seq., attorney - client privilege and/or attorney work product doctrine. It is intended for the use of the
individual and/or entity named above and the privileges are not waived by virtue of this having been sent electronically. If
the person actually receiving this message or any other reader of this message is not the named recipient or the
employee or agent responsible to deliver it to the named recipient, any use, dissemination distribution, or copying of this
communication in error, please immediately notify us via email, or via U.S. Mail to the above address.

 **Coach Rolovich Exemption Request Draft.docx**
30K

Evans_SDT_00000048

3-SER-578

[Date]

To Whom It May Concern,

I am a baptized Catholic seeking an exemption from WSU's vaccine mandate. This letter, with attachments, explains why my sincerely held religious beliefs prohibit me from accepting the vaccine, and why I am compelled to do so by the teachings of the Catholic Church.

I believe that abortion is the taking of innocent human life. The Roman Catholic Church teaches that I am required to refuse a medical intervention, including a vaccination, when my conscience has come to sure judgment that, as in this case, accepting the vaccine will make me complicit in the abortions that produced the human cell lines from which currently available vaccines are ultimately derived. While the Catholic Church, in principle, does not prohibit the use of vaccines, the following authoritative Church teachings provide the basis on which I have determined that I cannot accept the vaccination:

- Vaccination is not morally obligatory in principle and so must be voluntary.[1]
- There is a general moral duty to refuse the use of medical products, including certain vaccines, that are produced using human cells lines derived from direct abortions.
- A person's informed judgments about the proportionality of medical interventions are to be respected unless they contradict authoritative Catholic moral teachings.[2]
- A person is morally required to obey his or her sure conscience.[3]

There is no authoritative Church teaching universally obliging Catholics to receive any vaccine. An individual Catholic may invoke Church teaching to refuse a vaccine developed or produced using abortion- derived cell lines. More generally, a Catholic might refuse a vaccine based on the Church's teachings concerning therapeutic proportionality. Therapeutic proportionality is an assessment of whether the benefits of a medical intervention outweigh the undesirable side-effects and burdens in light of the integral good of the person, including spiritual, psychological, and bodily goods.[4] It can also extend to the good of others and the common good, which likewise entail spiritual and moral dimensions and are not reducible to public health. The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in the concrete circumstances,[5] not by public health authorities or by other individuals who might judge differently in their own situations.

At the core of the Church's teaching are the first and last points listed above: vaccination is not a universal obligation, and a person must obey the judgment of his or her own informed and certain conscience. In fact, the *Catechism of the Catholic Church* instructs that following one's conscience is following Christ Himself:

> In all he says and does, man is obliged to follow faithfully what he knows to be just and right. It is by the judgment of his conscience that man perceives and recognizes the prescriptions of the divine law: "Conscience is a law of the mind; yet [Christians] would not grant that it is nothing more; . . . [Conscience] is a messenger of him, who, both in nature and in grace, speaks to us behind a veil, and teaches and rules us by his representatives. Conscience is the aboriginal Vicar of Christ."[6]

Because I have come to an informed and sure judgment in conscience that I must not receive the vaccine, the Catholic Church requires that I follow this certain judgment of my conscience. The *Catechism* is clear: "Man has the right to act in conscience and in freedom so as personally to make moral decisions. 'He must not be forced to act contrary to his conscience. Nor must he be prevented from acting according to his conscience, especially in religious matters.'"[7]

In response to your questions about any past medicine and vaccinations that I might have received, I can only say that I have never knowingly accepted or received medication or vaccine(s) that were derived from the cell lines of aborted fetuses.

NOTES

_____

Evans_SDT_00000011

[1] Congregation for the Doctrine of the Faith (CDF), "Note on the Morality of Using Some Anti-COVID-19 Vaccines," December 17, 2020, n. 5: "At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary."

[2] See United States Conference of Catholic Bishops (USCCB), *Ethical and Religious Directives for Catholic Health Care Services*, 6th ed. (Washington, DC: USCCB Publishing, 2018), n. 28. Hereafter "*ERDs*."

