# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 25-761

**Case Name:** Rolovich v. Washington State University, et al.

**Hearing Location (*city*):** Seattle, Washington

**Your Name:** Zachary J. Pekelis

List the sitting dates for the two sitting months you were asked to review:

June 8-12 and August 3-7, 2026

Do you have an unresolvable conflict on any of the above dates? ☐ Yes ☒ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Undersigned counsel respectfully requests that the Court schedule no more than three arguments in the same sitting week for the cases listed below.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

☒ Yes ☐ No

If yes, list the number, name, and hearing city of each of the other case(s):

Colombo v. Wash. Dep't of Nat. Res., No. 25-3863; Luxton v. Wash. Dep't of Vet. Affairs, No. 25-3542; Seagraves v. Wash. Dep't of Child, Youth & Fams., No. 25-3282; Taylor v. Wash. Dep't of Corr., No. 24-7120; Cherry v. Wash. Dep't of Fish & Wildlife, No. 25-4763; Duden v. Wash., No. 25-724. (Hearing city: All Seattle)

**Signature:** s/ Zachary J. Pekelis    **Date:** March 6, 2026

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**    *New 12/01/2018*