# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 25-761

**Case Name** | Rolovich v. Washington State University, et al.

Hearing Location (*city*) | Seattle

Your Name | Joseph C. Davis

List the sitting dates for the two sitting months you were asked to review:

June 8-12, August 3-7

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Rolovich is available for any of the proposed argument dates. Rolovich takes no position on the request made by counsel for Appellees in their response to this Court's notice of consideration for oral argument (DE 72), but respectfully submits that, taking into account the importance and pendency of this case, oral argument here should not be delayed on account of that request.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Joseph C. Davis   **Date** | 3/9/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                          *New 12/01/2018*