[3] "A human being must always obey the certain judgment of his conscience. If he were deliberately to act against it, he would condemn himself. Yet it can happen that moral conscience remains in ignorance and makes erroneous judgments about acts to be performed or already committed." *Catechism of the Catholic Church* (Vatican City: Libreria Editrice Vaticana, 1993), www.vatican.va, n. 1790. Hereafter "*CCC*."

[4] See *ERDs*, nn. 32-33; nn. 56-57; Part Three, Introduction, para. 2; Part Five, Introduction, para. 3.

[5] See *ERDs*, nn. 56-57. Both of these directives state that the proportionality of medical interventions is established "in the patient's judgment."

[6] *CCC*, n. 1777, citing John Henry Cardinal Newman, "Letter to the Duke of Norfolk," V, in *Certain Difficulties felt by Anglicans in Catholic Teaching II* (London: Longmans Green, 1885), 248.

[7] *CCC*, n. 1782, citing Second Vatican Council, *Dignitatis humanae*, December 7, 1965, n. 3.

Evans_SDT_00000012

# EXHIBIT DD

 Gmail

**Thayer Evans <thayerevans@gmail.com>**

---

## Fwd:

---

**Nick Rolovich** <nrolo21@hotmail.com>                              Thu, Sep 23, 2021 at 9:46 PM
To: Thayer Evans <thayerevans@gmail.com>

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Brian Fahling <bfahling@fahlinglaw.com>
**Sent:** Thursday, September 23, 2021 5:56:22 PM
**To:** Nick Rolovich <nrolo21@hotmail.com>
**Subject:**

I have attached an updated draft of the religious exemption letter for your review. It's not clear who you should submit the letter to, other than Human Resources. You can copy Chun, but it's not necessary. Of course, feel free to edit/change it as needed. Call me if you have any questions.
Brian

Brian Fahling
Law Office of Brian Fahling
8124 NE 166th St. (by appointment only)
Kenmore, WA 98028
T: 425.802.7326
E:  bfahling@fahlinglaw.com
E: fahlinglaw@protonmail.com
W:bfahlinglaw.com

---

The information contained in this electronic message is protected by the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq., attorney - client privilege and/or attorney work product doctrine. It is intended for the use of the individual and/or entity named above and the privileges are not waived by virtue of this having been sent electronically. If the person actually receiving this message or any other reader of this message is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination distribution, or copying of this communication in error, please immediately notify us via email, or via U.S. Mail to the above address.

---

 **Coach Rolovich Exemption Request Draft.docx**
31K

Evans_SDT_00000015

[Date]

To Whom It May Concern,

I am a baptized Catholic seeking an exemption from WSU's vaccine mandate. This letter explains why my sincerely held religious beliefs prohibit me from accepting the vaccine, and why I am compelled to do so by the teachings of the Roman Catholic Church.

I believe that abortion is the taking of innocent human life. The Roman Catholic Church teaches that I am required to refuse a medical intervention, including a vaccination, when my conscience has come to sure judgment that, as in this case, accepting the vaccine will make me complicit in the abortions that produced the human cell lines from which currently available vaccines are ultimately derived. While the Catholic Church, in principle, does not prohibit the use of vaccines, the following authoritative Church teachings provide the basis on which I have determined that I cannot accept the vaccination:

- Vaccination is not morally obligatory in principle and so must be voluntary. [1]
- There is a general moral duty to refuse the use of medical products, including certain vaccines, that are produced using human cells lines derived from direct abortions.
- A person's informed judgments about the proportionality of medical interventions are to be respected unless they contradict authoritative Catholic moral teachings. [2]
- A person is morally required to obey his or her sure conscience. [3]

There is no authoritative Church teaching universally obliging Catholics to receive any vaccine. An individual Catholic may invoke Church teaching to refuse a vaccine developed or produced using abortion- derived cell lines. More generally, a Catholic might refuse a vaccine based on the Church's teachings concerning therapeutic proportionality. Therapeutic proportionality is an assessment of whether the benefits of a medical intervention outweigh the undesirable side-effects and burdens in light of the integral good of

the person, including spiritual, psychological, and bodily goods. [4] It can also extend to the good of others and the common good, which likewise entail spiritual and moral dimensions and are not reducible to public health. The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in the concrete circumstances, [5] not by public health authorities or by other individuals who might judge differently in their own situations.

While my Bishop encourages vaccines, he also confirms that at the core of the Church's teaching are the first and last points listed above: vaccination is not a universal obligation, and a person must obey the judgment of his or her own informed and certain conscience. In fact, the *Catechism of the Catholic Church* instructs that following one's conscience is following Christ Himself:

> In all he says and does, man is obliged to follow faithfully what he knows to be just and right. It is by the judgment of his conscience that man perceives and recognizes the prescriptions of the divine law: "Conscience is a law of the mind; yet [Christians] would not grant that it is nothing more; . . . [Conscience] is a messenger of him, who, both in nature and in grace, speaks to us behind a veil, and teaches and rules us by his representatives. Conscience is the aboriginal Vicar of Christ." [6]

Evans_SDT_00000021

Because I have come to an informed and sure judgment in conscience that I must not receive the vaccine, the Catholic Church requires that I follow this certain judgment of my conscience. The *Catechism* is clear: "Man has the right to act in conscience and in freedom so as personally to make moral decisions. 'He must not be forced to act contrary to his conscience. Nor must he be prevented from acting according to his conscience, especially in religious matters.'" 7

It is important to note that the law provides protection for sincerely held religious beliefs, even when some members of the same Church or denomination disagree with the beliefs held by the individual. Under Title VII, the test is not, in my case, what Pope Francis may believe about vaccinations, but rather, what I believe the Catholic Faith requires of me,

> [i]ntrafaith differences of that kind are not uncommon among followers of a particular creed, and the judicial process is singularly ill equipped to resolve such differences . . . and the guarantee of free exercise is not limited to beliefs which are shared by all of the of the members of a religious sect. Particularly in this sensitive area, it is not within the judicial function and judicial competence to inquire whether the petitioner or his fellow worker more correctly perceived the command of their common faith. Courts are not arbiters of scriptural interpretation.

*Thomas v. Review Bd. of Ind. Emp't. Sec. Div.*, 450 U.S. 707, 715-716 (1981).

Finally, in response to your questions about any past medicine and vaccinations that I might have received, I can say that I have never knowingly accepted or received medication or vaccine(s) that were derived from the cell lines of aborted fetuses.

I am merely requesting a reasonable accommodation to my sincerely held religious objection to these vaccines. It is difficult to comprehend any undue hardship that would be placed upon WSU by this accommodation since it has been established that those who have been vaccinated are seeing their immunity wane significantly (*see*, Waning immunity of the BNT162b2 vaccine: A nationwide study from Israel, https://www.medrxiv.org/content/10.1101/2021.08.24.21262423v1) (booster shots are required to get the short-lived immunity back), it has been demonstrated that the vaccinated have "breakthrough" infections at an alarming rate, and they also shed the virus just as the unvaccinated (*see, e.g., CDC mask decision followed stunning findings from Cape Cod beach outbreak* https://abcnews.go.com/Politics/cdc-mask-decision-stunning-findings-cape-cod-beach/story?id=79148102).

The same accommodations given to the vaccinated staff to protect themselves and others will be equally efficacious for the unvaccinated.

NOTES

_____

Evans_SDT_00000022

[1] Congregation for the Doctrine of the Faith (CDF), "Note on the Morality of Using Some Anti-COVID-19 Vaccines," December 17, 2020, n. 5: "At the same time, practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it must be voluntary."

[2] See United States Conference of Catholic Bishops (USCCB), *Ethical and Religious Directives for Catholic Health Care Services*, 6th ed. (Washington, DC: USCCB Publishing, 2018), n. 28. Hereafter "*ERDs*."

[3] "A human being must always obey the certain judgment of his conscience. If he were deliberately to act against it, he would condemn himself. Yet it can happen that moral conscience remains in ignorance and makes erroneous judgments about acts to be performed or already committed." *Catechism of the Catholic Church* (Vatican City: Libreria Editrice Vaticana, 1993), www.vatican.va, n. 1790. Hereafter "*CCC*."

[4] See *ERDs*, nn. 32-33; nn. 56-57; Part Three, Introduction, para. 2; Part Five, Introduction, para. 3.

[5] See *ERDs*, nn. 56-57. Both of these directives state that the proportionality of medical interventions is established "in the patient's judgment."

[6] *CCC*, n. 1777, citing John Henry Cardinal Newman, "Letter to the Duke of Norfolk," V, in *Certain Difficulties felt by Anglicans in Catholic Teaching II* (London: Longmans Green, 1885), 248.

[7] *CCC*, n. 1782, citing Second Vatican Council, *Dignitatis humanae*, December 7, 1965, n. 3.

Evans_SDT_00000023

# EXHIBIT EE

**From:** "Wasson, David A" <wassond@wsu.edu>

**To:** "Weiler, Phil" <phil.weiler@wsu.edu>, "Sitzmann, Holly Christine" <holly.sitzmann@wsu.edu>, "Chilton, Elizabeth" <elizabeth.chilton@wsu.edu>, "Kerr, Colleen" <colleen.kerr@wsu.edu>, "Chun, Patrick" <patrick.chun@wsu.edu>, "Stevens, William" <wsstevens@wsu.edu>, "Mulick, Christopher B" <chris.mulick@wsu.edu>

**Subject:** 48-hour media report

**Date:** Sat, 24 Jul 2021 01:23:07 +0000

**Importance:** Normal

**Attachments:** 48-hour_Meltwater_-_Rolovich_vaccine_coverage_-_Jul_21,_2021_-_Jul_23,_2021.pdf

---

Closing out the week with a 48-hour media report.

  Overall, social traffic and national media attention surrounding the Rolovich and vaccine issue declined significantly Friday, though negative tonality remained at 11%.

  Total potential audience reach climbed to 1.24 billion, which is a measure of how many times coverage of this issue could have been read or viewed across multiple platforms. For context, that's a significant number. WSU had just three external issues with potential audience reach estimates of more than 1 billion in 2020.

  I've attached a PDF of the 48-hour report but also am including this link to a more interactive online version: https://sharable-dashboard.meltwater.com/sharable_dashboard/55a6cf052eb1944c2330e127/fa8039a8-5162-4534-ba70-b11746e571d7.

  PASSWORD = news.

WSU_00008849

REPORT BY



Rolovich vaccine coverage

Jul 21, 2021 - Jul 23, 2021

WSU_00008850

48-hour media report

NOTABLE -- Social media traffic and national media attention continued to decline Friday but negative tonality held at 11%. Growth of total audience reach slowed significantly during the second-day news cycle.



WSU_00008851

Social Reach



YouTube ■ Twitter ■ Facebook

Jul 21, 2021 - Jul 23, 2021

Social reach provides insight into the number of posts to social media channels, but doesn't include comments or other engagement. It appears that social media activity continued to decline Friday.

WSU_00008852

## Most shared articles



Social Echo 🐦 📘 244

---

**MyNorthwest.com (https://mynorthwest.com/)** · MyNorthwest Staff · USA · Reach 1M
(https://www.similarweb.com/website/mynorthwest.com/) · Jul 22 7:07 AM
WSU football coach is unvaccinated, unable to attend Pac-12 media day (https://...

Social Echo 🐦 2 📘 222

---

**iFiber One (http://www.ifiberone.com/)** · Shawn Goggins · USA · Reach 140k
(https://www.similarweb.com/website/ifiberone.com/) · Jul 21 6:43 PM

WSU's Rolovich won't attend Pac-12 event due to vaccine mandate (https://ww...

Social Echo 🐦 📘 168

---

**Associated Press News (https://apnews.com/)** · 11 minutes ago · USA · Reach 20M
(https://www.similarweb.com/website/apnews.com/) · Jul 21 3:49 PM

Rolovich won't attend Pac-12 event due to vaccine mandate (https://apnews.co...

Social Echo 🐦 162 📘

---

**Sports Illustrated (https://www.si.com/)** · USA · Reach 16M
(https://www.similarweb.com/website/si.com/) · Jul 22 6:28 AM

Jimbo Fisher Doesn't Want Any New SEC Friends (https://www.si.com/extra-mu...

Social Echo 🐦 8 📘 152

---

**The Lewiston Tribune (https://lmtribune.com/)** · Tribune · USA · Reach 151k
(https://www.similarweb.com/website/lmtribune.com/) · Jul 21 6:57 PM

Rolovich out for Pac-12 media day next week (https://lmtribune.com/sports/rolo...

Social Echo 🐦 📘 123

---

Jul 21, 2021 - Jul 23, 2021

These were the traditional news articles that were most shared by social media users. It's also called "social echo."

WSU_00008853

Content Stream (news)

**ChatSports (https://www.chatsports.com/)** · USA · Reach 169k
(https://www.similarweb.com/website/chatsports.com/) · Jul 23 2:01 PM

What needs to happen next with Nick Rolovich (https://www.chatsports.com/wa...

**MSN.com (https://www.msn.com/en-us/)** · USA · Reach 993k
(https://www.similarweb.com/website/msn.com/en-us/) · Jul 23 11:34 AM

Vikings assistant coach Rick Dennison leaves team after refusing vaccine (https:/...

**The Stranger (http://www.thestranger.com/)** · USA · Reach 595k
(https://www.similarweb.com/website/thestranger.com/) · Jul 23 9:06 AM

Slog AM: 20% of US Olympians Said No to Vaccine, Cougars Football Coach Said ...

**Seattle's First Choice - iHeartRadio (http://sportsradiokjr.iheart.com/)** · USA · Reach 11k
(https://www.similarweb.com/website/sportsradiokjr.iheart.com/) · Jul 23 8:51 AM

Ryan Leaf Reacts to Nick Rolovich vaccine decision (https://sportsradiokjr.iheart....

**NewsNation USA (https://newsnationusa.com)** · USA · Reach 191k
(https://www.similarweb.com/website/newsnationusa.com) · Jul 23 8:40 AM

Slog AM: 20% of US Olympians Said No to Vaccine, Cougars Football Coach Said ...

**247Sports (https://247sports.com/)** · USA · Reach 12M
(https://www.similarweb.com/website/247sports.com/) · Jul 23 6:38 AM

Commentary: Only one logical outcome to RoloGate so let's get on with it (https:...

**Democratic Underground (http://www.democraticunderground.com/)** · USA · Reach 359k
(https://www.similarweb.com/website/democraticunderground.com/) · Jul 23 5:56 AM

WSU coach Nick Rolovich won't attend Pac-12 event after choosing not to ...

Jul 21, 2021 - Jul 23, 2021

This is a clickable stream of relevant coverage by traditional and online news outlets.

WSU_00008854

Content Stream (social)



@walrusmd (http://www.twitter.com/walrusmd) · Reach 31 · Jul 23 4:27 PM
WSU coach Nick Rolovich won't attend Pac-12 event due to vaccine mandate htt...

@jillejohnson61 (http://www.twitter.com/jillejohnson61) · Reach 34 · Jul 23 3:27 PM
by Coach Rolovich. ; ESPN reports that Minnesota Vikings assistant coach Rick ...

@Hjemmefronten16 (http://www.twitter.com/Hjemmefronten16) · Reach 566 · Jul 23 3:18 PM
me to research vaccine misinfo cowardly echoing anti-vax nonsense. This article ...

@f_ted_cruz (http://www.twitter.com/f_ted_cruz) · Reach 49 · Jul 23 3:16 PM
@RickOceanMusic WSU coach Nick Rolovich won't attend Pac-12 event after ch...

@rave2noon (http://www.twitter.com/rave2noon) · Reach 42 · Jul 23 3:15 PM
by the news that Washington State University football head coach Nick Rolovich...

@t_ricks96 (http://www.twitter.com/t_ricks96) · Reach 335 · Jul 23 3:12 PM
: Paging Nick Rolovich. Can you please come to the bridge?! ; Rick Dennison out ...

@ghost_moore (http://www.twitter.com/ghost_moore) · Reach 1 · Jul 23 2:49 PM
@Softykjr: Like Rolovich, WSU grads are going to be facing some tough choices a...

@kittylesser1 (http://www.twitter.com/kittylesser1) · Reach 1k · Jul 23 1:53 PM
me to research vaccine misinfo cowardly echoing anti-vax nonsense. This article ...

@iamlisamuhammad (http://www.twitter.com/iamlisamuhammad) · Reach 3k · Jul 23 1:47 PM

Jul 21, 2021 - Jul 23, 2021

This is a clickable stream of relevant social media posts.

WSU_00008855

Sentiment (social media)



| | Positive | 76 |
|---|---|---|
| | Negative | 166 |
| | Neutral | 989 |

WSU_00008856

Tonality

**TONALITY**

Negative tonality remained at 11% for the 48-hour period but had climbed to 13% at one point Friday. The highest negatives were within the comments of social media posts and comments in news forums.



WSU_00008857

WSU_00008858

# EXHIBIT FF



Platform: SMS-MMS-IMS   Name: CHAT - NR0000001 - 00742 - 2021/12/25   Timezone: UTC+0000

David Fox <+15053011787>

Bill SR Stutzmann <8082182313>

Nick Rolovich <(415) 328-6745>

David Fox <5053011787>

8082182313,5053011787

Unknown address

2021/12/25

Nick Rolovich <(415) 328-6745>

Love you both.  Just got out of church with my mom.  Only ones without masks.  You shouldve seen the faces.
12:38:43 am

Unknown address

(Empty message)
12:38:56 am

(Empty message)
12:38:58 am

Nick Rolovich <(415) 328-6745>

A couple pulled theirs down, expose the nose.  I shook my head at them, they dropped their head in shame.
12:39:31 am

Unknown address

(Empty message)
12:39:37 am

(Empty message)
12:39:47 am

**EXHIBIT 188**
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00107222

David Fox <5053011787>

You're a good man Eddie. Breaking the spell. Can't wait for the t-shirts

01:45:56 am

Gateway Pundit is dead

> **Anonymous** 12/23/21 (Thu) 21:01:43 ID: ca9c7a **(5)**
> No.15246348  >>15246357  >>15246383
>
> >>15246338
> >Homosexual-Owned Gateway Pundit Is
> Calling Everybody "Feds"
> MOS assets calling out 'feds'
> How cute
>
> *Disclaimer: this post and the subject matter and contents thereof -*
> *text, media, or otherwise - do not necessarily reflect the views of the*
> *8kun administration.*

01:51:34 am

Some of my best work if I do say so myself 😊

ROLOVICH00107223



Anonymous 03/02/12(Fri)17:39 No.1921453

If only you knew how bad things really are.

02:00:36 am

The replies...

ROLOVICH00107224



02:19:40 am

ROLOVICH00107225



▶Anonymous 12/24/21 (Fri) 19:01:58 ID: e518c8 **(7)**
No.15250531  >>15250536

File (hide): 1fe4daecf0e1a96···.png (364.61 KB, 379x381,
379:381, ClipboardImage.png) (h) (u)

>>15250523 (You)
The sound of a heart breaking...melodious to
my ears!

*Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.*

02:20:00 am

**Aaron Rupar** ✔
@atrupar                                          ...

When you boil it down all the "Let's Go Brandon" thing
amounts to is that people who hated Biden anyway
have found a cute way to tell him to F off in public
without losing their jobs or suffering other
consequences

6:09 PM · Dec 24, 2021 · Twitter for iPhone

**563** Retweets   **271** Quote Tweets   **5,555** Likes



02:23:37 am

Nick Rolovich <(415) 328-6745>

Really solid work Eddie
03:03:49 am

ROLOVICH00107226

Unknown address

(Empty message)

03:03:55 am



(Empty message)

03:03:58 am

David Fox <5053011787>



03:08:21 am

Not sure of meaning

ROLOVICH00107227



03:08:46 am

Dan Scavino Jr.🇺🇸🦅 (@DanScavino) Tweeted:
https://t.co/DKrKrzmoIn
https://twitter.com/DanScavino/status/1474565313157021702?s=20
03:13:58 am

Nick Rolovich <(415) 328-6745>

Post 30 i bet
03:48:52 am

Unknown address

(Empty message)
03:48:58 am

(Empty message)
03:49:03 am

ROLOVICH00107228

David Fox <5053011787>

Here's 330



03:51:13 am



05:08:40 am

It's habbening... Merry Christmas

ROLOVICH00107229

Anonymous  12/24/21 (Fri) 22:05:30  ID: 27d0bd (1)
No.15251118  >>15251123  >>15251124  >>15251125  >>15251126
>>15251128  >>15251129  >>15251136  >>15251137

\* \* \* Want to hear something interdasting?
A good friend of mine, she's a CFO of a big
deal tech start-up, she went to see Trump in
Dallas a few days ago.
She was absolutely floored, and I mean
stunned by seeing this.
She said she was in line to see Trump, and
Trump's motorcade drove by her into the
arena, and it was a presidential motorcade, the
longest motorcade she has ever seen.
We talked today and she asked me, "What in
the world is going on, only presidents…sitting
presidents have this type of motorcade, why
does Trump have a motorcade like this if he is
not president?"
She's no dummy, and she is awake, but she is
not fully awake, and she was actually scared
and confused to see such a thing.
She said to me, "I don't know what's going on
in this country right now, but something weird is
going on, and it's not normal for Trump to have
this much protection and security.
I filled her in on the different possible scenerios
that are out there now, "Trum pis still POTUS,
Trump, etc.," and she then admitted that that
blows her mind but it makes total sense after
seeing Trump's motorcade because there is no
other sensible alternative to a legitimate reason
Trump currently has a Presidential motorcade
because nobody could afford that type of
protection, and each city law enforcement and
state police are all involved in these operations,
and will not do so for a former president, most
certainly never of this magnitude of force
protection and security.
Count me as stunned as well because I was
surprised to hear what she told me.

05:11:51 am





05:12:52 am

ROLOVICH00107230



ROLOVICH00107231

David Fox <5053011787>

Interdasting
08:40:05 pm

Bill SR Stutzmann <8082182313>

Laughed at "He can speed it up any time now"
09:27:53 pm

David Fox <5053011787>



09:34:13 pm

https://www.abc.net.au/news/2021-12-24/wa-police-officer-wins-injunction-stopping-sacking-over-jab/100724360
09:36:02 pm

ROLOVICH00107232

Midnight Rider Channel



https://twitter.com/ChuckGrassley/status/1474816203759755275?
s=20

👁 8564   Karlt Bonne, 2:34 PM

11:34:56 pm

What is a quantum plane?



▶Anonymous  12/25/21 (Sat) 16:32:39 ID: 9dc2f0 **(1)**
No.15254692

>>15254675

one if by land = physical plane
two if by sea = see = quantum plane

we need to multitask in the quantum fields now
anons
**they are attacking by see = we are
being called to prayer**
prayer thought intention

**EVERY NIGHT 7pm EST**
WWP1WPA

*Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration.*

11:35:40 pm

ROLOVICH00107233

▶Anonymous  12/25/21 (Sat) 16:33:41 ID: 5d9408 **(11)**
No.15254696

>>15254630
>>15254684
>>15254681

WAKE UP
be wise to who you sell your home and
property to
no foreign ownership or monopoly of buying of
homes or land
limits on rental prices
owner occupied homes in large %  of
communites must be a law
no foreign rentals to illegal aliens
no rentals or ownership unless American

Nuff Said • 2 days ago
**Once the foreigners own everything
they will be colonizing our country
with their people and throwing our
people out into the streets.**

*Disclaimer: this post and the subject matter and contents thereof -
text, media, or otherwise - do not necessarily reflect the views of the
8kun administration*

11:36:18 pm

Nick Rolovich <(415) 328-6745>

Wow
11:37:25 pm

Unknown address

(Empty message)
11:37:30 pm

(Empty message)
11:39:12 pm

David Fox <5053011787>

https://math.stackexchange.com/questions/12661/definition-of-the-quantum-plane
11:39:13 pm

Didn't help 😊
11:39:14 pm

ROLOVICH00107234

# EXHIBIT GG

**Platform:** SMS-MMS-IMS   **Name:** CHAT - NR0000001 - 00943 - 2022/01/30   **Timezone:** UTC+0000

Joey Rabbit <+14152257213>          Nick Rolovich <(415) 328-6745>

Unknown address          Joey Rabbit <4152257213>

2022/01/30

Joey Rabbit <+14152257213>

> **Get me on with the old bird**
> 04:51:27 am

Nick Rolovich <(415) 328-6745>

> **Easy**
> 04:51:35 am

> **But dont be a pussy**
> 04:51:42 am

Joey Rabbit <+14152257213>

> **Im not a pussy**
> 04:52:32 am

Nick Rolovich <(415) 328-6745>

> **Butt jab pussy**
> 04:52:41 am

Joey Rabbit <+14152257213>

> **Just beat don flamingo**
> 04:54:19 am



Nick Rolovich <(415) 328-6745>

> **He got the jab**
> 04:54:28 am

EXHIBIT 189
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00103044



ROLOVICH00103045



04:54:45 am

Savage
04:54:48 am

Unknown address

(Empty message)
04:55:00 am

UA

ROLOVICH00103046

Nick Rolovich <(415) 328-6745>





04:55:32 am

ROLOVICH00103047



Unknown address

(Empty message)

04:55:39 am

Nick Rolovich <(415) 328-6745>



04:56:07 am

Unknown address



(Empty message)

04:56:17 am

ROLOVICH00103048

Nick Rolovich <(415) 328-6745>



04:56:26 am

Thats my bar.  No jabs.  No masks
04:56:36 am

Unknown address

**UA**    (Empty message)
04:56:37 am

Joey Rabbit <+14152257213>

I only go to bars that are regulated by the government
04:57:23 am

ROLOVICH00103049

Nick Rolovich <(415) 328-6745>



ROLOVICH00103050



ROLOVICH00103051



04:58:02 am

Unknown address

**UA** (Empty message)
04:58:25 am

Joey Rabbit <4152257213>

Sent an attachment
Title: IMG_07651.3gp
Size: 844 KB
Type: video/3gpp
04:58:35 am

Joey Rabbit <+14152257213>

King hippo is done
04:58:45 am

ROLOVICH00103052

Nick Rolovich <(415) 328-6745>



ROLOVICH00103053



ROLOVICH00103054



04:58:46 am



Unknown address

**UA** (Empty message)
04:58:57 am

Joey Rabbit <4152257213>

Sent an attachment
Title: IMG_07651.3gp
Size: 844 KB
Type: video/3gpp
05:00:16 am

ROLOVICH00103055

Nick Rolovich <(415) 328-6745>





ROLOVICH00103056

3-SER-625





05:00:38 am

Dont be a pussy.
05:00:44 am

ROLOVICH00103057

Unknown address



(Empty message)

05:00:51 am

Nick Rolovich <(415) 328-6745>





ROLOVICH00103058



05:01:41 am

Unknown address

UA **(Empty message)**
05:01:52 am

Joey Rabbit <+14152257213>

**Bought to take the 🇮🇳 dude down**
05:07:26 am

Nick Rolovich <(415) 328-6745>

Go put your mask on and be a good little butt jabber
05:08:04 am

Joey Rabbit <+14152257213>

**Gas is basically 5$. I don't hear anyone talking about that**
05:14:04 am

ROLOVICH00103059



Nick Rolovich <(415) 328-6745>

Bridge toll butt jab
05:14:21 am

Joey Rabbit <+14152257213>

Next time I see you I'm gonna give you the jab homo
05:15:12 am

Nick Rolovich <(415) 328-6745>

Next time you see me you will probably be drooling from all the jabs you have gotten. And you will need me to wipe your ass orobably.  I wont.  Pat can
05:41:57 am

Joey Rabbit <+14152257213>

Not really sure but i taste water and it's different now
05:49:28 am

True
05:54:35 am

Nick Rolovich <(415) 328-6745>

Wakey wakey, time for your butt jab
11:57:58 am

ROLOVICH00103060

3-SER-628

# EXHIBIT HH

Platform: SMS-MMS-IMS    Name: CHAT - NR0000001 - 00757 - 2022/02/16    Timezone: UTC+0000

David Fox <+15053011787>              Nick Rolovich <(415) 328-6745>

David Fox <5053011787>

2022/02/16

Nick Rolovich <(415) 328-6745>

https://t.me/QAnonWarriors/428
02:43:35 am

David Fox <+15053011787>

Look like Worlds fair
03:08:33 am

David Fox <5053011787>

Tell those based kids good luck fighting the mask nazis today



EXHIBIT 182
ROLOVICH
10/4/2024
Buell Realtime Reporting
206-287-9066

ROLOVICH00109700



02:09:58 pm

Nick Rolovich <(415) 328-6745>

Damn right
02:18:30 pm

ROLOVICH00109701